BILL OF LADING

FROM: Owen Thomas (Scott) Lennon

Injured Third Party Intervener

2 West Emerald Isle Drive

Lake Hopatcong, New Jersey [07849]


Ship to: district court for the United States

In Care of THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

50 WALNUT STREET

NEWARK, NJ 07101


Hand delivery: Court Clerk

Cargo: Case#OTL011620018

Law Suit Enclosed

Value: $11,316,300.00