INTRODUCTION

CLAIM IN ADMIRALY

| 3 | NOTICE OF FAULT |
| 4 | NOTICE OF DEFAULT |
| 5 | UCC FILINGS |
| 6 | FIRST NOTICE SETTLEMENT |
| 7 | WRIT OF ERROR COBRAM NOBIS |
| 8 | SECOND NOTICE OF DEMAND |
| 9 | ONTRACTUAL AND FINAL NOTICE |
| 10 | PROTEST CERTIFICATE DISHONOR |
| 11 | PETITION FOR HARMONY |
| 12 | MOTION TO QUASH |
| 13 | APPOINTMENT OF FIDUCIARIES |
| 14 | FIAT JUSTIA RUAT CAELUM |