# Introduction

Your Honor,

I come to this court in good faith with clean hands; I have prepared a Petition for Agreement and Harmony within the admiralty in the Nature of a Notice Of International Commercial Claim in Admiralty Administrative Remedy, and having to do so due to an overreaching police officer.

Having spent the last 4-5 years back and forth in China, and Hong Kong negotiating a National Security Issue, on behalf of the United States and a third party within the Chinese Royal Families. So my travels were hindered after my partner had been murdered on February 22, 2016 which was around the time this nuisance started, by a special officer issuing me a fraudulent summons on my car which was registered and insured while parked in my driveway it had a flat.

In my summary on opening Commercial Claim, January 16, 2018 you will read all the details, and the subsequent happenings thereafter.

What I seek is a simple administrative remedy for something that was ridiculous, yet all while intentionally trying to harm me, the local prosecutor even told the officer on the two times I did go to court that he could not issue me a summons for anything he did, in two heated debates outside the courtroom.

I have put this into a format/bounded in this manner to help simplify the detail for you and the court, I have read that you are not suppose to staple documents but I felt a need to make it simple for you to access the documents necessary to you and the case.

The first documents were served via US Registered mail as required, then the additional were sent Registered Post via e-mail to simplify things and hence what are the verifications after each series of documents along with the registered mail number used when sending Registered Post, which is all registered with the US Postal Service.

In closing should you find in my favor I would like 33% of the claim paid into the United States Treasury on my behalf as a gift to use for any victims of Human Trafficking, or trafficking in Person's, it sickens me and is shameful this goes on to the extent that it does.

I also have separately added a Motion to Quash any Arrest Warrants and Full Restoration of my Drivers License, as you know it is a necessity in today's world. I did not harm anyone, only my daughter for asking her to lie and she has forgiven me.

I Pray for Relief and seeing to this injustice, and matter is fully settled and is corrected.

Respectfully Submitted

Owen Thomas (Scott) Lennon

Ps: I have been called Scott, or Scotty my whole life since birth, and hence why at times it does create confusion, but being I am descended of Joseph, and his sister Scota, who landed on the shores of Western Britannia, later called Scotland. My Granddad and Grandmother came from there, and it was her that named me Scotty, along with my mom. A copy of my SS cards are the folder Fiat justia ruat caelum.