NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen -Thomas (Scott): Lennon, CREDITOR, SECURED PARTY
FILE # OTL01162018                                      Registered Mail #RE 832 998 837 US



Owen-Thomas (Scott): Lennon, Secured Party
Morris County
The State of New Jersey
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

### NOTICE OF INTERNATIONAL COMMERCIAL
### CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY

<u>28 U.S.C. §1333 and §1337</u>

FILE # OTL01162018

Date: January 16, 2018

| | | |
|---|---|---|
| Libellant: | Owen Thomas (Scott) :Lennon, Creditor Secured Party,<br>5 Bowling Green Parkway<br>Lake Hopatcong [07849] New Jersey | |
| Libellee: | JEFFERSON TOWNSHIP NEW JERSEY, Et al.<br>1033 Weldon Road<br>Lake Hopatcong, NJ 07849 | Registered mail RE 832 998 837 US |
| In care of: | RUSSEL FELTER          dba as MAYOR<br>**rfelter@jeffersontownship.net** | |
| Libellee: | TOWNSHIP OF RANDOLPH<br>502 Milbrook ave<br>Randolph, NJ 07869 | Registered mail RE 832 998 823 US |
| In care of: | MARK FORSTENHAUSLER    dba as MAYOR | |
| Libellee: | SPARTA TOWNSHIP<br>65 Main Street<br>Sparta Township, NJ 07871 | Registered mail RE 832 998 ~~823~~ 837 US |
| In care of: | GILBERS A. GIBBS       dba as MAYOR | |

Libellee is additionally subject to <u>postal statutes</u> and the jurisdiction of the Universal Postal Union.

### ADMINISTRATIVE REMEDY PROCEEDURE

Libellant, by Restricted Appearance, is hereby exhausting his administrative remedies within the Admiralty by Notice(ing) JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. and SPARTA TOWNSHIP, NJ. and its Co-Party and Officers. We would appreciate e-mail addresses to expedite this matter also.

As an operation of law, Libellant is required to exhaust his administrative remedies. This Administrative Remedy within the admiralty document is mail as identified in the Affidavit of Service.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen –Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                 Registered Mail #RE 832 998 837 US

As with any administrative process, Libellee may controvert the statements and/or claims made by Libellant by executing and delivering a verified response point by point, in affidavit form, sworn and attested to, signed by Libellee with evidence in support by Registered Mail addressed to Notary Acceptor.
Answers by any other means is considered a non-response and will be treated as a non-response.

Libellee may agree and admit to all statements and claims made by Libellant by TACIT PROCURATION by simply remaining silent.

**ESTOPEL BY ACQUIESCIENCE**: In the event Libellee admits the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL. Libellee may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial.

Any action(s), by Libellee(s), in any court or other forum, undertaken against Libellant, outside this Administrative Remedy by Libellee(s), is a trespass against Libellant and will result in an increase in the amount of the True Bill of ten (10) times the original amount and will continue to increase in the same amount of any additional trespasses.

Libellee is granted 10 days to respond to the statements and claims herein and/or to provide Libellee's own answers to inquires. Libellees agree to expedite using emails for time is of the essence, and time will be reduced to three business days for response thereafter. These Notices shall be converted to ICLOUD, for convenience yet all applicable provisions of the UPU shall be honored at all times.

Libellee may, after agreeing to all claims put forth by Libellant, enter into negotiations to settle the agreement/ contract with terms to be agreed upon. Any errors by Libellant shall be considered accidental, and corrected upon Notice.

## DEFINITIONS

The term "Affiant" / Libellant means Owen-Thomas (Scott): Lennon, living flesh and blood actual man, non-legal fiction creditor and secured party, injured party, Libellant.

The term "Libellee" means those opposing parties in this instant action as they appear in fiction, Stramineus homo, Commercial Strawman, person, individual.

The term "Libellant" means Owen-Thomas (Scott):Lennon, living flesh and blood actual man, non-legal fiction creditor and secured party, injured party, Affiant.

The term "OWEN THOMAS LENNON, OWEN THOMAS LENNON JR. OWEN SCOTT LENNON, OWEN THOMAS (SCOTT) LENNON, SCOTT LENNON AND ANY AND ALL DERIVATIONS" means non-living entity, Stramineus homo, Commercial Strawman, artificial entity, legal fiction, OWEN THOMAS LENNON, 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.

The term "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY of Owen-Thomas (Scott):Lennon, CREDITOR, SECURED PARTY is an agreement/contract between Libellant, Owen-Thomas (Scott):Lennon and Libellees, JEFFERSON TOWNSHIP, NJ. – TOWNSHIP OF RANDOLPH, NJ. – and SPARTA TOWNSHIP, NJ. and its Co-Party and Officers.

## STATEMENT OF FACTS

1. Libellant is not one in the same as any legal fiction entity, 14th Amendment person, individual, commercial Strawman or number created by the federal government.

2. Libellant has never knowingly, willingly and for certain and fair consideration that would controvert Libellant's private natural character status.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen –Thomas (Scott): Lennon, CREDITOR, SECURED PARTY
FILE # OTL01162018                                    Registered Mail #RE 832 998 837 US

3. Libellant is not a beneficiary, surety, liable party and business partner for any legal fiction entity or number created by any corporation or the federal government, and has never knowingly, willingly, and for certain and fair consideration, ever entered into any contract that would controvert Libellant's claim or non-surety status.

4. Libellant has a non-privity relationship with all legal fiction entities.

5. Owen-Thomas: Lennon is an agent for OWEN THOMAS LENNON, not a trustee or liable party. UCC 3-402 (b)(1)

6. Owen-Thomas: Lennon has not failed to state a claim upon which relief can be granted as evidenced on the commercial registry at the NEW JERSEY Secretary of State's Office, in the form of UCC 1 and its amendments.

7. JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., its agents and co-parties are committing SCIENTER ACTS (omitting knowledge) in Bad Faith, Fraud Conspiracy, Undue Enrichment, Aiding and Abetting, Willful and Wanton, Irreparable Harm, with Malice and Forethought, Conversion, Commercial War, Commercial Credit Slander and continuous torts.

8. Any immunity, whether Absolute or Limited are not protective in their acts of Bad Faith against OWEN THOMAS LENNON and that Am Jur 2nd, Volume 17 (A) Clause #298 applies. NO IMMUNITIES WILL PROTECT A PERSON WHO ACTS IN BAD FAITH.

9. Any Collateral Attack on this AGREEMENT/CONTRACT is in Bad Faith and is an attempt to violate U.S. Constitution Article I, Section 10, "THE IMPAIRMENT OF CONTRACTS" and the D.C. Codes.

10. JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. and SPARTA TOWNSHIP, NJ., has never disclosed the nature and cause and conditions of the contracts in commerce that were executed on the Libellant.

11. Libellant does not now or has ever comprehended the offer and contract as it pertains to OWEN THOMAS LENNON, Owen-Thomas (Scott): Lennon.

12. By and through this commercial notice the Libellant notices JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. and SPARTA TOWNSHIP, NJ., and its co-partners and the public, that by mistake, Libellant has moved in good faith to comprehend and remedy a mistake caused by his misplaced trust and inability to comprehend the motives of those attempting to contract with OWEN THOMAS LENNON, or Owen-Thomas (Scott): Lennon.

13. All contracts and agreements and presentments by any and all JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. and SPARTA TOWNSHIP, NJ., Officers(s) and Employees, are expressly induced by Fraud, Coercion, Extortion and non-disclosure contracts upon the Libellant.

14. Libellee, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. and SPARTA TOWNSHIP, NJ., Officers have created unsupported commercial documents that were relied upon by third parties to deprive Libellant of property.

15. Libellee JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. and SPARTA TOWNSHIP, NJ., Officers have used the US Postal Service and commercial electronic media to send fraudulent unsupported commercial documents that were relied upon by third parties to deprive Libellant of property by a fraudulent presumption of pledge.

16. Libellee, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. and SPARTA TOWNSHIP, NJ., Officers have used fictitious names on commercial documents to deprive the Libellant of property.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen -Thomas (Scott): Lennon, CREDITOR, SECURED PARTY
FILE # OTL01162018                                      Registered Mail #RE 832 998 837 US

17. Libellant has no remedy other than contractual and the elements of mistake, non-jurisdiction and acceptance for value in accordance with Public Policy. Public Law 73-10, etc. et al

18. Libellee, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. and SPARTA TOWNSHIP, NJ., Officers have failed to adjust the accounts of in the matter of Accepted for Value presentments.

19. Libellee, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. and SPARTA TOWNSHIP, NJ., Officers have made false and fraudulent entries into specially coded files such as Customer Transaction that courts of fiction rely upon as undisputed evidence.

20. Libellee, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. and SPARTA TOWNSHIP, NJ., deposited Libellant's PRESENTMENTS into a customer transaction account.

21. The deposited PRESENTMENTS increased the assets of JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. and SPARTA TOWNSHIP, NJ.,

22. Libellee, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. and SPARTA TOWNSHIP, NJ., is indebted to Libellant in the amount of those PRESENTMENTS, multiplied times four, for the injuries suffered.

23. Libellee, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. and SPARTA TOWNSHIP, NJ., never disclosed this fact and did not issue a receipt to Libellant for the PRESENTMENTS.

24. Libellee, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. and SPARTA TOWNSHIP, NJ., used Libellant's PRESENTMENTS to increase the balance sheet of those corporations.

25. Libellant, presents the following facts; which happened upon coming home from Asia in and around February, 2016. A ticket was issued for my 1964 Chevy that was registered and insured with a flat, while sitting in my driveway. Then on February 22, 2016 I was notified that my business partner had died in China, and so I had to fly back immediately to China. I called my attorney to ask for a delay due to special circumstances.

When finally back from China I went to court to defend the actions of Special Officer Diamond I had found they also issued a ticket for a Blue Toyota I owned and was parked at my ex-wifes house, that was unregistered and a broken windshield, she had loaned it to her boyfriend because his motor blew on his car yet I was never notified that this was done.

The car was in the possession of her boy friend Chris, I don't know his last name, when it was ticketed in Lake Shawnee, while I was in China. Yet while in court I had spoken to the prosecutor about the ticket Special Officer Diamond issued and he agreed officer Diamond had NO Right to issue the ticket in the first place because the car was registered and insured, and only had a flat tire, sitting in my driveway because I was away so long. While talking to Prosecutor James Lasalle, Special Officer Diamond kept saying if I do not move the car he was going to charge me $600.00, and Prosecutor Lasalle respectfully said he cannot do that!

Prosecutor James Lasalle and I agreed that I would turn the car around/move the car, all while officer Diamond demanded that I move it to one of my other properties, which Prosecutor James Lasalle reminded officer Diamond that I did not have to do anything because I did not break any laws. They then asked to move the Toyota case to a time when the officer that wrote the ticket be present.

At that time I reminded them both that I was basically living in China since my business partner had been **murdered** and that this would take precedence due to the sensitive nature in which we were handling in business.

The urgency of my partner being murdered and at the same time negotiating with my partner, a National Security issue, I am the sole signatory of the Trust which backstops ALL Earthly Corporations and

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen –Thomas (Scott): Lennon, CREDITOR, SECURED PARTY
FILE # OTL01162018                                                           Registered Mail #RE 832 998 837 US

Governments. This is the sensitive reason why I have been traveling so much, and to try and manage the Trust being my partner was murdered.

And earlier my daughter was harassed by Certain Police Officers in Jefferson, they were continually harassing my daughter while working in the records department for the Police Department asking what her father does for a living, now that I had sold my other businesses. I am only mentioning this because my daughter broke down in tears and quit when her senior year was over, She only wanted to be a Police Officer her whole life and now was afraid of Police Officers, this reflecting some of the happenings of the current events which we lead into today. Now all notified here understand or will have some background understanding that why I have been doing all I can to resolve a simple traffic ticket.

I had my hands more than full. All the while I was involved in five (5) court cases involving my properties, and my children's properties had to take precedence as they were necessary, all being done Pro Se. Having lost my children's home to a fraudulent foreclosure, and sale, I was able to get that back all while negotiating basically a National Security issue, and operating with no cash in my bank accounts. I was and have been under full duress, and stressed out to the max. I do not get paid until I finish my job, so I have been operating with little to no cash, again to give honest background information.

When I came home around May 3rd 2017 the next day, May 4th 2017, I happened to be driving from a shared office in Dover, NJ. I was pulled over by officer Jerry Gomez in Randolph NJ. He said he pulled me over because my inspection sticker was over due, which was a flat out Lie! I said to him he should look again at the sticker because it was not overdue, he then proceeded to ask for my drivers license and registration, he went to his patrol car and came back to me and said there is a warrant for your arrest. Obviously being stunned I asked him for what? He then told me for Jefferson Township PD and he said he needed to arrest me and impound my vehicle.

I then asked him respectfully to consider the circumstances that the original ticket was not legally issued and that I was asked to move the car, which I had done. Officer Gomez then said he was taking me in, I asked if I could just park my truck in my friends driveway which was Halo Appraisal Services, I asked him because a tow and impound would harm me with additional fees which I really did not have. Officer Gomez said he could not allow that and impounded my truck, arrested me and brought me to Randolph to be processed. He issued me two tickets one for an over due inspection sticker and driving while suspended. I also identified myself that I am an <u>American National</u> and I also told him that I have full legal right to travel and did not need a license to do so, he just laughed at me and said good luck with that one.

I then asked officer Gomez how much was the bail, and he told me $350.00 which is my best recollection. Once I was picked up by a friend we went directly to the impound yard and the fee there was around $400.00???? I then had to pay a worker, of my friend to drive the car home, around $100.00.

Once home I was called to go to a meeting out of state, to Denver, and Durango Colorado, Las Vegas to Los Angeles, then back to Vegas, back to Los Angeles then again, back home to get some clothes since I only left with a carry on bag and a few changes of clothes. Then back to China, Philippines at one point, and back over to Hong Kong. I have all verifiable information to prove my travels and can say emphatically say that it was and is for National Security reasons.

At some point I came home around July 2017, this, the best of my recollection. I was now fully focused on saving my homes from fraudulent foreclosure sales, then on July 15, 2017 I was pulled over by Officer Daniel Florio, when officer Florio pulled me over in my friends car I explained to him that I was driving with a revoked license, I explained to him the circumstances of the original tickets, and he then asked me to sit tight. Officer Florio returned and said he ran it by his Sargent and he said all the paperwork was in order, he had to issue me a driving while revoked and apologized for having to do so, his Sargent said I was a friend to the town and police force and just asked to get right home safely.

I want to applaud Officer Florio for acting humane, and handling me as a friend of the town, and he knew I was not harming anyone. I explained should anything have happened that we have unlimited liability to ensure all would be ok, legal. He ensured that all was ok, I told him that the way things were going I could

not promise to make that court date and he said to do my best. Then sure enough, the next day I had to travel down to Washington, then July 23rd 2017 back out west to Colorado and road trip again. It is no fun!

On July 19. 2017 I Appointed Acting Judge Peter A. Fico as my Fiduciary to settle all claims on my behalf and added all complaints against me. I then signed the backs of all complaints Accepted for Value Settlement and full accord and satisfaction, and pay to the United States Treasury. The Treasury must pay all our bills we operate in bankruptcy. Yet, the complaints were never settled by the court, and ignored my requests. My lawful rights are the US Treasury has to pay ALL your bills while operating in bankruptcy, so for the judge to ask me again to return to court is lawfully wrong and incorrect!

I did the same for Randolph court, to Acting Judge Ira A. Cohen, and those too were ignored, which is illegal!

I then later ran into officer Florio around Thanksgiving around Frank's Pizza, he asked me how it was going? I told him that I had not been to court yet since I just got back the day before and that I would get it handled once I could get the court cases on my house finished, along with my job.

From Thanksgiving everyday I was in continuous negotiations with governments, National Security issue, all while handling my foreclosure cases. We had just issued the $297 Trillion dollar lien against the International, and American BAR for all the fraud in each and every foreclosure case in America, along with dishonest service in the courts for having a financial interest in each and every court case. All this at the same time I was trying to save my personal properties, with certain Judges ignoring Supreme Court Orders, rulings and decisions, anything and everything, yet we finally have them standing down, because they cannot have standing when they have committed fraud, identity theft and having a financial interest. All court in America are bankrupt therefore have no standing anymore, unless they can provide insurance proof.

When I came home that Thanksgiving week there were about 6 or 7 more tickets issued by Special Officer Valentine, all for expired registrations on my vehicles on my property, which could not be registered, because my license was revoked by Officer Valentine himself, causing the situation. He obviously walked onto my property and checked all my vehicles when I was out of town and just wrote all he could, for what, to make more money instead of talking to me and asking me how to help or what's going on? Police officers today have forgotten one thing, they are to be <u>PEACE OFFICERS first and foremost</u>, and not harvesting currencies from honorable people that pay them!

So the week between Christmas and New Years I went to the court and it was closed. Then the following week I went again to court, it was closed again, but I ran into Special Officer Valentine and he asked me if I had moved my car yet? I then reminded him it was moved the last day I was with them in court, and told him I turned the car around in the driveway as we agreed. Right from there I went to DMV in Newton to register the Dodge Truck. I also asked the DMV clerk if my license was suspended and she said no, and should it have been she would not have been able to issue the new plates and registration.

Then on January 7th 2018 I was driving to Sparta on RT15 Northbound and the 1998 Dodge Truck I was operating started slowing down, so I coasted it into the off ramp heading toward Lake Mohawk, and did my best to keep the truck on the outer edge of the roadway so other cars and tractor trailers could pass by. I immediately called the Sparta Police Department and spoke to dispatcher Willy, the time was about 10am, and explained the situation. She told me try calling on my own for a tow truck because the Towns towing company was not reliable. I then called my son and asked him to get some diesel fuel, it appeared that the truck ran out of gas.

My son and I were on site for almost two hours trying to restart the truck, I had called dispatcher Willy back and explained the situation, more than once, and that I had tried calling the town towing company, AAA and no one was answering, or calling back, and or responding. Being that it was just above 0° that day I told her that I was going someplace warm and would continue to try and reach a towing company and that the key's, registration and insurance card were inside the truck.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen –Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                                         Registered Mail #RE 832 998 837 US

Sometime after 12:30pm Officer Steven Guido called me and asked who he was speaking to and I said Scott Lennon, he immediately said "I lied to him", I then said that is my name and I said to him my legal name is Owen and Scott, I am only occasionally called Owen, I was not hiding anything, I realized then something was wrong with his attitude. I then told him that I have always been called Scott since birth. Steven Guido then said I had two licenses and that I lied to him, saying I have two names and SS #'s. So I explained to Officer Guido that when I was younger that my SS# was in the name of Owen (Scott) Lennon and there is only one SS#, and that when I got my license to the clerk at DMV asked me Owen or Scott, I told her Scott and is that ok? She gave me that license in my legal name Scott. All the while he said he did not want to hear that and was interrupting me continuously. I then continued that sometime in the late ninety's they merged everything when I had a medical issue, and I was not covered by my insurance company, not realizing this had happened. And I had the state and Federal Government working on it, even today this last week I was expecting my newly re-issued Birth Certificate, and my newly issued <u>American National</u> passport. All the time I was talking he said "he did not want to hear any of that" and kept interrupting me, I sensed something was wrong.

Next Officer Guido started telling me I willfully abandoned the vehicle, I then reminded him that I broke down in the truck and that it was 0° outside and that it was over 2 hours we sat with the truck, not running I was cold! Then he said he was impounding the vehicle, I asked him to just have it towed to Sebring Auto in Jefferson down the road as we originally asked dispatcher Willy. Next he said that I had fictitious plates on the truck, I told him that's impossible because I got the plates a week ago at DMV in Newton, and in order to get the plates you need a valid drivers license, he said he did not want to hear it! Now I'm saying to myself why is this guy being such a **PRICK!** All I'm seeing is a Acting Police Officer charging, and charging me, all while I have $68.00 in my bank account, something POLICE Officers never consider, accept those like <u>Peace Officer Florio</u>.

In the meantime I asked my daughter if she can say she was driving the truck, because this guy was being extremely harassing, and I had a feeling my license was suspended again, and that way they would not impound the truck and have additional fees and charges, and she said yes. I was doing all I could to save money because I only had $68.00 in my account. Then I later found out her license was suspended for something, so she went to issue her revised statement later to Police Officer Guido.

All this time, for a fraudulently issued ticket for a car that was registered and insured, a ticket on a car that Special Officer Diamond issued fraudulently and instead of knocking on my door and asking me the situation. The neighbor that did complain about the car being ugly had a car in her driveway, not registered or insured for over 24 years with 4 tarps and 4 flats on it! That's ok though, I understand neighbors can have issues but mine was fully legal, and drivable! Special Officer Diamond knew the car was drivable, registered and insured, he just said it looks ugly!

I did ask my daughter to lie, and I never do that, and nor have I ever done that before in my life, only because I was financially broke! I did lie to Officer Guido! I was hungry, and had no food in the house, I wanted to eat, hence being free to travel and dealing with an obnoxious Police Officer I lied to save money.

Now the best part, when I called the Sparta Police Sargent Frank Schomp answered, I asked him what is needed to release my truck, he said I needed to come down and verify that I have the registration and Insurance card, with like Officer Guido, he knew it was readily available to them in the truck when they towed it, also since they have that information on their computer and in hand, since the key's were with both. He then said that is the only way, unless I re-register, re-title and insure the truck in another's name. By now I had had it! I said to officer Schomp, what are you making your own rules, regulations and codes in order to steal my truck? He then said I had to do that once again. So I said ok, I would only send a licensed driver to pick up the release form and if he tried to hold my truck illegally I would do what anyone would do when someone is trying to steal their property. That is when he said, ok send a licensed driver to come pick it up.

My harm has come to, and from myself not just for lying to a Police Officer, but first and foremost is for asking my daughter to lie, all because I was broke! I have breached something I have taught my children

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen –Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                   Registered Mail #RE 832 998 837 US

since their birth and that was "never tell a tall tail" in other words NEVER to lie! And by my actions I have failed my children, and what is left of my family.

That night I had to leave for work, my neighbor called me and said that at 7am there were many cops at my house and was everything ok? So I called the Sparta Police and asked to speak with Officer Guido, he said he finished his investigation and that he issued a BODY WARRANT for me, so I asked him what was the bail amount, and he said there is NO BAIL, just come in or we will arrest you. Hence my action taken today.

I am now fully aware of the extortion schemes being operated under "color of law". These are conspiracies and racketeering. 18 usc section 4 requires I report such crimes, misprision of felony.

I have always attempted to comply with what I believe was law, but it has been fully shown to me that these schemes are not lawful and actually create so called "criminals" for no other offense than not having enough funds to pay extortion sums, and to suffer impound / seizures to enrich local municipalities.

Therefore I submit the following legal briefs and remedies, in electronic form for my responses to each and every "color of law" offense being created and demand the full and complete bonding company I Information to file claims against all conspirators in these racketeering enterprises.

Injury defense franchise agreement –
https://files.acrobat.com/a/preview/773324ee-e302-4591-97b0-12692083e2aa

Briefs on right to travel defense - and all other legal briefs on the sedm.org are incorporated by reference along with all exhibits / and remedies are considered to now be in effect, as claims against all offending participants against my god given, unalienable rights, for the violations which have been perpetrated against myself and my family; nunc pro tunc.

All franchises are now terminated nunc pro tunc.

Notices to be delivered and served upon the Governor, the Office of the Attorney general, and the Supreme court; to protect me and my family in the future from these unlawful threats, acts of extortion, assaults, battery, etc et al under "color of law".

Notice to principle is notice to agent ......

Dated Jan 17, 2018 effective nunc pro tunc to the date of majority for myself and each of my family members.

26. Libellee follows Generally Accepted Accounting Practices (GAAP).

27. Libellee, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., Officers have never made an assessment or signed an Assessment Certificate under penalty of perjury, true, correct, complete and not misleading.

28. JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., is a fiction and Libellant is a visitor in a court of fiction. Libellant is an actual being of the Creator and is of likeness of character, his law and truth proceeds from the Holy Scriptures which are truth and not inferior to the world of corrupted fiction which has no righteousness in it and is manipulated by those claiming immunity for their acts of confusion and fraud.

29. If the Libellee(s), it's co-parties and officers discover any errors or omissions, legal or otherwise, in or related to this instrument, said agents, officers and co-parties are required to notice the Libellant with a point by point description of any such errors and omissions within ten (10) days of receiving this Notice by Registered Mail or forever admit the lawful execution of this Notice as a matter of the public record.

Case 2:18-cv-05724-MCA-MAH   Document 1-4   Filed 04/09/18   Page 9 of 17 PageID: 27

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen - Thomas (Scott): Lennon, CREDITOR, SECURED PARTY
FILE # OTL01162018                                  Registered Mail #RE 832 998 837 US

30. If additional time is required for responding, a request must be received by the Libellant at the address of the Notary Acceptor within the ten (10) days allotted or be forever barred from contest under the doctrine or maxim of Collateral Estoppel.

31. The Libellees, Officers and Co-parties of, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., are required to notify the Libellant within ten (10) days by Certified Mail of acknowledgement, acceptance and agreement to the address of the Notary Acceptor, or by email which I can have acknowledged as your response or silence. You may agree to all statements and claims by Libellant by simply remaining silent.

32. Libellant, Owen-Thomas (Scott): Lennon is using the Copywrited Statutes only for his remedy and not for profit.

## COMMERCIAL OATH AND VERIFICATION

County of Morris County  )
                         )          Commercial Oath and Verification
The State of New Jersey  )

I, Owen Thomas Lennon, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Libellant's knowledge and belief under penalty of International Commercial Law.

OWEN THOMAS LENNON
By: Owen-Thomas (Scott): Lennon, agent, Libellant, UCC 3-402 (b)(1)

_____
Signature   lawful man

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under Oath this ___19th___ day of ___January___, 2018.

_____
Notary

DANIEL R. THOMAS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 6/17/2021

## STATEMENT AND INQUIRES

1. Libellee(s) admits Libellant is not one and the same as any Artificial Legal Fiction entity 14th Amendment person, individual commercial Strawman, co-party organization and trust created by the State or Federal government.
ANSWER: [Admits/Acknowledge if no answer is provided]

2. Libellee(s) admits Libellant is an injured party in this matter and not one in the same as any defendant in any action in any State or Federal case.
ANSWER: [Admits/Acknowledge if no answer is provided]

3. Libellee(s) admits Libellant is not a beneficiary surety liable party and business partner for any legal fiction entity or number created by any corporation or the federal government, and has never knowingly, willingly,

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen –Thomas (Scott): Lennon, CREDITOR, SECURED PARTY
FILE # OTL01162018                                                          Registered Mail #RE 832 998 837 US

and for certain and fair consideration, ever entered into any contract that would controvert Libellant's claim on non-surety status.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

4. Libellee(s) admits Libellant has a non-privity relationship with all legal fiction entities.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

5. Libellee(s) admits Owen-Thomas (Scott): Lennon has not failed to state a claim upon which relief can be granted as evidenced on the commercial registry at the State Secretary of State in the form of UCC 1 and its amendments.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

6. Libellee(s) admits Libellant is an agent for OWEN THOMAS LENNON, not a trustee or liable party.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

7. Libellee(s) admits they have never disclosed that charges and penalties are based on his voluntary act to contract and agree that all such contracts are void due to their hidden nature and lack of disclosure.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

8. JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., , its Officers and Co-parties are committing SCIENTER ACTS (omitting knowledge) in Bad Faith, Fraud Conspiracy, Undue Enrichment, Aiding and Abetting, Willful and Wanton, Irreparable Harm, with Malice and Forethought, Conversion, Commercial War, Commercial Credit Slander and continuous torts.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

9. Libellee(s) admits any immunity, whether Absolute or Limited are not protective in their acts of Bad Faith against OWEN THOMAS LENNON and that Am Jur 2nd, Volume 17 (A) Clause #298 applies.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

10. Libellee(s) admits any Collateral Attack on this AGREEMENT/CONTRACT is in Bad Faith and attempts to violate U.S. Constitution Article I, Section 10, "THE IMPAIRMENT OF CONTRACTS" and the D.C. Codes.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

11. Libellee(s) admits JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., has never disclosed the nature and cause and conditions of the contracts in commerce that were executed on the Libellant.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

12. Libellee(s) admits injuring Libellant by willfulness, by error, by intent to mislead, by omission, by confusion, by hidden contracts, by solicitation, by creating revenue, by conversion, and by fraud.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

13. Libellee(s) admits the Libellant notices JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., and its co-partners and the Public, that by mistake, Libellant has moved in good faith to comprehend and remedy a mistake caused by his misplaced trust and inability to comprehend the motives of those attempting to contract OWEN THOMAS LENNON or Owen-Thomas (Scott): Lennon.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

14. Libellee(s) admits all contracts and agreements and presentments by any and all JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., Agent(s), Employees are expressly induced by Fraud, Coercion, and Extortion upon the Libellant and non-disclosure contracts.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen –Thomas (Scott): Lennon, CREDITOR, SECURED PARTY
FILE # OTL01162018                                                       Registered Mail #RE 832 998 837 US

15. Libellee(s) admits Libellee, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., Officers have created unsupported commercial documents that were relied upon by third parties to deprive Libellant of property.
ANSWER: [Admits/Acknowledge if no answer is provided]

16. Libellee(s) admits no "ANSWER" by legal definition can be provided in any instance neither in part or in whole and that they are found out and have no excuse and no affirmative defense for their Criminal Acts.
ANSWER: [Admits/Acknowledge if no answer is provided]

17. Libellee(s) admits, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., deposited Libellant's PRESENTMENTS into a customer transaction account.
ANSWER: [Admits/Acknowledge if no answer is provided]

18. Libellee(s) admits the deposited PRESENTMENTS increased the assets of JEFFERSON TOWNSHIP, NJ. – TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ.,
ANSWER: [Admits/Acknowledge if no answer is provided]

19. Libellee(s) admits, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., , by depositing Libellant's PRESENTMENTS into a customer transaction account, Libellant became a Creditor of JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ.,
ANSWER: [Admits/Acknowledge if no answer is provided]

20. Libellee(s) admits, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ. never disclosed this fact and did not issue a receipt to Libellant for the deposit as require by law.
ANSWER: [Admits/Acknowledge if no answer is provided]

21. Libellee(s) admits, Libellant's PRESENTMENTS was the financial instrument that was used to fund the purported loan.
ANSWER: [Admits/Acknowledge if no answer is provided]

22. Libellee(s) admits, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., never risked any of its or its depositors funds in the purported loan transaction.
ANSWER: [Admits/Acknowledge if no answer is provided]

23. Libellee(s) admits it follows Generally Accepted Accounting Practices (GAAP).
ANSWER: [Admits/Acknowledge if no answer is provided]

24. Libellee(s) admits, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., have used fictitious names on commercial documents to deprive the Libellant of property.
ANSWER: [Admits/Acknowledge if no answer is provided]

25. Libellee(s) admits Libellant has no remedy other than contractual and the elements of mistake, non-jurisdiction and acceptance for value, and all other facts written and described above.
ANSWER: [Admits/Acknowledge if no answer is provided]

26. Libellee(s) admits JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., Officers have failed to adjust the accounts of OWEN THOMAS LENNON.
ANSWER: [Admits/Acknowledge if no answer is provided]

27. Libellee(s) admits Libellee, JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., Officers have made false and fraudulent entries into specially coded files such as Customer Transaction Account and that these files are coded for the purpose of preventing the public

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Owen –Thomas (Scott): Lennon, CREDITOR, SECURED PARTY
FILE # OTL01162018                              Registered Mail #RE 832 998 837 US

and Libellant access to their content so that courts of fiction may rely upon as these files as undisputed evidence.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

28. Libellee(s) admits, JEFFERSON TOWNSHIP, NJ. – TOWNSHIP OF RANDOLPH, NJ. – and SPARTA TOWNSHIP, NJ., Officers have never made a verified assessment or signed an Assessment Certificate under penalty of perjury, true, correct, complete and not misleading re OWEN THOMAS LENNON.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

29. Libellee(s) admits that JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., is a fiction and Libellant is a visitor in a court of fiction. Libellant is an actual being of the Creator and is of likeness of character, his law and truth proceeds from the Holy Scriptures which are truth and not inferior to the world of corrupted fiction which has no righteousness in it and is manipulated by those claiming immunity for their acts of confusion, fraud, Scienter Acts and continuous torts
.**ANSWER:** [Admits/Acknowledge if no answer is provided]

30. Libellee(s) admits that if the Libellee(s), it's co-parties and officers discover any errors or omissions, legal or otherwise, in or related to this instrument, said agents, officers and co-parties are required to notice the Libellant at the address of the Notary Acceptor only with a point by point description of any such errors and omissions within ten (10) days of receiving this Notice by Registered Mail or forever admit the lawful execution of this Notice as a matter of the public record.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

31. Libellee(s) admits that if a request for additional time to respond is needed, such request must be received by the Libellant at the address of the Notary Acceptor only within the ten (10) days allotted or be forever barred from contest under the doctrine or maxim of Collateral Estoppel. <u>5 USC §706</u>
**ANSWER:** [Admits/Acknowledge if no answer is provided]

32. Libellee(s) admits it is mandatory to place them selves under unlimited liability commercial oath to secure integrity in their responses.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

33. Libellee(s) admits the harm created by their Criminal Acts and Acknowledge that the Sum Certain in the True Bill is correct as presented and is to be paid to the Libellant.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

34. Libellee(s) admits that any stall and delay created by them is conversion of the Sum Certain in the Accounting and True Bill of this Commercial Instrument will result in an increase of ten (10) times for Compensatory Punitive Damages shall prevail contractually.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

35. Libellee(s) admits and agrees that the Accounting and True Bill is true, correct complete and certain following the perfection of this Commercial Instrument.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

36. Libellee(s) admits that if and when they answer this Statement and Inquires, your answer will only be valid with your SSN # attached since Libellant is providing the OWEN THOMAS LENNON.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

37. Libellee(s) admit that Libellant is using the Copywrited Statutes of New Jersey State and the United States for his remedy and not for profit.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

## <u>NOTICE</u>

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen –Thomas (Scott): Lennon, CREDITOR, SECURED PARTY
FILE # OTL01162018                                         Registered Mail #RE 832 998 837 US

These statements and the ANSWER contained herein may be used by Libellant, if necessary in any court of competent jurisdiction.

## ACCOUNTING AND TRUE BILL

CLEOPATRA HASLIP et al.
v.
PACIFIC MUTUAL LIFE INSURANCE, INC.
499 U.S.1, 113 Fed 2d 1, 111 S.Ct. 1032 (no. 89-1279)

For Conversion                                4 times for Compensatory Damages
                                              200 times for Punitive Damages

## ACCOUNTING AND TRUE BILL

Libellant is entitled to return of all funds paid by OWEN THOMAS LENNON for the years 2016, 2017 and 2018 where an Libellant paid monthly payments, plus all late fees and interest fraudulently charged, and $75.00 per hour for all time spent on all letters to JEFFERSON TOWNSHIP, NJ. TOWNSHIP OF RANDOLPH, NJ. And SPARTA TOWNSHIP, NJ., personnel and "Acceptance for Value" all submitted paperwork, by mail or email or fax through January 16, 2018.

### COMPUTED AS FOLLOWS

| | |
|---|---|
| $12,000.00 | Amounts due OWEN THOMAS LENNON. for years 2016 thru 2018 for all citations issued estimated. |
| $ 2,000.00 | Funds fraudulently taken by unlawful process, or caused to be expended, by unlawful towing etc. |
| $    75.00 | $75.00/hour for time spent on documents presented by Libellees plus postage estimated |
| $14,075.00 | Sum Certain of Actual Cost Funds |

## CONVERSION FOR UNAUTHORIZED ACTS AGAINST SECURED PROPERTY

### COMPUTED AS FOLLOWS

| | |
|---|---|
| $  14,075.00 | Sum Certain of Actual Cost Funds |
| x 4 | Rights Violations Compensation Multiplier |
| $  56,300.00 | Compensatory Damages |

| | |
|---|---|
| $  56,300.00 | Sum Certain of Actual Cost Funds |
| x 200 | Punitive Compensation Multiplier |
| $11,260,000.00 | Punitive Damages |

| | |
|---|---|
| $     56,300.00 | Compensatory Damages |
| $11.260,000.00 | Punitive Damages |

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen –Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018      Registered Mail #RE 832 998 837 US

$11,316,300.00      Total Damages for Conversion

## SUM CERTAIN FOR CONVERSION

$11,316,300.00 as of January 16, 2018

Eleven Million Three Hundred Sixteen-Thousand Three Hundred Dollars and no cents

"Libellant reserves the right to amend and correct and adjust the accounting and True Bill"

The progressive Sum Certain in US Dollars is in numerical parity with the Euro Dollar and any other superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources, and any agreeable combination of the above.

## NOTICE TO RESPOND

Affiant grants Libellee Ten (10) days, exclusive of the day of receipt to respond to the statements, claims and inquiries above. Failure to respond will constitute as an operation of law, the admission of Libellee by TACIT PROCURATION to the statements, claims and ANSWERS to inquires shall be deemed RES JUDICATTA, STARE DECISIS. Failure to respond will constitute PROMISSORY ESTOPPEL, COLLATERAL ESTOPPEL, and ESTOPPEL BY ACQUIESCENCE. This is a perfected Contract and it is a STATUTE STAPLE, UCC CONFIRMATORY WRITING.

It is also mandatory that if Libellee responds to the foregoing, it must be by delivering to Affiant's NOTICE **OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY** and to Affiant's mailing location exactly as shown below:

Owen-Thomas (Scott): Lennon, Creditor Secured Party,
2 West emerald Isle Drive
Lake Hopatcong, New Jersey
scottlwet@aol.com

That it is mandatory that Libellee sign and certify "under penalty of perjury complete with SSN number under the laws of the United States of America" under 28 USC §1746, all ANSWERS or any other correspondence in response to Affiant's Notice of Administrative Remedy, so that Affiant's can know that Affiant's is dealing with the Libellee and that Libellee is held to only those ANSWERS that are true, correct, complete, and not misleading and further; any facts alleged in Libellee's response must be on first hand knowledge in affidavit form, properly sworn and subscribed to.

Libellant looks forward to your timely response. Further Libellant sayeth naught.

Given under my hand and seal this ___16___ day of the ___1___ month of 2018 anno Domini

Prepared and submitted by:_____
Owen-Thomas (Scott): Lennon, Creditor, Secured Party,

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen Thomas (Scott): lennon , CREDITOR, SECURED PARTY

FILE # OTL01162018                                                    Registered Mail #RE 832 998 837 US

## AFFIDAVIT OF SERVICE

### NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY

State of New Jersey    )
                       )  ss.
County of Morris       )


I am over 18 years of age and not a party to the within action. My business address is:

Daniel Thomas, Notary
    5 Bowling Green Parkway
    Lake Hopatcong [07849] New Jersey

On this the _____ day of January 2018, I served the following by Registered Mail:

1. Three (3) copies of Original "For the Petition for Agreement and Harmony within the Admiralty in the Nature of, "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY, File # OTL01162018, subscribed by Owen Thomas (Scott) :lennon, Agent.

2. One copy of this Affidavit of Service for each copy of "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY " in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:    JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 832 998 956 US
    1033 Weldon Road
    Lake Hopatcong, NJ 07849

In care of:
| | |
|---|---|
| RUSSEL FELTER | dba as MAYOR |
| JAMES LEACH | BUISSNESS ADMINISTRATOR |
| WILLIAM CRAIG | CHIEF OF POLICE |
| JAMES LASALA | ACTING PROSECUTOR ESQUIRE |
| HONORABLE PETER FICO | ACTING JUDGE |
| ANDREW DIAMOND | SPECIAL OFFICER |

TOWNSHIP OF RANDOLPH Et al,   Registered mail   RE 832 998 837 US
502 Milbrook ave
Randolph, NJ 07869

In care of:
| | |
|---|---|
| MARK FORSTENHAUSLER | dba as MAYOR |
| DAVID N. STOKOE | CHIEF OF POLICE |
| JERRY GOMEZ | POLICE OFFICER |
| STEPHAN MOUNTAIN | TOWNSHIP MANAGER |
| IRA A. COHEN | ACTING JUDGE |
| MICHAEL CRESETELLO | ACTING PROSECUTER ESQUIRE |

SPARTA TOWNSHIP Et al,   Registered mail   RE 832 998 823 US
65 Main Street
Sparta Township, NJ 07871

In care of:
| | |
|---|---|
| GILBERS A. GIBBS | dba as MAYOR |
| WILLIAM CLOSE | TOWNSHIP MANAGER |
| NEIL SPIDALETTO | CHIEF OF POLICE |

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen Thomas (Scott): lennon , CREDITOR, SECURED PARTY

FILE # OTL01162018                                              Registered Mail #RE 832 998 837 US

| | |
|---|---|
| FRANK SCHOMP | SARGENT |
| STEVEN GUIDO | POLICE OFFICER |
| JOHN P. MULHERN | ACTING JUDGE |
| JONATHAN MCQUEEN | ACTING PROSECUTOR ESQUIRE |

Libellee is additionally subject to postal statutes and the jurisdiction of the Universal Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this __19__ th day of January, 2018 ".

_____
Daniel Thomas, Notary  UCC 3-402 (b)(1)

**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/17/2021**

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY
Affidavit of Service
Page 2 of 2

