NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                              Registered Mail #RE 832 998 885US



Owen-Thomas (Scott): Lennon, Secured Party
Morris County
The State of New Jersey
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

### NOTICE OF INTERNATIONAL COMMERCIAL CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY

28 U.S.C. §1333 and §1337

### NOTICE OF FAULT

FILE # OTL01162018

Date: January 29, 2018

Libellant:   Owen-Thomas (Scott): Lennon, Creditor Secured Party,
             C/o 2 West Emerald Isle Drive, Acceptor
             Lake Hopatcong [07849] New Jersey

Libellee:    JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 832 998 899 US
             1033 WELDON ROAD
             LAKE HOPATCONG, NEW JERSEY 07849

In care of:  RUSSEL FELTER            dba as MAYOR
             JAMES LEACH              BUISSNESS ADMINISTRATOR
             WILLIAM CRAIG            CHIEF OF POLICE
             JAMES LASALA             ACTING PROSECUTOR ESQUIRE
             HONORABLE PETER FICO     ACTING JUDGE
             ANDREW DIAMOND           SPECIAL OFFICER

             TOWNSHIP OF RANDOLPH Et al,   Registered mail   RE 832 998 885 US
             502 Milbrook ave
             Randolph, NJ 07869

In care of:  MARK FORSTENHAUSLER      dba as MAYOR
             DAVID N. STOKOE          CHIEF OF POLICE
             JERRY GOMEZ              POLICE OFFICER
             STEPHAN MOUNTAIN         TOWNSHIP MANAGER
             IRA A. COHEN             ACTING JUDGE
             MICHAEL CRESETELLO       ACTING PROSECUTER ESQUIRE

             SPARTA TOWNSHIP Et al,        Registered mail   RE 832 998 908 US
             65 Main Street
             Sparta Township, NJ 07871

In care of:  GILBERS A. GIBBS         dba as MAYOR
             WILLIAM CLOSE            TOWNSHIP MANAGER
             NEIL SPIDALETTO          CHIEF OF POLICE

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                         Registered Mail #RE 832 998 885US

FRANK SCHOMP            SARGENT
STEVEN GUIDO            POLICE OFFICER
JOHN P. MULHERN         ACTING JUDGE
JONATHAN MCQUEEN        ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal statutes and the jurisdiction of the Universal Postal Union.

## COMMERCIAL OATH AND VERIFICATION

Morris County           )
                        )   Commercial Oath and Verification
The State of New Jersey )

I, OWEN THOMAS (SCOTT) LENNON, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Libellant's knowledge and belief under penalty of International Commercial Law.

OWEN THOMAS (SCOTT) LENNON
By: Owen-Thomas (Scott): Lennon, agent, Libellant, UCC 3-402 (b)(1)

_____
Signature  lawful man

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under Oath this ___29___ day of ___1___, 2018.

_____
Notary

MICHAEL R. MONTINI SR.
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 12/11/2022

## STATEMENT OF FACTS

1. On January 19, 2018, JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and all its Co-Party's and Officers, received service of Petition for Agreement and Harmony in the Nature of a Notice of International Commercial Claim Administrative Remedy, File # OTL01162018. (See attached copy of United States Postal Service Domestic Receipts: # (RE832 998 956 US, RE 832 998 823 US, RE 832 998 837 US).

2. Libellant granted JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers, ten (10) days to respond, or in the alternative, admit all claims and answers to inquires verified therein.

3. Libellant has received no response from JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY
FILE # OTL01162018                                               Registered Mail #RE 832 998 885US

4.  The witness, Daniel Thomas, Notary Acceptor, acknowledges and testifies a non response to mailed Notice of International Commercial Claim Administrative Remedy, File # OTL01162018 dated January 28, 2018.

5.  JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers are at fault.

6.  As an operation of law, JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers has/have admitted to the statements, claims and ANSWERS to inquires verified therein.

7.  JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers have a duty to make the appropriate changes agreed to and enforce the changes in the referenced documents in the Notice of International Commercial Claim Administrative Remedy, File # OTL01162018.

8.  JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers are reminded of their Duty of contract, the performance of which is secured by Official Bond or surety, and the duty to take the appropriate actions applicable and referenced at Public Law 42 USC 1986.

## ADMITTED ANSWERS TO INQUIRES

The Administrative Record for Libellant's International Commercial Claim Administrative Remedy, File #OTL01162018 as identified in Statement 1 above, shows that all of the Inquires

in said file have been agreed to (Admitted/Acknowledged) by tacit procuration by Libellee's failure/refusal or choice not to respond.

Further Libellant sayeth naught.

## OPPORTUNITY TO CURE

If JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and it's Co-Party and Officers failure to respond is an oversight, mistake or otherwise unintentional, Libellant grants North Country Bank & Trust and its Co-Party and Officers three (3) days, exclusive of the day of receipt, to serve a response to the statements, claims and inquires in the Libellant's amended petition of International Commercial Claim Administrative Remedy, File #OTL01162018, that JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers received via Registered mail on or about January 19, 2018 as evidence by Libellant's assertion of facts in Statement 1 of this document.

Failure to cure will constitute, as an operation of law, the FINAL admission by JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers through tacit procuration to the statements, claims and answers to the inquires provided. Said statements, claims and answers to inquires shall be deemed RES JUDICATA,

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                         Registered Mail #RE 832 998 885US

STARE DECISIS and COLLATERAL ESTOPPEL binding on North Country Bank & Trust Co-Party and Officers.

Based upon JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers default to Libellant's amended petition of International Commercial Claim Administrative Remedy, File # OTL01162018, JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceedings.

JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers response must be served upon Libellant exactly as provided:

Owen-Thomas (Scott): Lennon, Creditor Secured Party,
C/o Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong [07849] New Jersey

Libellant looks forward to North Country Bank & Trust and its Co-Party and Officers timely response.

Further Libellant sayeth naught.

Given under my hand and seal this the ___29___ day of the __JANUARY__ of 2004 anno Domini. ₂₀₁₈

Prepared and submitted by:

_____
Owen-Thomas (Scott): Lennon, UCC 3-402 (b)(1)
Libellant

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of OWEN-THOMAS (SCOTT): LENNON, CREDITOR, SECURED PARTY

FILE # OTL01162018                                                                    Registered Mail #RE 832 998 885 US

## AFFIDAVIT OF SERVICE

### NOTICE OF FAULT – OPPURTUNITY TO CURE

State of New Jersey    )
                       ) ss.
County of Morris       )

I am over 18 years of age and not a party to the within action. My business address is:

Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong, [07849] New Jersey

On this the ____ day of January, 2018, I served the following by Registered Mail:

1. Ten (10) copies of Original NOTICE OF FAULT – OPPURTUNITY TO CURE, File # OTL01162018, subscribed by Owen-Thomas (Scott): Lennon, Agent.

2. One copy of this Affidavit of Service for each copy of "NOTICE OF FAULT – OPPURTUNITY TO CURE" in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:        JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 832 998 899 US
                 1033 WELDON ROAD
                 LAKE HOPATCONG, NEW JERSEY 07849

In care of:      RUSSEL FELTER              dba as MAYOR
                 JAMES LEACH                BUISSNESS ADMINISTRATOR
                 WILLIAM CRAIG              CHIEF OF POLICE
                 JAMES LASALA               ACTING PROSECUTOR ESQUIRE
                 HONORABLE PETER FICO       ACTING JUDGE
                 ANDREW DIAMOND             SPECIAL OFFICER

                 TOWNSHIP OF RANDOLPH Et al,    Registered mail    RE 832 998 885 US
                 502 Milbrook ave
                 Randolph, NJ 07869

In care of:      MARK FORSTENHAUSLER        dba as MAYOR
                 DAVID N. STOKOE            CHIEF OF POLICE
                 JERRY GOMEZ                POLICE OFFICER
                 STEPHAN MOUNTAIN           TOWNSHIP MANAGER
                 IRA A. COHEN               ACTING JUDGE
                 MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

                 SPARTA TOWNSHIP Et al,         Registered mail    RE 832 998 908 US
                 65 Main Street
                 Sparta Township, NJ 07871

In care of:      GILBERS A. GIBBS           dba as MAYOR
                 WILLIAM CLOSE              TOWNSHIP MANAGER
                 NEIL SPIDALETTO            CHIEF OF POLICE

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of OWEN-THOMAS (SCOTT): LENNON, CREDITOR, SECURED PARTY

FILE # OTL01162018                                                Registered Mail #RE 832 998 885 US

| | |
|---|---|
| FRANK SCHOMP | SARGENT |
| STEVEN GUIDO | POLICE OFFICER |
| JOHN P. MULHERN | ACTING JUDGE |
| JONATHAN MCQUEEN | ACTING PROSECUTOR ESQUIRE |

Libellee is additionally subject to postal statutes and the jurisdiction of the Universal Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this __29__ th day of January, 2018 ".

_____
Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)


**DANIEL R. THOMAS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 6/17/2021**

NOTICE OF FAULT – OPPURTUNITY TO CURE - Affidavit of Service
Page 2 of 1

## Receipt 1 (top left)

RE 832 998 837 US
RE832998837US

Reg. Fee: $6.65
Handling Charge: $11.70
Return Receipt
Postage: $0.00
Restricted Delivery: $0.00
Received by: $0.00
$18.35

Customer Must Declare Full Value: $0.00
Domestic Insurance up to $25,000 is included
01/19/2018

FROM: OWEN LENNON
2 W. Emerald Isle Dr
Lake Hopatcong
New Jersey

TO: Township of Randolph
Randolph NJ 07869 MAYOR
502 Millbrook Ave
Randolph, NJ 07869

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

## Receipt 2 (top right)

RE 832 998 823 US
RE832998823US

Reg. Fee: $6.65
Handling Charge: $11.70
Return Receipt
Postage: $0.00
Restricted Delivery: $0.00
Received by: $0.00
$18.35

Customer Must Declare Full Value: $0.00
Domestic Insurance up to $25,000 is included
01/19/2018

FROM: OWEN LENNON
2 W. Emerald Isle Dr
Lake Hopatcong
New Jersey

TO: Sparta Township
Sparta, NJ 07871 MAYOR
65 Main St.
Sparta Township NJ 07871

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

## Receipt 3 (bottom)

RE 832 998 956 US
RE832998956US

Reg. Fee: $6.65
Handling Charge: $11.70
Return Receipt
Postage: $0.00
Restricted Delivery: $0.00
Received by: $0.00
$18.35

Customer Must Declare Full Value: $0.00
Domestic Insurance up to $25,000 is included
01/19/2018

FROM: OWEN LENNON
2 W. Emerald Isle
Lake Hopatcong
New Jersey

TO: Jefferson Township
Lake Hopatcong, NJ 07849 MAYOR
1033 Weldon Rd
Lake Hopatcong, NJ 07849

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
January 2014 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                          Registered Mail #RE 832 998 885US



Owen-Thomas (Scott): Lennon, Secured Party
Morris County
The State of New Jersey
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

### NOTICE OF INTERNATIONAL COMMERCIAL CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY

28 U.S.C. §1333 and §1337

### NOTICE OF FAULT

FILE # OTL01162018

Date: January 29, 2018

Libellant:    Owen-Thomas (Scott): Lennon, Creditor Secured Party,
              C/o 2 West Emerald Isle Drive, Acceptor
              Lake Hopatcong [07849] New Jersey

Libellee:     JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 832 998 899 US
              1033 WELDON ROAD
              LAKE HOPATCONG, NEW JERSEY 07849

In care of:   RUSSEL FELTER            dba as MAYOR
              JAMES LEACH              BUISSNESS ADMINISTRATOR
              WILLIAM CRAIG            CHIEF OF POLICE
              JAMES LASALA             ACTING PROSECUTOR ESQUIRE
              HONORABLE PETER FICO     ACTING JUDGE
              ANDREW DIAMOND           SPECIAL OFFICER

              TOWNSHIP OF RANDOLPH Et al,    Registered mail   RE 832 998 885 US
              502 Milbrook ave
              Randolph, NJ 07869

In care of:   MARK FORSTENHAUSLER      dba as MAYOR
              DAVID N. STOKOE          CHIEF OF POLICE
              JERRY GOMEZ              POLICE OFFICER
              STEPHAN MOUNTAIN         TOWNSHIP MANAGER
              IRA A. COHEN             ACTING JUDGE
              MICHAEL CRESETELLO       ACTING PROSECUTER ESQUIRE

              SPARTA TOWNSHIP Et al,         Registered mail   RE 832 998 908 US
              65 Main Street
              Sparta Township, NJ 07871

In care of:   GILBERS A. GIBBS         dba as MAYOR
              WILLIAM CLOSE            TOWNSHIP MANAGER
              NEIL SPIDALETTO          CHIEF OF POLICE

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTI 01162018                                   Registered Mail #RE 832 998 885US

| | |
|---|---|
| FRANK SCHOMP | SARGENT |
| STEVEN GUIDO | POLICE OFFICER |
| JOHN P. MULHERN | ACTING JUDGE |
| JONATHAN MCQUEEN | ACTING PROSECUTOR ESQUIRE |

Libellee is additionally subject to postal statutes and the jurisdiction of the Universal Postal Union.

## COMMERCIAL OATH AND VERIFICATION

Morris County         )
                      )   Commercial Oath and Verification
The State of New Jersey )

I, OWEN THOMAS (SCOTT) LENNON, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Libellant's knowledge and belief under penalty of International Commercial Law.

OWEN THOMAS (SCOTT) LENNON
By: Owen-Thomas (Scott): Lennon, agent, Libellant, UCC 3-402 (b)(1)

_____
Signature   lawful man

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under Oath this 29 day of 1, 2018.

_____
Notary

MICHAEL R. MONTINI SR.
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 12/11/2022

## STATEMENT OF FACTS

1. On January 19, 2018, JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and all its Co-Party's and Officers, received service of Petition for Agreement and Harmony in the Nature of a Notice of International Commercial Claim Administrative Remedy, File # OTL01162018. (See attached copy of United States Postal Service Domestic Receipts: # (RE832 998 956 US, RE 832 998 823 US, RE 832 998 837 US).

2. Libellant granted JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers, ten (10) days to respond, or in the alternative, admit all claims and answers to inquires verified therein.

3. Libellant has received no response from JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                                                               Registered Mail #RE 832 998 885US

4. The witness, Daniel Thomas, Notary Acceptor, acknowledges and testifies a non response to mailed Notice of International Commercial Claim Administrative Remedy, File # OTL01162018 dated January 28, 2018.

5. JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers are at fault.

6. As an operation of law, JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers has/have admitted to the statements, claims and ANSWERS to inquires verified therein.

7. JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers have a duty to make the appropriate changes agreed to and enforce the changes in the referenced documents in the Notice of International Commercial Claim Administrative Remedy, File # OTL01162018.

8. JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers are reminded of their Duty of contract, the performance of which is secured by Official Bond or surety, and the duty to take the appropriate actions applicable and referenced at Public Law 42 USC 1986.

## ADMITTED ANSWERS TO INQUIRES

The Administrative Record for Libellant's International Commercial Claim Administrative Remedy, File #OTL01162018 as identified in Statement 1 above, shows that all of the Inquires

in said file have been agreed to (Admitted/Acknowledged) by tacit procuration by Libellee's failure/refusal or choice not to respond.

Further Libellant sayeth naught.

## OPPORTUNITY TO CURE

If JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and it's Co-Party and Officers failure to respond is an oversight, mistake or otherwise unintentional, Libellant grants North Country Bank & Trust and its Co-Party and Officers three (3) days, exclusive of the day of receipt, to serve a response to the statements, claims and inquires in the Libellant's amended petition of International Commercial Claim Administrative Remedy, File #OTL01162018, that JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers received via Registered mail on or about January 19, 2018 as evidence by Libellant's assertion of facts in Statement 1 of this document.

Failure to cure will constitute, as an operation of law, the FINAL admission by JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers through tacit procuration to the statements, claims and answers to the inquires provided. Said statements, claims and answers to inquires shall be deemed RES JUDICATA,

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY**

FILE # OTL01162018                                                      Registered Mail #RE 832 998 885US

STARE DECISIS and COLLATERAL ESTOPPEL binding on North Country Bank & Trust Co-Party and Officers.

Based upon JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers default to Libellant's amended petition of International Commercial Claim Administrative Remedy, File # OTL01162018, JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceedings.

JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers response must be served upon Libellant exactly as provided:

Owen-Thomas (Scott): Lennon, Creditor Secured Party,
C/o Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong [07849] New Jersey

Libellant looks forward to North Country Bank & Trust and its Co-Party and Officers timely response.

Further Libellant sayeth naught.

Given under my hand and seal this the _____ day of the __January__ of ~~2004~~ 2018 anno Domini.
Prepared and submitted by:

_____
Owen-Thomas (Scott): Lennon, UCC 3-402 (b)(1)
Libellant

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of OWEN-THOMAS (SCOTT): LENNON, CREDITOR, SECURED PARTY

FILE # OTL01162018                                           Registered Mail #RE 832 998 885 US

## AFFIDAVIT OF SERVICE

### NOTICE OF FAULT – OPPURTUNITY TO CURE

State of New Jersey  )
                     ) ss.
County of Morris     )

I am over 18 years of age and not a party to the within action. My business address is:

Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong, [07849] New Jersey

On this the ___21___ day of January, 2018, I served the following by Registered Mail:

1. Ten (10) copies of Original NOTICE OF FAULT – OPPURTUNITY TO CURE, File # OTL01162018, subscribed by Owen-Thomas (Scott): Lennon, Agent.

2. One copy of this Affidavit of Service for each copy of "NOTICE OF FAULT – OPPURTUNITY TO CURE" in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:      JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 832 998 899 US
               1033 WELDON ROAD
               LAKE HOPATCONG, NEW JERSEY 07849

In care of:    RUSSEL FELTER              dba as MAYOR
               JAMES LEACH                BUISSNESS ADMINISTRATOR
               WILLIAM CRAIG              CHIEF OF POLICE
               JAMES LASALA               ACTING PROSECUTOR ESQUIRE
               HONORABLE PETER FICO       ACTING JUDGE
               ANDREW DIAMOND             SPECIAL OFFICER

               TOWNSHIP OF RANDOLPH Et al,   Registered mail   RE 832 998 885 US
               502 Milbrook ave
               Randolph, NJ 07869

In care of:    MARK FORSTENHAUSLER        dba as MAYOR
               DAVID N. STOKOE            CHIEF OF POLICE
               JERRY GOMEZ                POLICE OFFICER
               STEPHAN MOUNTAIN           TOWNSHIP MANAGER
               IRA A. COHEN               ACTING JUDGE
               MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

               SPARTA TOWNSHIP Et al,        Registered mail   RE 832 998 908 US
               65 Main Street
               Sparta Township, NJ 07871

In care of:    GILBERS A. GIBBS           dba as MAYOR
               WILLIAM CLOSE              TOWNSHIP MANAGER
               NEIL SPIDALETTO            CHIEF OF POLICE

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of OWEN-THOMAS (SCOTT): LENNON, CREDITOR, SECURED PARTY

FILE # OTL01162018                                    Registered Mail #RE 832 998 885 US

FRANK SCHOMP            SARGENT
STEVEN GUIDO            POLICE OFFICER
JOHN P. MULHERN         ACTING JUDGE
JONATHAN MCQUEEN        ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal statutes and the jurisdiction of the Universal Postal Union

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this __29__ th day of January, 2018 ".

_____
Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)

**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/17/2021**

Receipt: Notary Protest see attached                                                                                                                                     2/2/18, 1:01 PM

**From:** Receipt <receipt@rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Receipt: Notary Protest see attached
**Date:** Mon, Jan 29, 2018 6:25 pm
**Attachments:** DeliveryReceipt.xml (5K), HtmlReceipt.htm (2329K)



# REGISTERED RECEIPT
### EVIDENCE OF DELIVERY, CONTENT & TIME

**This receipt contains verifiable proof of your RMail transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

### To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| mforstenhausler@randolphnj.org | Delivered to MailBox | Delivered to mailbox | 1/29/2018 9:25:06 PM (UTC) | 1/29/2018 1:25:06 PM(-800) | |

*UTC represents Coordinated Universal Time.

### Message Envelope

| | |
|---|---|
| From: | Scott Lennon<scottlwet@aol.com> |
| Subject: | Notary Protest, see attached |
| To: | <mforstenhausler@randolphnj.org> |
| Cc: | |
| Bcc: | |
| Network ID: | <D4C5141D3F35837657E07D97DC9F6F574A4EEEF6@rmail1.la1.rpost.n |
| Received: | 1/29/2018 9:24:31 PM(UTC) -480 |
| Client Code: | RE 832 998 885 US |

### Message Statistics

| | |
|---|---|
| Message ID: | A276C214D9324D71EE17A58942A5118360F426AA |
| Message Size: | 1676882 |
| Additional Notes: | |
| File Name: | File Size (bytes) |
| Randolph_1st_Final_Notice_Fault.pdf.pdf | 1222231 |

### Delivery Audit Trail

From:postmaster@RANDOLPHNJ.ORG:Your message has been delivered to the following recipients:
mforstenhausler@randolphnj.org Subject: Registered: Notary Protest, see attached

2018-01-29 13:24:47 starting randolphnj.org/mta1\n 2018-01-29 13:24:47 connecting from mta1.us1.rpost.net (10.0.10.17) to mx1-us1.ppe-hosted.com (67.231.154.162)\n 2018-01-29 13:24:47 connected from 10.0.10.17:39496\n 2018-01-29 13:25:03 >>> 220 mx1-us4.ppe-hosted.com - Welcome to Proofpoint Essentials ESMTP Server\n 2018-01-29 13:25:03 <<< EHLO mta1 us1.rpost.net\n 2018-01-29 13:25:03 >>> 250-mx1-us4.ppe-hosted.com\n 2018-01-29 13:25:03 >>> 250-PIPELINING\n 2018-01-29 13:25:03 >>> 250-SIZE 1024000000\n 2018-01-29 13:25:03 >>> 250-ETRN\n 2018-01-29 13:25:03 >>> 250-STARTTLS\n 2018-01-29 13:25:03 >>> 250-ENHANCEDSTATUSCODES\n 2018-01-29 13:25:03 >>> 250-8BITMIME\n 2018

01-29 13:25:03 >>> 250 DSN\n 2018-01-29 13:25.03 <<< STARTTLS\n 2018-01-29 13:25:04 >>> 220 2.0.0 Ready to start TLS\n 2018-01-29 13:25:04 <<< EHLO mta1.us1 rpost.net\n 2018-01-29 13:25:04 >>> 250-mx1-us4.ppe-hosted.com\n 2018-01-29 13:25:04 >>> 250-PIPELINING\n 2018-01-29 13:25:04 >>> 250-SIZE 1024000000\n 2018-01-29 13:25:04 >>> 250-ETRN\n 2018-01-29 13:25:04 >>> 250-ENHANCEDSTATUSCODES\n 2018-01-29 13:25:04 >>> 250-8BITMIME\n 2018-01-29 13:25:04 >>> 250 DSN\n 2018-01-29 13:25:04 <<< MAIL FROM:<rcptA276C214D9324D71EE17A58942A5118360F426AA-1@rpost.net> BODY=7BIT RET=HDRS\n 2018-01-29 13:25:04 >>> 250 2.1.0 Ok\n 2018-01-29 13:25:04 <<< RCPT TO: <mforstenhausler@randolphnj.org> NOTIFY=SUCCESS,FAILURE,DELAY\n 2018-01-29 13:25:04 >>> 250 2.1.5 Ok\n 2018-01-29 13:25:04 <<< DATA\n 2018-01-29 13:25:04 >>> 354 End data with <CR><LF>.<CR><LF>\n 2018-01-29 13:25:06 <<< \n 2018-01-29 13:25:06 >>> 250 2.0.0 Ok: queued as 79A75140079\n 2018-01-29 13:25:06 <<< QUIT\n 2018-01-29 13:25:06 >>> 221 2.0.0 Bye\n 2018-01-29 13:25:06 closed mx1-us1 ppe-hosted.com (67 231 154 162) in=483 out=1680290\n 2018-01-29 13:25:06 done randolphnj.org/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RMail does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified with RMail. Keep this email and its attachment in place for your records. General terms and conditions are available at the RPost **Legal Notice** web page.

For more information about RMail® services, visit **www.rmail.com**.                                    Patented RPost® Technology

RcptVer6.0

mforstenhausler@randolphnj.orgDelivered to MailBoxDelivered to mailbox 1/29/2018 9:25:06 PM (UTC)1/29/2018 1:25:06 PM(-800)1676882677F43F137D25A781C55E33FBEA56940C36FCDCD<mforstenhausler@randolphnj.org>1/29/2018 9:24:31 PM -480RE 832 998 885 US<MessageSubject>Notary Protest, see attached</MessageSubject>Scott Lennonscottlwet@aol.comFrom:postmaster@RANDOLPHNJ.ORG:Your message has been delivered to the following recipients:  mforstenhausler@randolphnj.org<mailto:mforstenhausler@randolphnj.org>  Subject: Registered: Notary Protest, see attached 2018-01-29 13:24:47 starting randolphnj.org/mta1 2018-01-29 13:24:47 connecting from mta1.us1.rpost.net (10.0.10.17) to mx1-us1.ppe-hosted.com (67.231.154.162) 2018-01-29 13:24:47 connected from 10.0.10.17:39496 2018-01-29 13:25:03 >>> 220 mx1-us4.ppe-hosted.com - Welcome to Proofpoint Essentials ESMTP Server 2018-01-29 13:25:03 <<< EHLO mta1.us1.rpost.net 2018-01-29 13:25:03 >>> 250-mx1-us4.ppe-hosted.com 2018-01-29 13:25:03 >>> 250-PIPELINING 2018-01-29 13:25:03 >>> 250-SIZE 1024000000 2018-01-29 13:25:03 >>> 250-ETRN 2018-01-29 13:25:03 >>> 250-STARTTLS 2018-01-29 13:25:03 >>> 250-ENHANCEDSTATUSCODES 2018-01-29 13:25:03 >>> 250-8BITMIME 2018-01-29 13:25:03 >>> 250 DSN 2018-01-29 13:25:03 <<< STARTTLS 2018-01-29 13:25:04 >>> 220 2.0.0 Ready to start TLS 2018-01-29 13:25:04 <<< EHLO mta1.us1.rpost.net 2018-01-29 13:25:04 >>> 250-mx1-us4.ppe-hosted.com 2018-01-29 13:25:04 >>> 250-PIPELINING 2018-01-29 13:25:04 >>> 250-SIZE 1024000000 2018-01-29 13:25:04 >>> 250-ETRN 2018-01-29 13:25:04 >>> 250-ENHANCEDSTATUSCODES 2018-01-29 13:25:04 >>> 250-8BITMIME 2018-01-29 13:25:04 >>> 250 DSN 2018-01-29 13:25:04 <<< MAIL FROM:<rcptA276C214D9324D71EE17A58942A5118360F426AA-1@rpost.net> BODY=7BIT RET=HDRS 2018-01-29 13:25:04 >>> 250 2.1.0 Ok 2018-01-29 13:25:04 <<< RCPT TO:<mforstenhausler@randolphnj.org> NOTIFY=SUCCESS,FAILURE,DELAY 2018-01-29 13:25:04 >>> 250 2.1.5 Ok 2018-01-29 13:25:04 <<< DATA 2018-01-29 13:25:04 >>> 354 End data with <CR><LF>.<CR><LF> 2018-01-29 13:25:06 <<< . 2018-01-29 13:25:06 >>> 250 2.0.0 Ok: queued as 79A75140079 2018-01-29 13:25:06 <<< QUIT 2018-01-29 13:25:06 >>> 221 2.0.0 Bye 2018-01-29 13:25:06 closed mx1-us1.ppe-hosted.com (67.231.154.162) in=483 out=1680290 2018-01-29 13:25:06 done randolphnj.org/mta1Randolph_1st_Final_Notice_Fault.pdf.pdf1222231

