NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                      Registered Mail #RE 246 243 998 US



Owen Thomas (Scott): Lennon. Secured Party
Morris County
The State of New Jersey
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

## NOTICE OF INTERNATIONAL COMMERCIAL
## CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY

### 28 U.S.C. §1333 and §1337

### NOTICE OF DEFAULT

FILE # OTL)1162018

Date: February 2, 2018

| Libellant: | Owen-Thomas (Scott): Lennon, Creditor Secured Party, C/o 2 West Emerald Isle Drive, Acceptor Lake Hopatcong [07849] New Jersey |
|---|---|

| Libellee: | JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 242 998 US 1033 WELDON ROAD LAKE HOPATCONG, NEW JERSEY 07849 |
|---|---|

In care of:    RUSSEL FELTER              dba as MAYOR
               JAMES LEACH                BUISSNESS ADMINISTRATOR
               WILLIAM CRAIG              CHIEF OF POLICE
               JAMES LASALA              ACTING PROSECUTOR ESQUIRE
               HONORABLE PETER FICO       ACTING JUDGE
               ANDREW DIAMOND             SPECIAL OFFICER

               ·TOWNSHIP OF RANDOLPH Et al,    Registered mail    RE 246 243 018 US
               502 Milbrook ave
               Randolph, NJ 07869

In care of:    MARK FORSTENHAUSLER        dba as MAYOR
               DAVID N. STOKOE            CHIEF OF POLICE
               JERRY GOMEZ                POLICE OFFICER
               STEPHAN MOUNTAIN           TOWNSHIP MANAGER
               IRA A. COHEN               ACTING JUDGE
               MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

               SPARTA TOWNSHIP Et al,         Registered mail    RE 246 243 004 US
               65 Main Street
               Sparta Township, NJ 07871

In care of:    GILBERS A. GIBBS           dba as MAYOR
               WILLIAM CLOSE              TOWNSHIP MANAGER
               NEIL SPIDALETTO            CHIEF OF POLICE

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Owen Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                          Registered Mail #RE 246 243 998 US

FRANK SCHOMP            SARGENT
STEVEN GUIDO            POLICE OFFICER
JOHN P. MULHERN         ACTING JUDGE
JONATHAN MCQUEEN        ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union.

## COMMERCIAL OATH AND VERIFICATION

Morris County              )
                           )      Commercial Oath and Verification
The State of State         )

I, OWEN-THOMAS (SCOTT) LENNON, under my unlimited liability and Commercial Oath proceeding in
good faith being of sound mind states that the facts contained herein are true, correct, complete and not
misleading to the best of Libellant's knowledge and belief under penalty of International Commercial Law.

OWEN THOMAS (SCOTT) LENNON
By: Owen-Thomas (Scott): Lennon agent, Libellant, UCC 3-402 (b)(1)


Signature   lawful man

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under

Oath this _5th_ day of _February_, 2018.


Notary

**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/17/2021**

## STATEMENT OF FACTS

1. On January 19 2018, JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP
   NEW JERSEY, and its Co-Party and Officers, received service of Petition for Agreement and Harmony in
   the Nature of a Notice of International Commercial Claim Administrative Remedy, File # OTL01162018.

2. Libellant granted JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW
   JERSEY and its Co-Party and Officers, ten (10) days to respond, or in the alternative, admit all claims and
   answers to inquires verified therein.

3. On January 29, 2018, JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP
   NEW JERSEY and its Co-Party and Officers, received service of a NOTICE OF FAULT-OPPORTUNITY
   TO CURE regarding file # OTL01162018. with Amended Notice of International Commercial Claim
   within the admiralty Administrative Remedy, File # OTL01162018 and was therein granted three (3) days
   to cure the condition of Default.

4. The witness, Daniel Thomas. Notary Acceptor acknowledges and testifies a non response to Notice of
   International Commercial Claim Administrative Remedy, File # OTL01162018. dated January 19, 2018,
   and Notice of Fault-Opportunity to Cure dated January 29, 2018, with Notice of International Commercial
   Claim within the admiralty Administrative Remedy, File # OTL01162018.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                    Registered Mail #RE 246 243 998 US

5.  Libellant has received no response from the JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers.

6.  JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers are at Default.

7.  As an operation of law, JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers have admitted to the statements, claims and answers to inquires verified therein.

8.  JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers have a duty to make the appropriate changes agreed to and enforce the changes in the referenced documents in the Notice of International Commercial Claim within the Admiralty Administrative Remedy, File # OTL01162018.

9.  JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers are reminded of their duty in contract, the performance of which is secured by Official Bond or surety, and the duty to take the appropriate actions applicable and referenced at Public Law 42 USC 1986.

### ADMITTED ANSWERS TO INQUIRES

**Statement:** The Administrative Record for Libellant's International Commercial Claim within the Admiralty Administrative Remedy, File # OTL01162018, as identified in Statements 1 and 3 above, shows that all of the Inquires in said file have been agreed to Admitted/Acknowledged) by tacit procuration by Libellee's failure/refusal or choice not to respond.
**Response:** Libellee admits the answer is: YES

Further Libellant sayeth naught.

### DEFAULT

Based upon JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers default to Libellant's administrative process, JEFFERSON TOWNSHIP, TOWNSHIP OF RANDOLPH, SPARTA TOWNSHIP NEW JERSEY and its Co-Party and Officers may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceeding.

Given under my hand and seal this the _____ 5 ____ day of the _Feb_ of 2018 anno Domini.
Prepared and submitted by:

_____
Owen-Thomas (Scott): Lennon Libellant

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY**

FILE # OTL01162018                                          Registered Mail #RE 246 243 998 US

### AFFIDAVIT OF SERVICE

### NOTICE OF DEFAULT

State of New Jersey          )
                             )   ss.
County of Morris             )

I am over 18 years of age and not a party to the within action. My business address is:

Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong, [07849] New Jersey

On this the 5th day of February, 2018, I served the following by Registered Mail:

1. One (1) copies of Original NOTICE OF DEFAULT, File # OTL01162018, subscribed by Owen-Thomas (Scott):Lennon, Agent.

2. One copy of this Affidavit of Service for each copy of NOTICE OF DEFAULT in a sealed envelope with postage pre-paid, properly addressed to:

Libellant:       Owen-Thomas (Scott): Lennon, Creditor Secured Party,
                 C/o 2 West Emerald Isle Drive, Acceptor
                 Lake Hopatcong [07849] New Jersey

Libellee:        JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 242 998 US
                 1033 WELDON ROAD
                 LAKE HOPATCONG, NEW JERSEY 07849

In care of:      RUSSEL FELTER              dba as MAYOR
                 JAMES LEACH                BUISSNESS ADMINISTRATOR
                 WILLIAM CRAIG              CHIEF OF POLICE
                 JAMES LASALA               ACTING PROSECUTOR ESQUIRE
                 HONORABLE PETER FICO       ACTING JUDGE
                 ANDREW DIAMOND             SPECIAL OFFICER

                 TOWNSHIP OF RANDOLPH Et al,    Registered mail   RE 246 243 018 US
                 502 Milbrook ave
                 Randolph, NJ 07869

In care of:      MARK FORSTENHAUSLER        dba as MAYOR
                 DAVID N. STOKOE            CHIEF OF POLICE
                 JERRY GOMEZ                POLICE OFFICER
                 STEPHAN MOUNTAIN           TOWNSHIP MANAGER
                 IRA A. COHEN               ACTING JUDGE
                 MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

                 SPARTA TOWNSHIP Et al,        Registered mail   RE 246 243 004 US
                 65 Main Street
                 Sparta Township, NJ 07871

In care of:      GILBERS A. GIBBS           dba as MAYOR
                 WILLIAM CLOSE              TOWNSHIP MANAGER
                 NEIL SPIDALETTO            CHIEF OF POLICE

FRANK SCHOMP              SARGENT
STEVEN GUIDO              POLICE OFFICER
JOHN P. MULHERN           ACTING JUDGE
JONATHAN MCQUEEN          ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and
correct. Executed on this 5th day of February, 2018 ".

Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)

**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/17/2021**

**From:** RPost <acknowledge@rpost.net>
**To:** Scott Lennon <scottlwet@aol.com>
**Subject:** Ack Final Notice Default
**Date:** Wed, Feb 7, 2018 9:38 am

## Acknowledgement: Your message has been sent

RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time

This message certifies that:

| | |
|---|---|
| **Your message (subject):** | Final Notice Default |
| **To:** | rfelter@jeffersontownship.net |
| **Cc:** | |
| **Was received by the registration service at:** | 2/7/2018 2:38:07 PM (UTC)*<br>2/7/2018 6:38:07 AM (Local) |
| **Message ID:** | 0D0C1495AF74317846F23E4AFBDD7C658239B874 |
| **Network ID:** | <81CDD0613BDFF91557601E6DB635681DFB6FA747@rmail1.la1.rpost.n |
| **Client Code:** | RE246243998US |

* UTC represents Coordinated Universal Time.

**Note:** Bcc addresses will be included in your Registered Receipt email. Messages will have been only transmitted to recipient addresses indicated in the Registered Receipt email.

For more information about RMail® services, visit www.rmail.com.                    Patented RPost® Technology

