NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY
FILE # OTL01162018                                                    Registered Mail #RB 246 243 083 US



Owen-Thomas (Scott): Lennon, Secured Party
Morris County
The State of New Jersey
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

### NOTICE OF INTERNATIONAL COMMERCIAL
### CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY

### FIRST NOTICE OF DEMAND AND SETTLEMENT FOR THE CLOSING OF THE ESCROW

28 U.S.C. §1333 and §1337

FILE # OTL01162018

Date: March 6th 2018

| | |
|---|---|
| Libellant: | Owen-Thomas (Scott): Lennon, Creditor Secured Party, C/o 2 West Emerald Isle Drive, Acceptor Lake Hopatcong [07849] New Jersey |
| Libellee: | JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 243 066 US 1033 WELDON ROAD LAKE HOPATCONG, NEW JERSEY 07849 |

In care of:
| | |
|---|---|
| RUSSEL FELTER | dba as MAYOR |
| JAMES LEACH | BUISSNESS ADMINISTRATOR |
| WILLIAM CRAIG | CHIEF OF POLICE |
| JAMES LASALA | ACTING PROSECUTOR ESQUIRE |
| HONORABLE PETER FICO | ACTING JUDGE |
| ANDREW DIAMOND | SPECIAL OFFICER |

TOWNSHIP OF RANDOLPH Et al,    Registered mail    RE 246 243 070 US
502 Milbrook ave
Randolph, NJ 07869

In care of:
| | |
|---|---|
| MARK FORSTENHAUSLER | dba as MAYOR |
| DAVID N. STOKOE | CHIEF OF POLICE |
| JERRY GOMEZ | POLICE OFFICER |
| STEPHAN MOUNTAIN | TOWNSHIP MANAGER |
| IRA A. COHEN | ACTING JUDGE |
| MICHAEL CRESETELLO | ACTING PROSECUTER ESQUIRE |

SPARTA TOWNSHIP Et al,    Registered mail    RE 246 243 083 US
65 Main Street
Sparta Township, NJ 07871

In care of:
| | |
|---|---|
| GILBERS A. GIBBS | dba as MAYOR |
| WILLIAM CLOSE | TOWNSHIP MANAGER |
| NEIL SPIDALETTO | CHIEF OF POLICE |

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                                                 Registered Mail #RB 246 243 083 US

| | |
|---|---|
| FRANK SCHOMP | SARGENT |
| STEVEN GUIDO | POLICE OFFICER |
| JOHN P. MULHERN | ACTING JUDGE |
| JONATHAN MCQUEEN | ACTING PROSECUTOR ESQUIRE |

Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union.

Libellant is moving pursuant to U.C.C. Article 9 causing his NOTICE OF DEMAND AND SETTLEMENT service upon the Libellees by Registered Mail. This instant action is "within the Admiralty" Ab Initio" pursuant to 28 U.S.C. §1333 and/or § 1337

Libellees are granted three (3) days pursuant to the Truth in Lending Act at Regulation Z at 12 CFR and portions of 15 USC, exclusive of the day of service and three (3) days for mailing to make full payment of the Sum Certain $11,316,300.00 USD as evidenced in Libellant's Accounting and True Bill.

Libellees are herein served individually and severally in this administrative remedy notice and proceeds in collection, investment or sale of the perfected NEGOTIABLE COLLECTABLE ASSET. The Agreement/Contract, File # OTL01162018., will be recorded on a UCC 1 Financing Statement for the purpose of assignment or sale.

Libellant is exhausting his Administrative Remedies and the Libellees are "ESTOPPED" from ever controverting and arguing "within the Admiralty" in any subsequent Administrative or Judicial process. Collateral Estoppel, Estoppel by Acquiescence and Res Judicata in this matter is taken Administratively. All violations of the Estoppel are deemed a Trespass on the Agreement/Contract.

Libellees violations are deemed a trespass and enlarge the value of the claim by 4 times for compensatory and 200 times for punitive based on the SUM CERTAIN, PROGRESSIVE for the acts of rescue and conversion per party for each violation.

All parties are noticed in the nature of Federal Rules of Civil Procedure (FRCP) 9 (h) which leads to the Supplemental Rules of Admiralty that provide where a default exists and is found that a hostile presentment, written or oral is a criminal act. Libellant is provided that within the Supplemental Rules of Admiralty, the Remedy to a hostile presentment criminal, scienter act is to file a Certificate of Exigency with the Clerk of the Court/Warrant officer who is compelled by law to issue warrants for the arrest of any and all offenders.

All responses are required to be served upon the Libellant and the Notary Acceptor at the locations shown and expressly and exactly as shown:

Owen-Thomas (Scott): Lennon, Creditor Secured Party,
C/o Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong [07849] New Jersey
Service is required by U.S. Mail Registered on all correspondence at both the Libellant's and the Notary Acceptor's location shown above.

**COMMERCIAL VERIFICATION "WITHIN THE ADMIRALTY" AND OATH**

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                             Registered Mail #RB 246 243 083 US

I certify under my unlimited liability Commercial Oath, having first hand knowledge of the facts and competent, that the statements and facts are true, correct, complete and certain. I speak the truth, the whole truth and nothing but the truth, so help me God.

"I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this __6__ day of __March__, 2018". OWEN THOMAS LENNON, affiant

By_____, agent, U.C.C. 3-402 (b)(1)
Owen-Thomas (Scott): Lennon, Secured Party

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                      Registered Mail #RE 246 243 083 US

## AFFIDAVIT OF SERVICE

### FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

State of New Jersey        )
                           )  ss.
County of Morris           )

I am over 18 years of age and not a party to the within action. My business address is:

Daniel Smith, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong [07849] New Jersey

On this the _____ day of March, 2018, I served the following by Registered Mail:

    1. Three (3) copies of Original FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF
THE ESCROW , File # OTL01162018, subscribed by Owen-Thomas (Scott): Lennon, Agent.

    2. One copy of this Affidavit of Service for each copy of FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:    JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 243 066 US
             1033 WELDON ROAD
             LAKE HOPATCONG, NEW JERSEY 07849

In care of:  RUSSEL FELTER              dba as MAYOR
             JAMES LEACH                BUISSNESS ADMINISTRATOR
             WILLIAM CRAIG              CHIEF OF POLICE
             JAMES LASALA               ACTING PROSECUTOR ESQUIRE
             HONORABLE PETER FICO       ACTING JUDGE
             ANDREW DIAMOND             SPECIAL OFFICER

             TOWNSHIP OF RANDOLPH Et al,    Registered mail    RE 246 243 070 US
             502 Milbrook ave
             Randolph, NJ 07869

In care of:  MARK FORSTENHAUSLER        dba as MAYOR
             DAVID N. STOKOE            CHIEF OF POLICE
             JERRY GOMEZ                POLICE OFFICER
             STEPHAN MOUNTAIN           TOWNSHIP MANAGER
             IRA A. COHEN               ACTING JUDGE
             MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

             SPARTA TOWNSHIP Et al,         Registered mail    RE 246 243 083 US
             65 Main Street
             Sparta Township, NJ 07871

In care of:  GILBERS A. GIBBS           dba as MAYOR
             WILLIAM CLOSE              TOWNSHIP MANAGER
             NEIL SPIDALETTO            CHIEF OF POLICE

FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW - Affidavit of Service
Page 1 of 2

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                                                                 Registered Mail #RE 246 243 083 US

| | |
|---|---|
| FRANK SCHOMP | SARGENT |
| STEVEN GUIDO | POLICE OFFICER |
| JOHN P. MULHERN | ACTING JUDGE |
| JONATHAN MCQUEEN | ACTING PROSECUTOR ESQUIRE |

Libellee is additionally subject to postal statutes and the jurisdiction of the Universal Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this __6__ th day of March, 2018 ".

_(signature)_
Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)

**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/17/2021**

FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW - Affidavit of Service
Page 2 of 2

Receipt: First Notice of Demand and Settlement                                    3/11/18, 11:50 AM

From: Receipt <receipt@rpost.net>
To: scottlwet <scottlwet@aol.com>
Subject: Receipt: First Notice of Demand and Settlement
Date: Sun, Mar 11, 2018 11:17 am
Attachments: DeliveryReceipt.xml (6K), HtmlReceipt.htm (957K)



# REGISTERED RECEIPT
### EVIDENCE OF DELIVERY, CONTENT & TIME

RMail

This receipt contains verifiable proof of your RMail transaction.
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'**

## Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| gilbert.Gibbs@spartanj.org | Delivered and Opened | HTTP- IP:209.123.20.214 | 3/11/2018 3:16:37 PM (UTC) | 3/11/2018 8:16:37 AM(-700) | 3/11/2018 8:16:38 AM(-700) |

*UTC represents Coordinated Universal Time.

## Message Envelope

| | |
|---|---|
| From: | Scott Lennon<scottlwet@aol.com> |
| Subject: | First Notice of Demand and Settlement |
| To: | <gilbert.Gibbs@spartanj.org> |
| Cc: | |
| Bcc: | |
| Network ID: | <9B824205216BB43CBA63ABBEEE434C72FEB414F8@rmail1.la1.rpost.n |
| Received: | 3/11/2018 3:16:30 PM(UTC) -420 |
| Client Code: | RE246243070US |

## Message Statistics

| | |
|---|---|
| Message ID: | 6E4B929AA2901B37EA9CB4C17468886E2207D1AE |
| Message Size: | 661386 |
| Additional Notes: | |
| File Name: | File Size (bytes) |
| Randolph_First_Notice_OF_Demand_and_Settlement.pdf.pdf | 480143 |

## Delivery Audit Trail

From:postmaster@mta1.us1.rpost.net:Hello, this is the mail server on mta1.us1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message relayed to mailer mail.spartanj.org (209.123.20.214)

From:opendetection@rpost.net:From:postmaster@mta1.us1.rpost.net:Hello, this is the mail server on mta1.us1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients, also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message relayed to mailer mail.spartanj.org (209.123.20.214) **Opened from IP 209.123.20.214** \n

Receipt: First Notice of Demand and Settlement                                                                3/11/18, 11:50 AM

```
--- Connection: TE, close Content-Length: 0 Host: open.rpost.net TE: deflate,gzip,q=0.3 User-Agent: Mozilla/4.0 (compatible;
MSIE 8.0; Windows NT 6.1; Trident/4.0) /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1 1off\n 3/LM/W3SVC/3\n
10.0.10.239/rpost.aspxE:\Open
Detection\rpost.aspx404;http://open.rpost.net:80/6E4B929AA2901B37EA9CB4C17468886E2207D1AE-
457744992_A6A06654D534BDF2C4CDA19D5610516330C9AE64/rpost.gif\n 209.123.20.214209.123.20.21437456GET\n
/rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxTE: close\n 0open.rpost.netdeflate,gzip;q=0.3Mozilla/4.0
(compatible; MSIE 8.0; Windows NT 6.1; Trident/4.0)
```

2018-03-11 08:16:31 starting spartanj.org/mta1\n 2018-03-11 08:16:31 connecting from mta1.us1.rpost.net (10.0.10.17) to mail.spartanj.org (209.123.20.214)\n 2018-03-11 08:16:31 connected from 10.0.10.17:58051\n 2018-03-11 08:16:31 >>> 220 mail.spartanj.org ESMTP (7c03e2ccb4d45966c4017929dacdfa85)\n 2018-03-11 08:16:31 <<< EHLO mta1.us1.rpost.net\n 2018-03-11 08:16:31 >>> 250-mail.spartanj.org Hello mta1.us1.rpost.net [35.165.192.106], pleased to meet you\n 2018-03-11 08:16:31 >>> 250-SIZE 100000000\n 2018-03-11 08:16:31 >>> 250-PIPELINING\n 2018-03-11 08:16:31 >>> 250-8BITMIME\n 2018-03-11 08:16:31 >>> 250 HELP\n 2018-03-11 08:16:31 <<< MAIL FROM: <rcpt6E4B929AA2901B37EA9CB4C17468886E2207D1AE-457744992@rpost.net> BODY=7BIT\n 2018-03-11 08:16:31 <<< RCPT TO:<gilbert.Gibbs@spartanj.org>\n 2018-03-11 08:16:31 <<< DATA\n 2018-03-11 08:16:31 >>> 250 Sender <rcpt6E4B929AA2901B37EA9CB4C17468886E2207D1AE-457744992@rpost.net> OK\n 2018-03-11 08:16:31 >>> 250 Recipient <gilbert.Gibbs@spartanj.org> OK\n 2018-03-11 08:16:31 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2018-03-11 08:16:36 <<< \n 2018-03-11 08:16:37 >>> 250 Ok: queued as 44951821F9C\n 2018-03-11 08:16:37 <<< QUIT\n 2018-03-11 08:16:37 >>> 221 mail.spartanj.org Goodbye mta1.us1.rpost.net, closing connection\n 2018-03-11 08:16:37 closed mail.spartanj.org (209.123.20.214) in=486 out=664784\n 2018-03-11 08:16:37 done spartanj.org/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RMail does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified with RMail. Keep this email and its attachment in place for your records. General terms and conditions are available at the RPost **Legal Notice** web page.

For more information about RMail® services, visit **www.rmail.com**.                                    Patented RPost® Technology

RcptVer6.0

(Sent Registered) First Notice of Demand and Settlement                                                                                      3/11/18, 11:51 AM

**From:** RPost Copy <DoNotReply@RPost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** (Sent Registered) First Notice of Demand and Settlement
**Date:** Sun, Mar 11, 2018 11:12 am
**Attachments:** Sparta_First_Notice_OF_Demand_and_Settlement.pdf (643K)

THIS IS A COPY OF THE MESSAGE YOU SENT USING THE RMAIL SERVICE. YOU WILL RECEIVE A REGISTERED RECEIPT EMAIL WITHIN TWO HOURS TO SERVE AS YOUR COMPLETE, VERIFIABLE RECORD OF MESSAGE DELIVERY, CONTENT, AND TIME.

Honorable Mark Forstenhausler,

Please find attached the First Notice Of Demand and Settlement For The Closing Of The Escrow.

For file number OTL01162018 Registered Mail number RE 246 243 083 US.

At the same time I am asking you that some officers have shown up at my residence at different times of days and nights pounding on the door. My Father who is 86 years old and a little hard of hearing and knows a little bit about this is quite upset. This is vexatious and harassment.

This case and these tickets/charges are over with, any more harassment will be noticed to the Adjudent General and we will file charges against any officer continuing these actions.
I know you still do not fully understand what has happened but courts are under hidden Military Jurisdiction because these Judges hide facts.

I have already filed a DD2701 as witness to these facts, and suggest you read the last few Presidential Executive orders as it relates to Trafficking Persons, this is what courts are doing, Trafficking Persons into another Jurisdiction.

I respectfully Request you notify your officers to please stand down since this case is settled, and should I be handcuffed (assaulted) and Jailed (kidnapped) over an officer in Jefferson Township, along with Sparta New Jersey writing a tickets he had no rights to issue, as mentioned before my fee will be $100,000.00 per day and they will be charged with a Felony.

Also, your Sargent demanding that the truck be re-titled, registered, and insured in anthers name before it was picked up by another licensed driver is a crime, and this too has been reported to the Adjudent General. Do not be surprised when the Military comes to pick both he and officer Guido for their Felony crimes. It's time to re-educate your police force and recognize Only the Law of Peace applies!

Respectfully Submitted

Owen Thomas (Scott) Lennon

Owen Thomas (Scott) Lennon

**UNITED STATES POSTAL SERVICE**
**REGISTERED MAIL™**

RE 246 243 083 US

Label 200, August 2005     PSN 7690-03-000-9311

RE 246 243 083 US     S