Owen Thomas (Scott) Lennon
c/o 2 West Emerald Isle Drive,
Lake Hopatcong.[07849]New Jersey



District court for the United States
In Care of THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OWEN THOMAS LENNON ) | Case # OTL01162018 |
| Plaintiff ) | Within the Admirality |
| V. ) | |
| JEFFERSON TOWNSHIP, NEW JERSEY, US VESSEL) | |
| RUSSEL FELTER ,dba MAYOR Et-Al's   US VESSEL ) | |
| TOWNSHIP OF RANDOLPH, NJ, Et-Al's US VESSEL ) | **MOTION TO QUASH ANY ARREST WARRANT** |
| MARK FORSTENHAUSLER dba MAYOR US VESSEL) | MORRIS, SUSSEX COUNTY |
| SPARTA TOWNSHIP,NJ, Et-Al's US VESSEL     ) | COURTS |
| GILBERT A. GIBBS dba MAYOR Et-Al's US VESSEL ) | JEFFERSON TOWNSHIP MUNICIPAL COURT, |
| DOES, ROES, and MOES 1-100 Et-Al's ) | TOWNSHIP OF RANDOLPH MUNICIPAL COURT |
| Defendants ) | SPARTA TOWNSHIP MUNICIPAL COURT |
| ) | AND |
| Owen Thomas (Scott):Lennon ) | **FULL RESTORATION OF DRIVERS LICENSE** |
| Lien Holder of the Vessel, the Real Party ) | |
| In, Lawful Man ) | |
| **Injured Third Party Intervener/Petitioner/** ) | |
| **Libellant** ) | |
| V. ) | |
| JEFFERSON TOWNSHIP NJ, US VESSEL ) | |
| JAMES LEACH dba BUSINESS ADMINISTRATOR ) | |
| WILLIAM CRAIG dba CHIEF OF POLICE ) | |
| JAMES LASALA dba ACTING PROSECOTOR ) | |
| HONORABLE PETER FICO dba ACTING JUDGE ) | |
| ANDREW DIAMOND dba SPECIAL OFFICER ) | |
| TOWNSHIP OF RANDOLPH, NJ US VESSEL ) | |
| DAVID N. STOKE dba CHIEF OF POLICE ) | |
| JERRY GOMEZ dba POLICE OFFICER ) | |
| STEPHAN MOUNTAIN dba TOWNSHIP MANAGER ) | |
| IRA.A.COHEN dba ACTING JUDGE ) | |
| MICHAEL CRESTIELLO dba ACTING PROSECUTER ) | |
| SPARTA TOWNSHIP, NJ US VESSEL ) | |
| WILLIAM CLOSE dba TOWNSHIP MANAGER ) | |
| NEIL SPIDEALLETTO dba CHIEF OF POLICE ) | |
| FRANK SCHOMP dba SARGENT ) | |
| STEVEN GUIDO dba POLICE OFFICER ) | |
| JOHN P. MULHERN dba ACTING JUDGE ) | |
| JONATHAN MCQUEEN dba ACTING PROSECUTOR ) | |
| US VESSELS AND DOES, ROES AND MOES 1-100 Et-Al) | |
| **US VESSELS INDIVIDUALLY AND SEVERALLY** ) | |
| **Third Party Defendants/Libelles** ) | |

## PRAYER FOR RELIEF

Comes now Plaintiff US VESSEL OWEN THOMAS LENNON having been issued a **fraudulent** summons for a car registered and insured, in his driveway, with a flat tire. Then next another **fraudulent** summons, for a car OWEN THOMAS LENNON had sitting on his property, when he was away on assignment in China, was issued the summons for driving or parking an unregistered Motor Vehicle, and Obstruction of windshield for vision. OWEN THOMAS LENNON when home made an effort on more than one occasion to go to court and settle the matter. Then a domino of events happened from these simple matters.

This court looks to Maxim of Law that, if it began with Fraud, then it rolls all the way back to where the Fraud began. One must come to equity must come with clean hands. He who seeks equity must do equity: A remedy can only be provided where you have acted equitable in the transaction.

Second, where an authority given by law is abused, the person becomes a trespasser ab initio, but not so if authority be given by party, or in case of mere non-feasance. Six Carpenters' Case I, smith, L.C. nth ed.p.132. The additional summonses issued by SPECIAL OFFICER DIAMOND while OWEN THOMAS LENNON were issued with malice, and intent to harm in equity, all while OWEN THOMAS LENNON was away on assignment in China.

This court seeks to remedy a harm, by an officer who was overreaching in his authority, and not Acting in Peace FM27-5 22 December, 1943 then revised, October 1947.

Owen Thomas (Scott) Lennon did identify himself as an <u>American National</u> before the TOWNSHIP OF RANDOLPH Police officer JERRY GOMEZ, along with SPARTA TOWNSHIP OFFICER STEVEN GUIDO, and by this ruling additional to any claims the SUSSEX COUNTY PROSECUTORS office, and JUDGE PARIS P. ELADES whom has never responded to the WRIT OF ERROR CORAM NOBIS in case # E18000078, all have quit via estoppel. Any and all issues arisen out of this matter are now settled and adjudged.

**So Adjudged**

_____