### Fiat justitia ruat caelum

### is a Latin legal phrase, meaning "Let justice be done though the heavens fall." The maxim signifies the belief that justice must be realized regardless of consequences.

NOTICE OF CLARIFICATIONS

The use of ZIP CODES is voluntary per Domestic Mail Services Regulation Section 122.32. No discrimination for the NON-USE of the ZIP CODE per Public Law 91-375, Section 403. NOTICE! The use of fictitious names or addresses (ALL CAPITAL LETTERS) in a private individual's name, or a ZIP CODE, against the individual's wishes, is a crime under Title 39 U.S.C. Section 3003, Title 18 U.S.C. 1302, 1341, 1342., and is punishable by up to 15 years imprisonment and $1,000,000.00 fine.

The same is true of social security numbers; it is for federal employees only.

Social Security Numbers can only be issued to federal "employees" for use only in the performance of their official duties. See 20 CFR §422.104. 2. The Social Security Number is the property of the government and not you. Therefore, it can't be "yours" unless you are a public officer on official business. See 20 CFR §422.103(d).  3. The SSN is issued to the federal "public officer" and not to the man, and then only while he is an agent of the federal government.  4. Anyone who uses a Social Security Number who is NOT a federal employee acting on official commercial, government business is guilty of impersonating a federal "employee", which is a crime. See 18 U.S.C. §912.  5. You can only use it in connection with a "public purpose", and not a private purpose. It is illegal and a crime to use or abuse the SSN for a private or personal use. This is called embezzlement or conversion, and it is a criminal violation of 18 U.S.C. §641 and 18 U.S.C. §654.  6. Everything connected to the SSN becomes "public property" because the SSN can only be used in connection with a "public office" or federal employment.

> This sample of a great and gigantic hoax upon the people, indicates the "catch 22" utilized to create "Chattel Property" out of men and women; an immoral and unconscionable act; or more accurately a monstrous Gordian knot of hideous proportions to "legally" ensnare and subjugate mankind.

Court rules are to aid in the "alleged administration of justice"; not to be used as an excuse to avoid the truth, or render a politically acceptable or convenient judgment.

If reason and truth are not the basis of law, then law is only a form of Larceny, under duress.

While this pleading operates on an alleged justification for timely results, so does the speedy trial act, which has been and is generally ignored whenever it benefits those whose lively-hood depend upon it.

The fundamental issue behind this case is failure to revest the estate. To commit millions or billions of cases of literal enslavement, using the economic system as the tool, of this lifelong robbery and Larceny by constructive fraud, to redistribute wealth, while extracting most of the excess or wealth of a man or women's labors.

This is further exasperated by the creation of court accounts; additional marketed fraudulent securities, invested into the (CRIS) – court registered investment accounts.

Further admissions and submissions will bear out these facts.

By what DIVINE Authority do the following teachings or Propaganda, dictate and dominant the lives of immortal spiritual beings, being made manifest in mortal physical vessels or bodies?

What DIVINE authority, established "ecclesiastical" authorities?

What DIVINE authority established "EXECUTIVE or LEGISLATIVE authority?

What DIVINE authority established the VATICAN, or its franchises? These include the franchises of the "CROWN", The INN'S of the "COURT" the "BAR" or all other evil imaginations of men, to enslave one another and justify the trading of Hu-mans, by Ba-man's etc et al?

The attached document exhibits show the historical evidences of these evil imaginations. These immoral and un-conscionable acts justify or establish nothing except psychopathic behaviors.

These document exhibits demonstrate absolutely VOID – NUNC PRO TUNC basis for all these ecclesiastical, legal claims, commercial claims.

The Secret Societies, which dominate these "PREISTLY" inspired delusions, are indicated not as an exhaustive explanation but as a sample of this Lunacy.

The following documents are a sample of these delusional propaganda's ( "un – DIVINE") "MENTAL MANIPULATIONS" and the reasons for the so called "EDUCATION SYSTEM" TO "TRAUMA-TIZE", "COERCE", "THREATEN", "ASSAULT", "RAPE", " VICTIMIZE" and "justify" every contrivance of physical torture, and mental trauma to induce the excessively uncomfortable states, of human trafficking, drug inducement, piracy, slavery, prostitution, emotional trauma, to create the "SYBIL'S OF "COGNITIVE DISSODENCE"  to induce as many as possible into the self sustaining farming and harvesting of "spiritual, mental and physical energy.

These class structures of spiritual and temporal extortion are "CRIMINAL VIOLATIONS" of true Law.

A specific example to create criminals is shown here;

In the nature of 28 USC section 3003;

> (a) Upon evidence satisfactory to the Postal Service that any person is using a fictitious, false, or assumed name, title, or address in conducting, promoting, or carrying on or assisting therein, by means of the postal services of the United States, an

activity in violation of sections 1302, 1341, and 1342 of title 18, it may - (1) withhold mail so addressed from delivery; and (2) require the party claiming the mail to furnish proof to it of the claimant's identity and right to receive the mail. (b) The Postal Service may issue an order directing that mail, covered by subsection (a) of this section, be forwarded to a dead letter office as fictitious matter, or be returned to the sender when - (1) the party claiming the mail fails to furnish proof of his identity and right to receive the mail; or (2) the Postal Service determines that the mail is addressed to a fictitious, false, or assumed name, title, or address.

Or;

The use of ZIP CODES is voluntary per Domestic Mail Services Regulation Section 122.32. No discrimination for the NON-USE of the ZIP CODE per Public Law 91-375, Section 403. NOTICE! The use of fictitious names or addresses (ALL CAPITAL LETTERS) in a private individual's name, or a ZIP CODE, against the individual's wishes,  <u>is a crime under Title 39 U.S.C. Section 3003, Title 18 U.S.C. 1302, 1341, 1342., and is punishable by up to 15 years imprisonment and $1,000,000.00 fine.</u>

<u>The same is true of social security numbers; it is for federal employees only.</u>

1. Social Security Numbers can only be issued to federal "employees" for use only in the performance of their official duties. See 20 CFR §422.104.  2. The Social Security Number is the property of the government and not you. Therefore, it can't be "yours" unless you are a public officer on official business. See 20 CFR §422.103(d).   3. The SSN is issued to the federal "public officer" and not to the man, and then only while he is an agent of the federal government.  4. Anyone who uses a Social Security Number who is NOT a federal employee acting on official commercial, government business is guilty of impersonating a federal "employee", which is a crime. See 18 U.S.C. §912.  5. You can only use it in connection with a "public purpose", and not a private purpose. It is illegal and a crime to use or abuse the

SSN for a private or personal use. This is called embezzlement or conversion, and it is a criminal violation of 18 U.S.C. §641 and 18 U.S.C. §654. 6. Everything connected to the SSN becomes "public property" because the SSN can only be used in connection with a "public office" or federal employment. 7. The private man was never issued an SSN if he is not acting as a federal "employee". Therefore, he can honestly answer "NO" in response to the question of whether he was ever issued an SSN if he is not acting as a federal "employee" or agent.

<u>I AM; clarifying all former acts and mistakes;</u>

I AM; NOT INTENTIONALLY VIOLATING ANY TRUE LAW. If it appears I have done so, I AM; clarifying that these acts of unlawful coercion, unjust enrichment, propaganda and lies are so prevalent, that I AM: unable to identify the actors, or the level, or the degree to which these acts are done, whether of a malicious and willful design, or by mistaken trust in the vast majority of people around me every day. I AM; a victim of the same propaganda and deceptions as everyone around me. I AM; not cooperating in; nor aiding and abetting in such activities.

As for my name; I AM; who I AM; and I existed before I was born. I had no name before I was born, that I AM; aware of. My father chose the appellation referring to me as Thomas Bradford. I AM; not abandoned, nor was I ever. I AM; the father of my biological offspring {heirs}[children], and claimed them immediately; when they were born. I AM; not a ward of the state; nor a participant in a charitable trust, and state that I AM the recipient of a name of Thomas Bradford, as a gift from my father. This will clarify any former mistakes or documents or filings induced under fraud in all its various forms. I AM; expressly "DISSENTING" from any mistaken ideas of "CONSENT" to act as surety for the UNITED STATES, or any derivative thereof. I AM; waiving any and all alleged benefits, specifically being governed, judged, administered, imprisoned, hospitalized, paroled, probated, assigned to rehabilitation, incarceration, work camps, internment

facilities, inoculated, vaccinated, protected etc. et al. I AM; not infringing upon others property or copyrights, nor participating in any licensed or regulated franchise. I AM; not a resident, a citizen, nor any named commodity or resource. I AM: self governing, and as a King of my own realm, I AM: the lawgiver and Judge. I AM; a tribunal of spirit, soul and body. I AM: a King with equal or superior. I AM; my brother's keeper, when I AM: in a position to assist. I AM: a state of the united states, of all like minded men and women, who self govern and demand and strive for justice to all.

All my former representations of using a colon between my proper name and that of my house, tribe, clan or family such as Lord; Thomas Bradford, house of Schaults represents these truths. All representations using brackets [ ] is to make void contents within such as zip codes. All content entered by third parties, such as BANK ACCOUNT TITLES; OR SOCIAL SECURITY; OR OTHER MISREPRESENTATIONS are declared here as void…nunc pro tunc. They are not bonifide. They are not enforceable, because they are based in fraud, with unclean hands, with malicious and evil intent, for unjust enrichment, unlawful conversion etc et al.

I AM; when forced to; using from this date forward the proper appellation Thomas Bradford only. My kinship association by bloodline being used as a {sir name – surety} for corporate profit. Any conversion of that shall identify an ignorant or malicious party.

I AM; a member of the people known by treaty as Cherokee nation of Indians; and my preference is the use of this appellation {Somas Wadiwodi Anisahoni} {somas wadiwodi anisahoni} to demonstrate my separation, divorce, expatriation from all aspects which promote evil imaginations, and commercially induced slavery and involuntary servitude, and the layered use of bondage associated with Capitas Maximus; etc. et al.

I AM; opposed to any and all forms of deceit, based upon the obvious confusion; intentionally created by the use of various capitalizations, and

format; such as STATE OF ARIZONA, State of Arizona, Arizona state, which is applicable throughout all written codes statutes etc. et al;

I AM; aware there are three defined UNITED STATES OF AMERICA, per the Supreme Court of the United States, or the deliberate confusion between District Courts of the United States and DISTRICT COURTS OF THE UNITED STATES, recognizing one as a legislative, territorially limited court and another as an Article III court.

I AM; aware of the terms Scienter and Barratry. I AM, unaware of most legal, medical, military terms, and my use of these are limited to the need to attempt to utilize these "terms" only to communicate with others to the extent, my knowledge of the terms are applicable.

I AM; a victim of the public indoctrination system, not by choice, but under duress and coercion.

I AM; a member of many un-incorporated associations, which are private. My family is one such association. I AM: not revealing all such associations and I AM; not required to do so. I AM; a sojourner upon the earth. I AM; the possessor of dominion upon the earth. I AM; the lawgiver and Judge, and my law form travels with me. I AM; not a protester, tax payer, tax protester, resident alien, bankrupt, civilly dead, missing or lost at sea; not an enemy combatant or any other evilly constructed term. I AM; aware of deceptive roman speech, legal deception and color of law; I AM; not an expert in mind control, negotiable instruments, legal trade or practices, witchcraft, sorcery, curses, voodoo, or any other cultic activities. I AM; not abborant to nature, for I AM; of nature. I AM, that I AM:



