Owen-Thomas(Scott):Lennon
Injured Third Party Intervener
c/o 2 West Emerald Isle Drive
Lake Hopatcong [07849] New Jersey



U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 APR 20  P 3: 42



April 18, 2018

district court for the United States
In Care of THE UNITED STATES DISTRICT COURT
**DISTRICT OF NEW JERSEY**

2:18-cv-05724-MCA-MAH

| | |
|---|---|
| OWEN THOMAS LENNON ) | Case # OTL01162018 |
| Sramineus Homo, US Vessel ) | Within the Admiralty |
| **Plaintiff** ) | |
| ) | |
| V. ) | COMMERCIAL NOTICE OF |
| ) | AMENDED PETITION AND |
| JEFFERSON TOWNSHIP,NEW JERSEY,US Vessel ) | COMPLAINT WITHIN THE |
| RUSSEL FELTER, dba MAYOR Et-Al's ) | ADMIRALTY PURSUANT TO |
| TOWNSHIP OF RANDOLPH,NJ Et-Al's US Vessel ) | RCP #3 AND #4 FOR |
| MARK FORSTENHAUSLER dba MAYOR US Vessel ) | THE PETITION FOR AGREEMENT |
| SPARTA TOWNSHIP, NJ,Et-Al's US Vessel ) | |
| GILBERT A. GIBBS dba MAYOR ) | |
| DOES, ROES, and MOES 1 -100 et al ) | AND HARMONY IN THE NATURE |
| **Defendants** ) | OF A NOTICE OF INTERNATIONAL |
| _____ ) | COMMERCIAL CLAIM WITHIN THE |
| Owen Thomas (Scott):Lennon, ) | ADMIRALTY ADMINISTRATIVE |
| Lien Holder of the Vessel, the Real Party ) | REMEDY AND LIBEL OF REVIEW |
| In Interest, Lawful Man ) | AND ENTRY OF THE CONCLUSIVE |
| **Injured Third Party Intervener/Petitioner** ) | EVIDENCE FOR SETTLEMENT AND |
| **/Libellant** ) | CLOSURE OF THE ESCROW BY |
| ) | COMMERCIAL AFFIDAVIT/ |
| V. ) | PLEADING IN FACT AND POINTS |
| ) | AND AUTHORITIES AND |
| JEFFERSON TOWNSHIP, NJ, US Vessel, ) | MEMORANDUM OF LAW |
| JAMES LEACH dba BUISSNESS ADMINISTRATOR ) | |
| WILLIAM CRAIG dba CHIEF OF POLICE ) | |
| JAMES LASALA dba ACTING PROSECUTOR ) | |
| HONORABLE PETER FICO dba ACTING JUDGE ) | |
| ANDREW DIAMOND dba SPECIAL OFFICER ) | |
| TOWNSHIP OF RANDOLPH, NJ US Vessel ) | |
| DAVID N. STOKOE dba CHIEF OF POLICE ) | |
| JERRY GOMEZ dba POLICE OFFICER ) | |
| STEPHAN MOUNTAIN dba TOWNSHIP MANAGER ) | |
| IRA A. COHEN dba ACTING JUDGE ) | |
| MICHAEL CRESETELLO dba ACTING PROSECUTER ) | |
| SPARTA TOWNSHIP, NJ US Vessel ) | |
| WILLIAM CLOSE dba TOWNSHIP MANAGER ) | |

When filing my original filing I had the wrong name and social security number, so this is just to notify the court of those mistakes corrected.

Equity looks upon that as done which ought to have been done. 1 Story, Eq. Jar. § 64g. Equity will treat the subject-matter, as collateral consequences and incidents, in the same manner as if the final acts contemplated by the parties had been executed exactly as they ought to have been not as the parties might have executed them.

Respectfully

Owen Thomas (Scott) Lennon