April 18, 2018

Owen T. (Scott) Lennon
c/o 2 W. Emerald Isle Drive
Lake Hopatcong, New Jersey [07849]

Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101
973-645-3730

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2018 APR 20 P 3:42

Attn: Clerk of the Court

Re: Re-filing due to a mistake.
Case# 2:18-cv-05724-MCA-MAH

Honorable Court Clerk,

Please find enclose two document one 14 pages as original filing, the second outlining the mistake is 2 pages.

Due to traveling I am sending this via post, please return stamped copy to myself is self-addressed stamped envelope.

Respectfully

Owen T. Scott Lennon




FedEx carbon-neutral envelope shipping

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2018 APR 20 P 3:42

ORIGIN ID:ARXA (973) 810-2536
C/O POSTNET NJ129
5 BOWLING GREEN PKWY
SUITE 13
LAKE HOPATCONG, NJ 07849
UNITED STATES US

SHIP DAT
ACTWGT:
CAD: 108
DIMS: 0x
BILL SEND

TO CLERK OF THE COURT OF COMM
MARTIN LUTHER KING BLDG &
50 WALNUT STREET

NEWARK NJ 07101
(973) 645-3730 REF: 0131624
INV:
PO: DEPT:



FRI - 20 A
TRK# 0201 7805 9135 2592 PRIORITY

E2 VAKA



RT 326 FZ 2 10:30 F 2592 04.20

Align bottom of peel-and-stick airbi