```
                                              CLERK
                                      U.S. DISTRICT COURT
                                    DISTRICT OF NEW JERSEY
                                         RECEIVED April 24, 2018

                                      2018 APR 25  P 12: 37
```

Owen Thomas (Scott): Lennon
Name holder of OWEN THOMAS LENNON
And Property owner of Owen Thomas Lennon
c/o Post 2 West Emerald Isle Drive
Lake Hopatcong, New Jersey republic
[07849]
973-390-8075

                                    Re: Case No: 2:18-CV-05724-MCA-MAH

Morris County Municipal Joint Insurance Fund
Claims Administration
PO Box 268
Newton, New Jersey 07860

Your Claim No: 061907
Mary Ann Maitilasso

Cc: Sparta Township Et-Al's
District court for the United States
In Care of THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Dear Mary Ann Maitilasso,

I do not consent to your determination, a remedy has already been provided.

Everyone failed to respond, and the constitution clearly states; In Fact

The contract clause, found in Article I, section 10 of the Constitution, prohibits the states from impairing the obligations of contracts. This clause had the potential to be the foundation of a general right to freedom of contract, but the Supreme Court held in *Ogden v. Saunders*, 25 U.S. 213 (1827), that the clause applies only to retroactive impairments of existing contracts, not to general police power regulation that affects future contracts. Starting in the New Deal period, the Supreme Court further restricted the scope of the clause, and today it is rarely invoked to limit states' interference with contracts.

You have been notified all these matters are in case# 2;18-CV-05724-MCA-MAH district court for the United States. You will also be notice that Libellant as exhausted his

  Notice to Sparta Township and Morris County Municipal Joint Insurance Fund and to the Honorable Court of Record district court of the United States

Administrative Remedies, and that Libellees are "ESTOPPED" from ever controverting or arguing "within the Admiralty" in any subsequent Administrative or Judicial process. Collateral Estoppel by Acquiescence and Res Judicata in this matter is taken Administratively. All violations of Estoppel are deemed a Trespass on the agreement/contract.

As libellee's violations are deemed a trespass and enlarging the value of the claim by ten (10) times for compensatory and punitive based on SUM CERTAIN, PROGRESSIVE for acts rescue and conversion per party for each violation.

So, I would suggest to stand down, and please should you want to recontract, I have no problem with you doing so, as the value of the case standing at $11,800,000.00 as a multiple of Ten (10) would be gladly accepted, by your interference.

All parties are noticed in the nature of Federal Rules of Civil Procedure (FRCP)9(h) which leads to the Supplemental Rules of Admiralty that provide where a default exists and is found that a hostile presentment written or orally is a criminal act. Libellant is provided that within the Supplemental Rules of Admiralty, the Remedy to. A hostile presentment criminal, scienter act is to file a Certificate of Exigency with the clerk of the court/warrant officer who is compelled by law to issue warrants for the arrest of any and all offenders.

My notice now to the Honorable Court is that we will seek affirmative relief, to collect my funds from Township of Sparta from their CAFR accounts, or sell their police equipment whatever is necessary. For now **a second time** an agent of Sparta Township is trying to interfere with my contract.

**Definition:   Doctrine**
Doctrine is a codification of beliefs or a body of teachings or instructions, taught principles or positions, as the body of teachings in a branch of knowledge or belief system. The Greek analogue is the etymology of catechism. Often doctrine specifically connotes a corpus of religious dogma as it is promulgated by a church, but not necessarily: doctrine is also used to refer to a principle of law, in the common law traditions, established through a history of past decisions, such as the doctrine of self-defense, or the principle of fair use, or the more narrowly applicable first-sale doctrine. In some organizations, doctrine is simply defined as "that which is taught", in other words the basis for institutional teaching of its personnel internal ways of doing business.

1)      Declarant has no record or evidence that the Tweel Doctrine is not in full force and effect against all fictions, including, among others, all governments, their agents/agencies, officers, employees, and other affiliates.

ADMIT - Libellee's listed within this document admit and agree that the Tweel Doctrine applies to them in its entirety.

Notice to Sparta Township and Morris County Municipal Joint Insurance Fund and to the Honorable Court of Record district court of the United States

2) Take Judicial Notice of the Tweel Doctrine, silence when a legal, ethical or moral duty is involved requires an answer. Failure to answer constitutes admission of the truth herein stated, and shall be established as a fact in this instant matter, if not rebutted with evidence within 3 business days after receipt along with mailing times (registered email will be employed to avoid all possible delays).

3) Declarant has no record or evidence that the Clearfield Doctrine is not in full force and effect against all fictions, including, among others, all governments, their agents/agencies, officers, employees, and other affiliates.

4) ADMIT - Libellee's listed within this document admit and agree that the Clearfield Doctrine applies to them in its entirety.

**CLEARFIELD DOCTRINE in Full Force**

"As the use of private corporate commercial paper [Federal Reserve notes], debt currency or securities [checks] is concerned, removes the sovereignty status of the government of "We the People" and reduces it to an entity rather than a government in the area of finance and commerce as a corporation or person. "Governments descend to the level of a mere private corporation and take on the characteristics of a mere private citizen. This entity cannot compel performance upon its corporate statute or rules unless it, like any other corporation or person is the holder-in-due course of some contract or commercial agreement between it and the one upon whom the payment and performance are made and are willing to produce said documents and place the same evidence before trying to enforce its demands called statutes". For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." *Clearfield Trust Co. v. United States* 318 US. 363-371.

"When governments enter the world of commerce, they are subject to the same burdens as any private firm or corporation" -- U.S. v. Burr, 309 U.S. 242 See: 22 U.S.C.A.286e, Bank of U.S. vs. Planters Bank of Georgia, 6L, Ed. (9 Wheat) 244; 22 U.S.C.A. 286 et seq., C.R.S. 11-60-103

NOTE: Under the Clearfield Doctrine, the courts are no longer government entities in that they are demanding private monies and must have a contract with you to compel performance. They are no more special as a normal business than the local Jack In The Box.

Did / does the court demand payment in a certain "species"? [U.S. $]

Did the court make payment [on the record, or by way of agreement] of any entry fees, etc.?

If one USD is given, or demanded, [species] HJR 192 is over-riden and all Instruments have become "bogus financial instruments" involving private creditors and all "enjoined in the fraud" may be prosecuted under a variety of statutes; conspiracy (18 U.S.C. Sec 371); mail fraud (18 U.S.C. Sec 1341); uttering a false security (18 U.S.C. Sec 472); bank fraud (18 U.S.C. Sec 1344); and possessing and uttering a counterfeit security (18 U.S.C. Sec 513). SEE, _United States v. Uullman_, 187 F.3d 816 (8th Cir. 1999); _United States v. Hanzlicek_, 187 F.3d 1228, 1230 (10th Cir. 1999); _United States v. Wells_, 163 F.3d 889 (4th Cir. 1998); _United States v. Stockheimer_, 157 F.3d 1082 (7th Cir. 1998).

_DICTIONARY OF LAW (1893) Corporation. A creature of the crown, created by letters-patent. An artificial being, indivisible, intangible, and existing only in contemplation of law. 1 Blackstone, 295. The United States may be deemed a corporation, United States v. Hillegas, 3 Wash. 73 (1811); so may a State, 1 Abb. U.S. 22 and 35 Ga. 315; and so, a county. [SEE; NOTICE - All S.S.I. is from the Crown]_

_United States under Title 28, Section 3002 (15)(A). "United States means - (A) a Federal_ corporation.

_the crown; An artificial being, indivisible, intangible, and existing only in contemplation of law. 1 Blackstone, 295; an imaginary entity, without common reasoning._

**In Conclusion;** <u>**Sparta Municipal court**</u> **lacks lawful authority, operates for financial gain, and cannot be judged to be non-prejudicial in the matter before there court. No injured party exists, and** <u>**no evidence**</u> **of a contract breach or property damage has been claimed. Should you have read the court case you will see nobody was harmed accept myself and my family due to acting officers trying to harvest currency through fear.**

**We are as American Nationals can only be judged by The Law of Peace since March 9, 1933 FM27-161-1. You should learn the true law.**


Respectfully

*[signature]*

:Lennon, Owen Thomas (Scott)
The Flesh Lives and The Blood Flows, a living man
As witnessed by his Creator God

Fiat justitia ruat caelum  is a Latin legal phrase, meaning  "Let justice be done though the heavens fall." The maxim signifies the belief that justice must be realized regardless of consequences.

 Notice to Sparta Township and Morris County Municipal Joint Insurance Fund and to the Honorable Court of Record district court of the United States

*Morris County Municipal Joint Insurance Fund*
*Claims Administration*
*P.O. Box 268*
*Newton, New Jersey 07860*
*Toll free: 1-866-770-MJIF (6543)*
*Fax: 973-383-3514*

April 20, 2018

Owen Thoman Lennon
2 West Emerald Isle Drive
Lake Hopatcong, NJ 07849

| | |
|---|---|
| INSURED: | Township of Sparta |
| CLAIMANT: | Owen Thomas Lennon |
| CLAIM NUMBER: | 061907 |
| D/L: | 1/9/18 |

Dear Mr. Lennon,

Our office serves as the Third Party Administrator for claims presented to the Morris County Municipal Joint Insurance Fund, which insures the Township of Sparta.. We are in receipt of a Notice of Tort Claim that you filed on behalf of the incident of January 9, 2018.

Please be advised, claims submitted against public entities are adjusted in accordance with the New Jersey Tort Claims Act: New Jersey Statutes "Title 59, Claims Against Public Entities."

We have completed our investigation relative to the above captioned matter. Our investigation determined that the actions of the Sparta Township Police Department were found to be in accordance with the proscribed standards of conduct contained in N.J.S.A. 59: 3-3 Execution or enforcement of laws; a public employee is not liable if he acts in good faith in the execution or enforcement of any law. Nothing in this section exonerates a public employee from liability for false arrest or false imprisonment.

Based on the above, we must respectfully deny your claim for damages.

Be advised, this denial does not waive any rights the municipality may have for any future denials, defenses, or Title 59 immunities.

Sincerely,

Mary/Ann Maitilasso
Property & Liability Claims

cc: Sparta Township – via email