```
                                    CLERK
                              U.S. DISTRICT COURT
                             DISTRICT OF NEW JERSEY
                                   RECEIVED
```



1  Owen Thomas (Scott) Lennon.
2  Injured Third Party Intervener      2018 MAY 14  P 1: 31
3  c/o 2 West Emerald Isle Drive
4  Lake Hopatcong, [07849} New Jersey

# District court for the United States
# In care of the UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

OWEN THOMAS LENNON ) Case No.: 2:18-cv-05724-MCA-MAH
)
Straminous Homo, US Vessel, Libellant, ) FILE # OTL01162018
) within the Admiralty
Plaintiff )
) WRIT OF PRAECIPE TO
vs. )
) THE COURT CLERK
all named defendents )
)
) Date: May 12, 2018

1. Libellant / Plaintiff, having delivered the Cargo / lawsuit on April 11th 2018; per the court Libellees were granted 21 days, which has terminated May 2nd, 2018 as filed in the court record, and having failed to reply, with time now expired to do so.

2. Therefore you are respectfully ordered to enter a default / summary judgment against the Libellees/ defendents and prepare an order declaring that the Plaintiff Libellant is entitled to complete judgment and all remedies, along with all needed writs for execution to and for the reliefs, remedies agreed to.

See attached page 2 – Justice delayed is Justice denied.

Owen-Thomas(Scott) :Lennon
Injured Third Party Intervener
c/o 2 West Emerald Isle Drive
Lake Hopatcong [07849] New Jersey



May 11, 2018

## district court for the United States
## In Care of THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

2:18-cv-05724-MCA-MAH
Case # OTL01162018

### "Justice delayed is justice denied"

Legal maxim meaning that if legal redress is available for a party that has suffered some injury, but is not forthcoming in a timely fashion, it is effectively the same as having no redress at all. This principle is the basis for the right to a speedy trial and similar rights which are meant to expedite the legal system, because it is unfair for the injured party to have to sustain the injury with little hope for resolution.

As Chief Justice of the United States Warren E. Burger noted in an address to the American Bar Association in 1970: "A sense of confidence in the courts is essential to maintain the fabric of ordered liberty for a free people and three things could destroy that confidence and do incalculable damage to society: that people come to believe that inefficiency and delay will drain even a just judgment of its value; that people who have long been exploited in the smaller transactions of daily life come to believe that courts cannot vindicate their **legal rights from fraud and over-reaching**; that people come to believe the law – in the larger sense – courts and Judges cannot fulfill its primary function to protect them and their families in their homes, at their work, and on the public streets.

The phrase has become a rallying cry for legal reformers who view courts or governments as acting too slowly in resolving legal issues either because the existing system is too complex or overburdened, or because the issue or party in question lacks political favour.

Justice delayed is indeed Justice denied

If one is wronged, justice must be served to right the wrong in the soonest possible manner, on the most beneficial moment for the person. If this equity is not provided by the Justice system, then the "equal protection of the law" is not achieved, thus violating one's inherent right to life, liberty and the pursuit of one's own happiness.

Respectfully

*[signature]*

Owen Thomas (Scott) :Lennon