**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Owens Thomas Lennon
c/o 2 West Emerald Isle Drive
Lake Hopatcong, NJ 07849

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7014 3490 0000 8061 7947

PS Form 3811, July 2013        Domestic Return Receipt

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4® in this box•

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Bldg.
& U.S. Courthouse
50 Walnut Street, Room 2064
Newark, NJ 07102

Civ. 18-5724

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10