UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

OWEN THOMAS LENNON,

    Plaintiff,

v.

JEFFERSON TOWNSHIP, et al.

    Defendant.

Civil Action No. 18-5724(MCA)

**ORDER**

It appearing that the complaint in the matter was filed on April 9, 2018 and summons were issued on April 11, 2018;

and it further appearing that when the Complaint was not served, this court gave notice of a call for dismissal on November 6, 2018 pursuant to F.R.C.P. 4(m) for failure to file proof of service of complaint and summons within 90 days of the filing of the complaint;

and it further appearing that on November 27, 2019, plaintiff filed a "certificate of service" which states, among other things, that "each and every document was sent our via Registered Mail, or Registered Post…." but does not contain a proof of service of the summons and complaint as required by the F.R.C.P. 5 and the NJ Court Rules;

and it appearing that plaintiff will be afforded one additional 45 day period to effect service;

and for good cause shown;

**IT IS** on this 26th of March, 2019

**ORDERED** that the Court will dismiss the case pursuant to F.R.C.P. 4(m) if proof of service is not filed by April 30, 2019.

  s/Madeline Cox Arleo
Hon. Madeline Cox Arleo
United States District Judge