Wednesday April 26, 2019

# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## U.S. District Court for the District of New Jersey
## NEWARK, NJ 07101

**Case No. 2:18-cv-05724-MCA-MAH**
**Now marked: Civil Action No. 19-5724(MCA)**

**ATTN: HONORABLE JUDGE Madeline Cox Arleo**

**Re: Response to your letter.**

**Judge Madeline Cox Arleo,**

**Enclosed are copies of all Certificates of Service inclusive of what you have requested which is dated April 5th 2018 and the attached Acknowledgements of Proof of Sending as required by F.R.C.P.4(m).**

**Enclosed 140+ pages are copies and receipts already filed with this court from U.S.P.S. and RPost is verifiable proof along with the Registered Receipt as required by F.R.C.P.4(m). Proof the message was delivered to it's addresses or it's electronic agents as required in the paperwork reduction act. The time stamps are attached on each enclosure. Each and every Certificate of Service was witnessed by a Notary Acceptor which no-one ever responded to, and as an aside I have re-sent the original complaint with the now CIVIL ACTION No. 18-5724(MCA) as you have ascribed to your new document. All done with return receipts.**

**I have not however re-sent copies of Certificates of Service to the Defendants since all originals are in the case file to access by Pacer, I am sure they can take the time to find them. Now since this court has gone way beyond the timeframes allowed by the court system we are moving this directly into arbitration.**

**COMES NOW** the **Presenters**, et al., and requests this Honorable Court to honor the fact that the Parties have negotiated an agreement that includes an Arbitration clause. Neither the federal or state rules of civil procedure line up perfectly with the FAA (for example, Rule 12 does not list "motion to compel arbitration" as a potential responsive pleading). Federal courts in six circuits have treated motions to compel arbitration as motions to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1). A district court in the Eleventh Circuit is the only court to *expressly* state that motions to compel arbitration should be brought under Rule

12(b)(1). *MRI Scan Ctr., L.L.C. v. Nat'l Imaging Assocs., Inc.*, No. 13–60051–CIV, 2013 WL 1899689, at *2 (S.D. Fla. May 7, 2013). However, in the Second, Sixth, Eighth, Ninth, and Federal Circuits litigants have been *permitted* to bring motions to compel under the 12(b)(1) standard. *See, e.g., Geographic Expeditions, Inc. v. Estate of Lhotka*, **599 F.3d. 1102, 1106–07 (9th Cir. 2010)**; *U.S. ex rel. Lighting & Power Servs., Inc. v. Inferface Constr. Corp.*, 553 F.3d 1150, 1152 (8th Cir. 2009); *Harris v. United States*, 841 F.2d 1097, 1099 (Fed. Cir. 1988); *Multiband Corp. v. Block*, No. 11–15006, 2012 WL 1843261, at *5 (E.D. Mich. May 21, 2012); *Orange Cnty. Choppers, Inc. v. Goen Techs. Corp.*, 374 F. Supp. 2d 372, 373 (S.D.N.Y. 2005). Other circuits take a different position asserting that motions to compel arbitration should be brought under Rule 12(b)(3) for improper venue. The Fourth and Seventh Circuits adopt this approach. These circuits reason that because arbitration clauses are a type of forum selection clause and therefore concern venue, motions to compel arbitration should be brought under Rule 12(b)(3). *Gratsy v. Colo. Technical Univ.*, 599 Fed. App'x 596, 597 (7th Cir. 2015); *Hayes v. Delbert Servs. Corp.*, No. 3:14:–cv–258. 2015 WL 269483, at *4 n.1 (E.D. Va. Jan. 21, 2015).

Only one circuit adopts Rule 12(b)(6) — failure to state a claim upon which relief can be granted –- as the proper subpart for a motion to compel arbitration. The Third Circuit explicitly rejects the practice of bringing motions to compel arbitration under 12(b)(3) and requires that motions to compel arbitration should be made under Rule 12(b)(6). *Palko v. Airborne Express, Inc.,* 372 F.3d 588, 597–98 (3rdCir. 2004); *Lomax v. Meracord L.L.C.*, No. 13–1945 (SRC), 2013 WL 5674249, at *6 n.3 (D.N.J. Oct. 16, 2013).

**LEGAL NOTICE:** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. law

**I filed my case with this court because it all started out as FRAUD, by an over reaching Special Officer, and Town Administrator who both later physically had me attacked and caused irreparable bodily harm to me, which will be dealt with in another case. And both now have now been fired. This filing was for a record, the matter is settled, and for your Honor to try to intervene is mute, this was settled by a Tribunal, and now will be removed from the courts and placed into Arbitration due to the lack of Honest Services by these courts.**

**37 Am Jur 2d, Section 8, states**, "Fraud vitiates every transaction and all contracts. Indeed, the principle is often stated, in broad and sweeping language, that fraud destroys the validity of everything into which it enters, and that it vitiates the most solemn contracts, and even judgments.

I am competent to state the foregoing facts, I have first hand knowledge of the foregoing facts and I am of the age of majority. To the best of my knowledge and information the foregoing is true and correct as done on this 26th day of April two thousand and nineteen.

I so swear.

By; _____

Authored by Owen Thomas :Lennon In Propria Persona, Sui Juris, Natural Person and Living Breathing Sentient Man, Natural Person, Attorney In Fact/Trustee/Principal/Secured Party/Master Account Holder/Holder In Due Course-Lawful rightful owner and sole beneficiary of public/private PKI Keys of the trust/estate/trust interest holder and financial institution of OWEN THOMAS LENNON and all derivations thereof Without Prejudice/Without Recourse/All Rights Reserved

I.    **CAVEAT**

1. Please understand that while the Undersigned wants, wishes and desires to resolve this matter as promptly as possible, the Undersigned can only do so upon Respondent('s) 'official response' to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim by Respondent('s) providing the Undersigned with the requested and necessary Proof of Claims raised herein above.

2. Therefore, as the Undersigned is not a signatory; NOR a party, to your "social compact" (contract) known as the Constitution (Charter) of the UNITED STATES; NOR noticed NOR cognizant, of any agreement/contract between the UNITED STATES, and the Undersigned and specifically any obtained through FULL DISCLOSURE and containing any FAIR/VALUABLE CONSIDERATION therein, to include the setting up of trust accounts, and or insurance policies, and or contracts, which would act/operate to create and establish a "relationship" (nexus) and thereby; and therein, bind the Undersigned to the specific "source of authority" for the creation and existence of the alleged statute(s)/law(s) as contained and allegedly promulgated within the "Code" known as the United States Code; which, with the privity of contract or contract itself would thereby; and therein, create and establish legal force and or effect of said statute(s)/law(s) over and upon the Undersigned; and, would also act/operate to subject the Undersigned to the "statutory jurisdiction" of the UNITED STATES, its laws, venue, jurisdiction, and the like of its commercial courts/administrative tribunals/units and thereby; and therein, bind the Undersigned to said courts/administrative tribunal's/unit's decisions, orders, judgments, and the like; and specifically as within the above referenced alleged Commercial/Civil/Cause; and, which would act/operate to establish and confer upon said court/administrative tribunal/unit the necessary requirement/essential of "subject-matter jurisdiction" without which it is powerless to move in any action other than to dismiss. It is to be noted that the use of any statute and/or code and or regulation and/or law other than those expressed by the Constitution, or for reference purposes only and not an acknowledgment and or proof of such engagement with knowing intent, and as a result thereof the parties agree that any statute and/or code introduced by the United States Congress and or state legislature under its non-governmental capacity i.e. it's "corporate business commercial transacting capacity", are not binding on any of the parties, and cannot be introduced and or used as any justification for any proceeding, and/or procedure, and or remedy respecting this matter. That the arbitration process is binding on all parties and is the sole and exclusive remedy for redressing any and all issue associated with this trust agreement. That this agreement supersedes and predates as well as replaces any and all prior agreements between the parties, and is binding on all parties and irrevocable, and the parties agreed to the terms and conditions of this agreement upon default of the defaulting party as of the date of the default, that the value of this agreement is ( $11,316,300.00 (Eleven Million Three Hundred and Sixteen Thousand Three Hundred Dollars), the amount demanded is ($33,948,900.00, three times the value of the original contract is deemed reasonable unless other circumstances for a higher amount exist). The Undersigned humbly and respectfully requests the Respondent(s) provide said necessary Proof of Claims so as to resolve the Undersigned's confusion and concerns within this/these matter(s), otherwise, the Undersigned must ask, "What is the Undersigned's remedy?"

3. **THEREFORE**, as Respondent(s) have superior knowledge of the law, and as custodian of record has access to the requested and necessary Proof of Claims, and otherwise being in a 'catbird's seat' to provide the requested and necessary Proof of Claims raised herein above, Respondent(s) is able, capable, and most qualified to inform the Undersigned on those matters relating to and bearing

upon the above referenced alleged *CIVIL/COMMERCIAL/Cause* and thereby; that there is a duty on the part of the parties to communicate and/or respond to the aforementioned proof of claim and/or demand associated with this self-executing binding irrevocable contractual agreement coupled with interests and therein, has an obligation to clear-up all confusion and concerns in said matter(s) for the Undersigned as to the nature and cause of said process(s), proceeding(s), and the like as well as the lawfulness and validity of such to include; inter ali, all decisions, orders, and the like within; and arising from, all such within said Commercial/Civil/Cause.

4. The Undersigned herein; and hereby, provides the Respondent(s) ten (10) Calendar days; to commence the day after receipt of this **CONDITIONAL ACCEPTANCE FOR VALUE BINDING SELF-EXECUTING CONTRACTUAL AGREEMENT COUPLED WITH INTERESTS AND COUNTER OFFER/CLAIM FOR PROOF OF CLAIM, in** which to gather and provide the Undersigned with the requested and necessary Proof of Claims raised herein above, with the instruction, to transmit said Proof of Claims to the Undersigned and/or the below named Notary/Third Party and or their representative as stipulated and attached hereto by reference, for the sole purpose of certifying RESPONSE or want thereof from Respondent(s). Furthermore, the Undersigned herein; and hereby, extends to the Respondent(s) the offer for an additional ten (10) Calendar days in which to provide the requested and necessary Proof of Claims raised herein above. If Respondent(s) desires the additional ten (10) Calendar days, Respondent must cause to be transmitted to the Undersigned and the below named Notary/Third Party etc. al; a signed written REQUEST. Upon receipt thereof, the extension is automatic; however, the Undersigned strongly recommends the Respondent(s) make request for the additional ten (10) Calendar days well before the initial ten (10) Calendar days have elapse and to allow for mailing and delivery time. NOTICE: Should Respondent(s) make request for the additional ten (10) Calendar days, said request will be deemed "good faith" on the part of Respondent(s) to perform to this offer and provide the requested and necessary Proof of Claims.    Should Respondent(s) upon making request for the additional ten (10) Calendar days, of which there will not be, cannot be, and shall not be any extension as the aforementioned requested information is required to be readily available for inspection and review upon demand, then fail or otherwise refuse to provide the requested and necessary Proof of Claims, and/or fails to provide the specific information in full detail as specified according to the terms of this agreement, and or shall cause to have presented a nonresponse, and or a general response, and or a nonspecific response, which shall only constitute as an attempt to evade, to avoid, to delay, said act(s) on the part of Respondent(s) shall be deemed and evidenced as an attempted constructive fraud, deception, bad faith, and the like upon Respondent's (s') part and further attempts to cause an inflict injury upon the Undersigned. Further, the Undersigned herein strongly recommends to Respondent(s) that any Proof of Claims and request for the additional ten (10) Calendar days be transmitted "Certified" Mail, Return Receipt Requested, and the contents therein under Proof of Mailing for the good of all concerned.

5.    Should the Respondent(s) fail or otherwise refuse to provide the requested and necessary Proof of Claims raised herein above within the expressed period of time established and set herein above, Respondent(s) agree that they will have failed to State any claim upon which relief can be granted. Further, Respondent(s) will have agreed and consented through "tacit acquiescence" to ALL the facts in relation to the above referenced alleged Commercial/Civil/Cause, as raised herein above as Proof of Claims herein; and ALL facts necessarily and of consequence arising there from, are true as they operate in favor of the Undersigned, and that said facts shall stand as prima facie and ultimate (un-

refutable) between the parties to this Conditional Acceptance binding contractual agreement coupled with interests for Value and counter offer/claim for Proof of Claim, the corporate Government juridical construct(s) Respondent(s) represents/serves, and ALL officers, agents, employees, assigns, and the like in service to Respondent(s), as being undisputed. Further, failure and/or refusal by Respondent(s) to provide the requested and necessary Proof of Claims raised herein above shall act/operate as ratification by Respondent(s) that ALL facts as set, established, and agreed upon between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, are true, correct, complete, and NOT misleading.

## I.    ARBITRATION- AN ADMINISTRATIVE REMEDY COGNIZABLE AT COMMON-LAW

6. **ADDITIONALLY** it is exigent and of consequence for the Undersigned to inform Respondent(s), in accordance with and pursuant to the principles and doctrines of "clean hands" and "good faith," that by Respondents(s) failure and or refusal to respond and provide the requested and necessary Proof of Claims raised herein above and thereby; and it shall be held and noted and agreed to by all parties, that a general response, a nonspecific response, or a failure to respond with specificities and facts and conclusions of common law, and or to provide the requested information and documentation that is necessary and in support of the agreement shall constitute a failure and a deliberate and intentional refusal to respond and as a result thereby and or therein, expressing the defaulting party's consent and agreement to said facts and as a result of the self-executing agreement coupled with interests, conferring upon the undersigned/grantor full general power of attorney coupled with interests, and that the following is contingent upon their failure to respond in good faith, with specificity, with facts and conclusions of common-law to each and every averment/proof of claim, condition, and/or other/additional claims raised; as they operate in favor of the Undersigned, through "tacit acquiescence," Respondent(s) NOT ONLY expressly affirm the truth and validity of said facts set, established, and agreed upon between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, but Respondent(s); having agreed and consented to Respondent(s) having a duty and obligation to provide the requested and necessary Proof of Claims raised herein above, will create and establish for Respondent(s) an estoppel in this matter(s), and ALL matters relating hereto; and arising necessarily therefrom, and/or thereto, and or therein;

and,

7. In accordance with and pursuant to this agreement; a contractually (consensual) irrevocable binding agreement coupled with interests between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim to include the corporate Government Agency/Department construct(s) whom Respondent(s) represents/serves; as well as, ALL officers, agents, employees, assigns, and the like in service to Respondent(s) agree and affirm under penalty of contempt that they will not argue, controvert, oppose, or otherwise protest ANY of the facts already agreed upon by the parties set and established herein; and necessarily and of consequence arising therefrom, in ANY future remedial proceeding(s)/action(s), including binding arbitration and confirmation of the award in the District Court of the United States at any competent court under original jurisdiction, in accordance with the general principles of non-statutory Arbitration, wherein this Conditional Acceptance    Irrevocable    Binding    Self-Executing    Contractual    Agreement    for    the Value/Agreement/Contract no. **OTL01162018-2019<sup>©</sup>** constitutes an agreement of all interested

parties in the event of a default and acceptance through silence/failure to respond when a request for summary disposition of any claims or particular issue may be requested and decided by the arbitrator, and the parties agree that the policies and procedures of SAA (THE SATCOMM ARBITRATION ASSOCIATION, or OFFICE OF MILITARY SETTLEMENT) whereas a designated arbitrator shall be chosen at random, who is duly authorized, and in the event of any physical or mental incapacity to act as arbitrator, the Undersigned shall retain the authority to select any neutral(s)/arbitrator(s) that qualify pursuant to the common law right to arbitration, as the arbitration process is a private remedy decided upon between the parties, and with respects this agreement, the defaulting party waives any and all rights, services, notices, and consents to the undersigned and or the undersigned's representative selection of the arbitrator thereby constituting agreement, and any controversy or claim arising out of or relating in any way to this Agreement or with regard to its formation, interpretation or breach, and any issues of substantive or procedural arbitrability shall be settled by arbitration, and the arbitrator may hear and decide the controversy upon evidence produced although a party who was duly notified of the arbitration proceeding did not appear; that the Undersigned deems necessary to enforce the "good faith" of ALL parties hereto within without respect to venue, jurisdiction, law, and forum the Undersigned deems appropriate.

8. Further, Respondent(s) agrees the Undersigned can secure damages via financial lien on assets, properties held by them or on their behalf for ALL injuries sustained and inflicted upon the Undersigned for the moral wrongs committed against the Undersigned as set, established, agreed and consented to herein by the parties hereto; and authorizes the undersigned to attach, leech, affix such a lien/claim on the aforementioned properties/assets without objection, and this is to include but not limited to: constitutional impermissible misapplication of statute(s)/law(s) in the above referenced alleged Commercial/Civil/Cause; fraud, conspiracy (two or more involved); trespass of title, property, and the like; and, ALL other known and unknown trespasses and moral wrongs committed through ultra vires act(s) of ALL involved herein; whether by commission or omission. Final amount of damages to be calculated prior to submission of Tort Claim and/or the filing of lien and the perfection of a security interest via a Uniform Commercial Code financing 1 Statement; estimated in excess of TEN (10) Million dollars (USD- or other lawful money or currency generally accepted with or by the financial markets in America), and notice to Respondent('s) by invoice. The respondents are further notified that as per the United States Supreme Court, contracts are property, and as such Per Respondent('s) failure and or refusal to provide the requested and necessary Proof of Claims and thereby; and therein consenting and agreeing to ALL the facts set, established, and agreed upon between the parties hereto, shall constitute a self-executing binding irrevocable durable general power of attorney coupled with interests; of this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, conferring all rights, equitable and/or otherwise upon the undersigned/grantor, and such becomes the security agreement under commercial law whereby only the non-defaulting party becomes the secured party, the holder in due course, the creditor in and at commerce. It is deemed and shall always and forever be held that the undersigned and any and all property, interest, assets, estates, trusts commercial or otherwise shall be deemed consumer and household goods not-for-profit and or gain, private property, and exempt, not for commercial use, nontaxable as defined by the Uniform Commercial Code article 9 section 102 and article 9 section 109 and shall not in any point and/or manner, past, present and/or future be construed otherwise- see the Uniform Commercial Code article 3, 8, and 9; that the properties associated with this agreement shall never be deemed and/or construed as income, profit but for redemption and bringing about equitable wholeness and wellness.

9.  Should Respondent(s) allow the ten (10) Calendar days or twenty (20) Calendar days total if request was made by signed written application for the additional ten (10) Calendar days to elapse without providing the requested and necessary Proof of Claims, Respondent(s) will go into fault and the Undersigned will cause to be transmitted a Notice of Fault and Opportunity to Cure and Contest Acceptance to the Respondent(s); wherein, Respondent(s) will be given an additional three (3) days (72 hours) to cure Respondent's (s') fault. Should Respondent(s) fail or otherwise refuse to cure Respondent's(s') fault, Respondent will be found in default and thereby; and therein, Respondent will have established Respondent's(s') consent and agreement to the facts contained within this Conditional Acceptance for Value and counter offer/claim for Proof of Claim as said facts operate in favor of the Undersigned; e.g., that the judgment of alleged "court of record" within the above referenced alleged **Commercial/Civil/Cause** is VOID AB INITIO for want of subject-matter jurisdiction of said venue; insufficient document (Information) and affidavits in support thereof for want of establishing a claim of debt; want of Relationship with the "source of authority" for said statute(s)/law(s) for want of privity of contract, or contract itself; improperly identified parties to said judgment, as well as said dispute/matter; and, Respondent(s) agrees and consents that Respondent(s) does have a duty and obligation to Undersigned; as well as the corporate Government Department/agency construct(s) Respondent(s) represents/serves, to correct the record in the above referenced alleged **Commercial/Civil/Cause** and thereby; and therein, release the indenture (however termed/styled) upon the Undersigned and cause the Undersigned to be restored to liberty, and releasing the Undersigned's property rights, as well as ALL property held under a storage contract in the "name" of the all-capital-letter "named" defendant within the above referenced alleged **Commercial/Civil/Cause** within the alleged commercially "bonded" warehousing agency d.b.a., for the commercial corporate Government construct d.b.a. the United States. That this presentment is to be construed contextually and not otherwise, and that if any portion and/or provision contained within this presentment, this self-executing binding irrevocable contractual agreement coupled with interests, is deemed non-binding it shall in no way affect any other portion of this presentment. That the arbitrator is permitted and allowed to adjust the arbitration award to no less than two times the original value of the contract associated with this agreement, plus the addition of fines, penalties, and other assessments that are deemed reasonable to the arbitrator upon presentment of such claim, supported by prima facie evidence of the claim.

10. The defaulting party will be estopped from maintaining or enforcing the original offer/presentment; i.e., the above referenced alleged **Commercial/Civil/Cause** as well as ALL commercial paper (negotiable instruments) therein, within any court or administrative tribunal/unit within any venue, jurisdiction, and forum the Undersigned may deem appropriate to proceed within in the event of ANY and ALL breach(s) of this agreement by Respondent(s) to compel specific performance and or damages arising from injuries there from. The defaulting party will be foreclosed by laches and or estoppel from maintaining or enforcing the original offer/presentment in any mode or manner whatsoever, at any time, within any proceeding/action. Furthermore, the respondents are foreclosed against the enforcement, retaliation, assault, infringement, imprisonment, trespass upon the rights, properties, estate, person whether legal, natural or otherwise of the presenter/petitioner and/or his interest and/or his estate retroactively, at present, post-actively, forever under any circumstances, guise, and or presumption!

## II.     NOTICE OF COMMON-LAW ARBITRATION:

11. Please be advised that in-as-much as the Undersigned has "secured" the "interest" in the "name" of the all-capital-letter "named" defendant as employed/used upon the face; and within, ALL documents/instruments/records within the above referenced alleged Commercial/Civil/Cause, to include any and all derivatives and variations in the spelling of said "name" except the "true name" of the Undersigned as appearing within the Undersigned's signature block herein below, through a Common-Law Copyright, filed for record within the Office of the Secretary of State, Georgia State of Georgia, and, having "perfected said interest" in same through incorporation within a Financing (and all amendments and transcending filings thereto), by reference therein, the Undersigned hereby; and herein, waives the Undersigned's rights as set, established, and the like therein, and as "perfected" within said Financing Statement acting/operating to "register" said Copyright, to allow for the Respondent(s) to enter the record of the alleged "court of record" within the above referenced alleged **Commercial/Civil/Cause** for the SOLE purpose to correct said record and comply with Respondent's(s') agreed upon duty/obligation to write the "order" and cause same to be transmitted to restore and release the Undersigned, the Undersigned's corpus, and ALL property currently under a "storage contract" under the Undersigned's Common-Law Copyrighted trade-name; i.e., the all-capital-letter "named" defendant within the above referenced alleged Commercial/Civil/Cause, within the alleged commercially "bonded" warehousing agency d.b.a. the commercial corporate Government juridical construct d.b.a. the United States. Please take special note, that the copyright is with reference to the name and its direct association and/or correlation to the presenter.

12. **NOTICE**:  That the arbitrators "must not necessarily judge according to the strict law but as a general rule ought chiefly to consider the principles of practical business" *Norske Atlas Insurance Co v London General Insurance Co* (1927) 28 Lloyds List Rep 104

• "Internationally accepted principles of law governing contractual relations"[.] *Deutsche Schachtbau v R'As al-Khaimah National Oil Co* [1990] 1 AC 295]

• If the contract (valid or otherwise) contains an arbitration clause, then the proper forum to determine whether the contract is void or not, is the arbitration tribunal.[ For example, see *Heyman v Darwins Ltd.* [1942] AC 356]

• That any determination by the arbitrator is binding upon all parties, and that all parties agree to abide by the decision of the arbitrator, that the arbitrator is to render a decision based upon the facts and conclusions as presented within the terms and conditions of the contract. Any default by any party must be supported by proof and evidence of said default, that default shall serve as tacit acquiescence on behalf of the party who default it as having agreed to the terms and conditions associated with the self-executing binding irrevocable contract coupled with interests. That the arbitrator is prohibited from considering and/or relying on statutory law, as it has been held that any time any party relies on or enforces a statute, they possess no judicial power

• "A judge ceases to set as a judicial officer because the governing principals of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments and rationale for that of the agency. Additionally, courts are prohibited from their substituting their judgments for that of the agency." *AISI v US*, 568 F2d 284.

• "...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)

• "...their supposed 'court' becoming thus a court of limited jurisdiction' as a mere extension of the involved agency for mere superior reviewing purposes." K.C. Davis, ADMIN. LAW, P. 95, (CTP, 6 Ed. West's 1977) *FRC v G.E.* 281 US 464; *Keller v PE*, 261 US 428.

• "When acting to enforce a statute, the judge of the municipal court is acting an administrative officer and not as a judicial capacity; courts in administrating or enforcing statutes do not act judicially. but, merely administerially." *Thompson v Smith.* 155 Va. 376. l54 SE 583, 7l ALR 604.

OTL redemption – remittance coupon – arbitration agreement                Page 6 of 8

- "It is basic in our law that an administrative agency may act only within the area of jurisdiction marked out for it by law. If an individual does not come within the coverage of the particular agency's enabling legislation the agency is without power to take any action which affects him." Endicott v Perkins, 317 US S01

- "It is not every act, legislative n form, that is law. Law is something more than mere will exerted as an act of power...Arbitrary power, enforcing its edicts to the injury of the person and property of its subjects is not law." *Hurtado v. California* (1884) 110 US 515 (1984).

- Some of the aforementioned cases are not published, however, these are still fundamental principles of law, and one of the fundamental principles of arbitration is that the arbitrator sits as judge over the facts, and as such to preserve the sanctity of the process and arbitrator receives the same immunity as a judge and is exempt from prosecution and or review; unless they can be proved that the arbitrator intentionally ignored the evidence and acted in conspiracy to defraud the parties.

**13.** As the Undersigned has no desire NOR wish to tie the hands of Respondent(s) in performing Respondent's(s') agreed upon duty/obligation as set, established, and agreed upon within this Conditional Acceptance for Value and counter offer/claim for Proof of Claim and thereby create/cause a "breach" of said contractually binding agreement on the part of the Respondent(s), Respondent(s) is hereby; and herein, NOTICED that if this waiver of said Copyright is not liberal, NOR extensive enough, to allow for the Respondent(s) to specifically perform all duties/obligations as set, established, and agreed upon within the Conditional Acceptance for Value and counter offer/claim for Proof of Claim: Respondent(s) may; in "good faith" and NOT in fraud of the Undersigned, take all needed and required liberties with said Copyright and this waiver in order to fulfill and accomplish Respondent's(s') duties/obligations set, established, and agreed upon between the parties to this agreement.

**14.** If Respondent(s) has any questions and or concerns regarding said Copyright and or the waiver, Respondent(s) is invited to address such questions and or concerns to the Undersigned in writing, and causing said communiqués to be transmitted to the Undersigned and below named Notary/Third Party. The respondents have acted as if the contract quasi-or otherwise does not place a binding obligation upon their persons, upon their organizations, upon their institutions, upon their job qualifications, and breaching that obligation breaches the contract, for which they cannot address due to the direct conflict of interest. It is as a result of that conflict of interest that binding arbitration shall be instituted

**15.** Your failure to respond, and this would include each of the respondents by their representative, and if represented by the Atty. Gen., such representation must be responsive for each State and/or State organization/department/agency, separately and severally to each of the points of averment, failure to respond to a single point of averment will constitute acquiescence, forfeiture, and a waiver of all rights with respects all of the points raised in this presentment.

## III.    NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND VICE VERSA

**16. NOTICE:** In this Conditional Acceptance for Value and counter offer/claim for Proof of Claim(a) the words "include," "includes," and "including," are not limiting; (b) the word "all" includes "any" and the word "any" includes "all"; (c) the word "or" is not exclusive except when used in conjunction with the word "and"; as in, "and/or"; and (d) words and terms (i) in the singular number include the plural, and in the plural the singular; (ii) in the masculine gender include both feminine and neuter.

OTL redemption – remittance coupon – arbitration agreement          Page 7 of 8

17. This presentment shall constitute a CLAIM against the assets of your institution and is valid upon your failure to comply with the requirement of this agreement and to VALIDATE NOT VERIFY THE COMPREHENSIVE ACCOUNTING!

18. **NOTICE**: All titles/names/appellations of corporate Government juridical constructs, and branches, departments, agencies, bureaus, offices, sub-whatever's, and the like thereof, include any and all derivatives and variations in the spelling of said titles/names/appellations.

19. **NOTICE**: Any and all attempts at providing the requested and necessary Proof of Claims raised herein above; and, requesting the additional ten (10) Calendar days in which to provide same; and, to address any and all questions and concerns to the Undersigned in regards to the Stated Copyright and waiver herein expressed, in any manner other than that provided for herein will be deemed non-responsive.

The Undersigned extends to the Respondent(s) the Undersigned's appreciations and thanks for Respondent's(s) prompt attention, response, production of above Proof(s) of Claim and assistance in this/these matter(s). This presentment is not to be construed as an acceptance and/or application and/or subscription and/or request for license, admittance to any jurisdiction quasi-or otherwise. But shall remain as a direct objection to any and all claims to the contrary.

Sincerely,

Without Recourse

**OWEN THOMAS :LENNON (:Scott), a Natural Man**

OTL01162018-2019© is secured and reserved with all rights retained, Private Property no trespass permitted or allowed under common law restrictions and prohibitions.

(THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK)

Wednesday April 26, 2019

## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## U.S. District Court for the District of New Jersey
## NEWARK, NJ 07101

### Case No. 2:18-cv-05724-MCA-MAH
### Now marked: Civil Action No. 19-5724(MCA)

**ATTN: HONORABLE JUDGE Madeline Cox Arleo**

**Re: Response to your letter.**

**Judge Madeline Cox Arleo,**

**Enclosed are copies of all Certificates of Service inclusive of what you have requested which is dated April 5th 2018 and the attached Acknowledgements of Proof of Sending as required by F.R.C.P.4(m).**

**Enclosed 140+ pages are copies and receipts already filed with this court from U.S.P.S. and RPost is verifiable proof along with the Registered Receipt as required by F.R.C.P.4(m). Proof the message was delivered to it's addresses or it's electronic agents as required in the paperwork reduction act. The time stamps are attached on each enclosure. Each and every Certificate of Service was witnessed by a Notary Acceptor which no-one ever responded to, and as an aside I have re-sent the original complaint with the now CIVIL ACTION No. 18-5724(MCA) as you have ascribed to your new document. All done with return receipts.**

**I have not however re-sent copies of Certificates of Service to the Defendants since all originals are in the case file to access by Pacer, I am sure they can take the time to find them. Now since this court has gone way beyond the timeframes allowed by the court system we are moving this directly into arbitration.**

**COMES NOW** the **Presenters**, et al., and requests this Honorable Court to honor the fact that the Parties have negotiated an agreement that includes an Arbitration clause. Neither the federal or state rules of civil procedure line up perfectly with the FAA (for example, Rule 12 does not list "motion to compel arbitration" as a potential responsive pleading). Federal courts in six circuits have treated motions to compel arbitration as motions to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1). A district court in the Eleventh Circuit is the only court to *expressly* state that motions to compel arbitration should be brought under Rule

12(b)(1). *MRI Scan Ctr., L.L.C. v. Nat'l Imaging Assocs., Inc.*, No. 13–60051–CIV, 2013 WL 1899689, at *2 (S.D. Fla. May 7, 2013). However, in the Second, Sixth, Eighth, Ninth, and Federal Circuits litigants have been *permitted* to bring motions to compel under the 12(b)(1) standard. *See, e.g., Geographic Expeditions, Inc. v. Estate of Lhotka*, **599 F.3d. 1102, 1106–07 (9th Cir. 2010)**; *U.S. ex rel. Lighting & Power Servs., Inc. v. Inferface Constr. Corp.*, 553 F.3d 1150, 1152 (8th Cir. 2009); *Harris v. United States*, 841 F.2d 1097, 1099 (Fed. Cir. 1988); *Multiband Corp. v. Block*, No. 11–15006, 2012 WL 1843261, at *5 (E.D. Mich. May 21, 2012); *Orange Cnty. Choppers, Inc. v. Goen Techs. Corp.*, 374 F. Supp. 2d 372, 373 (S.D.N.Y. 2005). Other circuits take a different position asserting that motions to compel arbitration should be brought under Rule 12(b)(3) for improper venue. The Fourth and Seventh Circuits adopt this approach. These circuits reason that because arbitration clauses are a type of forum selection clause and therefore concern venue, motions to compel arbitration should be brought under Rule 12(b)(3). *Gratsy v. Colo. Technical Univ.*, 599 Fed. App'x 596, 597 (7th Cir. 2015); *Hayes v. Delbert Servs. Corp.*, No. 3:14:–cv–258, 2015 WL 269483, at *4 n.1 (E.D. Va. Jan. 21, 2015).

Only one circuit adopts Rule 12(b)(6) — failure to state a claim upon which relief can be granted — as the proper subpart for a motion to compel arbitration. The Third Circuit explicitly rejects the practice of bringing motions to compel arbitration under 12(b)(3) and requires that motions to compel arbitration should be made under Rule 12(b)(6). *Palko v. Airborne Express, Inc.,* 372 F.3d 588, 597–98 (3rdCir. 2004); *Lomax v. Meracord L.L.C.*, No. 13–1945 (SRC), 2013 WL 5674249, at *6 n.3 (D.N.J. Oct. 16, 2013).

**LEGAL NOTICE:** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. law

**I filed my case with this court because it all started out as FRAUD, by an over reaching Special Officer, and Town Administrator who both later physically had me attacked and caused irreparable bodily harm to me, which will be dealt with in another case. And both now have now been fired. This filing was for a record, the matter is settled, and for your Honor to try to intervene is mute, this was settled by a Tribunal, and now will be removed from the courts and placed into Arbitration due to the lack of Honest Services by these courts.**

**37 Am Jur 2d, Section 8, states**, "Fraud vitiates every transaction and all contracts. Indeed, the principle is often stated, in broad and sweeping language, that fraud destroys the validity of everything into which it enters, and that it vitiates the most solemn contracts, and even judgments.

I am competent to state the foregoing facts, I have first hand knowledge of the foregoing facts and I am of the age of majority. To the best of my knowledge and information the foregoing is true and correct as done on this 26th day of April two thousand and nineteen.

I so swear.

By; _____

Authored by Owen Thomas :Lennon In Propria Persona, Sui Juris, Natural Person and Living Breathing Sentient Man, Natural Person, Attorney In Fact/Trustee/Principal/Secured Party/Master Account Holder/Holder In Due Course-Lawful rightful owner and sole beneficiary of public/private PKI Keys of the trust/estate/trust interest holder and financial institution of OWEN THOMAS LENNON and all derivations thereof Without Prejudice/Without Recourse/All Rights Reserved

I.   **CAVEAT**

1. Please understand that while the Undersigned wants, wishes and desires to resolve this matter as promptly as possible, the Undersigned can only do so upon Respondent('s) 'official response' to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim by Respondent('s) providing the Undersigned with the requested and necessary Proof of Claims raised herein above.

2. Therefore, as the Undersigned is not a signatory; NOR a party, to your "social compact" (contract) known as the Constitution (Charter) of the UNITED STATES; NOR noticed NOR cognizant, of any agreement/contract between the UNITED STATES, and the Undersigned and specifically any obtained through FULL DISCLOSURE and containing any FAIR/VALUABLE CONSIDERATION therein, to include the setting up of trust accounts, and or insurance policies, and or contracts, which would act/operate to create and establish a "relationship" (nexus) and thereby; and therein, bind the Undersigned to the specific "source of authority" for the creation and existence of the alleged statute(s)/law(s) as contained and allegedly promulgated within the "Code" known as the United States Code; which, with the privity of contract or contract itself would thereby; and therein, create and establish legal force and or effect of said statute(s)/law(s) over and upon the Undersigned; and, would also act/operate to subject the Undersigned to the "statutory jurisdiction" of the UNITED STATES, its laws, venue, jurisdiction, and the like of its commercial courts/administrative tribunals/units and thereby; and therein, bind the Undersigned to said courts/administrative tribunal's/unit's decisions, orders, judgments, and the like; and specifically as within the above referenced alleged Commercial/Civil/Cause; and, which would act/operate to establish and confer upon said court/administrative tribunal/unit the necessary requirement/essential of "subject-matter jurisdiction" without which it is powerless to move in any action other than to dismiss. It is to be noted that the use of any statute and/or code and or regulation and/or law other than those expressed by the Constitution, or for reference purposes only and not an acknowledgment and or proof of such engagement with knowing intent, and as a result thereof the parties agree that any statute and/or code introduced by the United States Congress and or state legislature under its non-governmental capacity i.e. it's "corporate business commercial transacting capacity", are not binding on any of the parties, and cannot be introduced and or used as any justification for any proceeding, and/or procedure, and or remedy respecting this matter. That the arbitration process is binding on all parties and is the sole and exclusive remedy for redressing any and all issue associated with this trust agreement. That this agreement supersedes and predates as well as replaces any and all prior agreements between the parties, and is binding on all parties and irrevocable, and the parties agreed to the terms and conditions of this agreement upon default of the defaulting party as of the date of the default, that the value of this agreement is ( $11,316,300.00 (Eleven Million Three Hundred and Sixteen Thousand Three Hundred Dollars), the amount demanded is ($33,948,900.00, three times the value of the original contract is deemed reasonable unless other circumstances for a higher amount exist). The Undersigned humbly and respectfully requests the Respondent(s) provide said necessary Proof of Claims so as to resolve the Undersigned's confusion and concerns within this/these matter(s), otherwise, the Undersigned must ask, "What is the Undersigned's remedy?"

3. **THEREFORE**, as Respondent(s) have superior knowledge of the law, and as custodian of record has access to the requested and necessary Proof of Claims, and otherwise being in a 'catbird's seat' to provide the requested and necessary Proof of Claims raised herein above, Respondent(s) is able, capable, and most qualified to inform the Undersigned on those matters relating to and bearing

OTL redemption – remittance coupon – arbitration agreement          Page 1 of 8

upon the above referenced alleged *CIVIL/COMMERCIAL/Cause* and thereby; that there is a duty on the part of the parties to communicate and/or respond to the aforementioned proof of claim and/or demand associated with this self-executing binding irrevocable contractual agreement coupled with interests and therein, has an obligation to clear-up all confusion and concerns in said matter(s) for the Undersigned as to the nature and cause of said process(s), proceeding(s), and the like as well as the lawfulness and validity of such to include; inter ali, all decisions, orders, and the like within; and arising from, all such within said Commercial/Civil/Cause.

4. The Undersigned herein; and hereby, provides the Respondent(s) ten (10) Calendar days; to commence the day after receipt of this **CONDITIONAL ACCEPTANCE FOR VALUE BINDING SELF-EXECUTING CONTRACTUAL AGREEMENT COUPLED WITH INTERESTS AND COUNTER OFFER/CLAIM FOR PROOF OF CLAIM, in** which to gather and provide the Undersigned with the requested and necessary Proof of Claims raised herein above, with the instruction, to transmit said Proof of Claims to the Undersigned and/or the below named Notary/Third Party and or their representative as stipulated and attached hereto by reference, for the sole purpose of certifying RESPONSE or want thereof from Respondent(s). Furthermore, the Undersigned herein; and hereby, extends to the Respondent(s) the offer for an additional ten (10) Calendar days in which to provide the requested and necessary Proof of Claims raised herein above. If Respondent(s) desires the additional ten (10) Calendar days, Respondent must cause to be transmitted to the Undersigned and the below named Notary/Third Party etc. al; a signed written REQUEST. Upon receipt thereof, the extension is automatic; however, the Undersigned strongly recommends the Respondent(s) make request for the additional ten (10) Calendar days well before the initial ten (10) Calendar days have elapse and to allow for mailing and delivery time. NOTICE: Should Respondent(s) make request for the additional ten (10) Calendar days, said request will be deemed "good faith" on the part of Respondent(s) to perform to this offer and provide the requested and necessary Proof of Claims.   Should Respondent(s) upon making request for the additional ten (10) Calendar days, of which there will not be, cannot be, and shall not be any extension as the aforementioned requested information is required to be readily available for inspection and review upon demand, then fail or otherwise refuse to provide the requested and necessary Proof of Claims, and/or fails to provide the specific information in full detail as specified according to the terms of this agreement, and or shall cause to have presented a nonresponse, and or a general response, and or a nonspecific response, which shall only constitute as an attempt to evade, to avoid, to delay, said act(s) on the part of Respondent(s) shall be deemed and evidenced as an attempted constructive fraud, deception, bad faith, and the like upon Respondent's (s') part and further attempts to cause an inflict injury upon the Undersigned. Further, the Undersigned herein strongly recommends to Respondent(s) that any Proof of Claims and request for the additional ten (10) Calendar days be transmitted "Certified" Mail, Return Receipt Requested, and the contents therein under Proof of Mailing for the good of all concerned.

5. Should the Respondent(s) fail or otherwise refuse to provide the requested and necessary Proof of Claims raised herein above within the expressed period of time established and set herein above, Respondent(s) agree that they will have failed to State any claim upon which relief can be granted. Further, Respondent(s) will have agreed and consented through "tacit acquiescence" to ALL the facts in relation to the above referenced alleged Commercial/Civil/Cause, as raised herein above as Proof of Claims herein; and ALL facts necessarily and of consequence arising there from, are true as they operate in favor of the Undersigned, and that said facts shall stand as prima facie and ultimate (un-

refutable) between the parties to this Conditional Acceptance binding contractual agreement coupled with interests for Value and counter offer/claim for Proof of Claim, the corporate Government juridical construct(s) Respondent(s) represents/serves, and ALL officers, agents, employees, assigns, and the like in service to Respondent(s), as being undisputed. Further, failure and/or refusal by Respondent(s) to provide the requested and necessary Proof of Claims raised herein above shall act/operate as ratification by Respondent(s) that ALL facts as set, established, and agreed upon between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, are true, correct, complete, and NOT misleading.

## I.     ARBITRATION- AN ADMINISTRATIVE REMEDY COGNIZABLE AT COMMON-LAW

6. **ADDITIONALLY** it is exigent and of consequence for the Undersigned to inform Respondent(s), in accordance with and pursuant to the principles and doctrines of "clean hands" and "good faith," that by Respondents(s) failure and or refusal to respond and provide the requested and necessary Proof of Claims raised herein above and thereby; and it shall be held and noted and agreed to by all parties, that a general response, a nonspecific response, or a failure to respond with specificities and facts and conclusions of common law, and or to provide the requested information and documentation that is necessary and in support of the agreement shall constitute a failure and a deliberate and intentional refusal to respond and as a result thereby and or therein, expressing the defaulting party's consent and agreement to said facts and as a result of the self-executing agreement coupled with interests, conferring upon the undersigned/grantor full general power of attorney coupled with interests, and that the following is contingent upon their failure to respond in good faith, with specificity, with facts and conclusions of common-law to each and every averment/proof of claim, condition, and/or other/additional claims raised; as they operate in favor of the Undersigned, through "tacit acquiescence," Respondent(s) NOT ONLY expressly affirm the truth and validity of said facts set, established, and agreed upon between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, but Respondent(s); having agreed and consented to Respondent(s) having a duty and obligation to provide the requested and necessary Proof of Claims raised herein above, will create and establish for Respondent(s) an estoppel in this matter(s), and ALL matters relating hereto; and arising necessarily therefrom, and/or thereto, and or therein;

and,

7. In accordance with and pursuant to this agreement; a contractually (consensual) irrevocable binding agreement coupled with interests between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim to include the corporate Government Agency/Department construct(s) whom Respondent(s) represents/serves; as well as, ALL officers, agents, employees, assigns, and the like in service to Respondent(s) agree and affirm under penalty of contempt that they will not argue, controvert, oppose, or otherwise protest ANY of the facts already agreed upon by the parties set and established herein; and necessarily and of consequence arising therefrom, in ANY future remedial proceeding(s)/action(s), including binding arbitration and confirmation of the award in the District Court of the United States at any competent court under original jurisdiction, in accordance with the general principles of non-statutory Arbitration, wherein this Conditional Acceptance Irrevocable Binding Self-Executing Contractual Agreement for the Value/Agreement/Contract no. **OTL01162018-2019©** constitutes an agreement of all interested

parties in the event of a default and acceptance through silence/failure to respond when a request for summary disposition of any claims or particular issue may be requested and decided by the arbitrator, and the parties agree that the policies and procedures of SAA (THE SATCOMM ARBITRATION ASSOCIATION, or OFFICE OF MILITARY SETTLEMENT) whereas a designated arbitrator shall be chosen at random, who is duly authorized, and in the event of any physical or mental incapacity to act as arbitrator, the Undersigned shall retain the authority to select any neutral(s)/arbitrator(s) that qualify pursuant to the common law right to arbitration, as the arbitration process is a private remedy decided upon between the parties, and with respects this agreement, the defaulting party waives any and all rights, services, notices, and consents to the undersigned and or the undersigned's representative selection of the arbitrator thereby constituting agreement, and any controversy or claim arising out of or relating in any way to this Agreement or with regard to its formation, interpretation or breach, and any issues of substantive or procedural arbitrability shall be settled by arbitration, and the arbitrator may hear and decide the controversy upon evidence produced although a party who was duly notified of the arbitration proceeding did not appear; that the Undersigned deems necessary to enforce the "good faith" of ALL parties hereto within without respect to venue, jurisdiction, law, and forum the Undersigned deems appropriate.

8.  Further, Respondent(s) agrees the Undersigned can secure damages via financial lien on assets, properties held by them or on their behalf for ALL injuries sustained and inflicted upon the Undersigned for the moral wrongs committed against the Undersigned as set, established, agreed and consented to herein by the parties hereto; and authorizes the undersigned to attach, leech, affix such a lien/claim on the aforementioned properties/assets without objection, and this is to include but not limited to: constitutional impermissible misapplication of statute(s)/law(s) in the above referenced alleged Commercial/Civil/Cause; fraud, conspiracy (two or more involved); trespass of title, property, and the like; and, ALL other known and unknown trespasses and moral wrongs committed through ultra vires act(s) of ALL involved herein; whether by commission or omission. Final amount of damages to be calculated prior to submission of Tort Claim and/or the filing of lien and the perfection of a security interest via a Uniform Commercial Code financing 1 Statement; estimated in excess of TEN (10) Million dollars (USD- or other lawful money or currency generally accepted with or by the financial markets in America), and notice to Respondent('s) by invoice. The respondents are further notified that as per the United States Supreme Court, contracts are property, and as such Per Respondent('s) failure and or refusal to provide the requested and necessary Proof of Claims and thereby; and therein consenting and agreeing to ALL the facts set, established, and agreed upon between the parties hereto, shall constitute a self-executing binding irrevocable durable general power of attorney coupled with interests; of this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, conferring all rights, equitable and/or otherwise upon the undersigned/grantor, and such becomes the security agreement under commercial law whereby only the non-defaulting party becomes the secured party, the holder in due course, the creditor in and at commerce. It is deemed and shall always and forever be held that the undersigned and any and all property, interest, assets, estates, trusts commercial or otherwise shall be deemed consumer and household goods not-for-profit and or gain, private property, and exempt, not for commercial use, nontaxable as defined by the Uniform Commercial Code article 9 section 102 and article 9 section 109 and shall not in any point and/or manner, past, present and/or future be construed otherwise- see the Uniform Commercial Code article 3, 8, and 9; that the properties associated with this agreement shall never be deemed and/or construed as income, profit but for redemption and bringing about equitable wholeness and wellness.

**9.** Should Respondent(s) allow the ten (10) Calendar days or twenty (20) Calendar days total if request was made by signed written application for the additional ten (10) Calendar days to elapse without providing the requested and necessary Proof of Claims, Respondent(s) will go into fault and the Undersigned will cause to be transmitted a Notice of Fault and Opportunity to Cure and Contest Acceptance to the Respondent(s); wherein, Respondent(s) will be given an additional three (3) days (72 hours) to cure Respondent's (s') fault. Should Respondent(s) fail or otherwise refuse to cure Respondent's(s') fault, Respondent will be found in default and thereby; and therein, Respondent will have established Respondent's(s') consent and agreement to the facts contained within this Conditional Acceptance for Value and counter offer/claim for Proof of Claim as said facts operate in favor of the Undersigned; e.g., that the judgment of alleged "court of record" within the above referenced alleged *Commercial/Civil/Cause* is VOID AB INITIO for want of subject-matter jurisdiction of said venue; insufficient document (Information) and affidavits in support thereof for want of establishing a claim of debt; want of Relationship with the "source of authority" for said statute(s)/law(s) for want of privity of contract, or contract itself; improperly identified parties to said judgment, as well as said dispute/matter; and, Respondent(s) agrees and consents that Respondent(s) does have a duty and obligation to Undersigned; as well as the corporate Government Department/agency construct(s) Respondent(s) represents/serves, to correct the record in the above referenced alleged *Commercial/Civil/Cause* and thereby; and therein, release the indenture (however termed/styled) upon the Undersigned and cause the Undersigned to be restored to liberty, and releasing the Undersigned's property rights, as well as ALL property held under a storage contract in the "name" of the all-capital-letter "named" defendant within the above referenced alleged *Commercial/Civil/Cause* within the alleged commercially "bonded" warehousing agency d.b.a., for the commercial corporate Government construct d.b.a. the United States. That this presentment is to be construed contextually and not otherwise, and that if any portion and/or provision contained within this presentment, this self-executing binding irrevocable contractual agreement coupled with interests, is deemed non-binding it shall in no way affect any other portion of this presentment. That the arbitrator is permitted and allowed to adjust the arbitration award to no less than two times the original value of the contract associated with this agreement, plus the addition of fines, penalties, and other assessments that are deemed reasonable to the arbitrator upon presentment of such claim, supported by prima facie evidence of the claim.

**10.** The defaulting party will be estopped from maintaining or enforcing the original offer/presentment; i.e., the above referenced alleged *Commercial/Civil/Cause* as well as ALL commercial paper (negotiable instruments) therein, within any court or administrative tribunal/unit within any venue, jurisdiction, and forum the Undersigned may deem appropriate to proceed within in the event of ANY and ALL breach(s) of this agreement by Respondent(s) to compel specific performance and or damages arising from njuries there from. The defaulting party will be foreclosed by laches and or estoppel from maintaining or enforcing the original offer/presentment in any mode or manner whatsoever, at any time, within any proceeding/action. Furthermore, the respondents are foreclosed against the enforcement, retaliation, assault, infringement, imprisonment, trespass upon the rights, properties, estate, person whether legal, natural or otherwise of the presenter/petitioner and/or his interest and/or his estate retroactively, at present, post-actively, forever under any circumstances, guise, and or presumption!

OTL redemption – remittance coupon – arbitration agreement                Page 5 of 8

## II.    NOTICE OF COMMON-LAW ARBITRATION:

11. Please be advised that in-as-much as the Undersigned has "secured" the "interest" in the "name" of the all-capital-letter "named" defendant as employed/used upon the face; and within, ALL documents/instruments/records within the above referenced alleged Commercial/Civil/Cause, to include any and all derivatives and variations in the spelling of said "name" except the "true name" of the Undersigned as appearing within the Undersigned's signature block herein below, through a Common-Law Copyright, filed for record within the Office of the Secretary of State, Georgia State of Georgia, and, having "perfected said interest" in same through incorporation within a Financing (and all amendments and transcending filings thereto), by reference therein, the Undersigned hereby; and herein, waives the Undersigned's rights as set, established, and the like therein, and as "perfected" within said Financing Statement acting/operating to "register" said Copyright, to allow for the Respondent(s) to enter the record of the alleged "court of record" within the above referenced alleged *Commercial/Civil/Cause* for the SOLE purpose to correct said record and comply with Respondent's(s') agreed upon duty/obligation to write the "order" and cause same to be transmitted to restore and release the Undersigned, the Undersigned's corpus, and ALL property currently under a "storage contract" under the Undersigned's Common-Law Copyrighted trade-name; i.e., the all-capital-letter "named" defendant within the above referenced alleged Commercial/Civil/Cause, within the alleged commercially "bonded" warehousing agency d.b.a. the commercial corporate Government juridical construct d.b.a. the United States. Please take special note, that the copyright is with reference on the name and its direct association and/or correlation to the presenter.

12. **NOTICE**: That the arbitrators "must not necessarily judge according to the strict law but as a general rule ought chiefly to consider the principles of practical business" *Norske Atlas Insurance Co v London General Insurance Co* (1927) 28 Lloyds List Rep 104

• "Internationally accepted principles of law governing contractual relations"[ *Deutsche Schachtbau v R'As al-Khaimah National Oil Co* [1990] 1 AC 295]

• If the contract (valid or otherwise) contains an arbitration clause, then the proper forum to determine whether the contract is void or not, is the arbitration tribunal.[ For example, see *Heyman v Darwins Ltd.* [1942] AC 356]

• That any determination by the arbitrator is binding upon all parties, and that all parties agree to abide by the decision of the arbitrator, that the arbitrator is to render a decision based upon the facts and conclusions as presented within the terms and conditions of the contract. Any default by any party must be supported by proof and evidence of said default, that default shall serve as tacit acquiescence on behalf of the party who default it as having agreed to the terms and conditions associated with the self-executing binding irrevocable contract coupled with interests. That the arbitrator is prohibited from considering and/or relying on statutory law, as it has been held that any time any party relies on or enforces a statute, they possess no judicial power

• "A judge ceases to set as a judicial officer because the governing principals of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments and rationale for that of the agency. Additionally, courts are prohibited from their substituting their judgments for that of the agency." *AISI v US*, 568 F2d 284.

• "...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)

• ",...their supposed 'court' becoming thus a court of limited jurisdiction' as a mere extension of the involved agency for mere superior reviewing purposes." K.C. Davis, ADMIN. LAW, P. 95, (CTP, 6 Ed. West's 1977) *FRC v G.E.* 281 US 464; *Keller v PE*, 261 US 428.

• "When acting to enforce a statute, the judge of the municipal court is acting an administrative officer and not as a judicial capacity; courts in administrating or enforcing statutes do not act judicially. but, merely administerially." *Thompson v Smith*. 155 Va. 376. I54 SE SB3, 7I ALR 604.

OTL redemption – remittance coupon – arbitration agreement                Page 6 of 8

• "It is basic in our law that an administrative agency may act only within the area of jurisdiction marked out for it by law. If an individual does not come within the coverage of the particular agency's enabling legislation the agency is without power to take any action which affects him." Endicott v Perkins, 317 US 501

• "It is not every act, legislative n form, that is law. Law is something more than mere will exerted as an act of power...Arbitrary power, enforcing its edicts to the injury of the person and property of its subjects is not law." **Hurtado v. California** (1884) 110 US 515 (1984).

• Some of the aforementioned cases are not published, however, these are still fundamental principles of law, and one of the fundamental principles of arbitration is that the arbitrator sits as judge over the facts, and as such to preserve the sanctity of the process and arbitrator receives the same immunity as a judge and is exempt from prosecution and or review, unless they can be proved that the arbitrator intentionally ignored the evidence and acted in conspiracy to defraud the parties.

**13.** As the Undersigned has no desire NOR wish to tie the hands of Respondent(s) in performing Respondent's(s') agreed upon duty/obligation as set, established, and agreed upon within this Conditional Acceptance for Value and counter offer/claim for Proof of Claim and thereby create/cause a "breach" of said contractually binding agreement on the part of the Respondent(s), Respondent(s) is hereby; and herein, NOTICED that if this waiver of said Copyright is not liberal, NOR extensive enough, to allow for the Respondent(s) to specifically perform all duties/obligations as set, established, and agreed upon within the Conditional Acceptance for Value and counter offer/claim for Proof of Claim: Respondent(s) may; in "good faith" and NOT in fraud of the Undersigned, take all needed and required liberties with said Copyright and this waiver in order to fulfill and accomplish Respondent's(s') duties/obligations set, established, and agreed upon between the parties to this agreement.

**14.** If Respondent(s) has any questions and or concerns regarding said Copyright and or the waiver, Respondent(s) is invited to address such questions and or concerns to the Undersigned in writing, and causing said communiqués to be transmitted to the Undersigned and below named Notary/Third Party. The respondents have acted as if the contract quasi-or otherwise does not place a binding obligation upon their persons, upon their organizations, upon their institutions, upon their job qualifications, and breaching that obligation breaches the contract, for which they cannot address due to the direct conflict of interest. It is as a result of that conflict of interest that binding arbitration shall be instituted

**15.** Your failure to respond, and this would include each of the respondents by their representative, and if represented by the Atty. Gen., such representation must be responsive for each State and/or State organization/department/agency, separately and severally to each of the points of averment, failure to respond to a single point of averment will constitute acquiescence, forfeiture, and a waiver of all rights with respects all of the points raised in this presentment.

### III.   NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND VICE VERSA

**16. NOTICE**: In this Conditional Acceptance for Value and counter offer/claim for Proof of Claim(a) the words "include," "includes," and "including," are not limiting; (b) the word "all" includes "any" and the word "any" includes "all"; (c) the word "or" is not exclusive except when used in conjunction with the word "and"; as in, "and/or"; and (d) words and terms (i) in the singular number include the plural, and in the plural the singular; (ii) in the masculine gender include both feminine and neuter.

17. This presentment shall constitute a CLAIM against the assets of your institution and is valid upon your failure to comply with the requirement of this agreement and to VALIDATE NOT VERIFY THE COMPREHENSIVE ACCOUNTING!

18. **NOTICE**: All titles/names/appellations of corporate Government juridical constructs, and branches, departments, agencies, bureaus, offices, sub-whatever's, and the like thereof, include any and all derivatives and variations in the spelling of said titles/names/appellations.

19. **NOTICE**: Any and all attempts at providing the requested and necessary Proof of Claims raised herein above; and, requesting the additional ten (10) Calendar days in which to provide same; and, to address any and all questions and concerns to the Undersigned in regards to the Stated Copyright and waiver herein expressed, in any manner other than that provided for herein will be deemed non-responsive.

The Undersigned extends to the Respondent(s) the Undersigned's appreciations and thanks for Respondent's(s) prompt attention, response, production of above Proof(s) of Claim and assistance in this/these matter(s). This presentment is not to be construed as an acceptance and/or application and/or subscription and/or request for license, admittance to any jurisdiction quasi-or otherwise. But shall remain as a direct objection to any and all claims to the contrary.

Sincerely,

Without Recourse

**OWEN THOMAS :LENNON (:Scott), a Natural Man**

OTL01162018-2019© is secured and reserved with all rights retained, Private Property no trespass permitted or allowed under common law restrictions and prohibitions.

(THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK)

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen Thomas (Scott): lennon , CREDITOR, SECURED PARTY

FILE # OTL01162018                                                Registered Mail #RE 832 998 956 US

## AFFIDAVIT OF SERVICE

### NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY

State of New Jersey            )
                               )   ss.
County of  Morris              )


I am over 18 years of age and not a party to the within action. My business address is:

Daniel Thomas, Notary
        5 Bowling Green Parkway
        Lake Hopatcong [07849] New Jersey

On this the    **19** +L   day of January 2018, I served the following by Registered Mail:

1. Three (3) copies of Original "For the Petition for Agreement and Harmony within the Admiralty in the Nature of, "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY, File # OTL01162018, subscribed by Owen Thomas (Scott) :lennon, Agent.

2. One copy of this Affidavit of Service for each copy of "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY " in a sealed envelope with postage pre-paid, properly addressed to:


Libellee:         JEFFERSON TOWNSHIP NEW JERSEY, Et al.  Registered mail  RE 832 998 956 US
                  1033 Weldon Road
                  Lake Hopatcong, NJ 07849

In care of:       RUSSEL FELTER              dba as MAYOR
                  JAMES LEACH                BUISSNESS ADMINISTRATOR
                  WILLIAM CRAIG              CHIEF OF POLICE
                  JAMES LASALA               ACTING PROSECUTOR ESQUIRE
                  HONORABLE PETER FICO       ACTING JUDGE
                  ANDREW DIAMOND             SPECIAL OFFICER

                  TOWNSHIP OF RANDOLPH Et al,     Registered mail    RE 832 998 837 US
                  502 Milbrook ave
                  Randolph, NJ 07869

In care of:        MARK FORSTENHAUSLER       dba as MAYOR
                   DAVID N. STOKOE           CHIEF OF POLICE
                   JERRY GOMEZ               POLICE OFFICER
                   STEPHAN MOUNTAIN          TOWNSHIP MANAGER
                   IRA A. COHEN              ACTING JUDGE
                   MICHAEL CRESETELLO        ACTING PROSECUTER ESQUIRE

                   SPARTA TOWNSHIP Et al,         Registered mail    RE 832 998 823 US
                   65 Main Street
                   Sparta Township, NJ 07871

In care of:        GILBERS A. GIBBS          dba as MAYOR
                   WILLIAM CLOSE             TOWNSHIP MANAGER
                   NEIL SPIDALETTO           CHIEF OF POLICE

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY
Affidavit of Service
Page 1 of 2

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen Thomas (Scott): lennon , CREDITOR, SECURED PARTY

FILE # OTL0116 2018                                    Registered Mail #RE 832 998 956 US

FRANK SCHOMP              SARGENT
STEVEN GUIDO             POLICE OFFICER
JOHN P. MULHERN          ACTING JUDGE
JONATHAN MCQUEEN         ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and
correct. Executed on this __19__ th day of January, 2018 ".

Daniel Thomas, Notary  UCC 3-402 (b)(1)

**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/17/2021**

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY
Affidavit of Service
Page 2 of 2

RE 832 998 956 US

RE832998956US

Late Stamp

0929
07

| Reg. Fee | $6.65 | |
|---|---|---|
| Handling Charge | $11.70 | Return Receipt |
| Postage | $0.00 $0.00 | Restricted Delivery |
| Received by | $0.00 | |
| | $18.35 | |

Customer Must Declare Full Value $0.00     Domestic Insurance up to $25,000 is included

01/19    based upon the **declared value**. International Indemnity is limited. (See Reverse).

To Be Completed By Post Office

## OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM

OWEN LERNER
LAKE HOPATCONG NJ 07849

R W EMERY A ISP

Lake Hopatcong

New Jersey

TO

JEFFERSON TOWNSHIP

LAKE HOPATCONG NJ 07849 LAND

1033 WELDON RD

LAKE HOPATCONG NJ 07849

PS Form **3806**,    **Receipt for Registered Mail**    Copy 1 - Customer
January 2014 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com*®

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Owen Thomas (Scott): lennon , CREDITOR, SECURED PARTY

FILE # OTL01162018                                          Registered Mail #RE 832 998 837 US

## AFFIDAVIT OF SERVICE

### NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY

State of New Jersey           )
                              )  ss.
County of Morris              )

I am over 18 years of age and not a party to the within action. My business address is:

Daniel Thomas, Notary
        5 Bowling Green Parkway
        Lake Hopatcong [07849] New Jersey

On this the _____ day of January 2018, I served the following by Registered Mail:

1. Three (3) copies of Original "For the Petition for Agreement and Harmony within the Admiralty in the Nature of, "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY, File # OTL01162018, subscribed by Owen Thomas (Scott) :lennon, Agent.

2. One copy of this Affidavit of Service for each copy of "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY " in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:       JEFFERSON TOWNSHIP NEW JERSEY, Et al.  Registered mail  RE 832 998 956 US
                1033 Weldon Road
                Lake Hopatcong, NJ 07849

In care of:     RUSSEL FELTER              dba as MAYOR
                JAMES LEACH                BUISSNESS ADMINISTRATOR
                WILLIAM CRAIG              CHIEF OF POLICE
                JAMES LASALA               ACTING PROSECUTOR ESQUIRE
                HONORABLE PETER FICO       ACTING JUDGE
                ANDREW DIAMOND             SPECIAL OFFICER

                TOWNSHIP OF RANDOLPH Et al,    Registered mail    RE 832 998 837 US
                502 Milbrook ave
                Randolph, NJ 07869

In care of:     MARK FORSTENHAUSLER        dba as MAYOR
                DAVID N. STOKOE            CHIEF OF POLICE
                JERRY GOMEZ                POLICE OFFICER
                STEPHAN MOUNTAIN           TOWNSHIP MANAGER
                IRA A. COHEN               ACTING JUDGE
                MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

                SPARTA TOWNSHIP Et al,         Registered mail    RE 832 998 823 US
                65 Main Street
                Sparta Township, NJ 07871

In care of:     GILBERS A. GIBBS           dba as MAYOR
                WILLIAM CLOSE              TOWNSHIP MANAGER
                NEIL SPIDALETTO            CHIEF OF POLICE

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen Thomas (Scott): lennon , CREDITOR, SECURED PARTY

FILE # OTL01162018                                                    Registered Mail #RE 832 998 837 US

FRANK SCHOMP              SARGENT
STEVEN GUIDO             POLICE OFFICER
JOHN P. MULHERN          ACTING JUDGE
JONATHAN MCQUEEN         ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union.,

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and
correct. Executed on this ___19___ th day of January, 2018 ".

_____
Daniel Thomas, Notary  UCC 3-402 (b)(1)

**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/17/2021**

RE 832 998 837 US
RE832998837US

ate Stamp

0929
07

| Reg. Fee | $6.65 | |
|---|---|---|
| Handling Charge | $11.70 | Return Receipt |
| Postage | $0.00 | Restricted Delivery |
| | $0.00 | |
| Received by | $0.00 | |
| | $18.35 | |

**To Be Completed By Post Office**

Customer Must Declare Full Value $0.00

Domestic Insurance up to $25,000 is included based on the declared value. International Indemnity is limited. (See Reverse).

01/19

# OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed**

FROM

LAKE HOPATCONG NJ 07849

John Lennon
4 W. Friend Island
Lake Hopatcong
New Jersey

TO

Township of Randolph
9 Randolph 07866
502 Millbrook Ave
Randolph, NJ 07869

PS Form **3806**,    **Receipt for Registered Mail**    *Copy 1 - Customer*
January 2014 (7530-02-000-9051)    *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com®*

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen Thomas (Scott): lennon , CREDITOR, SECURED PARTY

FILE # OTL01162018                                                    Registered Mail #RE 832 998 823 US

## AFFIDAVIT OF SERVICE

## NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY

State of New Jersey         )
                            )   ss.
County of  Morris           )

I am over 18 years of age and not a party to the within action.  My business address is:

Daniel Thomas, Notary
         5 Bowling Green Parkway
         Lake Hopatcong [07849] New Jersey

On this the ____ *12* ____ day of January 2018, I served the following by Registered Mail:

1. Three (3) copies of Original "For the Petition for Agreement and Harmony within the Admiralty in the Nature of, "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY, File # OTL01162018, subscribed by Owen Thomas (Scott) :lennon, Agent.

2. One copy of this Affidavit of Service for each copy of "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY " in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:        JEFFERSON TOWNSHIP NEW JERSEY, Et al.  Registered mail  RE 832 998 956 US
                 1033 Weldon Road
                 Lake Hopatcong, NJ 07849

In care of:      RUSSEL FELTER               dba as MAYOR
                 JAMES LEACH                 BUISSNESS ADMINISTRATOR
                 WILLIAM CRAIG               CHIEF OF POLICE
                 JAMES LASALA                ACTING PROSECUTOR ESQUIRE
                 HONORABLE PETER FICO        ACTING JUDGE
                 ANDREW DIAMOND              SPECIAL OFFICER

                 TOWNSHIP OF RANDOLPH Et al,     Registered mail    RE 832 998 837 US
                 502 Milbrook ave
                 Randolph, NJ 07869

In care of:      MARK FORSTENHAUSLER         dba as MAYOR
                 DAVID N. STOKOE             CHIEF OF POLICE
                 JERRY GOMEZ                 POLICE OFFICER
                 STEPHAN MOUNTAIN            TOWNSHIP MANAGER
                 IRA A. COHEN                ACTING JUDGE
                 MICHAEL CRESETELLO          ACTING PROSECUTER ESQUIRE

                 SPARTA TOWNSHIP Et al,          Registered mail    RE 832 998 823 US
                 65 Main Street
                 Sparta Township, NJ 07871

In care of:      GILBERS A. GIBBS           dba as MAYOR
                 WILLIAM CLOSE              TOWNSHIP MANAGER
                 NEIL SPIDALETTO            CHIEF OF POLICE

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen Thomas (Scott): lennon , CREDITOR, SECURED PARTY

FILE # OTL01152018                                    Registered Mail #RE 832 998 823 US


FRANK SCHOMP          SARGENT
STEVEN GUIDO          POLICE OFFICER
JOHN P. MULHERN       ACTING JUDGE
JONATHAN MCQUEEN      ACTING PROSECUTOR ESQUIRE


Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this _19_ th day of January, 2018 ".


Daniel Thomas, Notary  UCC 3-402 (b)(1)

**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/17/2021**

| Reg. Fee | $6.65 | | |
|---|---|---|---|
| Handling Charge | $11.70 | Return Receipt | |
| Postage | $0.00 | Restricted Delivery | |
| Received by | $0.00 $0.00 | | |

To Be Completed By Post Office

$18.35

Customer Must Declare Full Value $ .00     01/19     Domestic Insurance up to $25,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM**

DWEN LEXXING

2 W. Emerald Isle dc.

Lake Hopatcong

New Jersey

**TO**

SPARTA TOWNSHIP

O_____, N_____ MAYOC

65 MAN ST.

SPARTA TOWNSHIP NJ 07871

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806**,   **Receipt for Registered Mail**    Copy 1 - Customer
January 2014 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

0923
07

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of OWEN-THOMAS (SCOTT): LENNON, CREDITOR, SECURED PARTY**

FILE # OTL01162018                                    Registered Mail #RE 832 998 885 US

## AFFIDAVIT OF SERVICE

### NOTICE OF FAULT – OPPURTUNITY TO CURE

State of New Jersey          )
                             )  ss.
County of Morris             )

I am over 18 years of age and not a party to the within action. My business address is:

Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong [07849] New Jersey

On this the ____ day of January, 2018, I served the following by Registered Mail:

1. Ten (10) copies of Original NOTICE OF FAULT – OPPURTUNITY TO CURE, File # OTL01162018, subscribed by Owen-Thomas (Scott): Lennon, Agent.

2. One copy of this Affidavit of Service for each copy of "NOTICE OF FAULT – OPPURTUNITY TO CURE" in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:        JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 832 998 899 US
                 1033 WELDON ROAD
                 LAKE HOPATCONG, NEW JERSEY 07849

In care of:      RUSSEL FELTER              dba as MAYOR
                 JAMES LEACH                BUISSNESS ADMINISTRATOR
                 WILLIAM CRAIG              CHIEF OF POLICE
                 JAMES LASALA               ACTING PROSECUTOR ESQUIRE
                 HONORABLE PETER FICO       ACTING JUDGE
                 ANDREW DIAMOND             SPECIAL OFFICER

                 TOWNSHIP OF RANDOLPH Et al,    Registered mail    RE 832 998 885 US
                 502 Milbrook ave
                 Randolph, NJ 07869

In care of:      MARK FORSTENHAUSLER        dba as MAYOR
                 DAVID N. STOKOE            CHIEF OF POLICE
                 JERRY GOMEZ                POLICE OFFICER
                 STEPHAN MOUNTAIN           TOWNSHIP MANAGER
                 IRA A. COHEN               ACTING JUDGE
                 MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

                 SPARTA TOWNSHIP Et al,         Registered mail    RE 832 998 908 US
                 65 Main Street
                 Sparta Township, NJ 07871

In care of:      GILBERS A. GIBBS          dba as MAYOR
                 WILLIAM CLOSE             TOWNSHIP MANAGER
                 NEIL SPIDALETTO           CHIEF OF POLICE

FRANK SCHOMP          SARGENT
STEVEN GUIDO          POLICE OFFICER
JOHN P. MULHERN       ACTING JUDGE
JONATHAN MCQUEEN      ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal statutes and the jurisdiction of the Universal Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this _29_ th day of January, 2018 ".

Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)

**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/17/2021**

**From:** Receipt <receipt@rpost.net>

**To:** scottlwet <scottlwet@aol.com>

**Subject:** Receipt: Notary Protest see attached

**Date:** Mon, Jan 29, 2018 6:25 pm

**Attachments:** DeliveryReceipt.xml (5K), HtmlReceipt.htm (2329K)

---



# REGISTERED RECEIPT
EVIDENCE OF DELIVERY, CONTENT & TIME

R·Mail

**This receipt contains verifiable proof of your RMail transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

### To authenticate this receipt, forward this email with its attachment to '**verify@rpost.net**'

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| **Address** | **Status** | **Details** | **Delivered** (UTC*) | **Delivered** (local) | **Opened** (local) |
| mforstenhausler@randolphnj.org | Delivered to MailBox | Delivered to mailbox | 1/29/2018 9:25:06 PM (UTC) | 1/29/2018 1:25:06 PM(-800) | |

*UTC represents Coordinated Universal Time.

| Message Envelope | |
|---|---|
| **From:** | Scott Lennon<scottlwet@aol.com> |
| **Subject:** | Notary Protest, see attached |
| **To:** | <mforstenhausler@randolphnj.org> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <D4C5141D3F35837657E07D97DC9F6F574A4EEEF6@rmail1.la1.rpost.n |
| **Received:** | 1/29/2018 9:24:31 PM(UTC) -480 |
| **Client Code:** | RE 832 998 885 US |

| Message Statistics | |
|---|---|
| **Message ID:** | A276C214D9324D71EE17A58942A5118360F426AA |
| **Message Size:** | 1676882 |
| **Additional Notes:** | |
| **File Name:** | **File Size (bytes)** |
| Randolph_1st_Final_Notice_Fault.pdf.pdf | 1222231 |

### Delivery Audit Trail

From:postmaster@RANDOLPHNJ.ORG:Your message has been delivered to the following recipients:
mforstenhausler@randolphnj.org Subject: Registered: Notary Protest, see attached

2018-01-29 13:24:47 starting randolphnj.org/mta1\n 2018-01-29 13:24:47 connecting from mta1.us1.rpost.net (10.0.10.17) to mx1-us1.ppe-hosted.com (67.231.154.162)\n 2018-01-29 13:24:47 connected from 10.0.10.17:39496\n 2018-01-29 13:25:03 >>> 220 mx1-us4.ppe-hosted.com - Welcome to Proofpoint Essentials ESMTP Server\n 2018-01-29 13:25:03 <<< EHLO mta1.us1.rpost.net\n 2018-01-29 13:25:03 >>> 250-mx1-us4.ppe-hosted.com\n 2018-01-29 13:25:03 >>> 250-PIPELINING\n 2018-01-29 13:25:03 >>> 250-SIZE 1024000000\n 2018-01-29 13:25:03 >>> 250-ETRN\n 2018-01-29 13:25:03 >>> 250-STARTTLS\n 2018-01-29 13:25:03 >>> 250-ENHANCEDSTATUSCODES\n 2018-01-29 13:25:03 >>> 250-8BITMIME\n 2018-

01-29 13:25:03 >>> 250 DSN\n 2018-01-29 13:25:03 <<< STARTTLS\n 2018-01-29 13:25:04 >>> 220 2.0.0 Ready to start TLS\n 2018-01-29 13:25:04 <<< EHLO mta1.us1.rpost.net\n 2018-01-29 13:25:04 >>> 250-mx1-us4.ppe-hosted.com\n 2018-01-29 13:25:04 >>> 250-PIPELINING\n 2018-01-29 13:25:04 >>> 250-SIZE 1024000000\n 2018-01-29 13:25:04 >>> 250-ETRN\n 2018-01-29 13:25:04 >>> 250-ENHANCEDSTATUSCODES\n 2018-01-29 13:25:04 >>> 250-8BITMIME\n 2018-01-29 13:25:04 >>> 250 DSN\n 2018-01-29 13:25:04 <<< MAIL FROM:<rcptA276C214D9324D71EE17A58942A5118360F426AA-1@rpost.net> BODY=7BIT RET=HDRS\n 2018-01-29 13:25:04 >>> 250 2.1.0 Ok\n 2018-01-29 13:25:04 <<< RCPT TO:<mforstenhausler@randolphnj.org> NOTIFY=SUCCESS,FAILURE,DELAY\n 2018-01-29 13:25:04 >>> 250 2.1.5 Ok\n 2018-01-29 13:25:04 <<< DATA\n 2018-01-29 13:25:04 >>> 354 End data with <CR><LF>.<CR><LF>\n 2018-01-29 13:25:06 <<< .\n 2018-01-29 13:25:06 >>> 250 2.0.0 Ok: queued as 79A75140079\n 2018-01-29 13:25:06 <<< QUIT\n 2018-01-29 13:25:06 >>> 221 2.0.0 Bye\n 2018-01-29 13:25:06 closed mx1-us1.ppe-hosted.com (67.231.154.162) in=483 out=1680290\n 2018-01-29 13:25:06 done randolphnj.org/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RMail does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified with RMail. Keep this email and its attachment in place for your records. General terms and conditions are available at the RPost **Legal Notice** web page.

For more information about RMail® services, visit **www.rmail.com**.                                    Patented RPost® Technology

RcptVer6.0

mforstenhausler@randolphnj.orgDelivered to MailBoxDelivered to mailbox 1/29/2018 9:25:06 PM (UTC)1/29/2018 1:25:06

PM(-800)1676882677F43F137D25A781C55E33FBEA56940C36FCDCD<mforstenhausler@randolphnj.org>1/29/2018 9:24:31 PM -480RE 832 998 885 US<MessageSubject>Notary Protest, see attached</MessageSubject>Scott Lennonscottlwet@aol.comFrom:postmaster@RANDOLPHNJ.ORG:Your message has been delivered to the following recipients: mforstenhausler@randolphnj.org<mailto:mforstenhausler@randolphnj.org> Subject: Registered: Notary Protest, see attached 2018-01-29 13:24:47 starting randolphnj.org/mta1 2018-01-29 13:24:47 connecting from mta1.us1.rpost.net (10.0.10.17) to mx1-us1.ppe-hosted.com (67.231.154.162) 2018-01-29 13:24:47 connected from 10.0.10.17:39496 2018-01-29 13:25:03 >>> 220 mx1-us4.ppe-hosted.com - Welcome to Proofpoint Essentials ESMTP Server 2018-01-29 13:25:03 <<< EHLO mta1.us1.rpost.net 2018-01-29 13:25:03 >>> 250-mx1-us4.ppe-hosted.com 2018-01-29 13:25:03 >>> 250-PIPELINING 2018-01-29 13:25:03 >>> 250-SIZE 1024000000 2018-01-29 13:25:03 >>> 250-ETRN 2018-01-29 13:25:03 >>> 250-STARTTLS 2018-01-29 13:25:03 >>> 250-ENHANCEDSTATUSCODES 2018-01-29 13:25:03 >>> 250-8BITMIME 2018-01-29 13:25:03 >>> 250 DSN 2018-01-29 13:25:03 <<< STARTTLS 2018-01-29 13:25:04 >>> 220 2.0.0 Ready to start TLS 2018-01-29 13:25:04 <<< EHLO mta1.us1.rpost.net 2018-01-29 13:25:04 >>> 250-mx1-us4.ppe-hosted.com 2018-01-29 13:25:04 >>> 250-PIPELINING 2018-01-29 13:25:04 >>> 250-SIZE 1024000000 2018-01-29 13:25:04 >>> 250-ETRN 2018-01-29 13:25:04 >>> 250-ENHANCEDSTATUSCODES 2018-01-29 13:25:04 >>> 250-8BITMIME 2018-01-29 13:25:04 >>> 250 DSN 2018-01-29 13:25:04 <<< MAIL FROM:<rcptA276C214D9324D71EE17A58942A5118360F426AA-1@rpost.net> BODY=7BIT RET=HDRS 2018-01-29 13:25:04 >>> 250 2.1.0 Ok 2018-01-29 13:25:04 <<< RCPT TO:<mforstenhausler@randolphnj.org> NOTIFY=SUCCESS,FAILURE,DELAY 2018-01-29 13:25:04 >>> 250 2.1.5 Ok 2018-01-29 13:25:04 <<< DATA 2018-01-29 13:25:04 >>> 354 End data with <CR><LF>.<CR><LF> 2018-01-29 13:25:06 <<< . 2018-01-29 13:25:06 >>> 250 2.0.0 Ok: queued as 79A75140079 2018-01-29 13:25:06 <<< QUIT 2018-01-29 13:25:06 >>> 221 2.0.0 Bye 2018-01-29 13:25:06 closed mx1-us1.ppe-hosted.com (67.231.154.162) in=483 out=1680290 2018-01-29 13:25:06 done randolphnj.org/mta1Randolph_1st_Final_Notice_Fault.pdf.pdf1222231

UNITED STATES POSTAL SERVICE
**REGISTERED MAIL**™

RE 832 998 885 US

Label 200, August 2005                    PSN 7690-03-000-9311

RE 832 998 885 US    R

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of OWEN-THOMAS (SCOTT): LENNON, CREDITOR, SECURED PARTY

FILE # OTL01162018                                                Registered Mail #RE 832 998 908 US

## AFFIDAVIT OF SERVICE

### NOTICE OF FAULT – OPPURTUNITY TO CURE

State of New Jersey        )
                           )   ss.
County of Morris           )

I am over 18 years of age and not a party to the within action. My business address is:

Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong, [07849] New Jersey

On this the ___49___ day of January, 2018, I served the following by Registered Mail:

1. Ten (10) copies of Original NOTICE OF FAULT – OPPURTUNITY TO CURE, File # OTL01162018,
subscribed by Owen-Thomas (Scott): Lennon, Agent.

2. One copy of this Affidavit of Service for each copy of "NOTICE OF FAULT – OPPURTUNITY TO
CURE" in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:           JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 832 998 899 US
                    1033 WELDON ROAD
                    LAKE HOPATCONG, NEW JERSEY 07849

In care of:         RUSSEL FELTER              dba as MAYOR
                    JAMES LEACH                BUISSNESS ADMINISTRATOR
                    WILLIAM CRAIG              CHIEF OF POLICE
                    JAMES LASALA              ACTING PROSECUTOR ESQUIRE
                    HONORABLE PETER FICO       ACTING JUDGE
                    ANDREW DIAMOND             SPECIAL OFFICER

                    TOWNSHIP OF RANDOLPH Et al,    Registered mail    RE 832 998 885 US
                    502 Milbrook ave
                    Randolph, NJ 07869

In care of:         MARK FORSTENHAUSLER        dba as MAYOR
                    DAVID N. STOKOE            CHIEF OF POLICE
                    JERRY GOMEZ                POLICE OFFICER
                    STEPHAN MOUNTAIN           TOWNSHIP MANAGER
                    IRA A. COHEN               ACTING JUDGE
                    MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

                    SPARTA TOWNSHIP Et al,         Registered mail    RE 832 998 908 US
                    65 Main Street
                    Sparta Township, NJ 07871

In care of:         GILBERS A. GIBBS          dba as MAYOR
                    WILLIAM CLOSE             TOWNSHIP MANAGER
                    NEIL SPIDALETTO           CHIEF OF POLICE

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of OWEN-THOMAS (SCOTT): LENNON, CREDITOR, SECURED PARTY**

FILE # OTL01162018                                              Registered Mail #RE 832 998 908 US

FRANK SCHOMP                    SARGENT
STEVEN GUIDO                    POLICE OFFICER
JOHN P. MULHERN                 ACTING JUDGE
JONATHAN MCQUEEN                ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal statutes and the jurisdiction of the Universal Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this $29$ th day of January, 2018 ".

Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)

**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/17/2021**

**From:** Receipt <receipt@rpost.net>

**To:** scottlwet <scottlwet@aol.com>

**Subject:** Receipt: Notary Protest see attached

**Date:** Mon, Jan 29, 2018 6:20 pm

**Attachments:** DeliveryReceipt.xml (4K), HtmlReceipt.htm (1669K)

---



# REGISTERED RECEIPT
EVIDENCE OF DELIVERY, CONTENT & TIME

R·Mail

**This receipt contains verifiable proof of your RMail transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

### To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'

| Delivery Status | | | | | | |
|---|---|---|---|---|---|---|
| **Address** | **Status** | **Details** | **Delivered** (UTC*) | **Delivered** (local) | **Opened** (local) | |
| Gilbert.Gibbs@spartanj.org | Delivered to Mailserver | Relayed to mailserver mail.spartanj.org (209.123.20.214) | 1/29/2018 9:19:26 PM (UTC) | 1/29/2018 1:19:26 PM(-800) | | |

*UTC represents Coordinated Universal Time.

| Message Envelope | |
|---|---|
| **From:** | Scott Lennon<scottlwet@aol.com> |
| **Subject:** | Notary Protest, see attached |
| **To:** | <Gilbert.Gibbs@spartanj.org> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <283CE6B587B140E276673839850B908AE3168D7E@rmail1.la1.rpost.n |
| **Received:** | 1/29/2018 9:19:05 PM(UTC) -480 |
| **Client Code:** | RE 832 998 908 US |

| Message Statistics | |
|---|---|
| **Message ID:** | 10E1E6ED96CB2F27771CCD3C1BC2273B38953373 |
| **Message Size:** | 1192241 |
| **Additional Notes:** | |
| **File Name:** | **File Size (bytes)** |
| Sparta_1st_Final_Notice_Fault.pdf | 868592 |

### Delivery Audit Trail

From:postmaster@mta1.us1.rpost.net:Hello, this is the mail server on mta1.us1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mail.spartanj.org (209.123.20.214)

2018-01-29 13:19:16 starting spartanj.org/mta1\n 2018-01-29 13:19:16 connecting from mta1.us1.rpost.net (10.0.10.17) to mail.spartanj.org (209.123.20.214)\n 2018-01-29 13:19:16 connected from 10.0.10.17:47779\n 2018-01-29 13:19:16 >>> 220 mail.spartanj.org ESMTP (7c03e2ccb4d45966c4017929dacdfa85)\n 2018-01-29 13:19:16 <<< EHLO mta1.us1.rpost.net\n

Receipt: Notary Protest see attached

2/12/18, 1:02 PM

---

2018-01-29 13:19:16 >>> 250-mail.spartanj.org Hello mta1.us1.rpost.net [35.165.192.106], pleased to meet you\n 2018-01-29 13:19:16 >>> 250-SIZE 100000000\n 2018-01-29 13:19:16 >>> 250-PIPELINING\n 2018-01-29 13:19:16 >>> 250-8BITMIME\n 2018-01-29 13:19:16 >>> 250 HELP\n 2018-01-29 13:19:16 <<< MAIL FROM: <rcpt10E1E6ED96CB2F27771CCD3C1BC2273B38953373-1@rpost.net> BODY=7BIT\n 2018-01-29 13:19:16 <<< RCPT TO: <Gilbert.Gibbs@spartanj.org>\n 2018-01-29 13:19:16 <<< DATA\n 2018-01-29 13:19:17 >>> 250 Sender <rcpt10E1E6ED96CB2F27771CCD3C1BC2273B38953373-1@rpost.net> OK\n 2018-01-29 13:19:17 >>> 250 Recipient <Gilbert.Gibbs@spartanj.org> OK\n 2018-01-29 13:19:17 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2018-01-29 13:19:24 <<< .\n 2018-01-29 13:19:26 >>> 250 Ok: queued as E5232821D82\n 2018-01-29 13:19:26 <<< QUIT\n 2018-01-29 13:19:26 >>> 221 mail.spartanj.org Goodbye mta1.us1.rpost.net, closing connection\n 2018-01-29 13:19:26 closed mail.spartanj.org (209.123.20.214) in=478 out=1195570\n 2018-01-29 13:19:26 done spartanj.org/mta1

---

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RMail does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified with RMail. Keep this email and its attachment in place for your records. General terms and conditions are available at the RPost **Legal Notice** web page.

For more information about RMail® services, visit www.rmail.com.

Patented RPost® Technology

RcptVer6.0

•

Gilbert.Gibbs@spartanj.orgDelivered to MailserverRelayed to mailserver mail.spartanj.org
(209.123.20.214)1/29/2018 9:19:26 PM (UTC)1/29/2018 1:19:26
PM(-800)1192241959D62A0A2909825880E2FA32320A90D5C936067<Gilbert.Gibbs@spartanj.org>1/29/2018
9:19:05 PM -480RE 832 998 908 US<MessageSubject>Notary Protest, see attached</MessageSubject>Scott
Lennonscottlwet@aol.comFrom:postmaster@mta1.us1.rpost.net:Hello, this is the mail server on
mta1.us1.rpost.net. I am sending you this message to inform you on the delivery status of a message you
previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery
Status Notification (DSN) report in standard format, as well as the headers of the original message.
<Gilbert.Gibbs@spartanj.org> relayed to mailer mail.spartanj.org (209.123.20.214) 2018-01-29 13:19:16
starting spartanj.org/mta1 2018-01-29 13:19:16 connecting from mta1.us1.rpost.net (10.0.10.17) to
mail.spartanj.org (209.123.20.214) 2018-01-29 13:19:16 connected from 10.0.10.17:47779 2018-01-29 13:19:16
>>> 220 mail.spartanj.org ESMTP (7c03e2ccb4d45966c4017929dacdfa85) 2018-01-29 13:19:16 <<< EHLO
mta1.us1.rpost.net 2018-01-29 13:19:16 >>> 250-mail.spartanj.org Hello mta1.us1.rpost.net [35.165.192.106],
pleased to meet you 2018-01-29 13:19:16 >>> 250-SIZE 100000000 2018-01-29 13:19:16 >>> 250-
PIPELINING 2018-01-29 13:19:16 >>> 250-8BITMIME 2018-01-29 13:19:16 >>> 250 HELP 2018-01-29
13:19:16 <<< MAIL FROM:<rcpt10E1E6ED96CB2F27771CCD3C1BC2273B38953373-1@rpost.net>
BODY=7BIT 2018-01-29 13:19:16 <<< RCPT TO:<Gilbert.Gibbs@spartanj.org> 2018-01-29 13:19:16 <<<
DATA 2018-01-29 13:19:17 >>> 250 Sender <rcpt10E1E6ED96CB2F27771CCD3C1BC2273B38953373-
1@rpost.net> OK 2018-01-29 13:19:17 >>> 250 Recipient <Gilbert.Gibbs@spartanj.org> OK 2018-01-29
13:19:17 >>> 354 Start mail input; end with <CRLF>.<CRLF> 2018-01-29 13:19:24 <<< . 2018-01-29
13:19:26 >>> 250 Ok: queued as E5232821D82 2018-01-29 13:19:26 <<< QUIT 2018-01-29 13:19:26 >>> 221
mail.spartanj.org Goodbye mta1.us1.rpost.net, closing connection 2018-01-29 13:19:26 closed mail.spartanj.org
(209.123.20.214) in=478 out=1195570 2018-01-29 13:19:26 done
spartanj.org/mta1Sparta_1st_Final_Notice_Fault.pdf868592

**REGISTERED MAIL**

RE 832 998 908 US

Label 200, August 2005                      PSN 7690-03-000-9311

RE 832 998 908 US

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of OWEN-THOMAS (SCOTT): LENNON, CREDITOR, SECURED PARTY

FILE # OTL01162018                                           Registered Mail #RE 832 998 899 US

## AFFIDAVIT OF SERVICE

### NOTICE OF FAULT – OPPURTUNITY TO CURE

State of New Jersey        )
                           )   ss.
County of Morris           )

I am over 18 years of age and not a party to the within action. My business address is:

Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong, [07849] New Jersey

On this the _____ day of January, 2018, I served the following by Registered Mail:

1. Ten (10) copies of Original NOTICE OF FAULT – OPPURTUNITY TO CURE, File # OTL01162018, subscribed by Owen-Thomas (Scott): Lennon, Agent.

2. One copy of this Affidavit of Service for each copy of "NOTICE OF FAULT – OPPURTUNITY TO CURE" in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:       JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 832 998 899 US
                1033 WELDON ROAD
                LAKE HOPATCONG, NEW JERSEY 07849

In care of:     RUSSEL FELTER              dba as MAYOR
                JAMES LEACH                BUISSNESS ADMINISTRATOR
                WILLIAM CRAIG              CHIEF OF POLICE
                JAMES LASALA               ACTING PROSECUTOR ESQUIRE
                HONORABLE PETER FICO       ACTING JUDGE
                ANDREW DIAMOND             SPECIAL OFFICER

                TOWNSHIP OF RANDOLPH Et al,    Registered mail   RE 832 998 885 US
                502 Milbrook ave
                Randolph, NJ 07869

In care of:     MARK FORSTENHAUSLER        dba as MAYOR
                DAVID N. STOKOE            CHIEF OF POLICE
                JERRY GOMEZ                POLICE OFFICER
                STEPHAN MOUNTAIN           TOWNSHIP MANAGER
                IRA A. COHEN               ACTING JUDGE
                MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

                SPARTA TOWNSHIP Et al,        Registered mail   RE 832 998 908 US
                65 Main Street
                Sparta Township, NJ 07871

In care of:     GILBERS A. GIBBS          dba as MAYOR
                WILLIAM CLOSE             TOWNSHIP MANAGER
                NEIL SPIDALETTO           CHIEF OF POLICE

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of OWEN-THOMAS (SCOTT): LENNON, CREDITOR, SECURED PARTY

FILE # OTL01162018                                Registered Mail #RE 832 998 899 US


FRANK SCHOMP             SARGENT
STEVEN GUIDO             POLICE OFFICER
JOHN P. MULHERN          ACTING JUDGE
JONATHAN MCQUEEN         ACTING PROSECUTOR ESQUIRE


Libellee is additionally subject to postal statutes and the jurisdiction of the Universal Postal Union.


'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this ___29___ th day of January, 2018 ".

_Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)_


**DANIEL R. THOMAS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 6/17/2021**

**From:** Receipt <receipt@rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Receipt: Notary Protest
**Date:** Mon, Jan 29, 2018 5:24 pm
**Attachments:** DeliveryReceipt.xml (9K), HtmlReceipt.htm (76K)



# REGISTERED RECEIPT
EVIDENCE OF DELIVERY, CONTENT & TIME

R·Mail

**This receipt contains verifiable proof of your RMail transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'**

## Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| rfelter@jeffersontownship.net | Delivered and Opened | MUA+HTTP-IP:70.192.71.185 | 1/29/2018 9:02:49 PM (UTC) | 1/29/2018 1:02:49 PM(-800) | 1/29/2018 2:02:32 PM(-800) |

*UTC represents Coordinated Universal Time.

## Message Envelope

| | |
|---|---|
| **From:** | Scott Lennon <scottlwet@aol.com> |
| **Subject:** | Notary Protest |
| **To:** | <rfelter@jeffersontownship.net> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <7F5D02DBB50879A6C805D2B9DCA196A5D399CD1A@rmail1.la1.rpost.n |
| **Received:** | 1/29/2018 9:02:32 PM(UTC) -480 |
| **Client Code:** | |

## Message Statistics

| | |
|---|---|
| **Message ID:** | F9A4A4BD662FE1A826B1EBE07AC2EA74277A13B9 |
| **Message Size:** | 1145 |
| **Additional Notes:** | |

## Delivery Audit Trail

From:postmaster@mta1.us1.rpost.net:Hello, this is the mail server on mta1.us1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer jeffersontownship.net.snwlhosted.com (173.240.210.186)

From:opendetection@rpost.net:From:postmaster@mta1.us1.rpost.net:Hello, this is the mail server on mta1.us1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer jeffersontownship.net.snwlhosted.com (173.240.210.186) **Opened from IP 70.192.71.185** \n ---- Connection: keep-alive Content-Length: 0 Accept: image/webp,image/apng,image/*,*/*;q=0.8 Accept-Encoding: gzip, deflate Accept-Language: en-US Host: open.rpost.net User-Agent: Mozilla/5.0 (Linux; Android 7.0; SM-G930V Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/62.0.3202.84 Mobile Safari/537.36 X-

Requested-With: com.samsung.android.email.provider /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1 1off\n
3/LM/W3SVC/3\n 10.0.10.122/rpost.aspxE:\Open
Detection\rpost.aspx404;http://open.rpost.net:80/F9A4A4BD662FE1A826B1EBE07AC2EA74277A13B9-
1_3D1288C466C0DBAC1A2B5D65036B4DD486A62F0F/rpost.gif\n 70.192.71 18570.192 71 1851866GET\n
/rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxkeep-alive\n
0image/webp,image/apng,image/*,*/*;q=0.8gzip, deflateen-US\n open.rpost.netMozilla/5.0 (Linux; Android 7.0; SM-G930V
Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/62.0.3202.84 Mobile
Safari/537.36com.samsung.android.email.provider

From:"Russ Felter" :From:opendetection@rpost.net:From:postmaster@mta1.us1.rpost.net:Hello, this is the mail server on
mta1.us1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent.
Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in
standard format, as well as the headers of the original message. relayed to mailer jeffersontownship.net.snwlhosted.com
(173.240.210.186) **Opened from IP 70.192.71.185** \n ---- Connection: keep-alive Content-Length: 0 Accept:
image/webp,image/apng,image/*,*/*;q=0.8 Accept-Encoding: gzip, deflate Accept-Language: en-US Host: open.rpost.net User-
Agent: Mozilla/5.0 (Linux; Android 7.0; SM-G930V Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0
Chrome/62.0.3202.84 Mobile Safari/537.36 X-Requested-With: com.samsung.android.email.provider
/LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 10.0.10.122/rpost.aspxE:\Open
Detection\rpost.aspx404;http://open.rpost.net:80/F9A4A4BD662FE1A826B1EBE07AC2EA74277A13B9-
1_3D1288C466C0DBAC1A2B5D65036B4DD486A62F0F/rpost.gif\n 70.192.71.18570.192 71 1851866GET\n
/rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxkeep-alive\n
0image/webp,image/apng,image/*,*/*;q=0.8gzip, deflateen-US\n open.rpost.netMozilla/5.0 (Linux; Android 7.0; SM-G930V
Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/62.0.3202.84 Mobile
Safari/537.36com.samsung.android.email.provider Your message To: Russ Felter Subject: Registered: Notary Protest Sent
Monday, January 29, 2018 4:01:52 PM (UTC-05:00) Eastern Time (US & Canada) was read on Monday, January 29, 2018
5:02:23 PM (UTC-05:00) Eastern Time (US & Canada).

2018-01-29 13:02:49 starting rpost.net/mta1\n 2018-01-29 13:02:49 connecting from mta1.us1.rpost.net (10.0.10.17) to
trans1.us1.rpost.net (10.0.10.182)\n 2018-01-29 13:02:49 connected from 10.0.10.17:56946\n 2018-01-29 13:02:49 >>> 220
trans1.us1.rpost.net Microsoft ESMTP MAIL Service, Version: 6.0.3790.4675 ready at Mon, 29 Jan 2018 13:02:49 -0800 \n
2018-01-29 13:02:49 <<< EHLO mta1.us1.rpost.net\n 2018-01-29 13:02:49 >>> 250-trans1.us1.rpost.net Hello [10.0.10.17]\n
2018-01-29 13:02:49 >>> 250-TURN\n 2018-01-29 13:02:49 >>> 250-SIZE\n 2018-01-29 13:02:49 >>> 250-ETRN\n 2018-01-
29 13:02:49 >>> 250-PIPELINING\n 2018-01-29 13:02:49 >>> 250-DSN\n 2018-01-29 13:02:49 >>> 250-
ENHANCEDSTATUSCODES\n 2018-01-29 13:02:49 >>> 250-8bitmime\n 2018-01-29 13:02:49 >>> 250-BINARYMIME\n
2018-01-29 13:02:49 >>> 250-CHUNKING\n 2018-01-29 13:02:49 >>> 250-VRFY\n 2018-01-29 13:02:49 >>> 250 OK\n 2018-
01-29 13:02:49 <<< MAIL FROM:<> BODY=7BIT\n 2018-01-29 13:02:49 <<< RCPT TO:
<rcptF9A4A4BD662FE1A826B1EBE07AC2EA74277A13B9-1@rpost.net>\n 2018-01-29 13:02:49 <<< DATA\n 2018-01-29
13:02:49 >>> 250 2.1.0 <>....Sender OK\n 2018-01-29 13:02:49 >>> 250 2.1.5
rcptF9A4A4BD662FE1A826B1EBE07AC2EA74277A13B9-1@rpost.net \n 2018-01-29 13:02:49 >>> 354 Start mail input; end
with <CRLF>.<CRLF>\n 2018-01-29 13:02:49 <<< .\n 2018-01-29 13:02:49 >>> 250 2.6.0
<TRANS11QLtgiaSARiuw00008d0a@trans1.us1.rpost.net> Queued mail for delivery\n 2018-01-29 13:02:49 <<< QUIT\n 2018-
01-29 13:02:49 >>> 221 2.0.0 trans1.us1.rpost.net Service closing transmission channel\n 2018-01-29 13:02:49 closed
trans1.us1.rpost.net (10.0.10.182) in=607 out=2841\n 2018-01-29 13:02:49 done rpost.net/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RMail does not retain a copy of your email or this receipt and you should not rely on the information above until
the receipt is verified with RMail. Keep this email and its attachment in place for your records. General terms and conditions are
available at the RPost **Legal Notice** web page.

For more information about RMail® services, visit www.rmail.com.                          Patented RPost® Technology

RcptVer6.0

rfelter@jeffersontownship.netDelivered and OpenedMUA+HTTP-IP:70.192.71.1851/29/2018 9:02:49 PM (UTC)1/29/2018 1:02:49 PM(-800)1/29/2018 2:02:32 PM(-800)1145B36A276C6E48AB4DFAD7FB19CEAFE622E9A09ED6<rfelter@jeffersontownship.net>1/29/2018 9:02:32 PM -480<MessageSubject>Notary Protest</MessageSubject>Scott Lennonscottlwet@aol.comFrom:postmaster@mta1.us1.rpost.net:Hello, this is the mail server on mta1.us1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <rfelter@jeffersontownship.net> relayed to mailer jeffersontownship.net.snwlhosted.com (173.240.210.186) From:opendetection@rpost.net:From:postmaster@mta1.us1.rpost.net:Hello, this is the mail server on mta1.us1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <rfelter@jeffersontownship.net> relayed to mailer jeffersontownship.net.snwlhosted.com (173.240.210.186) <b>Opened from IP 70.192.71.185 </b><br>---- Connection: keep-alive Content-Length: 0 Accept: image/webp,image/apng,image/*,*/*;q=0.8 Accept-Encoding: gzip, deflate Accept-Language: en-US Host: open.rpost.net User-Agent: Mozilla/5.0 (Linux; Android 7.0; SM-G930V Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/62.0.3202.84 Mobile Safari/537.36 X-Requested-With: com.samsung.android.email.provider /LM/W3SVC/3/ROOTE:\Open Detection\<br><br><br>
<br>0<br>CGI/1.1off<br>3/LM/W3SVC/3<br>10.0.10.122/rpost.aspxE:\Open
Detection\rpost.aspx404;http://open.rpost.net:80/F9A4A4BD662FE1A826B1EBE07AC2EA74277A13B9-
1_3D1288C466C0DBAC1A2B5D65036B4DD486A62F0F/rpost.gif<br>70.192.71.18570.192.71.1851866GET<br>/rpost.aspxopen.rpost.net800<br>HTTP/1.1Microsoft-IIS/7.5/rpost.aspxkeep-alive<br>0image/webp,image/apng,image/*,*/*;q=0.8gzip, deflateen-US<br>open.rpost.netMozilla/5.0 (Linux; Android 7.0; SM-G930V Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/62.0.3202.84 Mobile Safari/537.36com.samsung.android.email.provider From:"Russ Felter" <RFelter@jeffersontownship.net>:From:opendetection@rpost.net:From:postmaster@mta1.us1.rpost.net:Hello, this is the mail server on mta1.us1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <rfelter@jeffersontownship.net> relayed to mailer jeffersontownship.net.snwlhosted.com (173.240.210.186) <b>Opened from IP 70.192.71.185 </b>\n ---- Connection: keep-alive Content-Length: 0 Accept: image/webp,image/apng,image/*,*/*;q=0.8 Accept-Encoding: gzip, deflate Accept-Language: en-US Host: open.rpost.net User-Agent: Mozilla/5.0 (Linux; Android 7.0; SM-G930V Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/62.0.3202.84 Mobile Safari/537.36 X-Requested-With: com.samsung.android.email.provider /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 10.0.10.122/rpost.aspxE:\Open Detection\rpost aspx404;http://open.rpost.net:80/F9A4A4BD662FE1A826B1EBE07AC2EA74277A13B9-
1_3D1288C466C0DBAC1A2B5D65036B4DD486A62F0F/rpost.gif\n 70.192.71.18570.192.71.1851866GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxkeep-alive\n 0image/webp,image/apng,image/*,*/*;q=0.8gzip, deflateen-US\n open.rpost.netMozilla/5.0 (Linux; Android 7.0; SM-G930V Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/62.0.3202.84 Mobile Safari/537.36com.samsung.android.email.provider Your message To: Russ Felter Subject: Registered: Notary Protest Sent: Monday, January 29, 2018 4:01:52 PM (UTC-05:00) Eastern Time (US & Canada) was read on Monday, January 29, 2018 5:02:23 PM (UTC-05:00) Eastern Time (US & Canada). 2018-01-29 13:02:49 starting rpost.net/mta1 2018-01-29 13:02:49 connecting from mta1.us1.rpost.net (10.0.10.17) to trans1.us1.rpost.net (10.0.10.182) 2018-01-29 13:02:49 connected from 10.0.10.17:56946 2018-01-29 13:02:49 >>> 220 trans1.us1.rpost.net Microsoft ESMTP MAIL Service, Version: 6.0.3790.4675 ready at Mon, 29 Jan 2018 13:02:49 -0800 2018-01-29 13:02:49 <<< EHLO mta1.us1.rpost.net 2018-01-29 13:02:49 >>> 250-trans1.us1.rpost.net Hello [10.0.10.17] 2018-01-29 13:02:49 >>> 250-TURN 2018-01-29 13:02:49 >>> 250-SIZE 2018-01-29 13:02:49 >>> 250-ETRN 2018-01-29 13:02:49 >>> 250-PIPELINING 2018-01-29 13:02:49 >>> 250-DSN 2018-01-29 13:02:49 >>> 250-ENHANCEDSTATUSCODES 2018-01-29 13:02:49 >>> 250-8bitmime 2018-01-29 13:02:49 >>> 250-BINARYMIME 2018-01-29 13:02:49 >>> 250-CHUNKING 2018-01-29 13:02:49 >>> 250-VRFY 2018-01-29 13:02:49 >>> 250 OK 2018-01-29 13:02:49 <<< MAIL FROM:<> BODY=7BIT 2018-01-29 13:02:49 <<< RCPT TO: <rcptF9A4A4BD662FE1A826B1EBE07AC2EA74277A13B9-1@rpost.net> 2018-01-29 13:02:49 <<< DATA 2018-01-29 13:02:49 >>> 250 2.1.0 <>....Sender OK 2018-01-29 13:02:49 >>> 250 2.1.5 rcptF9A4A4BD662FE1A826B1EBE07AC2EA74277A13B9-1@rpost.net 2018-01-29 13:02:49 >>> 354 Start mail input; end with <CRLF>.<CRLF> 2018-01-29 13:02:49 <<< .2018-01-29 13:02:49 >>> 250 2.6.0 <TRANS11QLtgiaSARiuw00008d0a@trans1.us1.rpost.net> Queued mail for delivery 2018-01-29 13:02:49 <<< QUIT 2018-01-29 13:02:49 >>> 221 2.0.0 trans1.us1.rpost.net Service closing transmission channel 2018-01-29 13:02:49 closed trans1.us1.rpost.net (10.0.10.182) in=607 out=2841 2018-01-29 13:02:49 done rpost.net/mta1

**From:** Receipt <receipt@rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Delivered and Opened:Notary Protest see attached
**Date:** Mon, Jan 29, 2018 6:47 pm
**Attachments:** HtmlReceipt.htm (18K)



# OPEN RECEIPT
CERTIFIED RECORD OF OPENING

R·Mail

The following message has been delivered and opened for reading:

| | |
|---|---|
| **Message Subject:** | Notary Protest see attached |
| **To:** | <rfelter@jeffersontownship.net> |
| **Time Sent:** | 1/29/2018 9:11:53 PM (UTC) |
| **Time Opened:** | 1/29/2018 11:47:49 PM (UTC) |
| **Message ID:** | 9225757165E19D486AF288DF6EBC9E47DD9AA790-1 |
| **Network ID:** | <37348983AA8F2E9622283D90D331C3F461899E4C@rmail1.la1.rpost.n |
| **Client Code:** | RE 832 998 899 US |

**Report:**

Your message To: Russ Felter Subject: Registered: Notary Protest, see attached Sent: Monday, January 29, 2018 4:10:59 PM (UTC-05:00) Eastern Time (US & Canada) was read on Monday, January 29, 2018 6:47:17 PM (UTC-05:00) Eastern Time (US & Canada).

To authenticate this receipt, forward a copy with all its attachments to '**verify@rpost.net**'

For more information about RMail® services, visit www.rmail.com.                     Patented RPost® Technology

RcptVer6.0

rfelter@jeffersontownship.netDelivered to MailserverRelayed to mailserver jeffersontownship.net.snwlhosted.com (173.240.210.186)1/29/2018 9:12:09 PM (UTC)1/29/2018 1:12:09
PM(-800)165882328CB12AB4A93B48129B37B9C865D68D5001100B9<rfelter@jeffersontownship.net>1/29/2018 9:11:53 PM -480RE 832 998 899 US<MessageSubject>Notary Protest, see attached</MessageSubject>Scott Lennonscottlwet@aol.comFrom:postmaster@mta1.us1.rpost.net:Hello, this is the mail server on mta1.us1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <rfelter@jeffersontownship.net> relayed to mailer jeffersontownship.net.snwlhosted.com (173.240.210.186) 2018-01-29 13:12:09 starting rpost.net/mta1 2018-01-29 13:12:09 connecting from mta1.us1.rpost.net (10.0.10.17) to trans2.us1.rpost.net (10.0.10.253) 2018-01-29 13:12:09 connected from 10.0.10.17:42732 2018-01-29 13:12:09 >>> 220 trans1.us1.rpost.net Microsoft ESMTP Mail Service, Version: 6.0.3790.4675 ready at Mon, 29 Jan 2018 13:12:09 -0800  2018-01-29 13:12:09 <<< EHLO mta1.us1.rpost.net 2018-01-29 13:12:09 >>> 250-trans1.us1.rpost.net Hello [10.0.10.17] 2018-01-29 13:12:09 >>> 250-TURN 2018-01-29 13:12:09 >>> 250-SIZE 2018-01-29 13:12:09 >>> 250-ETRN 2018-01-29 13:12:09 >>> 250-PIPELINING 2018-01-29 13:12:09 >>> 250-DSN 2018-01-29 13:12:09 >>> 250-ENHANCEDSTATUSCODES 2018-01-29 13:12:09 >>> 250-8bitmime 2018-01-29 13:12:09 >>> 250-BINARYMIME 2018-01-29 13:12:09 >>> 250-CHUNKING 2018-01-29 13:12:09 >>> 250-VRFY 2018-01-29 13:12:09 >>> 250 OK 2018-01-29 13:12:09 <<< MAIL FROM:<> BODY=7BIT 2018-01-29 13:12:09 <<< RCPT TO:<rcpt9225757165E19D486AF288DF6EBC9E47DD9AA790-1@rpost.net> 2018-01-29 13:12:09 <<< DATA 2018-01-29 13:12:09 >>> 250 2.1.0 <>....Sender OK 2018-01-29 13:12:09 >>> 250 2.1.5 rcpt9225757165E19D486AF288DF6EBC9E47DD9AA790-1@rpost.net  2018-01-29 13:12:09 >>> 354 Start mail input; end with <CRLF>.<CRLF> 2018-01-29 13:12:09 <<< . 2018-01-29 13:12:09 >>> 250 2.6.0 <TRANS2KtpeACbzCWfbB00005062@trans1.us1.rpost.net> Queued mail for delivery 2018-01-29 13:12:09 <<< QUIT 2018-01-29 13:12:09 >>> 221 2.0.0 trans1.us1.rpost.net Service closing transmission channel 2018-01-29 13:12:09 closed trans2.us1.rpost.net (10.0.10.253) in=607 out=2901 2018-01-29 13:12:09 done rpost.net/mta1Jefferson_1st_Final_Notice_Fault.pdf.pdf1209081

**UNITED STATES POSTAL SERVICE**
**REGISTERED MAIL™**

RE 832 998 899 US

Label 200, August 2005                    PSN 7690-03-000-9311

RE 832 998 899 US

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                                     Registered Mail #RE 246 243 998 US

## AFFIDAVIT OF SERVICE

### NOTICE OF DEFAULT

State of New Jersey          )
                             )  ss.
County of Morris             )

I am over 18 years of age and not a party to the within action. My business address is:

Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong. [07849] New Jersey

On this the 5th day of February, 2018, I served the following by Registered Mail:

1. One (1) copies of Original NOTICE OF DEFAULT, File # OTL01162018, subscribed by Owen-Thomas
(Scott):Lennon, Agent.

2. One copy of this Affidavit of Service for each copy of NOTICE OF DEFAULT in a sealed envelope with
postage pre-paid, properly addressed to:

| | |
|---|---|
| Libellant: | Owen-Thomas (Scott): Lennon, Creditor Secured Party,<br>C/o 2 West Emerald Isle Drive, Acceptor<br>Lake Hopatcong [07849] New Jersey |
| Libellee: | JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 242 998 US<br>1033 WELDON ROAD<br>LAKE HOPATCONG, NEW JERSEY 07849 |

| In care of: | | |
|---|---|---|
| | RUSSEL FELTER | dba as MAYOR |
| | JAMES LEACH | BUISSNESS ADMINISTRATOR |
| | WILLIAM CRAIG | CHIEF OF POLICE |
| | JAMES LASALA | ACTING PROSECUTOR ESQUIRE |
| | HONORABLE PETER FICO | ACTING JUDGE |
| | ANDREW DIAMOND | SPECIAL OFFICER |

TOWNSHIP OF RANDOLPH Et al,      Registered mail    RE 246 243 018 US
502 Milbrook ave
Randolph, NJ 07869

| In care of: | | |
|---|---|---|
| | MARK FORSTENHAUSLER | dba as MAYOR |
| | DAVID N. STOKOE | CHIEF OF POLICE |
| | JERRY GOMEZ | POLICE OFFICER |
| | STEPHAN MOUNTAIN | TOWNSHIP MANAGER |
| | IRA A. COHEN | ACTING JUDGE |
| | MICHAEL CRESETELLO | ACTING PROSECUTER ESQUIRE |

SPARTA TOWNSHIP Et al,          Registered mail    RE 246 243 004 US
65 Main Street
Sparta Township, NJ 07871

| In care of: | | |
|---|---|---|
| | GILBERS A. GIBBS | dba as MAYOR |
| | WILLIAM CLOSE | TOWNSHIP MANAGER |
| | NEIL SPIDALETTO | CHIEF OF POLICE |

NOTICE OF DEFAULT - Affidavit of Service
Page 1 of 2

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY**

FILE # OTL01162018                                          Registered Mail #RE 246 243 998 US

FRANK SCHOMP            SARGENT
STEVEN GUIDO            POLICE OFFICER
JOHN P. MULHERN         ACTING JUDGE
JONATHAN MCQUEEN        ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union.:

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and
correct. Executed on this 5th day of February, 2018 ".

Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)

**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/17/2021**

**From:** RPost <acknowledge@rpost.net>
**To:** Scott Lennon <scottlwet@aol.com>
**Subject:** Ack: Final Notice Default
**Date:** Wed, Feb 7, 2018 9:38 am

## Acknowledgement: Your message has been sent

RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.

This message certifies that:

| | |
|---|---|
| **Your message (subject):** | Final Notice Default |
| **To:** | rfelter@jeffersontownship.net |
| **Cc:** | |
| **Was received by the registration service at:** | 2/7/2018 2:38:07 PM (UTC)*<br>2/7/2018 6:38:07 AM (Local) |
| **Message ID:** | 0D0C1495AF74317846F23E4AFBDD7C658239B874 |
| **Network ID:** | <81CDD0613BDFF91557601E6DB635681DFB6FA747@rmail1.la1.rpost.n |
| **Client Code:** | RE246243998US |

\* UTC represents Coordinated Universal Time.

**Note:** Bcc addresses will be included in your Registered Receipt email. Messages will have been only transmitted to recipient addresses indicated in the Registered Receipt email.

For more information about RMail® services, visit www.rmail.com.    Patented RPost® Technology

UNITED STATES POSTAL SERVICE
**REGISTERED MAIL**™

RE 246 242 998 US

Label 200, August 2005                    PSN 7690-03-000-9311

RE 246 242 998 US

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                                    Registered Mail #RE 246 243 018 US

## AFFIDAVIT OF SERVICE

### NOTICE OF DEFAULT

State of New Jersey          )
                             )  ss.
County of Morris             )

I am over 18 years of age and not a party to the within action.  My business address is:

Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong, [07849] New Jersey

On this the 5th day of February, 2018, I served the following by Registered Mail:

1. One (1) copies of Original NOTICE OF DEFAULT, File # OTL01162018, subscribed by Owen-Thomas (Scott):Lennon, Agent.

2. One copy of this Affidavit of Service for each copy of NOTICE OF DEFAULT in a sealed envelope with postage pre-paid, properly addressed to:

Libellant:        Owen-Thomas (Scott): Lennon, Creditor Secured Party,
                  C/o 2 West Emerald Isle Drive, Acceptor
                  Lake Hopatcong [07849] New Jersey

Libellee:         JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 242 998 US
                  1033 WELDON ROAD
                  LAKE HOPATCONG, NEW JERSEY 07849

In care of:       RUSSEL FELTER            dba as MAYOR
                  JAMES LEACH              BUISSNESS ADMINISTRATOR
                  WILLIAM CRAIG            CHIEF OF POLICE
                  JAMES LASALA             ACTING PROSECUTOR ESQUIRE
                  HONORABLE PETER FICO     ACTING JUDGE
                  ANDREW DIAMOND           SPECIAL OFFICER

                  TOWNSHIP OF RANDOLPH Et al,    Registered mail    RE 246 243 018 US
                  502 Milbrook ave
                  Randolph, NJ 07869

In care of:       MARK FORSTENHAUSLER      dba as MAYOR
                  DAVID N. STOKOE          CHIEF OF POLICE
                  JERRY GOMEZ              POLICE OFFICER
                  STEPHAN MOUNTAIN         TOWNSHIP MANAGER
                  IRA A. COHEN             ACTING JUDGE
                  MICHAEL CRESETELLO       ACTING PROSECUTER ESQUIRE

                  SPARTA TOWNSHIP Et al,        Registered mail    RE 246 243 004 US
                  65 Main Street
                  Sparta Township, NJ 07871

In care of:       GILBERS A. GIBBS         dba as MAYOR
                  WILLIAM CLOSE            TOWNSHIP MANAGER
                  NEIL SPIDALETTO          CHIEF OF POLICE

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY**

FILE # OTL01162018                                    Registered Mail #RE 246 243 018 US

FRANK SCHOMP              SARGENT
STEVEN GUIDO             POLICE OFFICER
JOHN P. MULHERN          ACTING JUDGE
JONATHAN MCQUEEN         ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union..

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and
correct. Executed on this 5th day of February, 2018 ".

Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)

**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/17/2022**

**From:** RPost <acknowledge@rpost.net>
  **To:** Scott Lennon <scottlwet@aol.com>
**Subject:** Ack: Final Notice of Default
  **Date:** Wed, Feb 7, 2018 9:52 am

## Acknowledgement: Your message has been sent

RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.

This message certifies that:

| | |
|---|---|
| **Your message (subject):** | Final Notice of Default |
| **To:** | mforstenhausler@randolphnj.org |
| **Cc:** | |
| **Was received by the registration service at:** | 2/7/2018 2:52:03 PM (UTC)*<br>2/7/2018 6:52:03 AM (Local) |
| **Message ID:** | 0EF549EEEB8C0B05E3DA7E34966EC2D4DE9C802C |
| **Network ID:** | <7684F7A014B91AABF2A6A9AC4A15B134A4EDDCED@rmail1.la1.rpost.n |
| **Client Code:** | RE246243018US |

* UTC represents Coordinated Universal Time.

**Note:** Bcc addresses will be included in your Registered Receipt email. Messages will have been only transmitted to recipient addresses indicated in the Registered Receipt email.

For more information about RMail® services, visit www.rmail.com.                    Patented RPost® Technology



RE 246 243 018 US

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY**

FILE # OTL01162018                                                          Registered Mail #RE 246 243 004 US

## AFFIDAVIT OF SERVICE

### NOTICE OF DEFAULT

State of New Jersey        )
                           )   ss.
County of Morris           )

I am over 18 years of age and not a party to the within action. My business address is:

Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong, [07849] New Jersey

On this the 5th day of February, 2018, I served the following by Registered Mail:

1. One (1) copies of Original NOTICE OF DEFAULT, File # OTL01162018, subscribed by Owen-Thomas (Scott):Lennon, Agent.

2. One copy of this Affidavit of Service for each copy of NOTICE OF DEFAULT in a sealed envelope with postage pre-paid, properly addressed to:

Libellant:        Owen-Thomas (Scott): Lennon, Creditor Secured Party,
                  C/o 2 West Emerald Isle Drive, Acceptor
                  Lake Hopatcong [07849] New Jersey

Libellee:         JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 242 998 US
                  1033 WELDON ROAD
                  LAKE HOPATCONG, NEW JERSEY 07849

In care of:       RUSSEL FELTER                 dba as MAYOR
                  JAMES LEACH                   BUISSNESS ADMINISTRATOR
                  WILLIAM CRAIG                 CHIEF OF POLICE
                  JAMES LASALA                  ACTING PROSECUTOR ESQUIRE
                  HONORABLE PETER FICO          ACTING JUDGE
                  ANDREW DIAMOND                SPECIAL OFFICER

                  TOWNSHIP OF RANDOLPH Et al,   Registered mail   RE 246 243 018 US
                  502 Milbrook ave
                  Randolph, NJ 07869

In care of:       MARK FORSTENHAUSLER          dba as MAYOR
                  DAVID N. STOKOE               CHIEF OF POLICE
                  JERRY GOMEZ                   POLICE OFFICER
                  STEPHAN MOUNTAIN              TOWNSHIP MANAGER
                  IRA A. COHEN                  ACTING JUDGE
                  MICHAEL CRESETELLO            ACTING PROSECUTER ESQUIRE

                  SPARTA TOWNSHIP Et al,        Registered mail   RE 246 243 004 US
                  65 Main Street
                  Sparta Township, NJ 07871

In care of:       GILBERS A. GIBBS             dba as MAYOR
                  WILLIAM CLOSE                TOWNSHIP MANAGER
                  NEIL SPIDALETTO              CHIEF OF POLICE

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018

Registered Mail #RE 246 243 004 US


FRANK SCHOMP          SARGENT
STEVEN GUIDO          POLICE OFFICER
JOHN P. MULHERN       ACTING JUDGE
JONATHAN MCQUEEN      ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union.;


'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and
correct. Executed on this 5th day of February, 2018 ".


_____
Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)


**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/17/202·**

**From:** RPost <acknowledge@rpost.net>
    **To:** Scott Lennon <scottlwet@aol.com>
**Subject:** Ack: Final Notice of Default
    **Date:** Wed, Feb 7, 2018 10:02 am

## Acknowledgement: Your message has been sent

RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.

This message certifies that:

| | |
|---|---|
| **Your message (subject):** | Final Notice of Default |
| **To:** | Gilbert.Gibbs@spartanj.org |
| **Cc:** | |
| **Was received by the registration service at:** | 2/7/2018 3:01:56 PM (UTC)*<br>2/7/2018 7:01:56 AM (Local) |
| **Message ID:** | 7AFFA84A91531868346814DE85F1904994AA7FB1 |
| **Network ID:** | <8B3D146614F61C9BF2B201E168F829616383C2ED@rmail1.la1.rpost.n |
| **Client Code:** | RE246243004US |

* UTC represents Coordinated Universal Time.

**Note:** Bcc addresses will be included in your Registered Receipt email. Messages will have been only transmitted to recipient addresses indicated in the Registered Receipt email.

For more information about RMail® services, visit www.rmail.com.                Patented RPost® Technology



UNITED STATES POSTAL SERVICE
**REGISTERED MAIL**™

RE 246 243 004 US

Label 200, August 2005    PSN 7690-03-000-9311

RE 246 243 004 US

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL011620ยฆ8                                                    Registered Mail #RE 246 243 083 US

## AFFIDAVIT OF SERVICE

### FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

State of New Jersey        )
                           )   ss.
County of Morris           )

I am over 18 years of age and not a party to the within action. My business address is:

Daniel Smith, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong [07849] New Jersey

On this the _____ day of March, 2018, I served the following by Registered Mail:

1. Three (3) copies of Original FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING
OF
THE ESCROW , File # OTL01162018, subscribed by Owen-Thomas (Scott): Lennon, Agent.

2. One copy of this Affidavit of Service for each copy of FIRST NOTICE OF DEMAND AND
SETTLEMENT FOR CLOSING OF THE ESCROW in a sealed envelope with postage pre-paid, properly
addressed to:

Libellee:          JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 243 066 US
                   1033 WELDON ROAD
                   LAKE HOPATCONG, NEW JERSEY 07849

In care of:        RUSSEL FELTER              dba as MAYOR
                   JAMES LEACH                BUISSNESS ADMINISTRATOR
                   WILLIAM CRAIG              CHIEF OF POLICE
                   JAMES LASALA               ACTING PROSECUTOR ESQUIRE
                   HONORABLE PETER FICO       ACTING JUDGE
                   ANDREW DIAMOND             SPECIAL OFFICER

                   TOWNSHIP OF RANDOLPH Et al,    Registered mail    RE 246 243 070 US
                   502 Milbrook ave
                   Randolph, NJ 07869

In care of:        MARK FORSTENHAUSLER        dba as MAYOR
                   DAVID N. STOKOE            CHIEF OF POLICE
                   JERRY GOMEZ                POLICE OFFICER
                   STEPHAN MOUNTAIN           TOWNSHIP MANAGER
                   IRA A. COHEN               ACTING JUDGE
                   MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

                   SPARTA TOWNSHIP Et al,        Registered mail    RE 246 243 083 US
                   65 Main Street
                   Sparta Township, NJ 07871

In care of:        GILBERS A. GIBBS           dba as MAYOR
                   WILLIAM CLOSE              TOWNSHIP MANAGER
                   NEIL SPIDALETTO            CHIEF OF POLICE

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                        Registered Mail #RE 246 243 083 US

FRANK SCHOMP              SARGENT
STEVEN GUIDO             POLICE OFFICER
JOHN P. MULHERN         ACTING JUDGE
JONATHAN MCQUEEN     ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union.:

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true

and correct. Executed on this ___6___ th day of March, 2018 ".

Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)

**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/17/2021**

**From:** Receipt <receipt@rpost.net>

**To:** scottlwet <scottlwet@aol.com>

**Subject:** Receipt: First Notice of Demand and Settlement

**Date:** Sun, Mar 11, 2018 11:17 am

**Attachments:** DeliveryReceipt.xml (6K), HtmlReceipt.htm (957K)



# REGISTERED RECEIPT
## EVIDENCE OF DELIVERY, CONTENT & TIME

R/Mail

### This receipt contains verifiable proof of your RMail transaction.

The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

#### To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| **Address** | **Status** | **Details** | **Delivered** (UTC*) | **Delivered** (local) | **Opened** (local) |
| gilbert.Gibbs@spartanj.org | Delivered and Opened | HTTP-IP:209.123.20.214 | 3/11/2018 3:16:37 PM (UTC) | 3/11/2018 8:16:37 AM(-700) | 3/11/2018 8:16:38 AM(-700) |

*UTC represents Coordinated Universal Time.

| Message Envelope | |
|---|---|
| **From:** | Scott Lennon<scottlwet@aol.com> |
| **Subject:** | First Notice of Demand and Settlement |
| **To:** | <gilbert.Gibbs@spartanj.org> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <9B824205216BB43CBA63ABBEEE434C72FEB414F8@rmail1.la1.rpost.n |
| **Received:** | 3/11/2018 3:16:30 PM(UTC) -420 |
| **Client Code:** | RE246243070US |

| Message Statistics | |
|---|---|
| **Message ID:** | 6E4B929AA2901B37EA9CB4C17468886E2207D1AE |
| **Message Size:** | 661386 |
| **Additional Notes:** | |
| **File Name:** | **File Size (bytes)** |

Randolph_First_Notice_OF_Demand_and_Settlement.pdf.pdf 480143

### Delivery Audit Trail

From:postmaster@mta1.us1.rpost.net:Hello, this is the mail server on mta1.us1 rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message  relayed to mailer mail.spartanj org (209.123 20.214)

From:opendetection@rpost.net:From:postmaster@mta1.us1.rpost.net:Hello, this is the mail server on mta1.us1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients: also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mail.spartanj.org (209.123 20.214) **Opened from IP 209.123.20.214** \n -

--- Connection: TE, close Content-Length: 0 Host. open.rpost.net TE: deflate,gzip;q=0.3 User-Agent: Mozilla/4.0 (compatible; MSIE 8.0; Windows NT 6.1; Trident/4 0) /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 10.0.10.239/rpost.aspxE:\Open

Detection\rpost.aspx404;http://open.rpost.net:80/6E4B929AA2901B37EA9CB4C17468886E2207D1AE-457744992_A6A06654D534BDF2C4CDA19D5610516330C9AE64/rpost.gif\n 209.123.20.214209.123.20.21437456GET\n /rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxTE, close\n 0open.rpost.netdeflate,gzip;q=0.3Mozilla/4.0 (compatible; MSIE 8.0; Windows NT 6.1; Trident/4.0)

2018-03-11 08:16:31 starting spartanj.org/mta1\n 2018-03-11 08:16:31 connecting from mta1.us1.rpost.net (10.0.10 17) to mail.spartanj.org (209.123.20.214)\n 2018-03-11 08:16:31 connected from 10.0.10.17:58051\n 2018-03-11 08:16:31 >>> 220 mail.spartanj.org ESMTP (7c03e2ccb4d45966c4017929dacdfa85)\n 2018-03-11 08:16:31 <<< EHLO mta1 us1 rpost.net\n 2018-03-11 08:16:31 >>> 250-mail.spartanj.org Hello mta1.us1.rpost.net [35.165.192.106], pleased to meet you\n 2018-03-11 08:16:31 >>> 250-SIZE 100000000\n 2018-03-11 08:16:31 >>> 250-PIPELINING\n 2018-03-11 08:16:31 >>> 250-8BITMIME\n 2018-03-11 08:16:31 >>> 250 HELP\n 2018-03-11 08:16:31 <<< MAIL FROM:
<rcpt6E4B929AA2901B37EA9CB4C17468886E2207D1AE-457744992@rpost.net> BODY=7BIT\n 2018-03-11 08:16:31 <<< RCPT TO:<gilbert.Gibbs@spartanj.org>\n 2018-03-11 08:16:31 <<< DATA\n 2018-03-11 08:16:31 >>> 250 Sender <rcpt6E4B929AA2901B37EA9CB4C17468886E2207D1AE-457744992@rpost.net> OK\n 2018-03-11 08:16:31 >>> 250 Recipient <gilbert.Gibbs@spartanj.org> OK\n 2018-03-11 08:16:31 >>> 354 Start mail input; end with <CRLF>.<CRLF>\n 2018-03-11 08:16:36 <<< .\n 2018-03-11 08:16:37 >>> 250 Ok: queued as 44951821F9C\n 2018-03-11 08:16:37 <<< QUIT\n 2018-03-11 08:16:37 >>> 221 mail.spartanj.org Goodbye mta1.us1 rpost.net, closing connection\n 2018-03-11 08 16:37 closed mail.spartanj.org (209 123.20.214) in=486 out=664784\n 2018-03-11 08:16:37 done spartanj org/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RMail does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified with RMail. Keep this email and its attachment in place for your records. General terms and conditions are available at the RPost **Legal Notice** web page.

For more information about RMail® services, visit www.rmail.com.                    Patented RPost® Technology

RcptVer6.0

**From:** RPost Copy <DoNotReply@RPost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** (Sent Registered) First Notice of Demand and Settlement
**Date:** Sun, Mar 11, 2018 11:12 am
**Attachments:** Sparta_First_Notice_OF_Demand_and_Settlement.pdf (643K)

THIS IS A COPY OF THE MESSAGE YOU SENT USING THE RMAIL SERVICE. YOU WILL RECEIVE A REGISTERED RECEIPT EMAIL WITHIN TWO HOURS TO SERVE AS YOUR COMPLETE, VERIFIABLE RECORD OF MESSAGE DELIVERY, CONTENT, AND TIME.

Honorable Mark Forstenhausler.

Please find attached the First Notice Of Demand and Settlement For The Closing Of The Escrow.

For file number OTL01162018 Registered Mail number RE 246 243 083 US.

At the same time I am asking you that some officers have shown up at my residence at different times of days and nights pounding on the door. My Father who is 86 years old and a little hard of hearing and knows a little bit about this is quite upset. This is vexatious and harassment.

This case and these tickets/charges are over with, any more harassment will be noticed to the Adjudent General and we will file charges against any officer continuing these actions. I know you still do not fully understand what has happened but courts are under hidden Military Jurisdiction because these Judges hide facts.

I have already filed a DD2701 as witness to these facts, and suggest you read the last few Presidential Executive orders as it relates to Trafficking Persons, this is what courts are doing, Trafficking Persons into another Jurisdiction.

I respectfully Request you notify your officers to please stand down since this case is settled, and should I be handcuffed (assaulted) and Jailed (kidnapped) over an officer in Jefferson Township, along with Sparta New Jersey writing a tickets he had no rights to issue, as mentioned before my fee will be $100,000.00 per day and they will be charged with a Felony.

Also, your Sargent demanding that the truck be re-titled, registered, and insured in anthers name before it was picked up by another licensed driver is a crime, and this too has been reported to the Adjudent General. Do not be surprised when the Military comes to pick both he and officer Guido for their Felony crimes. It's time to re-educate your police force and recognize Only the Law of Peace applies!

Respectfully Submitted

Owen Thomas (Scott) Lennon

Owen Thomas (Scott) Lennon

UNITED STATES POSTAL SERVICE
**REGISTERED MAIL**™

RE 246 243 083 US

Label 200, August 2005      PSN 7690-03-000-9311

RE 246 243 083 US

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                    Registered Mail #RE 246 243 070 US

## AFFIDAVIT OF SERVICE

### FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

State of New Jersey          )
                             )   ss.
County of Morris             )


I am over 18 years of age and not a party to the within action. My business address is:

Daniel Smith, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong [07849] New Jersey

On this the _____ day of March, 2018, I served the following by Registered Mail:


    1. Three (3) copies of Original FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING
OF
THE ESCROW , File # OTL01162018, subscribed by Owen-Thomas (Scott): Lennon, Agent.

    2. One copy of this Affidavit of Service for each copy of FIRST NOTICE OF DEMAND AND
SETTLEMENT FOR CLOSING OF THE ESCROW in a sealed envelope with postage pre-paid, properly
addressed to:


Libellee:          JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 243 066 US
                   1033 WELDON ROAD
                   LAKE HOPATCONG, NEW JERSEY 07849

In care of:        RUSSEL FELTER              dba as MAYOR
                   JAMES LEACH                BUISSNESS ADMINISTRATOR
                   WILLIAM CRAIG              CHIEF OF POLICE
                   JAMES LASALA               ACTING PROSECUTOR ESQUIRE
                   HONORABLE PETER FICO       ACTING JUDGE
                   ANDREW DIAMOND             SPECIAL OFFICER

                   TOWNSHIP OF RANDOLPH Et al,    Registered mail   RE 246 243 070 US
                   502 Milbrook ave
                   Randolph, NJ 07869

In care of:        MARK FORSTENHAUSLER        dba as MAYOR
                   DAVID N. STOKOE            CHIEF OF POLICE
                   JERRY GOMEZ                POLICE OFFICER
                   STEPHAN MOUNTAIN           TOWNSHIP MANAGER
                   IRA A. COHEN               ACTING JUDGE
                   MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

                   SPARTA TOWNSHIP Et al,         Registered mail   RE 246 243 083 US
                   65 Main Street
                   Sparta Township, NJ 07871

In care of:        GILBERS A. GIBBS          dba as MAYOR
                   WILLIAM CLOSE             TOWNSHIP MANAGER
                   NEIL SPIDALETTO           CHIEF OF POLICE

**FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW** - Affidavit of Service
Page 1 of 2

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                     Registered Mail #RE 246 243 070 US


FRANK SCHOMP          SARGENT
STEVEN GUIDO          POLICE OFFICER
JOHN P. MULHERN       ACTING JUDGE
JONATHAN MCQUEEN      ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union..

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true

and correct. Executed on this  $\underline{6}$  <sup>th</sup> day of March, 2018 ".

Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)


**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/17/2021**

**From:** RPost <acknowledge@rpost.net>
   **To:** Scott Lennon <scottlwet@aol.com>
**Subject:** Ack: First Notice of Demand and Settlement
   **Date:** Sun, Mar 11, 2018 11:12 am

## Acknowledgement: Your message has been sent

RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.

This message certifies that:

| | |
|---|---|
| **Your message (subject):** | First Notice of Demand and Settlement |
| **To:** | mforstenhausler@randolphnj.org |
| **Cc:** | |
| **Was received by the registration service at:** | 3/11/2018 3:12:30 PM (UTC)* <br> 3/11/2018 8:12:30 AM (Local) |
| **Message ID:** | 3237CE1355F7ADE12E5A0F304653756557B3586A |
| **Network ID:** | <9199F52FE22CE783E090AEA63033435C54729A30@rmail1.la1.rpost.n |
| **Client Code:** | RE246 243 0083US |

* UTC represents Coordinated Universal Time.

**Note:** Bcc addresses will be included in your Registered Receipt email. Messages will have been only transmitted to recipient addresses indicated in the Registered Receipt email.

For more information about RMail® services, visit www.rmail.com.                    Patented RPost® Technology

**From:** RPost Copy <DoNotReply@RPost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** (Sent Registered) First Notice of Demand and Settlement
**Date:** Sun, Mar 11, 2018 11:16 am
**Attachments:** Randolph_First_Notice_OF_Demand_and_Settlement.pdf.pdf (643K)

THIS IS A COPY OF THE MESSAGE YOU SENT USING THE RMAIL SERVICE. YOU WILL RECEIVE A REGISTERED RECEIPT EMAIL WITHIN TWO HOURS TO SERVE AS YOUR COMPLETE, VERIFIABLE RECORD OF MESSAGE DELIVERY, CONTENT, AND TIME.

Honorable Gilbert Gibbs,

Please find attached the First Notice Of Demand and Settlement For The Closing Of The Escrow.

For file number OTL01162018 Registered Mail number RE 246 243 070 US.

At the same time I am asking you that some officers have shown up at my residence at different times of days and nights pounding on the door. My Father who is 86 years old and a little hard of hearing and knows a little bit about this is quite upset. This is vexatious and harassment.

This case and these tickets/charges are over with, any more harassment will be noticed to the Adjudent General and we will file charges against any officer continuing these actions.
I know you still do not fully understand what has happened but courts are under hidden Military Jurisdiction because these Judges hide facts.

I have already filed a DD2701 as witness to these facts, and suggest you read the last few Presidential Executive orders as it relates to Trafficking Persons, this is what courts are doing, Trafficking Persons into another Jurisdiction.

I respectfully Request you notify your officers to please stand down since this case is settled, and should I be handcuffed (assaulted) and Jailed (kidnapped) over an officer writing a ticket he had no rights to issue, as mentioned before my fee will be $100,000.00 per day and they will be charged with a Felony.

You need to re-educate your officers that only the law of peace applies


Respectfully Submitted
Owen Thomas (Scott) Lennon

**From:** RPost <acknowledge@rpost.net>

**To:** Scott Lennon <scottlwet@aol.com>

**Subject:** Ack: First Notice of Demand and Settlement

**Date:** Sun, Mar 11, 2018 11:16 am

## Acknowledgement: Your message has been sent

RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.

This message certifies that:

| | |
|---|---|
| **Your message (subject):** | First Notice of Demand and Settlement |
| **To:** | gilbert.Gibbs@spartanj.org |
| **Cc:** | |
| **Was received by the registration service at:** | 3/11/2018 3:16:30 PM (UTC)* <br> 3/11/2018 8:16:30 AM (Local) |
| **Message ID:** | 6E4B929AA2901B37EA9CB4C17468886E2207D1AE |
| **Network ID:** | <9B824205216BB43CBA63ABBEEE434C72FEB414F8@rmail1.la1.rpost.n |
| **Client Code:** | RE246243070US |

* UTC represents Coordinated Universal Time.

**Note:** Bcc addresses will be included in your Registered Receipt email. Messages will have been only transmitted to recipient addresses indicated in the Registered Receipt email.

For more information about RMail® services, visit www.rmail.com.                  Patented RPost® Technology

**From:** Receipt <receipt@rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Receipt: First Notice of Demand and Settlement
**Date:** Sun, Mar 11, 2018 12:46 pm
**Attachments:** DeliveryReceipt.xml (9K), HtmlReceipt.htm (972K)



## REGISTERED RECEIPT
### EVIDENCE OF DELIVERY, CONTENT & TIME                          R Mail

**This receipt contains verifiable proof of your RMail transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

### To authenticate this receipt, forward this email with its attachment to '<u>verify@rpost.net</u>'

---

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| mforstenhausler@randolphnj.org | Delivered and Opened | MUA+HTTP-IP:24.103.172.235 | 3/11/2018 3:12:38 PM (UTC) | 3/11/2018 8:12:38 AM(-700) | 3/11/2018 9:45:41 AM(-700) |

*UTC represents Coordinated Universal Time.

---

### Message Envelope

| | |
|---|---|
| **From:** | Scott Lennon<scottlwet@aol.com> |
| **Subject:** | First Notice of Demand and Settlement |
| **To:** | <mforstenhausler@randolphnj.org> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <9199F52FE22CE783E090AEA63033435C54729A30@rmail1.la1.rpost.n |
| **Received:** | 3/11/2018 3:12:30 PM(UTC) -420 |
| **Client Code:** | RE246 243 0083US |

---

### Message Statistics

| | |
|---|---|
| **Message ID:** | 3237CE1355F7ADE12E5A0F304653756557B3586A |
| **Message Size:** | 662273 |
| **Additional Notes:** | |
| **File Name:** | **File Size (bytes)** |
| Sparta_First_Notice_OF_Demand_and_Settlement.pdf | 480451 |

---

### Delivery Audit Trail

From:postmaster@RANDOLPHNJ.ORG:Your message has been delivered to the following recipients:
mforstenhausler@randolphnj.org Subject: Registered: First Notice of Demand and Settlement

From:opendetection@rpost.net:From:postmaster@RANDOLPHNJ.ORG:Your message has been delivered to the following
recipients: mforstenhausler@randolphnj.org Subject: Registered: First Notice of Demand and Settlement **Opened from IP
24.103.172.235** \n ---- Connection: keep-alive Content-Length: 0 Accept: image/webp,image/apng,image/*,*/*;q=0.8 Accept-
Encoding: gzip, deflate Accept-Language: en-US Host: open.rpost.net User-Agent: Mozilla/5.0 (Linux; Android 7.0; SM-G920V
Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/64.0.3282.137 Mobile Safari/537.36 X-
Requested-With: com.samsung.android.email.provider /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1 1off\n

Case 2:18-cv-05724-MCA-MAH    Document 14    Filed 04/30/19    Page 78 of 170 PageID:
258
Receipt: First Notice of Demand and Settlement                                                                    3/11/18, 3:32 PM

3/LM/W3SVC/3\n 10.0.10.239/rpost.aspxE:\Open
Detection\rpost.aspx404;http://open.rpost.net:80/3237CE1355F7ADE12E5A0F304653756557B3586A-
1527230097_1D10CB2F3B314C69AD0D3BDE21138537C3646DDC/rpost.gif\n 24.103.172.23524.103.172.23555104GET\n
/rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxkeep-alive\n
0image/webp,image/apng,image/*.*/*;q=0.8gzip, deflateen-US\n open.rpost.netMozilla/5.0 (Linux; Android 7.0; SM-G920V
Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/64.0.3282.137 Mobile
Safari/537.36com.samsung.android email.provider

From:"Forstenhausler, Mark" :From:opendetection@rpost.net:From:postmaster@RANDOLPHNJ.ORG:Your message has been
delivered to the following recipients: mforstenhausler@randolphnj.org Subject: Registered: First Notice of Demand and
Settlement **Opened from IP 24.103.172.235** \n --- Connection: keep-alive Content-Length: 0 Accept:
image/webp,image/apng,image/*,*/*;q=0.8 Accept-Encoding: gzip, deflate Accept-Language: en-US Host: open.rpost.net User-
Agent: Mozilla/5.0 (Linux; Android 7.0; SM-G920V Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0
Chrome/64.0.3282.137 Mobile Safari/537.36 X-Requested-With: com.samsung.android.email.provider
/LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 10.0.10.239/rpost.aspxE:\Open
Detection\rpost.aspx404;http://open.rpost.net:80/3237CE1355F7ADE12E5A0F304653756557B3586A-
1527230097_1D10CB2F3B314C69AD0D3BDE21138537C3646DDC/rpost.gif\n 24.103.172.23524.103.172.23555104GET\n
/rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxkeep-alive\n
0image/webp,image/apng,image/*,*/*;q=0.8gzip, deflateen-US\n open.rpost.netMozilla/5.0 (Linux; Android 7.0; SM-G920V
Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/64.0.3282.137 Mobile
Safari/537.36com.samsung.android.email.provider Your message To: Forstenhausler, Mark Subject: Registered: First Notice of
Demand and Settlement Sent: Sunday, March 11, 2018 11:12:28 AM (UTC-05:00) Eastern Time (US & Canada) was read on
Sunday, March 11, 2018 12:45:26 PM (UTC-05:00) Eastern Time (US & Canada).

2018-03-11 08:12:31 starting randolphnj.org/mta1\n 2018-03-11 08:12:31 connecting from mta1.us1.rpost.net (10.0.10.17) to
mx1-us1.ppe-hosted.com (67.231.154.162)\n 2018-03-11 08:12:31 connected from 10.0.10.17:58931\n 2018-03-11 08:12:31
>>> 220-mx1-us4.ppe-hosted.com - Please wait.. \n 2018-03-11 08:12:37 >>> 220 mx1-us4.ppe-hosted.com - Welcome to
Proofpoint Essentials ESMTP Server\n 2018-03-11 08:12:37 <<< EHLO mta1.us1.rpost.net\n 2018-03-11 08:12:37 >>> 250-
mx1-us4.ppe-hosted.com\n 2018-03-11 08:12:37 >>> 250-PIPELINING\n 2018-03-11 08:12:37 >>> 250-SIZE 1024000000\n
2018-03-11 08:12:37 >>> 250-ETRN\n 2018-03-11 08:12:37 >>> 250-STARTTLS\n 2018-03-11 08:12:37 >>> 250-
ENHANCEDSTATUSCODES\n 2018-03-11 08:12:37 >>> 250-8BITMIME\n 2018-03-11 08:12:37 >>> 250 DSN\n 2018-03-11
08:12:37 <<< STARTTLS\n 2018-03-11 08:12:37 >>> 220 2.0.0 Ready to start TLS\n 2018-03-11 08:12:37 <<< EHLO
mta1.us1.rpost.net\n 2018-03-11 08:12:37 >>> 250-mx1-us4.ppe-hosted.com\n 2018-03-11 08:12:37 >>> 250-PIPELINING\n
2018-03-11 08:12:37 >>> 250-SIZE 1024000000\n 2018-03-11 08:12:37 >>> 250-ETRN\n 2018-03-11 08:12:37 >>> 250-
ENHANCEDSTATUSCODES\n 2018-03-11 08:12:37 >>> 250-8BITMIME\n 2018-03-11 08:12:37 >>> 250 DSN\n 2018-03-11
08:12:37 <<< MAIL FROM:<rcpt3237CE1355F7ADE12E5A0F304653756557B3586A-1527230097@rpost.net> BODY=7BIT
RET=HDRS\n 2018-03-11 08:12:37 >>> 250 2.1.0 Ok\n 2018-03-11 08:12:37 <<< RCPT TO:
<mforstenhausler@randolphnj.org> NOTIFY=SUCCESS,FAILURE,DELAY\n 2018-03-11 08:12:37 >>> 250 2.1.5 Ok\n 2018-
03-11 08:12:37 <<< DATA\n 2018-03-11 08:12:38 >>> 354 End data with <CR><LF>.<CR><LF>\n 2018-03-11 08:12:38 <<<
\n 2018-03-11 08:12:38 >>> 250 2.0.0 Ok: queued as EF5EAB4006A\n 2018-03-11 08:12:38 <<< QUIT\n 2018-03-11 08:12:38
>>> 221 2.0.0 Bye\n 2018-03-11 08:12:38 closed mx1-us1.ppe-hosted.com (67.231.154.162) in=528 out=665750\n 2018-03-11
08:12:38 done randolphnj.org/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RMail does not retain a copy of your email or this receipt and you should not rely on the information above until
the receipt is verified with RMail. Keep this email and its attachment in place for your records. General terms and conditions are
available at the RPost **Legal Notice** web page.

For more information about RMail® services, visit www.rmail.com.                    Patented RPost® Technology

RcptVer6.0

Receipt: First Notice of Demand and Settlement

3/11/18, 3:40 PM

**From:** Receipt <receipt@rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Receipt: First Notice of Demand and Settlement
**Date:** Sun, Mar 11, 2018 12:46 pm
**Attachments:** DeliveryReceipt.xml (9K), HtmlReceipt.htm (972K)



This receipt contains verifiable proof of your RMail transaction.
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| mforstenhausler@randolphnj.org | Delivered and Opened | MUA+HTTP-IP:24.103.172.235 | 3/11/2018 3:12:38 PM (UTC) | 3/11/2018 8:12:38 AM(-700) | 3/11/2018 9:45:41 AM(-700) |

*UTC represents Coordinated Universal Time.

### Message Envelope

| | |
|---|---|
| **From:** | Scott Lennon<scottlwet@aol.com> |
| **Subject:** | First Notice of Demand and Settlement |
| **To:** | <mforstenhausler@randolphnj.org> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <9199F52FE22CE783E090AEA63033435C54729A30@rmail1.la1.rpost.n |
| **Received:** | 3/11/2018 3:12:30 PM(UTC) -420 |
| **Client Code:** | RE246 243 0083US |

### Message Statistics

| | |
|---|---|
| **Message ID:** | 3237CE1355F7ADE12E5A0F304653756557B3586A |
| **Message Size:** | 662273 |
| **Additional Notes:** | |
| **File Name:** | **File Size (bytes)** |
| Sparta_First_Notice_OF_Demand_and_Settlement.pdf | 480451 |

### Delivery Audit Trail

From:postmaster@RANDOLPHNJ.ORG:Your message has been delivered to the following recipients. mforstenhausler@randolphnj.org Subject: Registered: First Notice of Demand and Settlement

From:opendetection@rpost.net:From:postmaster@RANDOLPHNJ.ORG:Your message has been delivered to the following recipients: mforstenhausler@randolphnj.org Subject: Registered: First Notice of Demand and Settlement **Opened from IP 24.103.172.235** \n ---- Connection: keep-alive Content-Length: 0 Accept: image/webp,image/apng,image/*,*/*;q=0.8 Accept-Encoding: gzip, deflate Accept-Language: en-US Host: open.rpost.net User-Agent: Mozilla/5.0 (Linux; Android 7 0; SM-G920V Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/64.0.3282 137 Mobile Safari/537.36 X-Requested-With: com samsung android.email provider /LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1 1off\n

3/LM/W3SVC/3\n 10.0.10.239/rpost.aspxE:\Open
Detection\rpost.aspx404;http://open.rpost.net:80/3237CE1355F7ADE12E5A0F304653756557B3586A-
1527230097_1D10CB2F3B314C69AD0D3BDE21138537C3646DDC/rpost.gif\n 24 103 172 23524 103 172.23555104GET\n
/rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxkeep-alive\n
0image/webp,image/apng,image/*,*/*;q=0 8gzip, deflateen-US\n open.rpost.netMozilla/5.0 (Linux; Android 7 0, SM-G920V
Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/64.0 3282 137 Mobile
Safari/537 36com.samsung.android.email.provider

From:"Forstenhausler, Mark" :From.opendetection@rpost.net:From:postmaster@RANDOLPHNJ.ORG:Your message has been
delivered to the following recipients: mforstenhausler@randolphnj.org Subject: Registered: First Notice of Demand and
Settlement **Opened from IP 24.103.172.235** \n —- Connection: keep-alive Content-Length: 0 Accept:
image/webp,image/apng,image/*,*/*;q=0.8 Accept-Encoding: gzip, deflate Accept-Language: en-US Host. open.rpost.net User-
Agent: Mozilla/5.0 (Linux; Android 7.0; SM-G920V Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4 0
Chrome/64.0.3282.137 Mobile Safari/537 36 X-Requested-With: com.samsung.android.email.provider
/LM/W3SVC/3/ROOTE:\Open Detection\\n \n \n \n 0\n CGI/1.1off\n 3/LM/W3SVC/3\n 10.0.10.239/rpost.aspxE:\Open
Detection\rpost.aspx404;http://open.rpost.net:80/3237CE1355F7ADE12E5A0F304653756557B3586A-
1527230097_1D10CB2F3B314C69AD0D3BDE21138537C3646DDC/rpost.gif\n 24.103 172 23524 103 172.23555104GET\n
/rpost.aspxopen.rpost.net800\n HTTP/1.1Microsoft-IIS/7.5/rpost.aspxkeep-alive\n
0image/webp,image/apng,image/*,*/*;q=0.8gzip, deflateen-US\n open.rpost.netMozilla/5.0 (Linux; Android 7 0, SM-G920V
Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/64 0.3282.137 Mobile
Safari/537.36com samsung.android.email.provider Your message To: Forstenhausler, Mark Subject: Registered: First Notice of
Demand and Settlement Sent: Sunday, March 11, 2018 11:12:28 AM (UTC-05:00) Eastern Time (US & Canada) was read on
Sunday, March 11, 2018 12:45:26 PM (UTC-05:00) Eastern Time (US & Canada).

2018-03-11 08:12:31 starting randolphnj.org/mta1\n 2018-03-11 08:12:31 connecting from mta1.us1.rpost.net (10.0 10 17) to
mx1-us1 ppe-hosted.com (67 231.154.162)\n 2018-03-11 08:12:31 connected from 10.0.10.17:58931\n 2018-03-11 08:12:31
>>> 220-mx1-us4.ppe-hosted.com - Please wait...\n 2018-03-11 08:12:37 >>> 220 mx1-us4.ppe-hosted.com - Welcome to
Proofpoint Essentials ESMTP Server\n 2018-03-11 08:12:37 <<< EHLO mta1.us1.rpost.net\n 2018-03-11 08:12:37 >>> 250-
mx1-us4 ppe-hosted.com\n 2018-03-11 08:12:37 >>> 250-PIPELINING\n 2018-03-11 08:12:37 >>> 250-SIZE 1024000000\n
2018-03-11 08:12:37 >>> 250-ETRN\n 2018-03-11 08:12:37 >>> 250-STARTTLS\n 2018-03-11 08:12:37 >>> 250-
ENHANCEDSTATUSCODES\n 20` 8-03-11 08:12:37 >>> 250-8BITMIME\n 2018-03-11 08:12:37 >>> 250 DSN\n 2018-03-11
08:12:37 <<< STARTTLS\n 2018-03-11 08:12:37 >>> 220 2.0.0 Ready to start TLS\n 2018-03-11 08:12:37 <<< EHLO
mta1.us1.rpost.net\n 2018-03-11 08:12:37 >>> 250-mx1-us4.ppe-hosted.com\n 2018-03-11 08:12:37 >>> 250-PIPELINING\n
2018-03-11 08:12:37 >>> 250-SIZE: 1024000000\n 2018-03-11 08:12:37 >>> 250-ETRN\n 2018-03-11 08:12:37 >>> 250-
ENHANCEDSTATUSCODES\n 20` 8-03-11 08:12:37 >>> 250-8BITMIME\n 2018-03-11 08 12:37 >>> 250 DSN\n 2018-03-11
08:12:37 <<< MAIL FROM:<rcpt3237CE1355F7ADE12E5A0F304653756557B3586A-1527230097@rpost.net> BODY=7BIT
RET=HDRS\n 2018-03-11 08:12:37 >>> 250 2.1.0 Ok\n 2018-03-11 08:12:37 <<< RCPT TO:
<mforstenhausler@randolphnj.org> NOTIFY=SUCCESS,FAILURE,DELAY\n 2018-03-11 08:12.37 >>> 250 2.1.5 Ok\n 2018-
03-11 08:12:37 <<< DATA\n 2018-03-11 08:12:38 >>> 354 End data with <CR><LF>.<CR><LF>\n 2018-03-11 08.12:38 <<<
.\n 2018-03-11 08.12:38 >>> 250 2 0.0 Ck: queued as EF5EAB4006A\n 2018-03-11 08:12:38 <<< QUIT\n 2018-03-11 08:12:38
>>> 221 2.0.0 Bye\n 2018-03-11 08:12:38 closed mx1-us1 ppe-hosted com (67.231 154 162) in=528 out=665750\n 2018-03-11
08 12:38 done randolphnj org/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RMail does not retain a copy of your email or this receipt and you should not rely on the information above until
the receipt is verified with RMail. Keep this email and its attachment in place for your records. General terms and conditions are
available at the RPost **Legal Notice** web page.

For more information about RMail® services, visit **www.rmail.com**.                                    Patented RPost® Technology

RcptVer6.0

UNITED STATES POSTAL SERVICE®
**REGISTERED MAIL**™

RE 246 243 070 US

Label 200, August 2005    PSN 7690-03-000-9311

RE 246 243 070 US

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                                    Registered Mail #RE 246 243 066 US

## AFFIDAVIT OF SERVICE

### FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

State of New Jersey        )
                           )    ss.
County of Morris           )

I am over 18 years of age and not a party to the within action. My business address is:

Daniel Smith, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong [07849] New Jersey

On this the  ___/2___ day of March, 2018, I served the following by Registered Mail:

1. Three (3) copies of Original FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING
OF
THE ESCROW , File # OTL01162018, subscribed by Owen-Thomas (Scott): Lennon, Agent.

2. One copy of this Affidavit of Service for each copy of FIRST NOTICE OF DEMAND AND
SETTLEMENT FOR CLOSING OF THE ESCROW in a sealed envelope with postage pre-paid, properly
addressed to:

Libellee:        JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 243 066 US
                 1033 WELDON ROAD
                 LAKE HOPATCONG, NEW JERSEY 07849

In care of:      RUSSEL FELTER            dba as MAYOR
                 JAMES LEACH              BUISSNESS ADMINISTRATOR
                 WILLIAM CRAIG            CHIEF OF POLICE
                 JAMES LASALA             ACTING PROSECUTOR ESQUIRE
                 HONORABLE PETER FICO     ACTING JUDGE
                 ANDREW DIAMOND           SPECIAL OFFICER

                 TOWNSHIP OF RANDOLPH Et al,    Registered mail    RE 246 243 070 US
                 502 Milbrook ave
                 Randolph, NJ 07869

In care of:      MARK FORSTENHAUSLER      dba as MAYOR
                 DAVID N. STOKOE          CHIEF OF POLICE
                 JERRY GOMEZ              POLICE OFFICER
                 STEPHAN MOUNTAIN         TOWNSHIP MANAGER
                 IRA A. COHEN             ACTING JUDGE
                 MICHAEL CRESETELLO       ACTING PROSECUTER ESQUIRE

                 SPARTA TOWNSHIP Et al,         Registered mail    RE 246 243 083 US
                 65 Main Street
                 Sparta Township, NJ 07871

In care of:      GILBERS A. GIBBS         dba as MAYOR
                 WILLIAM CLOSE            TOWNSHIP MANAGER
                 NEIL SPIDALETTO          CHIEF OF POLICE

FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW - Affidavit of Service
Page 1 of 2

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                              Registered Mail #RE 246 243 066 US

FRANK SCHOMP              SARGENT
STEVEN GUIDO             POLICE OFFICER
JOHN P. MULHERN         ACTING JUDGE
JONATHAN MCQUEEN     ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union..

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true

and correct. Executed on this ___6___ th day of March, 2018 ".

Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)

**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 6/17/2021**

**From:** Receipt <receipt@rpost.net>

**To:** scottlwet <scottlwet@aol.com>

**Subject:** Receipt: 1st Notice of Demand and settlement

**Date:** Sun, Mar 11, 2018 11:17 am

**Attachments:** DeliveryReceipt.xml (5K), HtmlReceipt.htm (781K)



## This receipt contains verifiable proof of your RMail transaction.

The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

### To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| **Address** | **Status** | **Details** | **Delivered** (UTC*) | **Delivered** (local) | **Opened** (local) |
| rfelter@jeffersontownship.net | Delivered and Opened | MUA | 3/11/2018 3:04:11 PM (UTC) | 3/11/2018 8:04:11 AM(-700) | 3/11/2018 8:17:36 AM(-700) |

*UTC represents Coordinated Universal Time.

| Message Envelope | |
|---|---|
| **From:** | Scott Lennon<scottlwet@aol.com> |
| **Subject:** | 1st Notice of Demand and settlement |
| **To:** | <rfelter@jeffersontownship.net> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <73D3E0A83354A2F71E6A66459D50BBDB9D2AE1E7@rmail1.la1.rpost.n |
| **Received:** | 3/11/2018 3:04:08 PM(UTC) -420 |
| **Client Code:** | RE246 243 066 US |

| Message Statistics | |
|---|---|
| **Message ID:** | 82DF6AF1BFA541157B3F62C9AC8152892750807B |
| **Message Size:** | 534748 |
| **Additional Notes:** | |
| **File Name:** | **File Size (bytes)** |
| Jefferson_First_Notice_OF_Demand_and_Settlement.pdf.pdf | 387765 |

### Delivery Audit Trail

From:"Russ Felter" Your message To. Russ Felter Subject. Registered: 1st Notice of Demand and settlement Sent: Sunday, March 11, 2018 11:04:06 AM (UTC-05:00) Eastern Time (US & Canada) was read on Sunday, March 11. 2018 11:16:27 AM (UTC-05:00) Eastern Time (US & Canada)

2018-03-11 08:04:09 starting jeffersontownship.net/mta1\n 2018-03-11 08:04:09 connecting from mta1 us1.rpost net (10.0.10.17) to jeffersontownship net.snwlhosted.com (173 240.210.186)\n 2018-03-11 08:04:09 connected from 10.0 10.17:37941\n 2018-03-11 08:04:09 >>> 220 sjl0vm-hesra13.colo.sonicwall.com ESMTP SonicWall (9.1 0.2925)\n 2018-03-11 08:04:09 <<< EHLO mta1 us1 rpost.net\n 2018-03-11 08:04:10 >>> 250-jeffersontownship.net.snwlhosted.com\n 2018-03-11 08:04 10 >>> 250-8BITMIME\n 2018-03-11 08:04 10 >>> 250-ENHANCEDSTATUSCODES\n 2018-03-11 08 04 10 >>>

250-STARTTLS\n 2018-03-11 08:04.10 >>> 250 SIZE 37748736\n 2018-03-11 08:04.10 <<< STARTTLS\n 2018-03-11 08:04:10 >>> 220 2.2.0 Ready to start TLS\n 2018-03-11 08:04:10 <<< EHLO mta1 us1.rpost.net\n 2018-03-11 08:04:10 >>> 250-jeffersontownship.net.snwlhosted.com\n 2018-03-11 08:04:10 >>> 250-8BITMIME\n 2018-03-11 08:04:10 >>> 250-ENHANCEDSTATUSCODES\n 2018-03-11 08:04:10 >>> 250 SIZE 37748736\n 2018-03-11 08:04:10 <<< MAIL FROM: <rcpt82DF6AF1BFA541157B3F62C9AC8152892750807B-1937014840@rpost.net> BODY=7BIT\n 2018-03-11 08:04:10 >>> 250 2 1 0 Sender OK\n 2018-03-11 08:04:10 <<< RCPT TO:<rfelter@jeffersontownship.net>\n 2018-03-11 08:04:10 >>> 250 2.1.5 Recipient OK\n 2018-03-11 08:04:10 <<< DATA\n 2018-03-11 08:04:10 >>> 354 3 0 0 End Data with <CR><LF> <CR> <LF>\n 2018-03-11 08:04:10 <<< \n 2018-03-11 08:04:11 >>> 250 2.6.0 <<82DF6AF1BFA541157B3F62C9AC8152892750807B-1937014840@rpost.org> [InternalId=119528939847695, Hostname=Postex12.JEFFERSONTOWNSHIP.LOCAL] Queued mail for delivery\n 2018-03-11 08:04:11 <<< QUIT\n 2018-03-11 08:04:11 >>> 221 2 0.0 jeffersontownship.net.snwlhosted.com says goodbye; final session=201803111504090615935\n 2018-03-11 08:04:11 closed jeffersontownship.net.snwlhosted.com (173.240.210.186) in=671 out=538190\n 2018-03-11 08:04:11 done jeffersontownship.net/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RMail does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified with RMail. Keep this email and its attachment in place for your records. General terms and conditions are available at the RPost **Legal Notice** web page.

For more information about RMail® services, visit www.rmail.com.                    Patented RPost® Technology

RcptVer6.0

**From:** RPost Copy <DoNotReply@RPost.net>

**To:** scottlwet <scottlwet@aol.com>

**Subject:** (Sent Registered) 1st Notice of Demand and settlement

**Date:** Sun, Mar 11, 2018 11:04 am

**Attachments:** Jefferson_First_Notice_OF_Demand_and_Settlement.pdf.pdf (519K)

THIS IS A COPY OF THE MESSAGE YOU SENT USING THE RMAIL SERVICE. YOU WILL
RECEIVE A REGISTERED RECEIPT EMAIL WITHIN TWO HOURS TO SERVE AS YOUR
COMPLETE, VERIFIABLE RECORD OF MESSAGE DELIVERY, CONTENT, AND TIME.

Honorable Russel Felter,

Please find attached the First Notice Of Demand and Settlement For The Closing Of The Escrow.

For file number OTL01162018 Registered Mail number RE 246 243 066 US.

At the same time I am asking you that some officers have shown up at my residence at different
times of days and nights pounding on the door. My Father who is 86 years old and a little hard of
hearing and knows a little bit about this is quite upset. This is vexatious and harassment.

This case and these tickets/charges are over with, any more harassment will be noticed to the
Adjudent General and we will file charges against any officer continuing these actions.
I know you still do not fully understand what has happened but courts are under hidden Military
Jurisdiction because these Judges hide facts.

I have already filed a DD2701 as witness to these facts, and suggest you read the last few
Presidential Executive orders as it relates to Trafficking Persons, this is what courts are doing,
Trafficking Persons into another Jurisdiction.

I respectfully Request you notify your officers to please stand down since this case is settled, and
should I be handcuffed (assaulted) and Jailed (kidnapped) over an officer writing a ticket he had no
rights to issue, as mentioned before my fee will be $100,000.00 per day and they will be charged
with a Felony.


Respectfully Submitted


Owen Thomas (Scott) Lennon

Case 2:18-cv-05724-MCA-MAH    Document 14    Filed 04/30/19    Page 87 of 170 PageID:
267
Ack: 1st Notice of Demand and settlement                                                          3/11/18, 11:50 AM

**From:** RPost <acknowledge@rpost.net>
**To:** Scott Lennon <scottlwet@aol.com>
**Subject:** Ack: 1st Notice of Demand and settlement
**Date:** Sun, Mar 11, 2018 11:04 am

## Acknowledgement: Your message has been sent

RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.

This message certifies that:

| | |
|---|---|
| **Your message (subject):** | 1st Notice of Demand and settlement |
| **To:** | rfelter@jeffersontownship.net |
| **Cc:** | |
| **Was received by the registration service at:** | 3/11/2018 3:04:08 PM (UTC)* <br> 3/11/2018 8:04:08 AM (Local) |
| **Message ID:** | 82DF6AF1BFA541157B3F62C9AC8152892750807B |
| **Network ID:** | <73D3E0A83354A2F71E6A66459D50BBDB9D2AE1E7@rmail1.la1.rpost.n |
| **Client Code:** | RE246 243 066 US |

* UTC represents Coordinated Universal Time.

**Note:** Bcc addresses will be included in your Registered Receipt email. Messages will have been only transmitted to recipient addresses indicated in the Registered Receipt email.

For more information about RMail® services, visit www.rmail.com.                    Patented RPost® Technology

.

UNITED STATES POSTAL SERVICE
**REGISTERED MAIL™**

RE 246 243 066 US

Label 200, August 2005

RE 246 243 066 US

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas(Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                    Registered Mail #RE 246 243 106 US

## AFFIDAVIT OF SERVICE

### SECOND NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

State of New Jersey          )
                             )  ss.
County of Morris             )

I am over 18 years of age and not a party to the within action.  My business address is:

Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong, [07849] New Jersey

On this the  15th day of March, 2018, I served the following by Registered Mail:

1. One (1) copies of Original SECOND NOTICE OF DEMAND AND SETTLEMENT FOR
CLOSING OF THE ESCROW , File # OTL01162018, subscribed by Owen Thomas (Scott): Lennon, Agent.

2. One copy of this Affidavit of Service for each copy of SECOND NOTICE OF DEMAND AND
SETTLEMENT FOR CLOSING OF THE ESCROW in a sealed envelope with postage pre-paid, properly
addressed to:

Libellee:        JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 243 097 US
                 1033 WELDON ROAD
                 LAKE HOPATCONG, NEW JERSEY 07849

In care of:      RUSSEL FELTER              dba as MAYOR
                 JAMES LEACH                BUISSNESS ADMINISTRATOR
                 WILLIAM CRAIG              CHIEF OF POLICE
                 JAMES LASALA               ACTING PROSECUTOR ESQUIRE
                 HONORABLE PETER FICO       ACTING JUDGE
                 ANDREW DIAMOND             SPECIAL OFFICER

                 TOWNSHIP OF RANDOLPH Et al,    Registered mail    RE 246 243 106 US
                 502 Milbrook ave
                 Randolph, NJ 07869

In care of:      MARK FORSTENHAUSLER        dba as MAYOR
                 DAVID N. STOKOE            CHIEF OF POLICE
                 JERRY GOMEZ                POLICE OFFICER
                 STEPHAN MOUNTAIN           TOWNSHIP MANAGER
                 IRA A. COHEN               ACTING JUDGE
                 MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

                 SPARTA TOWNSHIP Et al,         Registered mail    RE 246 243 110 US
                 65 Main Street
                 Sparta Township, NJ 07871

In care of:      GILBERT A. GIBBS          dba as MAYOR
                 WILLIAM CLOSE             TOWNSHIP MANAGER
                 NEIL SPIDALETTO           CHIEF OF POLICE

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas(Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTI.01162018                                    Registered Mail #RE 246 243 106 US

FRANK SCHOMP              SARGENT
STEVEN GUIDO              POLICE OFFICER
JOHN P. MULHERN           ACTING JUDGE
JONATHAN MCQUEEN          ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union..

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true

and correct. Executed on this 15th day of March, 2018 ".

Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)

DANIEL H. THOMAS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 6/17/2021

Case 2:18-cv-05724-MCA-MAH   Document 14   Filed 04/30/19   Page 91 of 170 PageID:
271
Receipt: Second Notice to close escrow                                           3/17/18, 10:09 AM

**From:** Receipt <receipt@r1.rpost.net>

**To:** scottlwet <scottlwet@aol.com>

**Subject:** Receipt: Second Notice to close escrow

**Date:** Fri, Mar 16, 2018 11:04 am

**Attachments:** DeliveryReceipt.xml (7K), HtmlReceipt.htm (460K)



## This receipt contains verifiable proof of your RPost transaction.

The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

### To authenticate this receipt, forward this email with its attachment to '<u>verify@r1.rpost.net</u>'

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| **Address** | **Status** | **Details** | **Delivered** (UTC*) | **Delivered** (local) | **Opened** (local) |
| mforstenhausler@randolphnj.org | Delivered and Opened | MUA+HTTP-IP:fe80::2ccc:4913:b4a3:648c | 3/16/2018 2:10:24 PM (UTC) | 3/16/2018 2:10:24 PM | 3/16/2018 2:58:55 PM |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

| Message Envelope | |
|---|---|
| From: | scottlwet@aol.com< scottlwet@aol.com > |
| Subject: | Second Notice to close escrow |
| To: | <mforstenhausler@randolphnj.org> |
| Cc: | |
| Bcc: | |
| Network ID: | <SM21SmLAztxc1o8yfog00000cf8@sm21.r1.rpost.net> |
| Received by RMail System: | 3/16/2018 2:10:21 PM (UTC) |
| Client Code: | |

| Message Statistics | |
|---|---|
| Tracking Number: | 61BB8BB6F7BB45227D0B1E88290FDAD17F9EE8FA |
| Message Size: | 212739 |
| Features Used: | **R** |
| File Size (bytes): | **File Name:** |
| 211174 | Randolph_Second_Notice_Demand_Settlement_Closing_Escrow.pdf |

### Delivery Audit Trail

3/16/2018 2:10:22 PM starting randolphnj.org/{default} \n 3/16/2018 2:10:22 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mx1-us1.ppe-hosted.com (67.231.154.162) \n 3/16/2018 2:10:23 PM connected from 192.168.10.238:35557 \n 3/16/2018 2:10:23 PM >>> 220 mx1-us1.ppe-hosted.com - Welcome to Proofpoint Essentials ESMTP Server \n 3/16/2018 2:10:23 PM <<< EHLO mta21.r1.rpost.net \n 3/16/2018 2:10:23 PM >>> 250-mx1-us1.ppe-hosted.com \n 3/16/2018 2:10:23 PM >>> 250-PIPELINING \n 3/16/2018 2:10:23 PM >>> 250-SIZE 1024000000 \n 3/16/2018 2:10:23 PM >>> 250-ETRN \n 3/16/2018 2:10:23 PM >>> 250-STARTTLS \n 3/16/2018 2:10:23 PM >>> 250-ENHANCEDSTATUSCODES \n 3/16/2018 2:10:23 PM >>> 250-8BITMIME \n 3/16/2018 2:10:23 PM >>> 250 DSN \n 3/16/2018 2:10:23 PM <<< STARTTLS \n 3/16/2018 2:10:23 PM >>> 220 2.0.0 Ready to start TLS \n 3/16/2018 2:10:23 PM tls:TLSv1 connected

Case 2:18-cv-05724-MCA-MAH    Document 14    Filed 04/30/19    Page 92 of 170 PageID:
272
Ack: Second Notice to close escrow                                                              3/16/18, 10:47 AM

**From:** Acknowledgement <acknowledge@r1.rpost.net>
   **To:** scottlwet <scottlwet@aol.com>
**Subject:** Ack: Second Notice to close escrow
   **Date:** Fri, Mar 16, 2018 10:10 am

RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| | |
|---|---|
| **To:** | <mforstenhausler@randolphnj.org> |
| **Cc:** | |
| **Subject:** | Second Notice to close escrow |
| **Received by RMail:** | (UTC) 3/16/2018 2:10:21 PM                     (Local) 3/16/2018 2:10:21 PM |
| **Tracking ID:** | 61BB8BB6F7BB45227D0B1E88290FDAD17F9EE8FA |
| **Client Code:** | |

**Notes:**
1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com.                                      An RPost® Technology

with 256-bit ECDHE-RSA-AES256-SHA \n 3/16/2018 2:10:23 PM tls:Cert: /C=US/ST=California/L=Sunnyvale/O=Proofpoint, Inc./CN=*.ppe-hosted.com; issuer=/C=US/O=thawte, Inc./CN=thawte SSL CA - G2; verified=no \n 3/16/2018 2:10:23 PM <<< EHLO mta21.r1.rpost.net \n 3/16/2018 2:10:23 PM >>> 250-mx1-us1.ppe-hosted.com \n 3/16/2018 2:10:23 PM >>> 250-PIPELINING \n 3/16/2018 2:10:23 PM >>> 250-SIZE 1024000000 \n 3/16/2018 2:10:23 PM >>> 250-ETRN \n 3/16/2018 2:10:23 PM >>> 250-ENHANCEDSTATUSCODES \n 3/16/2018 2:10:23 PM >>> 250-8BITMIME \n 3/16/2018 2:10:23 PM >>> 250 DSN \n 3/16/2018 2:10:23 PM <<< MAIL FROM:<rcpt5209262@r1.rpost.net> BODY=8BITMIME RET=FULL \n 3/16/2018 2:10:23 PM >>> 250 2.1.0 Ok \n 3/16/2018 2:10:23 PM <<< RCPT TO:<mforstenhausler@randolphnj.org> NOTIFY=SUCCESS,FAILURE,DELAY \n 3/16/2018 2:10:23 PM >>> 250 2.1.5 Ok \n 3/16/2018 2:10:23 PM <<< DATA \n 3/16/2018 2:10:24 PM >>> 354 End data with <CR><LF>.<CR><LF> \n 3/16/2018 2:10:24 PM <<< . \n 3/16/2018 2:10:24 PM >>> 250 2.0.0 Ok: queued as A9354B0005C \n 3/16/2018 2:10:24 PM <<< QUIT \n 3/16/2018 2:10:24 PM >>> 221 2.0.0 Bye \n 3/16/2018 2:10:24 PM closed mx1-us1.ppe-hosted.com (67.231.154.162) in=483 out=292495 \n 3/16/2018 2:10:24 PM done randolphnj.org/{default}

Your message To: Forstenhausler, Mark Subject: Registered: Second Notice to close escrow Sent: Friday, March 16, 2018 10:10:15 AM (UTC-05:00) Eastern Time (US & Canada) was read on Friday, March 16, 2018 10:58:55 AM (UTC-05:00) Eastern Time (US & Canada).

[IP Address: 69.126.112.119] [Time Opened: 3/16/2018 2:58:55 PM] [REMOTE_HOST: 69.126.112.119] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images/yNZm8NJZWFvKJzV8TlmrvUrny0VY1tdv1nzQQrOL.gif] HTTP_CONNECTION:keep-alive HTTP_ACCEPT:*/* HTTP_ACCEPT_CHARSET:utf-8, iso-8859-1, utf-16, *;q=0.7 HTTP_ACCEPT_ENCODING:gzip,deflate HTTP_ACCEPT_LANGUAGE:en-US HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Linux; U; Android 4.1.2; en-us; GT-N8013 Build/JZO54K) AppleWebKit/534.30 (KHTML, like Gecko) Version/4.0 Safari/534.30 Connection: keep-alive Accept: */* Accept-Charset: utf-8, iso-8859-1, utf-16, *;q=0.7 Accept-Encoding: gzip,deflate Accept-Language: en-US Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Linux; U; Android 4.1.2; en-us; GT-N8013 Build/JZO54K) AppleWebKit/534.30 (KHTML, like Gecko) Version/4.0 Safari/534.30 /LM/W3SVC/5/ROOT C:\inetpub\wwwroot\OpenDetection\ 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Suite 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 0 CGI/1.1 on 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Suite 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 5 /LM/W3SVC/5 192.168.10.186 /open/images/yNZm8NJZWFvKJzV8TlmrvUrny0VY1tdv1nzQQrOL.gif C:\inetpub\wwwroot\OpenDetection\open\images\yNZm8NJZWFvKJzV8TlmrvUrny0VY1tdv1nzQQrOL.gif 69.126.112.119 69.126.112.119 40164 GET /open/images/yNZm8NJZWFvKJzV8TlmrvUrny0VY1tdv1nzQQrOL.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/8.5 /open/images/yNZm8NJZWFvKJzV8TlmrvUrny0VY1tdv1nzQQrOL.gif keep-alive */* utf-8, iso-8859-1, utf-16, *;q=0.7 gzip,deflate en-US open.r1.rpost.net Mozilla/5.0 (Linux; U; Android 4.1.2; en-us; GT-N8013 Build/JZO54K) AppleWebKit/534.30 (KHTML, like Gecko) Version/4.0 Safari/534.30

From:postmaster@RANDOLPHNJ.ORG:Your message has been delivered to the following recipients:
mforstenhausler@randolphnj.org<mailto:mforstenhausler@randolphnj.org>; Subject: Registered: Second Notice to close escrow

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                    An RPost® Technology

scottlwet@aol.comscottlwet@aol.comSecond Notice to close

escrow61BB8BB6F7BB45227D0B1E88290FDA1917F9EE8FA2127395DF904E70441D80DF2BA3500212178071A693D6F&lt;SM21SmLAztxc1o8yfog00000cf8@sm21.rl.rpos 2:10:21 PMTrack & Prove - MarkedReceipt-TrackProve-Marked.pngmforstenhausler@randolphnj.orgDelivered and OpenedMUA+HTTP-IP:fe80::2ccc:4913:b4a3:648c3/16/2018 2:10:24 PM (UTC)3/16/2018 2:10:24 PM3/16/2018 2:58:55 PM211174Randolph_Second_Notice_Demand_Settlement_Closing_Escrow.pdf3/16/2018 2:10:22 PM starting randolphnj.org/{default} 3/16/2018 2:10:22 PM connecting from mta21.rl.rpost.net (0.0.0.0) to mx1-us1.ppe-hosted.com (67.231.154.162) 3/16/2018 2:10:23 PM connected from 192.168.10.238:35557 3/16/2018 2:10:23 PM >>> 220 mx1-us1.ppe-hosted.com - Welcome to Proofpoint Essentials ESMTP Server 3/16/2018 2:10:23 PM <<< EHLO mta21.rl.rpost.net 3/16/2018 2:10:23 PM >>> 250-mx1-us1.ppe-hosted.com 3/16/2018 2:10:23 PM >>> 250-PIPELINING 3/16/2018 2:10:23 PM >>> 250-SIZE 1024000000 3/16/2018 2:10:23 PM >>> 250-ETRN 3/16/2018 2:10:23 PM >>> 250-STARTTLS 3/16/2018 2:10:23 PM >>> 250-ENHANCEDSTATUSCODES 3/16/2018 2:10:23 PM >>> 250-8BITMIME 3/16/2018 2:10:23 PM >>> 250 DSN 3/16/2018 2:10:23 PM <<< STARTTLS 3/16/2018 2:10:23 PM >>> 220 2.0.0 Ready to start TLS 3/16/2018 2:10:23 PM tls:TLSv1 connected with 256-bit ECDHE-RSA-AES256-SHA 3/16/2018 2:10:23 PM tls:Cert: /C=US/ST=California/L=Sunnyvale/O=Proofpoint, Inc./CN=*.ppe-hosted.com; issuer=/C=US/O=thawte, Inc./CN=thawte SSL CA - G2; verified=no 3/16/2018 2:10:23 PM <<< EHLO mta21.rl.rpost.net 3/16/2018 2:10:23 PM >>> 250-mx1-us1.ppe-hosted.com 3/16/2018 2:10:23 PM >>> 250-PIPELINING 3/16/2018 2:10:23 PM >>> 250-SIZE 1024000000 3/16/2018 2:10:23 PM >>> 250-ETRN 3/16/2018 2:10:23 PM >>> 250-ENHANCEDSTATUSCODES 3/16/2018 2:10:23 PM >>> 250-8BITMIME 3/16/2018 2:10:23 PM >>> 250 DSN 3/16/2018 2:10:23 PM <<< MAIL FROM: <rcpt5209262@rl.rpost.net> BODY=8BITMIME RET=FULL 3/16/2018 2:10:23 PM >>> 250 2.1.0 Ok 3/16/2018 2:10:23 PM <<< RCPT TO: <mforstenhausler@randolphnj.org> NOTIFY=SUCCESS FAILURE,DELAY 3/16/2018 2:10:23 PM >>> 250 2.1.5 Ok 3/16/2018 2:10:23 PM <<< DATA 3/16/2018 2:10:24 PM >>> 354 End data with <CR><LF>.<CR><LF> 3/16/2018 2:10:24 PM <<< . 3/16/2018 2:10:24 PM >>> 250 2.0.0 Ok: queued as A9354B0005C 3/16/2018 2:10:24 PM <<< QUIT 3/16/2018 2:10:24 PM >>> 221 2.0.0 Bye 3/16/2018 2:10:24 PM closed mx1-us1.ppe-hosted.com (67.231.154.162) in=483 out=292495 3/16/2018 2:10:24 PM done randolphnj.org/{default}Your message To: Forstenhausler, Mark Subject: Registered: Second Notice to close escrow Sent: Friday, March 16, 2018 10:10:15 AM (UTC-05:00) Eastern Time (US & Canada) was read on Friday, March 16, 2018 10:58:55 AM (UTC-05:00) Eastern Time (US & Canada). [IP Address: 69.126.112.119] [Time Opened: 3/16/2018 2:58:55 PM] [REMOTE_HOST: 69.126.112.119] [HTTP_HOST: open.rl.rpost.net] [SCRIPT_NAME: /open/images/yNZm8NJZWFvKJzV8TlmrvUrny0VY1tdv1nzQQrOL.gif] HTTP_CONNECTION:keep-alive HTTP_ACCEPT:*/* HTTP_ACCEPT_CHARSET:utf-8, iso-8859-1, utf-16, *;q=0.7 HTTP_ACCEPT_ENCODING:gzip,deflate HTTP_ACCEPT_LANGUAGE:en-US HTTP_HOST:open.rl.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Linux; U; Android 4.1.2; en-us; GT-N8013 Build/JZO54K) AppleWebKit/534.30 (KHTML, like Gecko) Version/4.0 Safari/534.30 Connection: keep-alive Accept: */* Accept-Charset: utf-8, iso-8859-1, utf-16, *;q=0.7 Accept-Encoding: gzip,deflate Accept-Language: en-US Host: open.rl.rpost.net User-Agent: Mozilla/5.0 (Linux; U; Android 4.1.2; en-us; GT-N8013 Build/JZO54K) AppleWebKit/534.30 (KHTML, like Gecko) Version/4.0 Safari/534.30 /LM/W3SVC/5/ROOT C:\inetpub\wwwroot\OpenDetection\ 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Suite 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.rl.rpost.net 0 CGI/1.1 on 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Suite 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.rl.rpost.net 5 /LM/W3SVC/5 192.168.10.186 /open/images/yNZm8NJZWFvKJzV8TlmrvUrny0VY1tdv1nzQQrOL.gif

C:\inetpub\wwwroot\OpenDetection\open\images\yNZm8NJZWFvKJzV8TlmrvUrny0VY1tdv1nzQQrOL.gif 69.126.112.119 69.126.112.119 40164 GET /open/images/yNZm8NJZWFvKJzV8TlmrvUrny0VY1tdv1nzQQrOL.gif open.rl.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/8.5

/open/images/yNZm8NJZWFvKJzV8TlmrvUrny0VY1tdv1nzQQrOL.gif keep-alive */* utf-8, iso-8859-1, utf-16, *;q=0.7 gzip,deflate en-US open.rl.rpost.net Mozilla/5.0 (Linux; U; Android 4.1.2; en-us; GT-N8013 Build/JZO54K) AppleWebKit/534.30 (KHTML, like Gecko) Version/4.0 Safari/534.30 From:postmaster@RANDOLPHNJ.ORG:Your message has been delivered to the following recipients: mforstenhausler@randolphnj.org<mailto:mforstenhausler@randolphnj.org> Subject: Registered: Second Notice to close escrow





RE 246 243 106 US

Label 200, August 2005    PSN 7690-03-000-9311

RE 246 243 106 US

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas(Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                    Registered Mail #RE 246 243 110 US

## AFFIDAVIT OF SERVICE

### SECOND NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

State of New Jersey        )
                           )  ss.
County of Morris           )

I am over 18 years of age and not a party to the within action. My business address is:

Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong, [07849] New Jersey

On this the  15<sup>th</sup> day of March, 2018, I served the following by Registered Mail:

      1. One (1) copies of Original SECOND NOTICE OF DEMAND AND SETTLEMENT FOR
CLOSING OF THE ESCROW , File # OTL01162018, subscribed by Owen Thomas (Scott): Lennon, Agent.

      2. One copy of this Affidavit of Service for each copy of SECOND NOTICE OF DEMAND AND
SETTLEMENT FOR CLOSING OF THE ESCROW in a sealed envelope with postage pre-paid, properly
addressed to:

Libellee:        JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 243 097 US
                 1033 WELDON ROAD
                 LAKE HOPATCONG, NEW JERSEY 07849

In care of:      RUSSEL FELTER              dba as MAYOR
                 JAMES LEACH                BUISSNESS ADMINISTRATOR
                 WILLIAM CRAIG              CHIEF OF POLICE
                 JAMES LASALA               ACTING PROSECUTOR ESQUIRE
                 HONORABLE PETER FICO       ACTING JUDGE
                 ANDREW DIAMOND             SPECIAL OFFICER

                 TOWNSHIP OF RANDOLPH Et al,    Registered mail    RE 246 243 106 US
                 502 Milbrook ave
                 Randolph, NJ 07869

In care of:      MARK FORSTENHAUSLER        dba as MAYOR
                 DAVID N. STOKOE            CHIEF OF POLICE
                 JERRY GOMEZ                POLICE OFFICER
                 STEPHAN MOUNTAIN           TOWNSHIP MANAGER
                 IRA A. COHEN               ACTING JUDGE
                 MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

                 SPARTA TOWNSHIP Et al,         Registered mail    RE 246 243 110 US
                 65 Main Street
                 Sparta Township, NJ 07871

In care of:      GILBERT A. GIBBS          dba as MAYOR
                 WILLIAM CLOSE             TOWNSHIP MANAGER
                 NEIL SPIDALETTO           CHIEF OF POLICE

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Owen-Thomas(Scott): Lennon, CREDITOR, SECURED PARTY**

FILE # OTL01162018                                          Registered Mail #RE 246 243 110 US

FRANK SCHOMP              SARGENT
STEVEN GUIDO             POLICE OFFICER
JOHN P. MULHERN          ACTING JUDGE
JONATHAN MCQUEEN         ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true

and correct. Executed on this 15th day of March, 2018 ".

Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)

DANIEL R. THOMAS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 6/17/2021

Case 2:18-cv-05724-MCA-MAH   Document 14   Filed 04/30/19   Page 98 of 170 PageID:
278
Receipt: Second notice closing escrow                                                3/17/18, 10:08 AM

**From:** Receipt <receipt@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Receipt: Second notice closing escrow
**Date:** Fri, Mar 16, 2018 12:12 pm
**Attachments:** DeliveryReceipt.xml (4K), HtmlReceipt.htm (443K)



## This receipt contains verifiable proof of your RPost transaction.

The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

### To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net'

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| gilbert.gibbs@spartanj.org | Delivered to Mail Server | 250 Ok: queued as F15E482201D mail.spartanj.org (209.123.20.214) | 3/16/2018 2:12:24 PM (UTC) | 3/16/2018 2:12:24 PM | |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| | |
|---|---|
| **From:** | scottlwet@aol.com< scottlwet@aol.com > |
| **Subject:** | Second notice closing escrow |
| **To:** | <gilbert.gibbs@spartanj.org> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <SM21zmRf6Ci6nx8dyDd00000cfc@sm21.r1.rpost.net> |
| **Received by RMail System:** | 3/16/2018 2:12:19 PM (UTC) |
| **Client Code:** | |

### Message Statistics

| | |
|---|---|
| **Tracking Number:** | D8B769F03C881CF90123631B7CA75E207E7F14BC |
| **Message Size:** | 213676 |
| **Features Used:** |  |
| **File Size (bytes):** | **File Name:** |
| 212067 | Sparta_Second_Notice_Demand_Settlement_Closing_Escrow.pdf |

### Delivery Audit Trail

3/16/2018 2:12:21 PM starting spartanj.org/{default} \n 3/16/2018 2:12:21 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mail.spartanj.org (209.123.20.214) \n 3/16/2018 2:12:21 PM connected from 192.168.10.238:58521 \n 3/16/2018 2:12:21 PM >>> 220 mail.spartanj.org ESMTP (7c03e2ccb4d45966c4017929dacdfa85) \n 3/16/2018 2:12:21 PM <<< EHLO mta21.r1.rpost.net \n 3/16/2018 2:12:21 PM >>> 250-mail.spartanj.org Hello mta21.r1.rpost.net [52.58.131.9], pleased to meet you \n 3/16/2018 2:12:21 PM >>> 250-SIZE 100000000 \n 3/16/2018 2:12:21 PM >>> 250-PIPELINING \n 3/16/2018 2:12:21 PM >>> 250-8BITMIME \n 3/16/2018 2:12:21 PM

Receipt: Second notice closing escrow                                                    3/17/18, 10:08 AM

>>> 250 HELP \n 3/16/2018 2:12:21 PM <<< MAIL FROM:<rcpt5209294@r1.rpost.net> BODY=8BITMIME \n 3/16/2018 2:12:21 PM <<<
RCPT TO:<gilbert.gibbs@spartanj.org> \n 3/16/2018 2:12:21 PM <<< DATA \n 3/16/2018 2:12:21 PM >>> 250 Sender
<rcpt5209294@r1.rpost.net> OK \n 3/16/2018 2:12:21 PM >>> 250 Recipient <gilbert.gibbs@spartanj.org> OK \n 3/16/2018 2:12:21 PM
>>> 354 Start mail input; end with <CRLF>.<CRLF> \n 3/16/2018 2:12:23 PM <<< . \n 3/16/2018 2:12:24 PM >>> 250 Ok: queued as
F15E482201D \n 3/16/2018 2:12:24 PM <<< QUIT \n 3/16/2018 2:12:24 PM >>> 221 mail.spartanj.org Goodbye mta21.r1.rpost.net,
closing connection \n 3/16/2018 2:12:24 PM closed mail.spartanj.org (209.123.20.214) in=443 out=293689 \n 3/16/2018 2:12:24 PM done
spartanj.org/{default}

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on
the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a
Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <gilbert.gibbs@spartanj.org>
relayed to mailer mail.spartanj.org (209.123.20.214)

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until
the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and
conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents
8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents
listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                              An RPost® Technology

**From:** Acknowledgement <acknowledge@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Ack: Second notice closing escrow
**Date:** Fri, Mar 16, 2018 10:12 am

RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| | |
|---|---|
| **To:** | <gilbert.gibbs@spartanj.org> |
| **Cc:** | |
| **Subject:** | Second notice closing escrow |
| **Received by RMail:** | (UTC) 3/16/2018 2:12:19 PM     (Local) 3/16/2018 2:12:19 PM |
| **Tracking ID:** | D8B769F03C881CF90123631B7CA75E207E7F14BC |
| **Client Code:** | |

**Notes:**
1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com.                     An RPost® Technology

scottlwet@aol.comscottlwet@aol.comSecond notice closing
escrowD8B769F03C881CF90123631B7CA75E207E7F14BC2136769189963660934 9E92303F02BC4D09316763 12ED3&lt;SM21zmRf6Ci6nx8dyDd00000cfc@sm21.r1.rpost.ne
2:12:19 PMTrack & Prove - MarkedReceipt-TrackProve-Marked.pnggilbert.gibbs@spartanj.orgDelivered to Mail Server250 Ok: queued as F15E482201D mail.spartanj.org
(209.123.20.214)3/16/2018 2:12:24 PM (UTC)3/16/2018 2:12:24 PM212067Sparta_Second_Notice_Demand_Settlement_Closing_Escrow.pdf3/16/2018 2:12:21 PM starting
spartanj.org/{default} 3/16/2018 2:12:21 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mail.spartanj.org (209.123.20.214) 3/16/2018 2:12:21 PM connected from
192.168.10.238:58521 3/16/2018 2:12:21 PM >>> 220 mail.spartanj.org ESMTP (7c03e2ccb4d45966c4017929dacdfa85) 3/16/2018 2:12:21 PM <<< EHLO mta21.r1.rpost.net
3/16/2018 2:12:21 PM >>> 250-mail.spartanj.org Hello mta21.r1.rpost.net [52.58.131.9], pleased to meet you 3/16/2018 2:12:21 PM >>> 250-SIZE 100000000 3/16/2018 2:12:21
PM >>> 250-PIPELINING 3/16/2018 2:12:21 PM >>> 250-8BITMIME 3/16/2018 2:12:21 PM >>> 250 HELP 3/16/2018 2:12:21 PM <<< MAIL FROM:
<rcpt5209294@r1.rpost.net> BODY=8BITMIME 3/16/2018 2:12:21 PM <<< RCPT TO:<gilbert.gibbs@spartanj.org> 3/16/2018 2:12:21 PM <<< DATA 3/16/2018 2:12:21 PM
>>> 250 Sender <rcpt5209294@r1.rpost.net> OK 3/16/2018 2:12:21 PM >>> 250 Recipient <gilbert.gibbs@spartanj.org> OK 3/16/2018 2:12:21 PM >>> 354 Start mail input;
end with <CRLF>.<CRLF> 3/16/2018 2:12:23 PM <<< . 3/16/2018 2:12:24 PM >>> 250 Ok: queued as F15E482201D 3/16/2018 2:12:24 PM <<< QUIT 3/16/2018 2:12:24 PM
>>> 221 mail.spartanj.org Goodbye mta21.r1.rpost.net, closing connection 3/16/2018 2:12:24 PM closed mail.spartanj.org (209.123.20.214) in=443 out=293689 3/16/2018
2:12:24 PM done spartanj.org/{default}From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on
the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report
in standard format, as well as the headers of the original message. <gilbert.gibbs@spartanj.org> relayed to mailer mail.spartanj.org (209.123.20.214)



UNITED STATES POSTAL SERVICE®
**REGISTERED MAIL™**

RE 246 243 110 US

Label 200, August 2005    PSN 7690-05-000-9311

RE 246 243 110 US    S

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas(Scott): Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018

Registered Mail #RE 246 243 097 US

## AFFIDAVIT OF SERVICE

### SECOND NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

State of New Jersey    )
                         )   ss.
County of Morris       )

I am over 18 years of age and not a party to the within action. My business address is:

Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong, [07849] New Jersey

On this the 15th day of March, 2018, I served the following by Registered Mail:


     1. One (1) copies of Original SECOND NOTICE OF DEMAND AND SETTLEMENT FOR
CLOSING OF THE ESCROW , File # OTL01162018, subscribed by Owen Thomas (Scott): Lennon, Agent.

     2. One copy of this Affidavit of Service for each copy of SECOND NOTICE OF DEMAND AND
SETTLEMENT FOR CLOSING OF THE ESCROW in a sealed envelope with postage pre-paid, properly
addressed to:


Libellee:       JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 243 097 US
                 1033 WELDON ROAD
                 LAKE HOPATCONG, NEW JERSEY 07849

In care of:     RUSSEL FELTER          dba as MAYOR
             JAMES LEACH           BUISSNESS ADMINISTRATOR
             WILLIAM CRAIG        CHIEF OF POLICE
             JAMES LASALA         ACTING PROSECUTOR ESQUIRE
             HONORABLE PETER FICO   ACTING JUDGE
             ANDREW DIAMOND     SPECIAL OFFICER

             TOWNSHIP OF RANDOLPH Et al,   Registered mail   RE 246 243 106 US
             502 Milbrook ave
             Randolph, NJ 07869

In care of:     MARK FORSTENHAUSLER   dba as MAYOR
             DAVID N. STOKOE       CHIEF OF POLICE
             JERRY GOMEZ           POLICE OFFICER
             STEPHAN MOUNTAIN    TOWNSHIP MANAGER
             IRA A. COHEN           ACTING JUDGE
             MICHAEL CRESETELLO    ACTING PROSECUTER ESQUIRE

             SPARTA TOWNSHIP Et al,      Registered mail   RE 246 243 110 US
             65 Main Street
             Sparta Township, NJ 07871

In care of:     GILBERT A. GIBBS      dba as MAYOR
             WILLIAM CLOSE        TOWNSHIP MANAGER
             NEIL SPIDALETTO      CHIEF OF POLICE

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Owen-Thomas(Scott): Lennon, CREDITOR, SECURED PARTY**

FILE # OTL011620 8                                          Registered Mail #RE 246 243 097 US

FRANK SCHOMP            SARGENT
STEVEN GUIDO            POLICE OFFICER
JOHN P. MULHERN         ACTING JUDGE
JONATHAN MCQUEEN        ACTING PROSECUTOR ESQUIRE

Libel ee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union..

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true

and correct. Executed on this 15<sup>th</sup> day of March, 2018 ".

Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)

DANIEL R. THOMAS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 6/17/2021

**From:** Receipt <receipt@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Receipt: Jefferson_Township_Second_Notice And Demand_Closing_Escrow
**Date:** Fri, Mar 16, 2018 12:08 pm
**Attachments:** DeliveryReceipt.xml (5K), HtmlReceipt.htm (452K)



### This receipt contains verifiable proof of your RPost transaction.

The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

### To authenticate this receipt, forward this email with its attachment to '**verify@r1.rpost.net**'

---

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| rfelter@jeffersontownship.net | Relayed to Mail Server | 250 2.6.0 <5209237@r1.rpost.net> [InternalId=120040040955980, Hostname=Postex12.JEFFERSONTOWNSHIP.LOCAL] Queued mail for delivery jeffersontownship.net.snwlhosted.com (173.240.210.186) | 3/16/2018 2:08:35 PM (UTC) | 3/16/2018 2:08:35 PM | |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

---

### Message Envelope

| | |
|---|---|
| **From:** | scottlwet@aol.com< scottlwet@aol.com > |
| **Subject:** | Jefferson_Township_Second_Notice And Demand_Closing_Escrow |
| **To:** | <rfelter@jeffersontownship.net> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <SM21arcR4ZDgC81Tbdk00000cf7@sm21.r1.rpost.net> |
| **Received by RMail System:** | 3/16/2018 2:08:25 PM (UTC) |
| **Client Code:** | |

---

### Message Statistics

| | |
|---|---|
| **Tracking Number:** | 66C79E32C76BA9A16B5E14775E349ADABEFD4FFB |
| **Message Size:** | 214510 |
| **Features Used:** | |

| File Size (bytes): | File Name: |
|---|---|
| 211831 | Jefferson_Township_Second_Notice_Demand_Closing_Escrow.pdf |

---

### Delivery Audit Trail

3/16/2018 2:08:31 PM starting jeffersontownship.net/{default} \n 3/16/2018 2:08:31 PM connecting from mta21.r1.rpost.net (0.0.0.0) to
jeffersontownship.net.snwlhosted.com (173.240.210.186) \n 3/16/2018 2:08:31 PM connected from 192.168.10.238:33607 \n 3/16/2018

2:08:31 PM >>> 220 sjl0vm-hesra17.colo.sonicwall.com ESMTP SonicWall (9.1.0.2925) \n 3/16/2018 2:08:31 PM <<< EHLO mta21.r1.rpost.net \n 3/16/2018 2:08:32 PM >>> 250-jeffersontownship.net.snwlhosted.com \n 3/16/2018 2:08:32 PM >>> 250-8BITMIME \n 3/16/2018 2:08:32 PM >>> 250-ENHANCEDSTATUSCODES \n 3/16/2018 2:08:32 PM >>> 250-STARTTLS \n 3/16/2018 2:08:32 PM >>> 250 SIZE 37748736 \n 3/16/2018 2:08:32 PM <<< STARTTLS \n 3/16/2018 2:08:32 PM >>> 220 2.2.0 Ready to start TLS \n 3/16/2018 2:08:32 PM tls TLSv1 connected with 256-bit ECDHE-RSA-AES256-SHA \n 3/16/2018 2:08:32 PM tls Cert: /OU=Domain Control Validated/CN=*.snwlhosted.com; issuer=/C=US/ST=Arizona/L=Scottsdale/O=GoDaddy.com, Inc./OU=http://certs.godaddy.com/repository//CN=Go Daddy Secure Certificate Authority - G2; verified=no \n 3/16/2018 2:08:32 PM <<< EHLO mta21.r1.rpost.net \n 3/16/2018 2:08:32 PM >>> 250-jeffersontownship.net.snwlhosted.com \n 3/16/2018 2:08:32 PM >>> 250-8BITMIME \n 3/16/2018 2:08:32 PM >>> 250-ENHANCEDSTATUSCODES \n 3/16/2018 2:08:32 PM >>> 250 SIZE 37748736 \n 3/16/2018 2:08:32 PM <<< MAIL FROM:<rcpt5209237@r1.rpost.net> BODY=8BITMIME \n 3/16/2018 2:08:33 PM >>> 250 2.1.0 Sender OK \n 3/16/2018 2:08:33 PM <<< RCPT TO:<rfelter@jeffersontownship.net> \n 3/16/2018 2:08:33 PM >>> 250 2.1.5 Recipient OK \n 3/16/2018 2:08:33 PM <<< DATA \n 3/16/2018 2:08:33 PM >>> 354 3.0.0 End Data with <CR><LF>.<CR><LF> \n 3/16/2018 2:08:34 PM <<< \n 3/16/2018 2:08:35 PM >>> 250 2.6.0 <5209237@r1.rpost.net> [InternalId=120040040955980, Hostname=Postex12.JEFFERSONTOWNSHIP.LOCAL] Queued mail for delivery \n 3/16/2018 2:08:35 PM <<< QUIT \n 3/16/2018 2:08:35 PM >>> 221 2.0.0 jeffersontownship.net.snwlhosted.com says goodbye; final session=201803161408311033242 \n 3/16/2018 2:08:35 PM closed jeffersontownship.net.snwlhosted.com (173.240.210.186) in=629 out=294514 \n 3/16/2018 2:08:35 PM done jeffersontownship.net/{default}

From:postmaster@mta21.r1.rpost.net Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <rfelter@jeffersontownship.net> relayed to mailer jeffersontownship.net.snwlhosted.com (173.240.210.186)

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                                              An RPost® Technology

**From:** Acknowledgement <acknowledge@r1.rpost.net>
   **To:** scottlwet <scottlwet@aol.com>
**Subject:** Ack: Jefferson_Township_Second_Notice And Demand_Closing_Escrow
   **Date:** Fri, Mar 16, 2018 10:08 am

RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| | |
|---|---|
| **To:** | <rfelter@jeffersontownship.net> |
| **Cc:** | |
| **Subject:** | Jefferson_Township_Second_Notice And Demand_Closing_Escrow |
| **Received by RMail:** | (UTC) 3/16/2018 2:08:25 PM     (Local) 3/16/2018 2:08:25 PM |
| **Tracking ID:** | 66C79E32C76BA9A16B5E14775E349ADABEFD4FFB |
| **Client Code:** | |

**Notes:**
1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com.                    An RPost® Technology

scottlwet@aol.comscottlwet@aol.comJefferson_Township_Second_Notice And Demand_Closing_Escrow66C79E32C76BA9A1635E1477SE349ADABEFD4FFB214510759F1B6D9F9EE69EC0E8370A05312B37FE1DA896&lt;SM21arcR4ZDgC81Tbdk000 2:08:25 PMTrack & Prove - MarkedReceipt-TrackProve-Marked.pngrfelter@jeffersontownship.netRelayed to Mail Server250 2.6.0 <5209237@r1.rpost.net> [InternalId=120040040955980, Hostname=Postex12.JEFFERSONTOWNSHIP.LOCAL] Queued mail for delivery jeffersontownship.net.snwlhosted.com (173.240.210.186)3/16/2018 2:08:35 PM (UTC)3/16/2018 2:08:35 PM211831Jefferson_Township_Second_Notice_Demand_Closing_Escrow.pdf3/16/2018 2:08:31 PM starting jeffersontownship.net/{default} 3/16/2018 2:08:31 PM connecting from mta21.r1.rpost.net (0.0.0.0) to jeffersontownship.net.snwlhosted.com (173.240.210.186) 3/16/2018 2:08:31 PM connected from 192.168.10.238:33607 3/16/2018 2:08:31 PM >>> 220 sjl0vm-hesra17.colo.sonicwall.com ESMTP SonicWall (9.1.0.2925) 3/16/2018 2:08:31 PM <<< EHLO mta21.r1.rpost.net 3/16/2018 2:08:32 PM >>> 250-jeffersontownship.net.snwlhosted.com 3/16/2018 2:08:32 PM >>> 250-8BITMIME 3/16/2018 2:08:32 PM >>> 250-ENHANCEDSTATUSCODES 3/16/2018 2:08:32 PM >>> 250-STARTTLS 3/16/2018 2:08:32 PM >>> 250 SIZE 37748736 3/16/2018 2:08:32 PM <<< STARTTLS 3/16/2018 2:08:32 PM >>> 220 2.2.0 Ready to start TLS 3/16/2018 2:08:32 PM tls:TLSv1 connected with 256-bit ECDHE-RSA-AES256-SHA 3/16/2018 2:08:32 PM tls:Cert: /OU=Domain Control Validated/CN=*.snwlhosted.com; issuer=/C=US/ST=Arizona/L=Scottsdale/O=GoDaddy.com, Inc./OU=http://certs.godaddy.com/repository//CN=Go Daddy Secure Certificate Authority - G2; verified=no 3/16/2018 2:08:32 PM <<< EHLO mta21.r1.rpost.net 3/16/2018 2:08:32 PM >>> 250-jeffersontownship.net.snwlhosted.com 3/16/2018 2:08:32 PM >>> 250-8BITMIME 3/16/2018 2:08:32 PM >>> 250-ENHANCEDSTATUSCODES 3/16/2018 2:08:32 PM >>> 250 SIZE 37748736 3/16/2018 2:08:32 PM <<< MAIL FROM:<rcpt5209237@r1.rpost.net> BODY=8BITMIME 3/16/2018 2:08:33 PM >>> 250 2.1.0 Sender OK 3/16/2018 2:08:33 PM <<< RCPT TO: <rfelter@jeffersontownship.net> 3/16/2018 2:08:33 PM >>> 250 2.1.5 Recipient OK 3/16/2018 2:08:33 PM <<< DATA 3/16/2018 2:08:33 PM >>> 354 3.0.0 End Data with <CR><LF>.<CR><LF> 3/16/2018 2:08:34 PM <<< . 3/16/2018 2:08:35 PM >>> 250 2.6.0 <5209237@r1.rpost.net> [InternalId=12004040955980, Hostname=Postex12.JEFFERSONTOWNSHIP.LOCAL] Queued mail for delivery 3/16/2018 2:08:35 PM <<< QUIT 3/16/2018 2:08:35 PM >>> 221 2.0.0 jeffersontownship.net.snwlhosted.com says goodbye; final session=20180316140831033242 3/16/2018 2:08:35 PM closed jeffersontownship.net.snwlhosted.com (173.240.210.186) in=629 out=294514 3/16/2018 2:08:35 PM done jeffersontownship.net/{default}From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <rfelter@jeffersontownship.net> relayed to mailer jeffersontownship.net.snwlhosted.com (173.240.210.186)



RE 246 243 097 US

RE 246 243 097 US

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott):Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                    Registered Mail #246 243 123 US

## AFFIDAVIT OF SERVICE

CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE
ESCROW

State of New Jersey    )
                       )    ss.
Morris County          )

I am over 18 years of age and not a party to the within action. My business address is:

C/o Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong, [07849] New Jersey

On this ___ day of _March_ 2018, I served the following by Registered Mail.:

1.  One (1) copies of Original "CONTRACTUAL AND FINAL NOTICE OF DEMAND AND
    SETTLEMENT FOR CLOSING OF THE ESCROW," For the Petition for Agreement and
    Harmony within the Admiralty in the Nature of, "NOTICE OF INTERNATIONAL
    COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY, File #
    OTL01162018, subscribed by Owen-Thomas (Scott): Lennon Agent.

2.  One copy of this Affidavit of service for each copy of "CONTRACTUAL AND FINAL
    NOTICE OF DEMAND FOR CLOSING OF THE ESCROW" in a sealed envelope with
    postage pre-paid, properly addressed to:

Libellee:        JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 243 123 US
                 1033 WELDON ROAD
                 LAKE HOPATCONG, NEW JERSEY 07849

In care of:      RUSSEL FELTER              dba as MAYOR
                 JAMES LEACH                BUISSNESS ADMINISTRATOR
                 WILLIAM CRAIG              CHIEF OF POLICE
                 JAMES LASALA               ACTING PROSECUTOR ESQUIRE
                 HONORABLE PETER FICO       ACTING JUDGE
                 ANDREW DIAMOND             SPECIAL OFFICER

Libellee         TOWNSHIP OF RANDOLPH Et al,    Registered mail    RE 246 243 145 US
                 502 Milbrook ave
                 Randolph, NJ 07869

In care of:      MARK FORSTENHAUSLER        dba as MAYOR
                 DAVID N. STOKOE            CHIEF OF POLICE
                 JERRY GOMEZ                POLICE OFFICER
                 STEPHAN MOUNTAIN           TOWNSHIP MANAGER
                 IRA A. COHEN               ACTING JUDGE
                 MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

Libellee         SPARTA TOWNSHIP Et al,         Registered mail    RE 246 243 137 US
                 65 Main Street
                 Sparta Township, NJ 07871

In care of:      GILBERT A. GIBBS          dba as MAYOR

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Owen-Thomas (Scott):Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                    Registered Mail #246 243 123 US

WILLIAM CLOSE                    TOWNSHIP MANAGER
NEIL SPIDALETTO                  CHIEF OF POLICE
FRANK SCHOMP                     SARGENT
STEVEN GUIDO                     POLICE OFFICER
JOHN P. MULHERN                  ACTING JUDGE
JONATHAN MCQUEEN                 ACTING PROSECUTOR ESQUIRE

Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union..

"I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this _2 st_ day of _March_ , ~~2004~~". _2018_

Daniel Thomas, ~~Notary~~ Acceptor UCC 3-402 (b)(1)

DANIEL R. THOMAS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 6/17/2021

**CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW AFFIDAVIT OF SERVICE**

Ack: Final see attached ...18, 2:29 PM

**From:** Acknowledgement <acknowledge@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Ack: Final see attached
**Date:** Wed, Mar 21, 2018 2:21 pm

RMail Acknowledgement · Proof of Sending

This message certifies that the email below was sent.

| | |
|---|---|
| **To:** | <rfelter@jeffersontownship.net> |
| **Cc:** | |
| **Subject:** | Final see attached |
| **Received by RMail:** | (UTC) 3/21/2018 6:21:39 PM |
| **Tracking ID:** | 1F269BDF08E1BC4891C2034C9E3771F18CA1B9DB |
| **Client Code:** | |

(Local) 3/21/2018 6:21:39 PM

**Notes:**
1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com.                 An RPost® Technology

scottlwet@aol.comscottlwet@aol.comFinal see attached1F269BDF08E1BC4891C2034C9E3771F18CA1B9DB229374984EE9093FD1FCB02482C0FB78029F338171A9DF&lt;SM21KcaBJS3j9FU272300001363@sm21.r1.rpc 6:21:39 PMTrack & Prove - MarkedReceipt-TrackProve-Marked.pngrfelter@jeffersontownship.netRelayed to Mail Server250 2.6.0 <5249082@r1.rpost.net> [InternalId=120572616900729, Hostname=Postex12.JEFFERSONTOWNSHIP.LOCAL] Queued mail for delivery jeffersontownship.net.snwlhosted.com (173.240.210.186)3/21/2018 6:21:59 PM (UTC)3/21/2018 6:21:59 PM227692Jefferson_Final__Notice_and_Demand_Settlement_closing_Escrow_.pdf3/21/2018 6:21:55 PM starting jeffersontownship.net/{default} 3/21/2018 6:21:55 PM connecting from mta21.r1.rpost.net (0.0.0.0) to jeffersontownship.net.snwlhosted.com (173.240.210.186) 3/21/2018 6:21:55 PM connected from 192.168.10.238:35254 3/21/2018 6:21:55 PM >>> 220 sjl0vm-hesra12.colo.sonicwall.com ESMTP SonicWall (9.1.1.3117) 3/21/2018 6:21:55 PM <<< EHLO mta21.r1.rpost.net 3/21/2018 6:21:56 PM >>> 250-jeffersontownship.net.snwlhosted.com 3/21/2018 6:21:56 PM >>> 250-8BITMIME 3/21/2018 6:21:56 PM >>> 250-ENHANCEDSTATUSCODES 3/21/2018 6:21:56 PM >>> 250-STARTTLS 3/21/2018 6:21:56 PM >>> 250 SIZE 37748736 3/21/2018 6:21:56 PM <<< STARTTLS 3/21/2018 6:21:56 PM >>> 220 2.2.0 Ready to start TLS 3/21/2018 6:21:56 PM tls:TLSv1 connected with 256-bit ECDHE-RSA-AES256-SHA 3/21/2018 6:21:56 PM tls:Cert: /OU=Domain Control Validated/CN=*.snwlhosted.com; issuer=/C=US/ST=Arizona/L=Scottsdale/O=GoDaddy.com, Inc./OU=http://certs.godaddy.com/repository//CN=Go Daddy Secure Certificate Authority - G2; verified=no 3/21/2018 6:21:56 PM <<< EHLO mta21.r1.rpost.net 3/21/2018 6:21:56 PM >>> 250-jeffersontownship.net.snwlhosted.com 3/21/2018 6:21:56 PM >>> 250-8BITMIME 3/21/2018 6:21:56 PM >>> 250-ENHANCEDSTATUSCODES 3/21/2018 6:21:56 PM >>> 250 SIZE 37748736 3/21/2018 6:21:56 PM <<< MAIL FROM:<rcpt5249082@r1.rpost.net> BODY=8BITMIME 3/21/2018 6:21:57 PM >>> 250 2.1.0 Sender OK 3/21/2018 6:21:56 PM <<< RCPT TO: <rfelter@jeffersontownship.net> 3/21/2018 6:21:57 PM >>> 250 2.1.5 Recipient OK 3/21/2018 6:21:57 PM <<< DATA 3/21/2018 6:21:57 PM >>> 354 3.0.0 End Data with <CR><LF>.<CR><LF> 3/21/2018 6:21:57 PM <<< .3/21/2018 6:21:59 PM >>> 250 2.6.0 <5249082@r1.rpost.net> [InternalId=120572616900729, Hostname=Postex12.JEFFERSONTOWNSHIP.LOCAL] Queued mail for delivery 3/21/2018 6:21:59 PM <<< QUIT 3/21/2018 6:21:59 PM >>> 221 2.0.0 jeffersontownship.net.snwlhosted.com says goodbye; final session=20180321182155057569 2 3/21/2018 6:21:59 PM closed jeffersontownship.net.snwlhosted.com (173.240.210.186) in=629 out=315185 3/21/2018 6:21:59 PM done jeffersontownship.net/{default}From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <rfelter@jeffersontownship.net> relayed to mailer jeffersontownship.net.snwlhosted.com (173.240.210.186)

UNITED STATES POSTAL SERVICE®
**REGISTERED MAIL**™

RE  246  243  123  US

Label 200, August 2009                PSN 7690-03-000-9311

RE  246  243  123  US

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Owen-Thomas (Scott):Lennon, CREDITOR, SECURED PARTY**

FILE # OTL01162018                                      Registered Mail #246 243 145 US

## AFFIDAVIT OF SERVICE

CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE
ESCROW

State of New Jersey      )
                         )      ss.
Morris County            )

I am over 18 years of age and not a party to the within action. My business address is:

C/o Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong, [07849] New Jersey

On this ___ day of _____, 2018, I served the following by Registered Mail.:

1. One (1) copies of Original "CONTRACTUAL AND FINAL NOTICE OF DEMAND AND
   SETTLEMENT FOR CLOSING OF THE ESCROW," For the Petition for Agreement and
   Harmony within the Admiralty in the Nature of, "NOTICE OF INTERNATIONAL
   COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY, File #
   OTL01162018, subscribed by Owen-Thomas (Scott): Lennon Agent.

2. One copy of this Affidavit of service for each copy of "CONTRACTUAL AND FINAL
   NOTICE OF DEMAND FOR CLOSING OF THE ESCROW" in a sealed envelope with
   postage pre-paid, properly addressed to:

Libellee:       JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 243 123 US
                1033 WELDON ROAD
                LAKE HOPATCONG, NEW JERSEY 07849

In care of:     RUSSEL FELTER                dba as MAYOR
                JAMES LEACH                  BUISSNESS ADMINISTRATOR
                WILLIAM CRAIG                CHIEF OF POLICE
                JAMES LASALA                 ACTING PROSECUTOR ESQUIRE
                HONORABLE PETER FICO         ACTING JUDGE
                ANDREW DIAMOND               SPECIAL OFFICER

Libellee        TOWNSHIP OF RANDOLPH Et al,    Registered mail    RE 246 243 145 US
                502 Milbrook ave
                Randolph, NJ 07869

In care of:     MARK FORSTENHAUSLER          dba as MAYOR
                DAVID N. STOKOE              CHIEF OF POLICE
                JERRY GOMEZ                  POLICE OFFICER
                STEPHAN MOUNTAIN             TOWNSHIP MANAGER
                IRA A. COHEN                 ACTING JUDGE
                MICHAEL CRESETELLO           ACTING PROSECUTER ESQUIRE

Libellee        SPARTA TOWNSHIP Et al,         Registered mail    RE 246 243 137 US
                65 Main Street
                Sparta Township, NJ 07871

In care of:     GILBERT A. GIBBS             dba as MAYOR

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Owen-Thomas (Scott):Lennon, CREDITOR, SECURED PARTY

FILE # OTI.011620·18                                    Registered Mail #246 243 145 US

| | |
|---|---|
| WILLIAM CLOSE | TOWNSHIP MANAGER |
| NEIL SPIDALETTO | CHIEF OF POLICE |
| FRANK SCHOMP | SARGENT |
| STEVEN GUIDO | POLICE OFFICER |
| JOHN P. MULHERN | ACTING JUDGE |
| JONATHAN MCQUEEN | ACTING PROSECUTOR ESQUIRE |

Libelee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union.,

"I certify under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct. Executed on this _2 1st_ day of _March_ ~~2004~~". 2 01 8

_____
Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)

DANIEL R. THOMAS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 6/17/2021

**From:** Acknowledgement <acknowledge@r1.rpost.net>
    **To:** scottlwet <scottlwet@aol.com>
**Subject:** Ack: Final notice
    **Date:** Wed, Mar 21, 2018 2:24 pm

RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| | |
|---|---|
| **To:** | <mforstenhausler@randolphnj.org> |
| **Cc:** | |
| **Subject:** | Final notice |
| **Received by RMail:** | (UTC) 3/21/2018 6:23:57 PM         (Local) 3/21/2018 6:23:57 PM |
| **Tracking ID:** | 53570AAE7312A145B53A390F74852248972BEC7A |
| **Client Code:** | |

**Notes:**
1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com.                                    An RPost® Technology

scottlwet@aol.comscottlwet@aol.comF nal

notice53570AAE7312A145B53A390F74852248972BEC7A228484&lt;SM21TLoCVY7SUt8MdlK00001367@sm21.r1.rpost.net&gt;3/21/2018 6:23:57 PMmforstenhausler@randolphnj.orgDelivered and OpenedMUA+HTTP-IP:fc80::2ccc:4913:b4a3:648c3/21/2018 6:24:04 PM (UTC)3/21/2018 6:24:04 PM3/21/2018 8:30:37 PM[IP Address: 69.126.112.119] [Time Opened: 3/21/2018 8:31:46 PM] [REMOTE_HOST: 69.126.112.119] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images/GLIjAeCd5MJmFNyDiUVUsAMtOlzaUVp4tBk8ldQp.gif] HTTP_CONNECTION:keep-alive HTTP_ACCEPT:image/webp,image/apng,image/*,*/*;q=0.8 HTTP_ACCEPT_ENCODING:gzip, deflate HTTP_ACCEPT_LANGUAGE:en-US HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Linux; Android 7.0; SM-G920V Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/65.0.3325.109 Mobile Safari/537.36 HTTP_X_REQUESTED_WITH:com.samsung.android.email.provider Connection: keep-alive Accept: image/webp,image/apng,image/*,*/*;q=0.8 Accept-Encoding: gzip, deflate Accept-Language: en-US Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Linux; Android 7.0; SM-G920V Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/65.0.3325.109 Mobile Safari/537.36 X-Requested-With: com.samsung.android.email.provider /LM/W3SVC/5/ROOT C:\inetpub\wwwroot\OpenDetection\ 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Suite 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 0 CGI/1.1 on 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Suite 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 5 /LM/W3SVC/5 192.168.10.186 /open/images/GLIjAeCd5MJmFNyDiUVUsAMtOlzaUVp4tBk8ldQp.gif C:\inetpub\wwwroot\OpenDetection\open\images\GLIjAeCd5MJmFNyDiUVUsAMtOlzaUVp4tBk8ldQp.gif 69.126.112.119 69.126.112.119 47894 GET /open/images/GLIjAeCd5MJmFNyDiUVUsAMtOlzaUVp4tBk8ldQp.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/8.5 /open/images/GLIjAeCd5MJmFNyDiUVUsAMtOlzaUVp4tBk8ldQp.gif keep-alive image/webp,image/apng,image/*,*/*;q=0.8 gzip, deflate en-US open.r1.rpost.net Mozilla/5.0 (Linux; Android 7.0; SM-G920V Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/65.0.3325.109 Mobile Safari/537.36 com.samsung.android.email.provider Your message To: Forstenhausler, Mark Subject: Registered: Final notice Sent: Wednesday, March 21, 2018 2:23:54 PM (UTC-05:00) Eastern Time (US & Canada) was read on Wednesday, March 21, 2018 4:30:37 PM (UTC-05:00) Eastern Time (US & Canada).

scottlwet@aol.comscottlwet@aol.comFinal

notice53570AAE7312A145B53A390F74852248972BEC7A2284849FE7A4CD82A621E27FAFF00733FCFC982F24F25A&lt;SM21TLoCVY7SUt8MdlK00001367@sm21.r1.rpc 6:23:57 PMTrack & Prove - MarkedReceipt-TrackProve-Marked.pngmforstenhausler@randolphnj.orgDelivered to MailboxDelivery confirmed by recipient mail server at RANDOLPHNJ.ORG3/21/2018 6:24:04 PM (UTC)3/21/2018 6:24:04 PM226860Randolph_Final__Notice_and_Demand_Settlement_closing_Escrow..pdf3/21/2018 6:23:59 PM starting randolphnj.org/{default} 3/21/2018 6:23:59 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mx1-us1.ppe-hosted.com (67.231.154.162) 3/21/2018 6:23:59 PM connected from 192.168.10.238:50849 3/21/2018 6:24:02 PM >>> 220 mx1-us3.ppe-hosted.com - Welcome to Proofpoint Essentials ESMTP Server 3/21/2018 6:24:02 PM <<< EHLO mta21.r1.rpost.net 3/21/2018 6:24:02 PM >>> 250-mx1-us3.ppe-hosted.com 3/21/2018 6:24:02 PM >>> 250-PIPELINING 3/21/2018 6:24:02 PM >>> 250-SIZE 1024000000 3/21/2018 6:24:02 PM >>> 250-ETRN 3/21/2018 6:24:02 PM >>> 250-STARTTLS 3/21/2018 6:24:02 PM >>> 250-ENHANCEDSTATUSCODES 3/21/2018 6:24:02 PM >>> 250-8BITMIME 3/21/2018 6:24:02 PM >>> 250 DSN 3/21/2018 6:24:02 PM <<< STARTTLS 3/21/2018 6:24:02 PM >>> 220 2.0.0 Ready to start TLS 3/21/2018 6:24:02 PM tls:TLSv1 connected with 256-bit ECDHE-RSA-AES256-SHA 3/21/2018 6:24:02 PM tls:Cert: /C=US/ST=California/L=Sunnyvale/O=Proofpoint, Inc./CN=*.ppe-hosted.com; issuer=/C=US/O=thawte, Inc./CN=thawte SSL CA - G2: verified=no 3/21/2018 6:24:02 PM <<< EHLO mta21.r1.rpost.net 3/21/2018 6:24:03 PM >>> 250-mx1-us3.ppe-hosted.com 3/21/2018 6:24:03 PM >>> 250-PIPELINING 3/21/2018 6:24:03 PM >>> 250-SIZE 1024000000 3/21/2018 6:24:03 PM >>> 250-ETRN 3/21/2018 6:24:03 PM >>> 250-ENHANCEDSTATUSCODES 3/21/2018 6:24:03 PM >>> 250-8BITMIME 3/21/2018 6:24:03 PM >>> 250 DSN 3/21/2018 6:24:03 PM <<< MAIL FROM: <rcpt5249113@r1.rpost.net> BODY=8BITMIME RET=FULL 3/21/2018 6:24:03 PM >>> 250 2.1.0 Ok 3/21/2018 6:24:03 PM <<< RCPT TO: <mforstenhausler@randolphnj.org> NOTIFY=SUCCESS,FAILURE,DELAY 3/21/2018 6:24:03 PM >>> 250 2.1.5 Ok 3/21/2018 6:24:03 PM <<< DATA 3/21/2018 6:24:03 PM >>> 354 End data with <CR><LF>.<CR><LF> 3/21/2018 6:24:04 PM <<< . 3/21/2018 6:24:04 PM >>> 250 2.0.0 Ok: queued as 35E2598007B 3/21/2018 6:24:04 PM <<< QUIT 3/21/2018 6:24:04 PM >>> 221 2.0.0 Bye 3/21/2018 6:24:04 PM closed mx1-us1.ppe-hosted.com (67.231.154.162) in=483 out=314024 3/21/2018 6:24:04 PM done randolphnj.org/{default}From:postmaster@RANDOLPHNJ.ORG:Your message has been delivered to the following recipients: mforstenhausler@randolphnj.org<mailto:mforstenhausler@randolphnj.org> Subject: Registered: Final notice



RE 246 243 145 US

Label 200, August 2005    PSN 7690-03-000-9311

RE 246 243 145 US    R

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Owen-Thomas (Scott):Lennon, CREDITOR, SECURED PARTY

FILE # OTL01162018                                    Registered Mail #246 243 137 US

## AFFIDAVIT OF SERVICE

### CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

State of New Jersey          )
                             )      ss.
Morris County                )

I am over 18 years of age and not a party to the within action. My business address is:

C/o Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong, [07849] New Jersey

On this __21__ day of __March__, 2018, I served the following by Registered Mail.:

1. One (1) copies of Original "CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW," For the Petition for Agreement and Harmony within the Admiralty in the Nature of, "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY, File # OTL01162018, subscribed by Owen-Thomas (Scott): Lennon Agent.

2. One copy of this Affidavit of service for each copy of "CONTRACTUAL AND FINAL NOTICE OF DEMAND FOR CLOSING OF THE ESCROW" in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:       JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 243 123 US
                1033 WELDON ROAD
                LAKE HOPATCONG, NEW JERSEY 07849

In care of:     RUSSEL FELTER              dba as MAYOR
                JAMES LEACH                BUISSNESS ADMINISTRATOR
                WILLIAM CRAIG              CHIEF OF POLICE
                JAMES LASALA              ACTING PROSECUTOR ESQUIRE
                HONORABLE PETER FICO       ACTING JUDGE
                ANDREW DIAMOND             SPECIAL OFFICER

Libellee        TOWNSHIP OF RANDOLPH Et al,    Registered mail   RE 246 243 145 US
                502 Milbrook ave
                Randolph, NJ 07869

In care of:     MARK FORSTENHAUSLER        dba as MAYOR
                DAVID N. STOKOE            CHIEF OF POLICE
                JERRY GOMEZ                POLICE OFFICER
                STEPHAN MOUNTAIN           TOWNSHIP MANAGER
                IRA A. COHEN               ACTING JUDGE
                MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

Libellee        SPARTA TOWNSHIP Et al,         Registered mail   RE 246 243 137 US
                65 Main Street
                Sparta Township, NJ 07871

In care of:     GILBERT A. GIBBS          dba as MAYOR

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Owen-Thomas (Scott):Lennon, CREDITOR, SECURED PARTY

FILE # OTL.01162018                                       Registered Mail #246 243 137 US

| | |
|---|---|
| WILLIAM CLOSE | TOWNSHIP MANAGER |
| NEIL SPIDALETTO | CHIEF OF POLICE |
| FRANK SCHOMP | SARGENT |
| STEVEN GUIDO | POLICE OFFICER |
| JOHN P. MULHERN | ACTING JUDGE |
| JONATHAN MCQUEEN | ACTING PROSECUTOR ESQUIRE |

Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union.:

"I certify under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct. Executed on this 21st day of _March_, 2004" 2018

_signature_

Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)

DANIEL R. THOMAS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 6/17/2021

Ack: Final notice                                                                                                    3/21/18, 2:29 PM

**From:** Acknowledgement <acknowledge@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Ack: Final notice
**Date:** Wed, Mar 21, 2018 2:28 pm

RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| | |
|---|---|
| **To:** | <gilbert.gibbs@spartanj.org> |
| **Cc:** | |
| **Subject:** | Final notice |
| **Received by RMail:** | (UTC) 3/21/2018 6:27:59 PM | (Local) 3/21/2018 6:27:59 PM |
| **Tracking ID:** | 484A275A83E77DDB38309DBE105D474EE9C3F9E4 |
| **Client Code:** | |

**Notes:**
1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com.                                      An RPost® Technology

scottlwet@aol.comscottlwet@aol.comFinal

notice484A275A83E77DDB38309DBE105D474EE9C3F9E4231387049E5F7A2D86FA87B184E0C199917E2951F024CB&lt;SM21WoTMJ0VFqQIzUhe0000136a@sm21.r1.rpc 6:27:59 PMTrack & Prove - MarkedReceipt-TrackProve-Marked.pnggilbert.gibbs@spartanj.orgDelivered to Mail Server250 Ok: queued as B7FAF822033 mail.spartanj.org (209.123.20.214)3/21/2018 6:28:03 PM (UTC)3/21/2018 6:28:03 PM229713Sparta_Final__Notice_and_Demand_Settlement_closing_Escrow.pdf3/21/2018 6:28:01 PM starting spartanj.org/{default} 3/21/2018 6:28:01 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mail.spartanj.org (209.123.20.214) 3/21/2018 6:28:01 PM connected from 192.168.10.238:43194 3/21/2018 6:28:01 PM >>> 220 mail.spartanj.org ESMTP (7c03e2ccb4d45966c4017929dacdfa85) 3/21/2018 6:28:01 PM <<< EHLO mta21.r1.rpost.net 3/21/2018 6:28:01 PM >>> 250-mail.spartanj.org Hello mta21.r1.rpost.net [52.58.131.9]. pleased to meet you 3/21/2018 6:28:01 PM >>> 250-SIZE 100000000 3/21/2018 6:28:01 PM >>> 250-PIPELINING 3/21/2018 6:28:01 PM >>> 250-8BITMIME 3/21/2018 6:28:01 PM >>> 250 HELP 3/21/2018 6:28:01 PM <<< MAIL FROM: <rcpt5249156@r1.rpost.net> BODY=8BITMIME 3/21/2018 6:28:01 PM <<< RCPT TO:<gilbert.gibbs@spartanj.org> 3/21/2018 6:28:01 PM <<< DATA 3/21/2018 6:28:01 PM >>> 250 Sender <rcpt5249156@r1.rpost.net> OK 3/21/2018 6:28:01 PM >>> 250 Recipient <gilbert.gibbs@spartanj.org> OK 3/21/2018 6:28:01 PM >>> 354 Start mail input; end with <CRLF>.<CRLF> 3/21/2018 6:28:02 PM <<< .3/21/2018 6:28:03 PM >>> 250 Ok: queued as B7FAF822033 3/21/2018 6:28:03 PM <<< QUIT 3/21/2018 6:28:03 PM >>> 221 mail.spartanj.org Goodbye mta21.r1.rpost.net. closing connection 3/21/2018 6:28:03 PM closed mail.spartanj.org (209.123.20.214) in=443 out=317909 3/21/2018 6:28:03 PM done spartanj.org/{default}From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <gilbert.gibbs@spartanj.org> relayed to mailer mail.spartanj.org (209.123.20.214)

REGISTERED MAIL™

UNITED STATES POSTAL SERVICE®

RE 246 243 137 US

Label 200, August 2005    PSN 7690-03-000-9311

RE 246 243 137 US

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Owen-Thomas (Scott):Lennon, CREDITOR, SECURED PARTY

File # OTL01162018                                          Registered Mail #RE 246 243 168 US

## AFFIDAVIT OF SERVICE

### NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT CERTIFICATE OF DISHONOR

State of New Jersey
                              )        ss.
County of Morris              )

I am over 18 years of age and not a party to the within action. My business address is:

Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong, [07849] New Jersey

On this 29th day of March, 2018, I served the following by Registered Mail;

1. One (1) copy of Original "**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT AND CERTIFICATE OF DISHONOR** File #OTL01162018, subscribed Owen-Thomas (Scott): Lennon, Agent.

2. One copy of this Affidavit for each copy of "**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT AND CERTIFICATE OF DISHONOR**" of Service in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:      JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 243 154 US
               1033 WELDON ROAD
               LAKE HOPATCONG, NEW JERSEY 07849

In care of:    RUSSEL FELTER              dba as MAYOR
               JAMES LEACH               BUISSNESS ADMINISTRATOR
               WILLIAM CRAIG             CHIEF OF POLICE
               JAMES LASALA             ACTING PROSECUTOR ESQUIRE
               HONORABLE PETER FICO      ACTING JUDGE
               ANDREW DIAMOND           SPECIAL OFFICER

Libellee       TOWNSHIP OF RANDOLPH Et al,    Registered mail    RE 246 243 168 US
               502 Milbrook ave
               Randolph, NJ 07869

In care of:    MARK FORSTENHAUSLER       dba as MAYOR
               DAVID N. STOKOE           CHIEF OF POLICE
               JERRY GOMEZ               POLICE OFFICER
               STEPHAN MOUNTAIN          TOWNSHIP MANAGER
               IRA A. COHEN              ACTING JUDGE
               MICHAEL CRESETELLO        ACTING PROSECUTER ESQUIRE

Libellee       SPARTA TOWNSHIP Et al,         Registered mail    RE 246 243 171 US
               65 Main Street
               Sparta Township, NJ 07871

In care of:    GILBERT A. GIBBS          dba as MAYOR
               WILLIAM CLOSE             TOWNSHIP MANAGER

**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT CERTIFICATE OF DISHONOR**

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Owen-Thomas (Scott):Lennon, CREDITOR, SECURED PARTY

File # OTL01162018                                    Registered Mail #RE 246 243 168 US

| | |
|---|---|
| NEIL SPIDALETTO | CHIEF OF POLICE |
| FRANK SCHOMP | SARGENT |
| STEVEN GUIDO | POLICE OFFICER |
| JOHN P. MULHERN | ACTING JUDGE |
| JONATHAN MCQUEEN | ACTING PROSECUTOR ESQUIRE |

Respondent is additionally subject to postal statutes and the jurisdiction of the Universal Postal Union.,

State of New Jersey            )
                               )        ss.
County of Morris               )


_____
Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)


DANIEL R. THOMAS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 6/17/2021


**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT CERTIFICATE OF DISHONOR**

**From:** Acknowledgement <acknowledge@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Ack: Certificate of Dishonor
**Date:** Thu, Mar 29, 2018 3:38 pm

## RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| | | |
|---|---|---|
| **To:** | <mforstenhausler@randolphnj.org> | |
| **Cc:** | | |
| **Subject:** | Certificate of Dishonor | |
| **Received by RMail:** | (UTC) 3/29/2018 7:38:41 PM | (Local) 3/29/2018 7:38:41 PM |
| **Tracking ID:** | A42C9AECFDD72A6D096B991BA2B63EE9D6E7F0C9 | |
| **Client Code:** | | |

**Notes:**
1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com.                                                  An RPost® Technology

Receipt: Certificate of Dishonor

3/29/18, 8:29 PM

**From:** Receipt <receipt@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Receipt: Certificate of Dishonor
**Date:** Thu, Mar 29. 2018 5:38 pm
**Attachments:** DeliveryReceipt.xml (4K), HtmlReceipt.htm (1169K)



**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net'**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| mforstenhausler@randolphnj.org | Delivered to Mailbox | Delivery confirmed by recipient mail server at RANDOLPHNJ.ORG | 3/29/2018 7:45:22 PM (UTC) | 3/29/2018 7:45:22 PM | |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| | |
|---|---|
| **From:** | scottlwet@aol.com< scottlwet@aol.com > |
| **Subject:** | Certificate of Dishonor |
| **To:** | <mforstenhausler@randolphnj.org> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <SM21m0NlDjYOwHxZ87k00001e23@sm21.r1.rpost.net> |
| **Received by RMail System:** | 3/29/2018 7:38:41 PM (UTC) |
| **Client Code:** | |

### Message Statistics

| | |
|---|---|
| **Tracking Number:** | A42C9AECFDD72A6D096B991BA2B63EE9D6E7F0C9 |
| **Message Size:** | 603006 |
| **Features Used:** | R |
| **File Size (bytes):** | **File Name:** |
| 601317 | Randolph_Certificate_of_Dishonor.pdf |

### Delivery Audit Trail

3/29/2018 7:45:20 PM starting randolphnj.org/{default} \n 3/29/2018 7:45:20 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mx1-us1.ppe-hosted.com (148.163.129.50) \n 3/29/2018 7:45:20 PM connected from 192.168.10.238:43017 \n 3/29/2018 7:45:20 PM >>> 220 mx1-us1.ppe-hosted.com - Welcome to Proofpoint Essentials ESMTP Server \n 3/29/2018 7:45:20 PM <<< EHLO mta21.r1.rpost.net \n 3/29/2018 7:45:20 PM >>> 250-mx1-us1.ppe-hosted.com \n 3/29/2018 7:45:20 PM >>> 250-PIPELINING \n 3/29/2018 7:45:20 PM >>> 250-SIZE 1024000000 \n 3/29/2018 7:45:20 PM >>> 250-ETRN \n 3/29/2018 7:45:20 PM >>> 250-STARTTLS \n 3/29/2018 7:45:20 PM

>>> 250-ENHANCEDSTATUSCODES \n 3/29/2018 7:45:20 PM >>> 250-8BITMIME \n 3/29/2018 7:45:20 PM >>> 250 DSN \n 3/29/2018 7:45:20 PM <<< STARTTLS \n 3/29/2018 7:45.20 PM >>> 220 2.0.0 Ready to start TLS \n 3/29/2018 7:45:21 PM tls:TLSv1 connected with 256-bit ECDHE-RSA-AES256-SHA \n 3/29/2018 7:45:21 PM tls:Cert: /C=US/ST=California/L=Sunnyvale/O=Proofpoint, Inc /CN=* ppe-hosted.com, issuer=/C=US/O=thawte, Inc /CN=thawte SSL CA - G2; verified=no \n 3/29/2018 7:45:21 PM <<< EHLO mta21-r1 rpost net \n 3/29/2018 7:45:21 PM >>> 250-mx1-us1 ppe-hosted.com \n 3/29/2018 7:45:21 PM >>> 250-PIPELINING \n 3/29/2018 7:45:21 PM >>> 250-SIZE 1024000000 \n 3/29/2018 7:45:21 PM >>> 250-ETRN \n 3/29/2018 7:45:21 PM >>> 250-ENHANCEDSTATUSCODES \n 3/29/2018 7:45:21 PM >>> 250-8BITMIME \n 3/29/2018 7:45:21 PM >>> 250 DSN \n 3/29/2018 7:45:21 PM <<< MAIL FROM:<rcpt5326781@r1.rpost.net> BODY=8BITMIME RET=FULL \n 3/29/2018 7:45:21 PM >>> 250 2.1.0 Ok \n 3/29/2018 7:45:21 PM <<< RCPT TO:<mforstenhausler@randolphnj.org> NOTIFY=SUCCESS,FAILURE,DELAY \n 3/29/2018 7:45:21 PM >>> 250 2.1.5 Ok \n 3/29/2018 7:45:21 PM <<< DATA \n 3/29/2018 7:45:21 PM >>> 354 End data with <CR><LF> <CR><LF> \n 3/29/2018 7:45:22 PM <<< . \n 3/29/2018 7:45:22 PM >>> 250 2.0.0 Ok: queued as 643E3A80063 \n 3/29/2018 7:45:22 PM <<< QUIT \n 3/29/2018 7:45:22 PM >>> 221 2.0.0 Bye \n 3/29/2018 7:45:22 PM closed mx1-us1 ppe-hosted com (148.163.129.50) in=483 out=826507 \n 3/29/2018 7:45:22 PM done randolphnj.org/{default}

From:postmaster@RANDOLPHNJ.ORG:Your message has been delivered to the following recipients.
mforstenhausler@randolphnj.org<mailto:mforstenhausler@randolphnj.org>; Subject: Registered: Certificate of Dishonor

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                    An RPost® Technology

Delivered and Opened: Certificate of Dishonor

3/30/18, 7:44 AM

**From:** Receipt <receipt@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Delivered and Opened: Certificate of Dishonor
**Date:** Fri, Mar 30, 2018 6:29 am
**Attachments:** DeliveryReceipt.xml (4K), HtmlReceipt.htm (38K)



## RMail Open Receipt

The following message has been delivered and opened for reading:

| | |
|---|---|
| **Message Subject:** | Certificate of Dishonor |
| **To:** | mforstenhausler@randolphnj.org |
| **Time Sent:** | 3/29/2018 7:38:41 PM (UTC) |
| **Time Opened:** | 3/30/2018 10:20:15 AM(Local) |
| **Tracking Number:** | A42C9AECFDD72A6D096B991BA2B63EE9D6E7F0C9 |
| **Network ID:** | <SM21m0NIDjYOwHxZ87k00001e23@sm21.r1.rpost.net> |
| **Client Code:** | |

### Details:

[IP Address: 69.126.112.119] [Time Opened: 3/30/2018 10:23:51 AM] [REMOTE_HOST: 69.126.112.119] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images/B3MbPimVTAjKv546TI4YeOJ6xdZv7HKzqJp3EWz2.gif] HTTP_CONNECTION:keep-alive HTTP_ACCEPT:*/* HTTP_ACCEPT_CHARSET:utf-8, iso-8859-1, utf-16, *;q=0.7 HTTP_ACCEPT_ENCODING:gzip,deflate HTTP_ACCEPT_LANGUAGE:en-US HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Linux; U; Android 4.1.2; en-us; GT-N8013 Build/JZO54K) AppleWebKit/534.30 (KHTML, like Gecko) Version/4.0 Safari/534.30 Connection: keep-alive Accept: */* Accept-Charset: utf-8, iso-8859-1, utf-16, *;q=0.7 Accept-Encoding: gzip,deflate Accept-Language: en-US Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Linux; U; Android 4.1.2; en-us; GT-N8013 Build/JZO54K) AppleWebKit/534.30 (KHTML, like Gecko) Version/4.0 Safari/534.30 /LM/W3SVC/5/ROOT C:\inetpub\wwwroot\OpenDetection 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Suite 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 0 CGI/1.1 on 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Suite 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 5 /LM/W3SVC/5 192.168.10.186 /open/images/B3MbPimVTAjKv546TI4YeOJ6xdZv7HKzqJp3EWz2.gif C:\inetpub\wwwroot\OpenDetection\open\images\B3MbPimVTAjKv546TI4YeOJ6xdZv7HKzqJp3EWz2.gif 69.126.112.119 69.126.112.119 41370 GET /open/images/B3MbPimVTAjKv546TI4YeOJ6xdZv7HKzqJp3EWz2.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/8.5 /open/images/B3MbPimVTAjKv546TI4YeOJ6xdZv7HKzqJp3EWz2.gif keep-alive */* utf-8, iso-8859-1, utf-16, *;q=0.7 gzip,deflate en-US open.r1.rpost.net Mozilla/5.0 (Linux; U; Android 4.1.2; en-us; GT-N8013 Build/JZO54K) AppleWebKit/534.30 (KHTML, like Gecko) Version/4.0 Safari/534.30

Your message To: Forstenhausler, Mark Subject: Registered: Certificate of Dishonor Sent: Thursday, March 29, 2018 3:38:39 PM (UTC-05:00) Eastern Time (US & Canada) was read on Friday, March 30, 2018 6:20:15 AM (UTC-05:00) Eastern Time (US & Canada).

To authenticate this receipt, forward a copy with all attachments to 'verify@r1.rpost.net'

For more information about RMail® services, visit www.rmail.com.

An RPost® Technology

UNITED STATES POSTAL SERVICE®
**REGISTERED MAIL**™

RE 246 243 168 US

Label 200, August 2005    PSN 7690-05-000-9211

RE 246 243 168 US    R

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Owen-Thomas (Scott):Lennon, CREDITOR, SECURED PARTY

File # OTL01162018                                            Registered Mail #RE 246 243 154 US

## AFFIDAVIT OF SERVICE

## NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT
## CERTIFICATE OF DISHONOR

State of New Jersey

              )     ss.

County of Morris     )

I am over 18 years of age and not a party to the within action.  My business address is:

Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong, [07849] New Jersey

On this 29th day of March, 2018, I served the following by Registered Mail;

1.  One (1) copy of Original "**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT AND CERTIFICATE OF DISHONOR** File #OTL01162018, subscribed Owen-Thomas (Scott): Lennon, Agent.

2.  One copy of this Affidavit for each copy of "**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT AND CERTIFICATE OF DISHONOR**" of Service in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:        JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 243 154 US
                 1033 WELDON ROAD
                 LAKE HOPATCONG, NEW JERSEY 07849

| In care of: | | |
|---|---|---|
| RUSSEL FELTER | dba as MAYOR |
| JAMES LEACH | BUISSNESS ADMINISTRATOR |
| WILLIAM CRAIG | CHIEF OF POLICE |
| JAMES LASALA | ACTING PROSECUTOR ESQUIRE |
| HONORABLE PETER FICO | ACTING JUDGE |
| ANDREW DIAMOND | SPECIAL OFFICER |

Libellee        TOWNSHIP OF RANDOLPH Et al,   Registered mail   RE 246 243 168 US
                 502 Milbrook ave
                 Randolph, NJ 07869

| In care of: | | |
|---|---|---|
| MARK FORSTENHAUSLER | dba as MAYOR |
| DAVID N. STOKOE | CHIEF OF POLICE |
| JERRY GOMEZ | POLICE OFFICER |
| STEPHAN MOUNTAIN | TOWNSHIP MANAGER |
| IRA A. COHEN | ACTING JUDGE |
| MICHAEL CRESETELLO | ACTING PROSECUTER ESQUIRE |

Libellee        SPARTA TOWNSHIP Et al,      Registered mail   RE 246 243 171 US
                 65 Main Street
                 Sparta Township, NJ 07871

| In care of: | | |
|---|---|---|
| GILBERT A. GIBBS | dba as MAYOR |
| WILLIAM CLOSE | TOWNSHIP MANAGER |

**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT CERTIFICATE OF DISHONOR**

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Owen-
Thomas (Scott):Lennon, CREDITOR, SECURED PARTY

File # OTL01162018                                                     Registered Mail #RE 246 243 154 US

| | |
|---|---|
| NEIL SPIDALETTO | CHIEF OF POLICE |
| FRANK SCHOMP | SARGENT |
| STEVEN GUIDO | POLICE OFFICER |
| JOHN P. MULHERN | ACTING JUDGE |
| JONATHAN MCQUEEN | ACTING PROSECUTOR ESQUIRE |

Respondent is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union..

State of New Jersey          )
                             )          ss.
County of Morris             )

_____
Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)

DANIEL R. THOMAS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 6/17/2021

<u>**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT CERTIFICATE OF DISHONOR**</u>

Page 2 of 2

**From:** Acknowledgement <acknowledge@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Ack: Certificate of Dishonor
**Date:** Thu, Mar 29, 2018 3:35 pm

## RMail Acknowledgement · Proof of Sending

This message certifies that the email below was sent.

| | | |
|---|---|---|
| **To:** | <rfelter@jeffersontownship.net> | |
| **Cc:** | | |
| **Subject:** | Certificate of Dishonor | |
| **Received by RMail:** | (UTC) 3/29/2018 7:35:39 PM | (Local) 3/29/2018 7:35:39 PM |
| **Tracking ID:** | A897A77C59399434086EDF9BD44829FE2FB93B55 | |
| **Client Code:** | | |

**Notes:**
1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com.                                An RPost® Technology

**From:** Receipt <receipt@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Receipt: Certificate of Dishonor
**Date:** Thu, Mar 29, 2018 3:48 pm
**Attachments:** DeliveryReceipt.xml (<4K), HtmlReceipt.htm (1155K)



**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net'**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| rfelter@jeffersontownship.net | Delivered and Opened | MUA-IP:::1 | 3/29/2018 7:35:48 PM (UTC) | 3/29/2018 7:35:48 PM | 3/29/2018 7:41:00 PM |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| | |
|---|---|
| **From:** | scottlwet@aol.com< scottlwet@aol.com > |
| **Subject:** | Certificate of Dishonor |
| **To:** | <rfelter@jeffersontownship.net> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <SM215zRUU6uPyTpOy1h00001e20@sm21.r1.rpost.net> |
| **Received by RMail System:** | 3/29/2018 7:35:39 PM (UTC) |
| **Client Code:** | |

### Message Statistics

| | |
|---|---|
| **Tracking Number:** | A897A77C59399434086EDF9BD44829FE2FB93B55 |
| **Message Size:** | 595397 |
| **Features Used:** | R |
| **File Size (bytes):** | | **File Name:** |
| 593735 | Jefferson_Certificate_of_Dishonor..pdf |

### Delivery Audit Trail

3/29/2018 7:35:42 PM starting jeffersontownship.net/{default} \n 3/29/2018 7:35:42 PM connecting from mta21.r1.rpost.net (0.0.0.0) to jeffersontownship.net.snwlhosted.com (173.240.210.186) \n 3/29/2018 7:35:42 PM connected from 192.168.10.238:59120 \n 3/29/2018 7:35:42 PM >>> 220 sjl0vm-hesra14.colo.sonicwall.com ESMTP SonicWall (9.1.1.3117) \n 3/29/2018 7:35:42 PM <<< EHLO mta21.r1.rpost.net \n 3/29/2018 7:35:43 PM >>> 250-jeffersontownship.net.snwlhosted.com \n 3/29/2018 7:35:43 PM >>> 250-8BITMIME \n 3/29/2018 7:35:43 PM >>> 250-ENHANCEDSTATUSCODES \n 3/29/2018 7:35:43 PM >>> 250-STARTTLS \n 3/29/2018 7:35:43 PM >>> 250 SIZE 37748736 \n 3/29/2018 7:35:43 PM <<< STARTTLS \n 3/29/2018 7:35:43 PM >>> 220 2.2.0 Ready to start TLS \n 3/29/2018 7:35:44 PM tls:TLSv1 connected with 256-bit ECDHE-RSA-AES256-SHA \n 3/29/2018 7:35:44 PM tls:Cert: /OU=Domain

Control Validated/CN=*.snwlhosted.com, issuer=/C=US/ST=Arizona/L=Scottsdale/O=GoDaddy.com,
Inc./OU=http://certs.godaddy.com/repository//CN=Go Daddy Secure Certificate Authority - G2; verified=no \n 3/29/2018 7:35:44 PM <<<
EHLO mta21.r1.rpost.net \n 3/29/2018 7:35:44 PM >>> 250-jeffersontownship.net.snwlhosted.com \n 3/29/2018 7:35:44 PM >>> 250
8BITMIME \n 3/29/2018 7:35:44 PM >>> 250-ENHANCEDSTATUSCODES \n 3/29/2018 7:35:44 PM >>> 250 SIZE 37748736 \n
3/29/2018 7:35:44 PM <<< MAIL FROM:<rcpt5326731@r1.rpost.net> BODY=8BITMIME \n 3/29/2018 7:35:44 PM >>> 250 2.1.0 Sender
OK \n 3/29/2018 7:35:44 PM <<< RCPT TO:<rfelter@jeffersontownship.net> \n 3/29/2018 7:35:44 PM >>> 250 2.1.5 Recipient OK \n
3/29/2018 7:35:44 PM <<< DATA \n 3/29/2018 7:35:44 PM >>> 354 3.0.0 End Data with <CR><LF>.<CR><LF> \n 3/29/2018 7:35:45 PM
<<< \n 3/29/2018 7:35:48 PM >>> 250 2.6.0 <5326731@r1.rpost.net> [InternalId=121401545588939,
Hostname=Postex12.JEFFERSONTOWNSHIP.LOCAL] Queued mail for delivery \n 3/29/2018 7:35:48 PM <<< QUIT \n 3/29/2018
7:35:48 PM >>> 221 2.0.0 jeffersontownship.net.snwlhosted.com says goodbye; final session=20180329193542070917 \n 3/29/2018
7:35:48 PM closed jeffersontownship.net.snwlhosted.com (173.240.210.186) in=629 out=816070 \n 3/29/2018 7:35:48 PM done
jeffersontownship.net/{default}

Your message To: Russ Felter Subject: Registered: Certificate of Dishonor Sent: Thursday, March 29, 2018 3:35:32 PM (UTC-05:00)
Eastern Time (US & Canada) was read on Thursday, March 29, 2018 3:41:00 PM (UTC-05:00) Eastern Time (US & Canada).

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at **Legal Notice**. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at **RPost Communications**.

For more information about RMail® services, visit **www.rmail.com**.                    An RPost® Technology

scottlwet@aol.comscottlwet@aol.comCertificate of
DishonorA897A77C59399434086EDF9BD44829FE2FB93B55595397938ED5500FED41CD101B5C6ACA0E8BE8C9276B15&lt;SM215zRUU6uPyTpOy1h00001e20@sm21.rl 7:35:39 PMTrack & Prove - MarkedReceipt-TrackProve-Marked.pngrfelter@jeffersontownship.netDelivered and OpenedMUA-IP:::13/29/2018 7:35:48 PM (UTC)3/29/2018 7:35:48 PM3/29/2018 7:41:00 PM593735Jefferscn_Certificate_of_Dishonor..pdf3/29/2018 7:35:42 PM starting jeffersontownship.net/{default} 3/29/2018 7:35:42 PM connecting from mta21.rl.rpost.net (0.0.0.0) to jeffersontowr ship.nei.snwlhosted.com (173.240.210.186) 3/29/2018 7:35:42 PM connected from 192.168.10.238:59120 3/29/2018 7:35:42 PM >>> 220 sjl0vm-hesra14.colo.sonicwall.com ESMTP SonicWall (9.1.1.3117) 3/29/2018 7:35:42 PM <<< EHLO mta21.rl.rpost.net 3/29/2018 7:35:43 PM >>> 250-jeffersontownship.net.snwlhosted.com 3/29/2018 7:35:43 PM >>> 250-8BITMIME 3/29/2018 7:35:43 PM >>> 250-ENHANCEDSTATUSCODES 3/29/2018 7:35:43 PM >>> 250-STARTTLS 3/29/2018 7:35:43 PM >>> 250 SIZE 37748736 3/29/2018 7:35:43 PM <<< STARTTLS 3/29/2018 7:35:43 PM >>> 220 2.2.0 Ready to start TLS 3/29/2018 7:35:44 PM tls:TLSv1 connected with 256-bit EC DHE-RSA-AES256-SHA 3/29/2018 7:35:44 PM tls:Cert: /OU=Domain Control Validated/CN=*.snwlhosted.com; issuer=/C=US/ST=Arizona/L=Scottsdale/O=GoDaddy.com, Inc./OU=http://certs.godaddy.com/repository//CN=Go Daddy Secure Certificate Authority - G2; verified=no 3/29/2018 7:35:44 PM <<< EHLO mta21.rl.rpost.net 3/29/2018 7:35:44 PM >>> 250-jeffersontownship.net.snwlhosted.com 3/29/2018 7:35:44 PM >>> 250-8BITMIME 3/29/2018 7:35:44 PM >>> 250-ENHANCEDSTATUSCODES 3/29/2018 7:35:44 PM >>> 250 SIZE 37748736 3/29/2018 7:35:44 PM <<< MAIL FROM: <rcpt5326731@r1.rpost.net> BODY=8BITMIME 3/29/2018 7:35:44 PM >>> 250 2.1.0 Sender OK 3/29/2018 7:35:44 PM <<< RCPT TO:<rfelter@jeffersontownship.net> 3/29/2018 7:35:44 PM >>> 250 2.1.5 Recipient OK 3/29/2018 7:35:44 PM <<< DATA 3/29/2018 7:35:44 PM >>> 354 3.0.0 End Data with <CR><LF>.<CR><LF> 3/29/2018 7:35:45 PM <<< . 3/29/2018 7:35:48 PM >>> 250 2.6.0 <:5326731@r1.rpost.net> [InternalId=121401545588939, Hostname=Postex12.JEFFERSONTOWNSHIP.LOCAL] Queued mail for delivery 3/29/2018 7:35:48 PM -:<< QUIT 3/29/2018 7:35:48 PM >>> 221 2.0.0 jeffersontownship.net.snwlhosted.com says goodbye; final scssion=20180329193542070911 7 3/29/2018 7:35:48 PM closed jeffersontownship.net.snwlhosted.com (173.240.210.186) in=629 out=816070 3/29/2018 7:35:48 PM done jeffersontownship.net/{default}Your message To: Russ Felter Subject: Registered: Certificate of Dishonor Sent: Thursday, March 29, 2018 3:35:32 PM (UTC-05:00) Eastern Time (US & Canada) was read on Thursday, March 29, 2018 3:41:00 PM (UTC-05:00) Eastern Time (US & Canada).



RE 246 243 154 US

RE 246 243 154 US

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Owen-Thomas (Scott):Lennon, CREDITOR, SECURED PARTY

File # OTL01162018                                    Registered Mail #RE 246 243 171 US

## AFFIDAVIT OF SERVICE

### NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT CERTIFICATE OF DISHONOR

State of New Jersey

             )      ss.

County of Morris      )

I am over 18 years of age and not a party to the within action. My business address is:

Daniel Thomas, Notary Acceptor
5 Bowling Green Parkway
Lake Hopatcong, [07849] New Jersey

On this 29<sup>th</sup> day of March, 2018, I served the following by Registered Mail;

1. One (1) copy of Original **"NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT AND CERTIFICATE OF DISHONOR** File #OTL01162018, subscribed Owen-Thomas (Scott): Lennon, Agent.

2. One copy of this Affidavit for each copy of **"NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT AND CERTIFICATE OF DISHONOR"** of Service in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:       JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 243 154 US
                1033 WELDON ROAD
                LAKE HOPATCONG, NEW JERSEY 07849

| In care of: | RUSSEL FELTER | dba as MAYOR |
|---|---|---|
| | JAMES LEACH | BUISSNESS ADMINISTRATOR |
| | WILLIAM CRAIG | CHIEF OF POLICE |
| | JAMES LASALA | ACTING PROSECUTOR ESQUIRE |
| | HONORABLE PETER FICO | ACTING JUDGE |
| | ANDREW DIAMOND | SPECIAL OFFICER |

Libellee        TOWNSHIP OF RANDOLPH Et al,    Registered mail   RE 246 243 168 US
                502 Milbrook ave
                Randolph, NJ 07869

| In care of: | MARK FORSTENHAUSLER | dba as MAYOR |
|---|---|---|
| | DAVID N. STOKOE | CHIEF OF POLICE |
| | JERRY GOMEZ | POLICE OFFICER |
| | STEPHAN MOUNTAIN | TOWNSHIP MANAGER |
| | IRA A. COHEN | ACTING JUDGE |
| | MICHAEL CRESETELLO | ACTING PROSECUTER ESQUIRE |

Libellee        SPARTA TOWNSHIP Et al,      Registered mail    RE 246 243 171 US
                65 Main Street
                Sparta Township, NJ 07871

| In care of: | GILBERT A. GIBBS | dba as MAYOR |
|---|---|---|
| | WILLIAM CLOSE | TOWNSHIP MANAGER |

### NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT CERTIFICATE OF DISHONOR

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Owen-Thomas (Scott):Lennon, CREDITOR, SECURED PARTY

File # OTL01162018                                              Registered Mail #RE 246 243 171 US

| | |
|---|---|
| NEIL SPIDALETTO | CHIEF OF POLICE |
| FRANK SCHOMP | SARGENT |
| STEVEN GUIDO | POLICE OFFICER |
| JOHN P. MULHERN | ACTING JUDGE |
| JONATHAN MCQUEEN | ACTING PROSECUTOR ESQUIRE |

Respondent is additionally subject to postal statutes and the jurisdiction of the Universal Postal Union..

State of New Jersey            )
                              )          ss.
County of Morris              )


_____

Daniel Thomas, Notary Acceptor UCC 3-402 (b)(1)


**DANIEL R. THOMAS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 8/17/2021**

**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT CERTIFICATE OF DISHONOR**

**From:** Acknowledgement <acknowledge@r1rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Ack: Certificate of Dishonor
**Date:** Thu, Mar 29, 2018 3:40 pm

RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| | |
|---|---|
| **To:** | <gilbert.gibbs@spartanj.org> |
| **Cc:** | |
| **Subject:** | Certificate of Dishonor |
| **Received by RMail:** | (UTC) 3/29/2018 7:40:38 PM     (Local) 3/29/2018 7:40:38 PM |
| **Tracking ID:** | 85976D6EF48F046884E105B1039B6BDD15EC3F96 |
| **Client Code:** | |

**Notes:**
1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com.                    An RPost® Technology

**From:** Receipt <receipt@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Receipt: Certificate of Dishonor
**Date:** Thu, Mar 29, 2018 5:40 pm
**Attachments:** DeliveryReceipt.xml (4K), HtmlReceipt.htm (1175K)



This receipt contains verifiable proof of your RPost transaction.
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to '<u>verify@r1.rpost.net</u>'**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---------|--------|---------|------------------|-------------------|----------------|
| gilbert.gibbs@spartanj.org | Relayed to Mail Server | 250 Ok: queued as 1056782208C mail.spartanj.org (209.123.20.214) | 3/29/2018 7:45:36 PM (UTC) | 3/29/2018 7:45:36 PM | |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| | |
|---|---|
| **From:** | scottlwet@aol.com< scottlwet@aol.com > |
| **Subject:** | Certificate of Dishonor |
| **To:** | <gilbert.gibbs@spartanj.org> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <SM21zl19Wg9lacyBmBz00001e24@sm21.r1.rpost.net> |
| **Received by RMail System:** | 3/29/2018 7:40:38 PM (UTC) |
| **Client Code:** | |

### Message Statistics

| | |
|---|---|
| **Tracking Number:** | 85976D6EF48F046884E105B1039B6BDD15EC3F96 |
| **Message Size:** | 608584 |
| **Features Used:** | |

| File Size (bytes): | File Name: |
|---|---|
| 606931 | Sparta_Certificate_of_Dishonor..pdf |

### Delivery Audit Trail

3/29/2018 7:45:27 PM starting spartanj.org/{default} \n 3/29/2018 7:45:27 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mail.spartanj.org (209.123.20.214) \n 3/29/2018 7:45:28 PM connected from 192.168.10.238:53905 \n 3/29/2018 7:45:28 PM >>> 220 mail.spartanj.org ESMTP (7c03e2ccb4d45966c4017929dacdfa85) \n 3/29/2018 7:45:28 PM <<< EHLO mta21.r1.rpost.net \n 3/29/2018 7:45:28 PM >>> 250-mail.spartanj.org Hello mta21.r1.rpost.net [52.58.131.9], pleased to meet you \n 3/29/2018 7:45:28 PM >>> 250-SIZE 100000000 \n 3/29/2018 7:45:28 PM >>> 250-PIPELINING \n 3/29/2018 7:45:28 PM >>> 250-8BITMIME \n 3/29/2018 7:45:28 PM

Receipt: Certificate of Dishonor                                                                    3/29/18, 8:28 PM

>>> 250 HELP \n 3/29/2018 7:45:28 PM <<< MAIL FROM: <rcpt5326812@r1.rpost.net> BODY=8BITMIME \n 3/29/2018 7:45:28 PM <<<
RCPT TO:<gilbert.gibbs@spartanj.org> \n 3/29/2018 7:45:28 PM <<< DATA \n 3/29/2018 7:45:28 PM >>> 250 Sender
<rcpt5326812@r1.rpost.net> OK \n 3/29/2018 7:45:28 PM >>> 250 Recipient <gilbert.gibbs@spartanj.org> OK \n 3/29/2018 7:45:28 PM
>>> 354 Start mail input; end with <CRLF>.<CRLF> \n 3/29/2018 7:45:33 PM <<< \n 3/29/2018 7:45:36 PM >>> 250 Ok: queued as
1056782208C \n 3/29/2018 7:45:36 PM <<< QUIT \n 3/29/2018 7:45:36 PM >>> 221 mail.spartanj.org Goodbye mta21.r1.rpost.net.
closing connection \n 3/29/2018 7:45:36 PM closed mail.spartanj.org (209.123.20.214) in=443 out=834083 \n 3/29/2018 7:45:36 PM done
spartanj.org/{default}

From:postmaster@mta21.r1.rpost.net;Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on
the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a
Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <gilbert.gibbs@spartanj.org>
relayed to mailer mail.spartanj.org (209.123.20.214)

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until
the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and
conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents
8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents
listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                    An RPost® Technology

UNITED STATES POSTAL SERVICE
**REGISTERED MAIL™**

RE 246 243 171 US

RE 246 243 171 US

## CERTIFICATE OF MAILING

I certify that a True and Correct Copy of the afore document is served upon the following parties by pre-paid

First Class US Mail this _____ th day of April, 2018.

Libellee:        JEFFERSON TOWNSHIP NEW JERSEY, Et al. Registered mail RE 246 243 208 US
                 1033 Weldon Road
                 Lake Hopatcong, NJ 07849

In care of:      RUSSEL FELTER              dba as MAYOR
                 JAMES LEACH                BUISSNESS ADMINISTRATOR
                 WILLIAM CRAIG              CHIEF OF POLICE
                 JAMES LASALA               ACTING PROSECUTOR ESQUIRE
                 HONORABLE PETER FICO       ACTING JUDGE
                 ANDREW DIAMOND             SPECIAL OFFICER

                 TOWNSHIP OF RANDOLPH Et al,    Registered mail    RE 246 243 185 US
                 502 Milbrook ave
                 Randolph, NJ 07869

In care of:      MARK FORSTENHAUSLER        dba as MAYOR
                 DAVID N. STOKOE            CHIEF OF POLICE
                 JERRY GOMEZ                POLICE OFFICER
                 STEPHAN MOUNTAIN           TOWNSHIP MANAGER
                 IRA A. COHEN               ACTING JUDGE
                 MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

                 SPARTA TOWNSHIP Et al,         Registered mail    RE 246 243 199 US
                 65 Main Street
                 Sparta Township, NJ 07871

In care of:      GILBERS A. GIBBS           dba as MAYOR
                 WILLIAM CLOSE              TOWNSHIP MANAGER
                 NEIL SPIDALETTO            CHIEF OF POLICE
                 FRANK SCHOMP               SARGENT
                 STEVEN GUIDO               POLICE OFFICER
                 JOHN P. MULHERN            ACTING JUDGE
                 JONATHAN MCQUEEN           ACTING PROSECUTOR ESQUIRE

In care of:      Daniel Thomas, Notary acceptor
                 5 Bowling Green Parkway
                 Lake Hopatcong [07849] New Jersey

,Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union

_____ Third Party Intervenor/Libellant
Owen-Thomas (Scott) Lennon

Ack: district court for the United States                                                                                    4/17/18, 11:08 AM

**From:** Acknowledgement <acknowledge@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Ack: district court for the United States
**Date:** Tue, Apr 17, 2018 10:29 am

RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| | | |
|---|---|---|
| **To:** | <rfelter@jeffersontownship.net> | |
| **Cc:** | | |
| **Subject:** | district court for the United States | |
| **Received by RMail:** | (UTC) 4/17/2018 2:29:31 PM | (Local) 4/17/2018 2:29:31 PM |
| **Tracking ID:** | 4077170C42CCDA3E822A328F7BCDEFF7468D7E9C | |
| **Client Code:** | | |

**Notes:**
1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com.                                              An RPost® Technology

**From:** Acknowledgement <acknowledge@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Ack: district court for the United States
**Date:** Tue, Apr 17, 2018 10:55 am

RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| | | |
|---|---|---|
| **To:** | <mforstenhausler@randolphnj.org> | |
| **Cc:** | | |
| **Subject:** | district court for the United States | |
| **Received by RMail:** | (UTC) 4/17/2018 2:55:01 PM | (Local) 4/17/2018 2:55:01 PM |
| **Tracking ID:** | 475C622316F00DA2CF1E4D5D1A89A8AB85A22A76 | |
| **Client Code:** | | |

**Notes:**
1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com.                                    An RPost® Technology

Receipt: district court for the United States
4/17/18, 1:33 PM

**From:** Receipt <receipt@r1.rpost.net>

**To:** scottlwet <scottlwet@aol.com>

**Subject:** Receipt: district court for the United States

**Date:** Tue, Apr 17, 2018 11:18 am

**Attachments:** DeliveryReceipt.xml (7K), HtmlReceipt.htm (2960K)



## This receipt contains verifiable proof of your RPost transaction.

The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

### To authenticate this receipt, forward this email with its attachment to '<u>verify@r1.rpost.net</u>'

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| **Address** | **Status** | **Details** | **Delivered** (UTC*) | **Delivered** (local) | **Opened** (local) |
| mforstenhausler@randolphnj.org | Delivered and Opened | MUA+HTTP-<br>IP:fe80::2ccc:4913:b4a3:648c | 4/17/2018 2:55:14<br>PM (UTC) | 4/17/2018 2:55:14<br>PM | 4/17/2018 3:10:55<br>PM |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

| Message Envelope | |
|---|---|
| **From:** | scottlwet@aol.com< scottlwet@aol.com > |
| **Subject:** | district court for the United States |
| **To:** | <mforstenhausler@randolphnj.org> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <SM21yocfru4dl1YzgHs000035ed@sm21.r1.rpost.net> |
| **Received by RMail System:** | 4/17/2018 2:55:01 PM (UTC) |
| **Client Code:** | |

| Message Statistics | |
|---|---|
| **Tracking Number:** | 475C622316F00DA2CF1E4D5D1A89A8AB85A22A76 |
| **Message Size:** | 1561100 |
| **Features Used:** |  |

| File Size (bytes): | File Name: |
|---|---|
| 1298458 | district court for the United States.pdf |
| 258605 | Jefferson_Sparta_Randolph_Supplementry_Rules_OF_Admiralty.pdf |

### Delivery Audit Trail

4/17/2018 2:55:03 PM starting randolphnj.org/{default} \n 4/17/2018 2:55:03 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mx1-us1.ppe-hosted.com (148.163.129.50) \n 4/17/2018 2:55:03 PM connected from 192.168.10.238:43752 \n 4/17/2018 2:55:10 PM >>> 220 mx1-us1.ppe-hosted.com - Welcome to Proofpoint Essentials ESMTP Server \n 4/17/2018 2:55:10 PM <<< EHLO mta21.r1.rpost.net \n 4/17/2018 2:55:10 PM >>> 250-mx1-us1.ppe-hosted.com \n 4/17/2018 2:55:10 PM >>> 250-PIPELINING \n 4/17/2018 2:55:10 PM >>> 250-SIZE 1024000000 \n 4/17/2018 2:55:10 PM >>> 250-ETRN \n 4/17/2018 2:55:10 PM >>> 250-STARTTLS \n 4/17/2018 2:55:10 PM

>>> 250-ENHANCEDSTATUSCODES \n 4/17/2018 2:55:10 PM >>> 250-8BITMIME \n 4/17/2018 2:55:10 PM >>> 250 DSN \n 4/17/2018 2:55:10 PM <<< STARTTLS \n 4/17/2018 2:55:10 PM >>> 220 2.0.0 Ready to start TLS \n 4/17/2018 2:55:10 PM tls:TLSv1 connected with 256-bit ECDHE-RSA-AES256-SHA \n 4/17/2018 2:55:10 PM tls:Cert: /C=US/ST=California/L=Sunnyvale/O=Proofpoint, Inc./CN=*.ppe-hosted.com, issuer=/C=US/O=thawte, Inc./CN=thawte SSL CA - G2, verified=no \n 4/17/2018 2:55:10 PM <<< EHLO mta21.r1.rpost.net \n 4/17/2018 2:55:11 PM >>> 250-mx1-us1.ppe-hosted.com \n 4/17/2018 2:55:11 PM >>> 250-PIPELINING \n 4/17/2018 2:55:11 PM >>> 250-SIZE 1024000000 \n 4/17/2018 2:55:11 PM >>> 250-ETRN \n 4/17/2018 2:55:11 PM >>> 250-ENHANCEDSTATUSCODES \n 4/17/2018 2:55:11 PM >>> 250-8BITMIME \n 4/17/2018 2:55:11 PM >>> 250 DSN \n 4/17/2018 2:55:11 PM <<< MAIL FROM:<rcpt5483996@r1.rpost.net> BODY=8BITMIME RET=FULL \n 4/17/2018 2:55:11 PM >>> 250 2.1.0 Ok \n 4/17/2018 2:55:11 PM <<< RCPT TO:<mforstenhausler@randolphnj.org> NOTIFY=SUCCESS,FAILURE,DELAY \n 4/17/2018 2:55:11 PM >>> 250 2.1.5 Ok \n 4/17/2018 2:55:11 PM <<< DATA \n 4/17/2018 2:55:11 PM >>> 354 End data with <CR> <LF> <CR><LF> \n 4/17/2018 2:55:14 PM <<< . \n 4/17/2018 2:55:14 PM >>> 250 2.0.0 Ok: queued as 49371B4007A \n 4/17/2018 2:55:14 PM <<< QUIT \n 4/17/2018 2:55:15 PM >>> 221 2.0.0 Bye \n 4/17/2018 2:55:15 PM closed mx1-us1.ppe-hosted.com (148.163.129.50) in=483 out=2136878 \n 4/17/2018 2:55:15 PM done randolphnj.org/{default}

Your message To: Forstenhausler, Mark Subject: Registered: district court for the United States Sent: Tuesday, April 17, 2018 10:54:55 AM (UTC-05:00) Eastern Time (US & Canada) was read on Tuesday, April 17, 2018 11:10:55 AM (UTC-05:00) Eastern Time (US & Canada).

[IP Address: 69.126.112.119] [Time Opened: 4/17/2018 3:11:03 PM] [REMOTE_HOST: 69.126.112.119] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images/Mf0pjOLIVPHLpejYW40CJ0uiMWLEw6BS1OI2Xdt5.gif] HTTP_CONNECTION:keep-alive HTTP_ACCEPT:image/webp,image/apng,image/*,*/*;q=0.8 HTTP_ACCEPT_ENCODING:gzip, deflate HTTP_ACCEPT_LANGUAGE:en-US HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Linux; Android 7.0; SM-G920V Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/65.0.3325.109 Mobile Safari/537.36 HTTP_X_REQUESTED_WITH:com.samsung.android.email.provider Connection: keep-alive Accept: image/webp,image/apng,image/*,*/*;q=0.8 Accept-Encoding: gzip, deflate Accept-Language: en-US Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Linux; Android 7.0; SM-G920V Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/65.0.3325.109 Mobile Safari/537.36 X-Requested-With: com.samsung.android.email.provider /LM/W3SVC/5/ROOT C:\inetpub\wwwroot\OpenDetection\ 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, S=CA, L=Los Angeles, STREET=Suite 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 0 CGI/1.1 on 256 2048 C=US, S=VA, L=Herndon, O=Network Solutions L.L.C., CN=Network Solutions OV Server CA 2 C=US, PostalCode=90045, S=CA, L=Los Angeles, STREET=Suite 1278, STREET=6033 W. Century Blvd., O=RPost US Inc., OU=Network Operations, OU=Secure Link SSL Wildcard, CN=*.r1.rpost.net 5 /LM/W3SVC/5 192.168.10.186 /open/images/Mf0pjOLIVPHLpejYW40CJ0uiMWLEw6BS1OI2Xdt5.gif C:\inetpub\wwwroot\OpenDetection\images\Mf0pjOLIVPHLpejYW40CJ0uiMWLEw6BS1OI2Xdt5.gif 69.126.112.119 69.126.112.119 60157 GET /open/images/Mf0pjOLIVPHLpejYW40CJ0uiMWLEw6BS1OI2Xdt5.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/8.5 /open/images/Mf0pjOLIVPHLpejYW40CJ0uiMWLEw6BS1OI2Xdt5.gif keep-alive image/webp,image/apng,image/*,*/*;q=0.8 gzip, deflate en-US open.r1.rpost.net Mozilla/5.0 (Linux; Android 7.0; SM-G920V Build/NRD90M; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/65.0.3325.109 Mobile Safari/537.36 com.samsung.android.email.provider

From:postmaster@RANDOLPHNJ.ORG:Your message has been delivered to the following recipients: mforstenhausler@randolphnj.org<mailto:mforstenhausler@randolphnj.org>; Subject: Registered: district court for the United States

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                     An RPost® Technology

**From:** Acknowledgement <acknowledge@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Ack: district court for the United States
**Date:** Tue, Apr 17, 2018 11:11 am

RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| | |
|---|---|
| **To:** | <gilbert.gibbs@spartanj.org> |
| **Cc:** | |
| **Subject:** | district court for the United States |
| **Received by RMail:** | (UTC) 4/17/2018 3:06:08 PM                    (Local) 4/17/2018 3:06:08 PM |
| **Tracking ID:** | 501A89BF6F36C6F68D7D4053178925709C6749BA |
| **Client Code:** | |

**Notes:**
1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com.                                                    An RPost® Technology

Receipt: district court for the United States                                          4/17/18, 1:34 PM

**From:** Receipt <receipt@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Receipt: district court for the United States
**Date:** Tue, Apr 17, 2018 12:29 pm
**Attachments:** DeliveryReceipt.xml (5K), HtmlReceipt.htm (2945K)



**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to '<u>verify@r1.rpost.net</u>'**

## Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| <u>rfelter@jeffersontownship.net</u> | Relayed to Mail Server | 250 2.6.0 <<u>5483512@r1.rpost.net</u>> [InternalId=123338575839453, Hostname=Postex12.JEFFERSONTOWNSHIP.LOCAL] Queued mail for delivery jeffersontownship.net.snwlhosted.com (173.240.210.186) | 4/17/2018 2:29:39 PM (UTC) | 4/17/2018 2:29:39 PM | |

*UTC represents Coordinated Universal Time: <u>https://www.rmail.com/resources/coordinated-universal-time/</u>

## Message Envelope

| | |
|---|---|
| **From:** | <u>scottlwet@aol.com</u>< <u>scottlwet@aol.com</u> > |
| **Subject:** | district court for the United States |
| **To:** | <<u>rfelter@jeffersontownship.net</u>> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <<u>SM21oygXLsxpTljBOh8000035cd@sm21.r1.rpost.net</u>> |
| **Received by RMail System:** | 4/17/2018 2:29:31 PM (UTC) |
| **Client Code:** | |

## Message Statistics

| | |
|---|---|
| **Tracking Number:** | 4077170C42CCDA3E822A328F7BCDEFF7468D7E9C |
| **Message Size:** | 1559733 |
| **Features Used:** | |

| File Size (bytes): | File Name: |
|---|---|
| 1298458 | district court for the United States.pdf |
| 258605 | Jefferson_Sparta_Randolph_Supplementry_Rules_OF_Admiralty.pdf |

## Delivery Audit Trail

4/17/2018 2:29:33 PM starting jeffersontownship.net/{default} \n 4/17/2018 2:29:33 PM connecting from mta21.r1.rpost.net (0.0.0.0) to

jeffersontownship.net snwlhosted.com (173.240.210.186) \n 4/17/2018 2:29:33 PM connected from 192.168.10.238:57047 \n 4/17/2018 2:29:33 PM >>> 220 sjl0vm-hesra12.colo.sonicwall.com ESMTP SonicWall (9.1.1.3117) \n 4/17/2018 2:29:33 PM <<< EHLO mta21.r1.rpost.net \n 4/17/2018 2:29:34 PM >>> 250-jeffersontownship.net.snwlhosted.com \n 4/17/2018 2:29:34 PM >>> 250-8BITMIME \n 4/17/2018 2:29:34 PM >>> 250-ENHANCEDSTATUSCODES \n 4/17/2018 2:29:34 PM >>> 250-STARTTLS \n 4/17/2018 2:29:34 PM >>> 250 SIZE 37748736 \n 4/17/2018 2:29:34 PM <<< STARTTLS \n 4/17/2018 2:29:34 PM >>> 220 2.2.0 Ready to start TLS \n 4/17/2018 2:29:34 PM tls:TLSv1 connected with 256-bit ECDHE-RSA-AES256-SHA \n 4/17/2018 2:29:34 PM tls.Cert /OU=Domain Control Validated/CN=*.snwlhosted.com; issuer=/C=US/ST=Arizona/L=Scottsdale/O=GoDaddy.com, Inc./OU=http://certs.godaddy.com/repository//CN=Go Daddy Secure Certificate Authority - G2, verified=no \n 4/17/2018 2:29:34 PM <<< EHLO mta21.r1.rpost.net \n 4/17/2018 2:29:35 PM >>> 250-jeffersontownship.net.snwlhosted.com \n 4/17/2018 2:29:35 PM >>> 250-8BITMIME \n 4/17/2018 2:29:35 PM >>> 250-ENHANCEDSTATUSCODES \n 4/17/2018 2:29:35 PM >>> 250 SIZE 37748736 \n 4/17/2018 2:29:35 PM <<< MAIL FROM:<rcpt5483512@r1.rpost.net> BODY=8BITMIME \n 4/17/2018 2:29:35 PM >>> 250 2.1.0 Sender OK \n 4/17/2018 2:29:35 PM <<< RCPT TO:<rfelter@jeffersontownship.net> \n 4/17/2018 2:29:35 PM >>> 250 2.1.5 Recipient OK \n 4/17/2018 2:29:35 PM <<< DATA \n 4/17/2018 2:29:35 PM >>> 354 3.0.0 End Data with <CR><LF>.<CR><LF> \n 4/17/2018 2:29:37 PM <<< . \n 4/17/2018 2:29:39 PM >>> 250 2.6.0 <5483512@r1.rpost.net> [InternalId=123338575839453, Hostname=Postex12.JEFFERSONTOWNSHIP.LOCAL] Queued mail for delivery \n 4/17/2018 2:29:39 PM <<< QUIT \n 4/17/2018 2:29:39 PM >>> 221 2.0.0 jeffersontownship.net.snwlhosted.com says goodbye; final session=201804171429330530052 \n 4/17/2018 2:29:39 PM closed jeffersontownship.net.snwlhosted.com (173.240.210.186) in=629 out=2135402 \n 4/17/2018 2:29:39 PM done jeffersontownship.net/{default}

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. <rfelter@jeffersontownship.net> relayed to mailer jeffersontownship.net.snwlhosted.com (173.240.210.186)

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                                                   An RPost® Technology

**From:** Receipt <receipt@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Receipt: district court for the United States
**Date:** Tue, Apr 17, 2018 1:07 pm
**Attachments:** DeliveryReceipt.xml (3K), HtmlReceipt.htm (2521K)



**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

### To authenticate this receipt, forward this email with its attachment to '**verify@r1.rpost.net**'

| Delivery Status | | | | | | |
|---|---|---|---|---|---|---|
| **Address** | **Status** | **Details** | **Delivered** (UTC*) | **Delivered** (local) | **Opened** (local) | |
| gilbert.gibbs@spartanj.org | Delivered to Mail Server | 250 Ok: queued as 695B2822109 mail.spartanj.org (209.123.20.214) | 4/17/2018 3:06:24 PM (UTC) | 4/17/2018 3:06:24 PM | | |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

| Message Envelope | |
|---|---|
| **From:** | scottlwet@aol.com< scottlwet@aol.com > |
| **Subject:** | district court for the United States |
| **To:** | <gilbert.gibbs@spartanj.org> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <SM21Rqf69aZbLAX3cf3000035f8@sm21.r1.rpost.net> |
| **Received by RMail System:** | 4/17/2018 3:06:08 PM (UTC) |
| **Client Code:** | |

| Message Statistics | |
|---|---|
| **Tracking Number:** | 501A89BF6F36C6F68D7D4053178925709C6749BA |
| **Message Size:** | 1336504 |
| **Features Used:** | R |

| File Size (bytes): | File Name: |
|---|---|
| 1298458 | district court for the United States.pdf |
| 34304 | Sparta_Randolph_Jefferson_9-B-district court of the United States-MTG.doc |

| Delivery Audit Trail |
|---|
| 4/17/2018 3:06:12 PM starting spartanj.org/{default} \n 4/17/2018 3:06:12 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mail.spartanj.org (209.123.20.214) \n 4/17/2018 3:06:12 PM connected from 192.168.10.238:52834 \n 4/17/2018 3:06:12 PM >>> 220 mail.spartanj.org ESMTP (7c03e2cc>4d45?66c4017929dacdfa85) \n 4/17/2018 3:06:12 PM <<< EHLO mta21.r1.rpost.net \n 4/17/2018 |

3:06:12 PM >>> 250-mail.spartanj.org Hello mta21.r1.rpost.net [52.58.131.9], pleased to meet you \n 4/17/2018 3:06:12 PM >>> 250-
SIZE 100000000 \n 4/17/2018 3:06:12 PM >>> 250-PIPELINING \n 4/17/2018 3:06:12 PM >>> 250-8BITMIME \n 4/17/2018 3:06:12 PM
>>> 250 HELP \n 4/17/2018 3:06:12 PM <<< MAIL FROM:<rcpt5484216@r1.rpost.net> BODY=8BITMIME \n 4/17/2018 3:06:12 PM <<<
RCPT TO:<gilbert.gibbs@spartanj.org> \n 4/17/2018 3:06:12 PM <<< DATA \n 4/17/2018 3:06:12 PM >>> 250 Sender
<rcpt5484216@r1.rpost.net> OK \n 4/17/2018 3:06:12 PM >>> 250 Recipient <gilbert.gibbs@spartanj.org> OK \n 4/17/2018 3:06:12 PM
>>> 354 Start mail input; end with <CRLF> <CRLF> \n 4/17/2018 3:06:22 PM <<< \n 4/17/2018 3:06:24 PM >>> 250 Ok: queued as
695B2822109 \n 4/17/2018 3:06:24 PM <<< QUIT \n 4/17/2018 3:06:24 PM >>> 221 mail.spartanj.org Goodbye mta21.r1.rpost.net,
closing connection \n 4/17/2018 3:06:24 PM closed mail spartanj.org (209.123.20.214) in=443 out=1829561 \n 4/17/2018 3:06:24 PM
done spartanj.org/{default}

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                                    An RPost® Technology

**From:** Receipt <receipt@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Receipt: Update
**Date:** Tue, Apr 24, 2018 10:39 am
**Attachments:** DeliveryReceipt.xml (4K), HtmlReceipt.htm (1468K)



# REGISTERED RECEIPT
### EVIDENCE OF DELIVERY, CONTENT & TIME

R.Mail

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

### To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net'

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| gilbert.gibbs@spartanj.org | Delivered to Mail Server | 250 Ok: queued as 96FA382213D mail.spartanj.org (209.123.20.214) | 4/24/2018 12:39:22 PM (UTC) | 4/24/2018 12:39:22 PM | |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| | |
|---|---|
| **From:** | scottlwet@aol.com< scottlwet@aol.com > |
| **Subject:** | Update |
| **To:** | <gilbert.gibbs@spartanj.org> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <SM21RkfkyjlKqwWil6300003e2d@sm21.r1.rpost.net> |
| **Received by RMail System:** | 4/24/2018 12:39:08 PM (UTC) |
| **Client Code:** | |

### Message Statistics

| | |
|---|---|
| **Tracking Number:** | 0BDA16570F4CA49580719781D33297C303C0F58D |
| **Message Size:** | 798406 |
| **Features Used:** | **R** |
| **File Size (bytes):** | **File Name:** |
| 795812 | NOTICE TO SPARTA AND DISTRICT COURT OF THE UNITED STATES APRIL 23, 2018.pdf |

### Delivery Audit Trail

4/24/2018 12:39:11 PM starting spartanj.org/{default} \n 4/24/2018 12:39:11 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mail.spartanj.org (209.123.20.214) \n 4/24/2018 12:39:11 PM connected from 192.168.10.238:59448 \n 4/24/2018 12:39:11 PM >>> 220 mail.spartanj.org ESMTP (7c03e2ccb4d45366c4017929dacdfa85) \n 4/24/2018 12:39:11 PM <<< EHLO mta21.r1.rpost.net \n 4/24/2018 12:39:11 PM >>> 250-mail.spartanj.org Hello mta21.r1.rpost.net [52.58.131.9], pleased to meet you \n 4/24/2018 12:39:11 PM >>> 250-SIZE 100000000 \n 4/24/2018 12:39:11 PM >>> 250-PIPELINING \n 4/24/2018 12:39:11 PM >>> 250-8BITMIME \n 4/24/2018 12:39:11

**From:** Receipt <receipt@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Receipt: Update
**Date:** Tue, Apr 24, 2018 10:39 am
**Attachments:** DeliveryReceipt.xml (4K), HtmlReceipt.htm (1468K)



## REGISTERED RECEIPT
EVIDENCE OF DELIVERY, CONTENT & TIME     ℞ Mail

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net'**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| gilbert.gibbs@spartanj.org | Delivered to Mail Server | 250 Ok: queued as 96FA382213D mail.spartanj.org (209.123.20.214) | 4/24/2018 12:39:22 PM (UTC) | 4/24/2018 12:39:22 PM | |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| | |
|---|---|
| **From:** | scottlwet@aol.com< scottlwet@aol.com > |
| **Subject:** | Update |
| **To:** | <gilbert.gibbs@spartanj.org> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <SM21RkfkyjlKqwWil6300003e2d@sm21.r1.rpost.net> |
| **Received by RMail System:** | 4/24/2018 12:39:08 PM (UTC) |
| **Client Code:** | |

### Message Statistics

| | |
|---|---|
| **Tracking Number:** | 0BDA16570F4CA49580719781D33297C303C0F58D |
| **Message Size:** | 798406 |
| **Features Used:** | ℞ |
| **File Size (bytes):** | **File Name:** |
| 795812 | NOTICE TO SPARTA AND DISTRICT COURT OF THE UNITED STATES APRIL 23, 2018.pdf |

### Delivery Audit Trail

4/24/2018 12:39:11 PM starting spartanj.org/{default} \n 4/24/2018 12:39:11 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mail.spartanj.org (209.123.20.214) \n 4/24/2018 12:39:11 PM connected from 192.168.10.238:59448 \n 4/24/2018 12:39:11 PM >>> 220 mail.spartanj.org ESMTP (7c03e2ccb4d45966c4017929dacdfa85) \n 4/24/2018 12:39:11 PM <<< EHLO mta21.r1.rpost.net \n 4/24/2018 12:39:11 PM >>> 250-mail.spartanj.org Hello mta21.r1.rpost.net [52.58.131.9], pleased to meet you \n 4/24/2018 12:39:11 PM >>> 250-SIZE 100000000 \n 4/24/2018 12:39:11 PM >>> 250-PIPELINING \n 4/24/2018 12:39:11 PM >>> 250-8BITMIME \n 4/24/2018 12:39:11

**From:** Acknowledgement <acknowledge@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Ack: Update
**Date:** Tue, Apr 24, 2018 8:26 am

## RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| Categories | Message Details |
| --- | --- |
| **To:** | <rfelter@jeffersontownship.net> <jleach@jeffersontownship.net> <jmeyer@jeffersontownship.net> |
| **Cc:** | |
| **Subject:** | Update |
| **Received by RMail:** | (UTC) 4/24/2018 12:26:10 PM       (Local) 4/24/2018 12:26:10 PM |
| **Tracking ID:** | B3D63FB5A4F4B76FDFB3BF276C2928FED7B67504 |
| **Client Code:** | |

**Notes:**
1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit **www.rmail.com**                                     An RPost® Technology

RPAUTH DEDC654996FAE21ACC6196FF512653932F05C4FF RPACCOUNT Owen Lennon

**From:** Acknowledgement <acknowledge@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Ack: Update
**Date:** Tue, Apr 24, 2018 8:26 am

## RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| Categories | Message Details |
|---|---|
| **To:** | <rfelter@jeffersontownship.net> <jleach@jeffersontownship.net> <jmeyer@jeffersontownship.net> |
| **Cc:** | |
| | |
| **Subject:** | Update |
| | |
| **Received by RMail:** | (UTC) 4/24/2018 12:26:10 PM                (Local) 4/24/2018 12:26:10 PM |
| **Tracking ID:** | B3D63FB5A4F4B76FDFB3BF276C2928FED7B67504 |
| **Client Code:** | |

**Notes:**
1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com                                    An RPost® Technology

RPAUTH DI:DC684998EAE21AC0C6195FF512853937F0EC4FE RPACCOUNT:Owen Lennon

Receipt: Update                                                                                      4/25/19, 4:46 PM

**From:** Receipt <receipt@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Receipt: Update
**Date:** Tue, Apr 24, 2018 10:26 am
**Attachments:** DeliveryReceipt.xml (12K), HtmlReceipt.htm (1758K)



# REGISTERED RECEIPT
### EVIDENCE OF DELIVERY, CONTENT & TIME

R Mail

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

### To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net'

## Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| rfelter@jeffersontownship.net | Delivered to Mail Server | 250 2.6.0 <5548454@r1.rpost.net> [ InternalId=124051540410526, Hostname=Postex12.JEFFERSONTOWNSHIP.LOCAL] Queued mail for delivery jeffersontownship.net.snwlhosted.com (173.240.210.186) | 4/24/2018 12:26:22 PM (UTC) | 4/24/2018 12:26:22 PM | |
| jleach@jeffersontownship.net | Delivered and Opened | MUA-IP:::1 | 4/24/2018 12:26:27 PM (UTC) | 4/24/2018 12:26:27 PM | 4/24/2018 12:39:58 PM |
| jmeyer@jeffersontownship.net | Delivered to Mail Server | 250 2.6.0 <5548456@r1.rpost.net> [ InternalId=124051540410532, Hostname=Postex12.JEFFERSONTOWNSHIP.LOCAL] Queued mail for delivery jeffersontownship.net.snwlhosted.com (173.240.210.186) | 4/24/2018 12:26:35 PM (UTC) | 4/24/2018 12:26:35 PM | |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

## Message Envelope

| | |
|---|---|
| **From:** | scottlwet@aol.com< scottlwet@aol.com > |
| **Subject:** | Update |
| **To:** | <rfelter@jeffersontownship.net> <jleach@jeffersontownship.net> <jmeyer@jeffersontownship.net> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <SM21vhuChxW1cRmcW0d00003e25@sm21.r1.rpost.net> |
| **Received by RMail System:** | 4/24/2018 12:26:10 PM (UTC) |
| **Client Code:** | |

## Message Statistics

| | |
|---|---|
| **Tracking Number:** | B3D63FB5A4F4B76FDFB3BF276C2928FED7B67504 |
| **Message Size:** | 930869 |
| **Features Used:** | **R** |

12:26:36 PM >>> 221 2.0.0 jeffersontownship.net.snwlhosted.com says goodbye; final session=201804241226280825463 \n 4/24/2018 12:26:36 PM closed jeffersontownship.net.snwlhosted.com (173.240.210.186) in=629 out=1273479 \n 4/24/2018 12:26:36 PM done jeffersontownship.net/{default}

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message.
<rfelter@jeffersontownship.net> relayed to mailer jeffersontownship.net.snwlhosted.com (173.240.210.186)

Your message To: Jim Leach Subject: Registered: Update Sent: Tuesday, April 24, 2018 8:26:04 AM (UTC-05:00) Eastern Time (US & Canada) was read on Tuesday, April 24, 2018 8:39:58 AM (UTC-05:00) Eastern Time (US & Canada).

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message.
<jleach@jeffersontownship.net> relayed to mailer jeffersontownship.net.snwlhosted.com (173.240.210.186)

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message.
<jmeyer@jeffersontownship.net> relayed to mailer jeffersontownship.net.snwlhosted.com (173.240.210.186)

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                          An RPost® Technology

**From:** Receipt <receipt@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Receipt: Update
**Date:** Tue, Apr 24, 2018 10:26 am
**Attachments:** DeliveryReceipt.xml (12K), HtmlReceipt.htm (1758K)



# REGISTERED RECEIPT
EVIDENCE OF DELIVERY, CONTENT & TIME

R. Mail

### This receipt contains verifiable proof of your RPost transaction.

The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

### To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net'

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| rfelter@jeffersontownship.net | Delivered to Mail Server | 250 2.6.0 <5548454@r1.rpost.net> [InternalId=124051540410526, Hostname=Postex12.JEFFERSONTOWNSHIP.LOCAL] Queued mail for delivery jeffersontownship.net.snwlhosted.com (173.240.210.186) | 4/24/2018 12:26:22 PM (UTC) | 4/24/2018 12:26:22 PM | |
| jleach@jeffersontownship.net | Delivered and Opened | MUA-IP:::1 | 4/24/2018 12:26:27 PM (UTC) | 4/24/2018 12:26:27 PM | 4/24/2018 12:39:58 PM |
| jmeyer@jeffersontownship.net | Delivered to Mail Server | 250 2.6.0 <5548456@r1.rpost.net> [InternalId=124051540410532, Hostname=Postex12.JEFFERSONTOWNSHIP.LOCAL] Queued mail for delivery jeffersontownship.net.snwlhosted.com (173.240.210.186) | 4/24/2018 12:26:35 PM (UTC) | 4/24/2018 12:26:35 PM | |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| | |
|---|---|
| **From:** | scottlwet@aol.com< scottlwet@aol.com > |
| **Subject:** | Update |
| **To:** | <rfelter@jeffersontownship.net> <jleach@jeffersontownship.net> <jmeyer@jeffersontownship.net> |
| **Cc:** | |
| **Bcc:** | |
| **Network ID:** | <SM21vhuChxW1cRmcW0d00003e25@sm21.r1.rpost.net> |
| **Received by RMail System:** | 4/24/2018 12:26:10 PM (UTC) |
| **Client Code:** | |

### Message Statistics

| | |
|---|---|
| **Tracking Number:** | B3D63FB5A4F4B76FDFB3BF276C2928FED7B67504 |
| **Message Size:** | 930869 |
| **Features Used:** | **R** |

12:26:36 PM >>> 221 2.0.0 jeffersontownship.net.snwlhosted.com says goodbye; final session=201804241226280825463 \n 4/24/2018
12:26:36 PM closed jeffersontownship.net.snwlhosted.com (173.240.210.186) in=629 out=1273479 \n 4/24/2018 12:26:36 PM done
jeffersontownship.net/{default}

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message.
<rfelter@jeffersontownship.net> relayed to mailer jeffersontownship.net.snwlhosted.com (173.240.210.186)

Your message To: Jim Leach Subject: Registered: Update Sent: Tuesday, April 24, 2018 8:26:04 AM (UTC-05:00) Eastern Time (US & Canada) was read on Tuesday, April 24, 2018 8:39:58 AM (UTC-05:00) Eastern Time (US & Canada).

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message.
<jleach@jeffersontownship.net> relayed to mailer jeffersontownship.net.snwlhosted.com (173.240.210.186)

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message.
<jmeyer@jeffersontownship.net> relayed to mailer jeffersontownship.net.snwlhosted.com (173.240.210.186)

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                    An RPost® Technology

**From:** Acknowledgement <acknowledge@r1.rpost.net>
   **To:** scottlwet <scottlwet@aol.com>
**Subject:** Ack: Update
   **Date:** Tue, Apr 24, 2018 8:39 am

## RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| Categories | Message Details | |
|---|---|---|
| **To:** | <gilbert.gibbs@spartanj.org> | |
| **Cc:** | | |
| | | |
| **Subject:** | Update | |
| | | |
| **Received by RMail:** | (UTC) 4/24/2018 12:39:08 PM | (Local) 4/24/2018 12:39:08 PM |
| **Tracking ID:** | 0BDA16570F4CA49580719781D33297C303C0F58D | |
| **Client Code:** | | |

#### Notes:

1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com.    An RPost® Technology

RPAUTH-DEDC054986EAB21ACC6196FF512653932F0FC4FF RPACCOUNT-Gwen Lennon

**From:** Acknowledgement <acknowledge@r1.rpost.net>
**To:** scottlwet <scottlwet@aol.com>
**Subject:** Ack: Update
**Date:** Tue, Apr 24, 2018 8:39 am

## RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| Categories | Message Details | |
|---|---|---|
| To: | <gilbert.gibbs@spartanj.org> | |
| Cc: | | |
| | | |
| Subject: | Update | |
| Received by RMail: | (UTC) 4/24/2018 12:39:08 PM | (Local) 4/24/2018 12:39:08 PM |
| Tracking ID: | 0BDA16570F4CA49580719781D33297C303C0F58D | |
| Client Code: | | |

### Notes:

1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com                                                    An RPost® Technology

RPAUTH DFDC654996F-AF2^ACC6196FF512653952F0EC4FE RPACCOUNT0wer=Lones

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
CONTRACT FOR ARBITITRATION, TO CURE ALL COURT SYSTEM DISHONORS
of Owen-Thomas (Scott):Lennon, CREDITOR. SECURED PARTY

FILE # OTL01162018                                              Certified return receipt No:'s see below

## NOTICE OF INTERNATIONAL COMMERCIAL
## CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY, INCORPORATING PRIVATE
## ARBITRATION, BY CONTRACT, FOR ALL PREVIOUS DISHONORS, FAILURE TO DELIVER
## HONEST SERVICES, CONSPIRACY, RACKETEERING AND HUMAN TRAFFICKING ET AL.

**CERTIFICATE AND NOTICE OF NONE RESPONSE CHANGE OF VENUE**
28 U.S.C. §1333 and §1337 and all other related statutes, codes, Executive orders

FILE # OTL01162018

State of New Jersey        )
                           )    ss.
Morris County              )

I am over 18 years of age and not a party to the within action. My address is:

PO BOX 152
Lake Hopatcong, [07849] New Jersey

On this ___30__ day of _Apr__, 2019, I served the following by CERTIFIED RETURN
RECEIPT Mail.:

1. One (1) copies of Original "CONTRACTUAL AND FINAL NOTICE OF DEMAND FOR
   ARBITRATION." For the Petition for Agreement and Harmony within the Admiralty in the
   Nature of, "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE
   ADMIRALTY ADMINISTRATIVE REMEDY, File # OTL01162018, subscribed by Owen-
   Thomas (Scott): Lennon Agent.

2. One copy of this Affidavit of service for each copy of "CONTRACTUAL AND FINAL
   NOTICE OF DEMAND FOR ARBITRATION" in a sealed envelope with
   postage pre-paid, properly addressed to:

Libelice:     JEFFERSON TOWNSHIP NEW JERSEY, Et al. Certified return receipt mail
              1033 WELDON ROAD                        #7018 1130 0000 3270 7910
              LAKE HOPATCONG, NEW JERSEY 07849

In care of:   RUSSEL FELTER              dba as MAYOR
              JAMES LEACH                BUISSNESS ADMINISTRATOR
              WILLIAM CRAIG              CHIEF OF POLICE
              JAMES LASALA               ACTING PROSECUTOR ESQUIRE
              HONORABLE PETER FICO       ACTING JUDGE
              ANDREW DIAMOND             SPECIAL OFFICER

Libellee      TOWNSHIP OF RANDOLPH Et al,    Certified return receipt mail
              502 Milbrook ave               #7018 1130 0000 3270 7927
              Randolph, NJ 07869

In care of:   MARK FORSTENHAUSLER        dba as MAYOR
              DAVID N. STOKOE            CHIEF OF POLICE
              JERRY GOMEZ                POLICE OFFICER
              STEPHAN MOUNTAIN           TOWNSHIP MANAGER
              IRA A. COHEN               ACTING JUDGE
              MICHAEL CRESETELLO         ACTING PROSECUTER ESQUIRE

CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW
AFFIDAVIT OF SERVICE

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
CONTRACT FOR ARBITITRATION, TO CURE ALL COURT SYSTEM DISHONORS
of Owen-Thomas (Scott):Lennon, CREDITOR, SECURED PARTY**

FILE # OTL01162018                                                        Certified return receipt No:'s see below

| | | |
|---|---|---|
| Libellee | SPARTA TOWNSHIP Et al, | Certified return receipt mail |
| | 65 Main Street | #7018 1130 0000 3270 7941 |
| | Sparta Township, NJ 07871 | |

| | | |
|---|---|---|
| In care of: | GILBERT A. GIBBS | dba as MAYOR |
| | WILLIAM CLOSE | TOWNSHIP MANAGER |
| | NEIL SPIDALETTO | CHIEF OF POLICE |
| | FRANK SCHOMP | SARGENT |
| | STEVEN GUIDO | POLICE OFFICER |
| | JOHN P. MULHERN | ACTING JUDGE |
| | JONATHAN MCQUEEN | ACTING PROSECUTOR ESQUIRE |

Libellee is additionally subject to postal
statutes and the jurisdiction of the Universal
Postal Union.,

SUBSCRIBED AND SWORN //_ Owen Thomas:Lennon //_____ seal
                          Owen  Thomas: Lennon, in esse. Sui Juris, in all noted capacities

The above named affiant, personally known to me, or upon proof of identification, appeared before me a
Notary, Sworn and under Oath, testifies to the truth of the above,

this    30th    day of    April    , 2019.

Notary                                          Seal