

## Other Orders/Judgments
2:18-cv-05724-MCA-MAH LENNON v. JEFFERSON TOWNSHIP et al

Paper recipients: 1        Mailing Labels



U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 JUN -4 P

**U.S. District Court**

**District of New Jersey [LIVE]**

## Notice of Electronic Filing

The following transaction was entered on 4/30/2019 at 5:24 PM EDT and filed on 4/30/2019
**Case Name:**        LENNON v. JEFFERSON TOWNSHIP et al
**Case Number:**      2:18-cv-05724-MCA-MAH
**Filer:**
**WARNING: CASE CLOSED on 04/30/2019**
**Document Number:** 13

**Docket Text:**
**Order for Dismissal pursuant to Fed.R.Civ.P. 4(m). etc. Signed by Judge Madeline Cox Arleo on 4/30/2019. (dam, )**


**2:18-cv-05724-MCA-MAH Notice has been electronically mailed to:**

**2:18-cv-05724-MCA-MAH Notice has been sent by regular U.S. Mail:**
OWEN THOMAS LENNON
c/o 2 West Emerald Isle Drive
Lake Hopatcong NJ 07849
US

https://ecf.njd.circ3.dcn/cgi-bin/Dispatch.pl?302463441601972        4/30/2019

**CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OWEN THOMAS LENNON,<br><br>   Plaintiff(s),<br><br>v.<br><br>JEFFERSON TOWNSHIP, et al.,<br><br>   Defendant(s). | Civil Action No: 18-5724(MCA)<br><br>**ORDER DISMISSING CASE**<br>**Pursuant to F.R. Civ. P. 4(m)** |

It appearing that the above captioned action having been pending for more than 90 days and the Court having noticed plaintiff for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed.

**It is on this 30th day of April 2019;**

**O R D E R E D** that the above captioned action be and is hereby dismissed, as to all defendant(s), pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

                s/Madeline Cox Arleo
                **HON. MADELINE COX ARLEO**
                United States District Judge